# EXHIBIT 3

**Snap Inc. Loss Chart**
**Class Period: July 22, 2020 through October 21, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $49.70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ES  Trust | 9/27/2021 | 500 | ($80.65) | ($40,325.00) | 10/26/2021 | 500 | $55.99 | $27,995.00 | | | | |
| | 8/24/2021 | 500 | ($75.11) | ($37,555.00) | 8/26/2021 | 500 | $72.11 | $36,055.00 | | | | |
| | 8/16/2021 | 500 | ($70.85) | ($35,425.00) | | | | | | | | |
| | | 1,500 | | ($113,305.00) | | 1,000 | | $64,050.00 | 500 | $24,848.82 | ($24,406.18) | |