# EXHIBIT B

| Client Name | Mouhcine Mouhieddine |
|---|---|
| Company Name | Snap Inc. |
| Ticker Symbol | SNAP |
| Security Type | |
| Class Period Start | 07-22-2020 |
| Class Period End | 10-21-2021 |
| 90-DAY Lookback Period Start | 10-22-2021 |
| 90-DAY Lookback Period End | 01-10-2022 |
| 90-DAY Lookback Average | $ 49.69 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $269,744.89 |
| DURA LIFO* Total | $269,744.89 |
| Gross Shares Purchased | 9,605 |
| Net Shares Retained | 9,605 |
| Net Funds Expended | $746,987.65 |

**Mouhcine Mouhieddine - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP** | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-18-2021 | 4 | 77.79 | $ 311.16 | | | | | | - | 4 | 4 | $ 49.69 | $ 198.75 | $ 112.41 | $ 112.41 |
| 10-18-2021 | 20 | 77.77 | $ 1,555.40 | | | | | | - | 20 | 20 | $ 49.69 | $ 993.74 | $ 561.66 | $ 561.66 |
| 10-18-2021 | 500 | 77.77 | $ 38,885.00 | | | | | | - | 500 | 500 | $ 49.69 | $ 24,843.45 | $ 14,041.55 | $ 14,041.55 |
| 10-18-2021 | 672 | 77.78 | $ 52,268.16 | | | | | | - | 672 | 672 | $ 49.69 | $ 33,389.60 | $ 18,878.56 | $ 18,878.56 |
| 10-18-2021 | 8409 | 77.77 | $ 653,967.93 | | | | | | - | 8409 | 8409 | $ 49.69 | $ 417,817.22 | $ 236,150.71 | $ 236,150.71 |
| Total: | 9,605 | | $746,987.65 | | | | | | | 9,605 | 9,605 | | $477,242.76 | $269,744.89 | $269,744.89 |

| Client Name | Mouhcine Mouhieddine |
|---|---|
| Company Name | Snap Inc. |
| Ticker Symbol | SNAP |
| Security Type | |
| Class Period Start | 07-22-2020 |
| Class Period End | 10-21-2021 |
| 90-DAY Lookback Period Start | 10-22-2021 |
| 90-DAY Lookback Period End | 01-10-2022 |
| 90-DAY Lookback Average | $ 49.69 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $364.84 |
| DURA LIFO* Total | $364.84 |
| Gross Shares Purchased | 13 |
| Net Shares Retained | 13 |
| Net Funds Expended | $1,010.77 |

**Mouhcine Mouhieddine - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP** | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-18-2021 | 1 | 77.77 | $ 77.77 | | | | | | - | 1 | 1 | $ 49.69 | $ 49.69 | $ 28.08 | $ 28.08 |
| 10-18-2021 | 12 | 77.75 | $ 933.00 | | | | | | - | 12 | 12 | $ 49.69 | $ 596.24 | $ 336.76 | $ 336.76 |
| Total: | 13 | | $1,010.77 | | | | | | | 13 | 13 | | $645.93 | $364.84 | $364.84 |

| Client Name | Mouhcine Mouhieddine |
|---|---|
| Company Name | Snap Inc. |
| Ticker Symbol | SNAP |
| Security Type | |
| Class Period Start | 07-22-2020 |
| Class Period End | 10-21-2021 |
| 90-DAY Lookback Period Start | 10-22-2021 |
| 90-DAY Lookback Period End | 01-10-2022 |
| 90-DAY Lookback Average | $ 49.69 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,593.97 |
| DURA LIFO* Total | $16,593.97 |
| Gross Shares Purchased | 593 |
| Net Shares Retained | 593 |
| Net Funds Expended | $46,058.31 |

**Mouhcine Mouhieddine - Account 3**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP** | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-18-2021 | 593 | 77.67 | $ 46,058.31 | | | | | | - | 593 | 593 | $ 49.69 | $ 29,464.34 | $ 16,593.97 | $ 16,593.97 |
| Total: | 593 | | $46,058.31 | | | | | | | 593 | 593 | | $29,464.34 | $16,593.97 | $16,593.97 |

| Client Name | Mouhcine Mouhieddine |
|---|---|
| Company Name | Snap Inc. |
| Ticker Symbol | SNAP |
| Security Type | |
| Class Period Start | 07-22-2020 |
| Class Period End | 10-21-2021 |
| 90-DAY Lookback Period Start | 10-22-2021 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $28,498.82 |
| DURA LIFO* Total | $28,498.82 |
| Gross Shares Purchased | 1,013 |
| Net Shares Retained | 1,013 |
| Net Funds Expended | $78,831.66 |

| | |
|---|---|
| **90-DAY Lookback Period End** | 01-10-2022 |
| **90-DAY Lookback Average** | $ 49.69 |
| **Pre Class Period Holdings** | 0 |

**Mouhcine Mouhieddine - Account 4**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP** | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-18-2021 | 1 | 77.82 | $ 77.82 | | | | | | - | 1 | 1 | $ 49.69 | $ 49.69 | $ 28.13 | $ 28.13 |
| 10-18-2021 | 1012 | 77.82 | $ 78,753.84 | | | | | | - | 1012 | 1012 | $ 49.69 | $ 50,283.15 | $ 28,470.69 | $ 28,470.69 |
| **Total:** | **1,013** | | **$78,831.66** | | | | | | | **1,013** | **1,013** | | **$50,332.84** | **$28,498.82** | **$28,498.82** |

| | |
|---|---|
| **Client Name** | Mouhcine Mouhieddine |
| **Company Name** | Snap Inc. |
| **Ticker Symbol** | SNAP |
| **Security Type** | |
| **Class Period Start** | 07-22-2020 |
| **Class Period End** | 10-21-2021 |
| **90-DAY Lookback Period Start** | 10-22-2021 |
| **90-DAY Lookback Period End** | 01-10-2022 |
| **90-DAY Lookback Average** | $ 49.69 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $4,711.60 |
| *DURA LIFO* Total* | $4,711.60 |
| **Gross Shares Purchased** | 169 |
| **Net Shares Retained** | 169 |
| **Net Funds Expended** | $13,108.69 |

**Mouhcine Mouhieddine - Account 5**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP** | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-18-2021 | 169 | 77.5662 | $ 13,108.69 | | | | | | - | 169 | 169 | $ 49.69 | $ 8,397.09 | $ 4,711.60 | $ 4,711.60 |
| **Total:** | **169** | | **$13,108.69** | | | | | | | **169** | **169** | | **$8,397.09** | **$4,711.60** | **$4,711.60** |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **Mouhieddine ALL ACOUNTS** | |
| **LIFO Loss Total** | $319,914.12 |
| *DURA LIFO* Total* | $319,914.12 |
| **Gross Shares Purchased** | 11,393 |
| **Net Shares Retained** | 11,393 |
| **Net Funds Expended** | $885,997.08 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

** Fractional shares rounded to the nearest whole share, or to one, if less than one share was purchased, for purposes of this loss calculation.