**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorney for Bradley Schiller, individually and
as trustee for the Schiller Family Rev Living
Trust UA 02/02/2007, and Proposed Lead
Counsel for the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>        Defendants. | No. 2:21-cv-08892 GW (PDx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          February 7, 2022<br>Time:          8:30 a.m.<br>Courtroom:  9D<br>Judge:         Hon. George H. Wu<br><br><u>ORAL ARGUMENT REQUESTED</u> |

[*Caption continues on next page.*]

NOTICE OF MOTION AND MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDx), *ET AL.*

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

No. 2:22-cv-00175

NOTICE OF MOTION AND MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on or about February 7, 2022, at 8:30 a.m., before the Honorable George H. Wu, at the United States District Court for the Central District of California, located at Courtroom 9D of the First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California, Lead Plaintiff Movant Bradley Schiller ("Mr. Schiller"), individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007, will respectfully move this Court for entry of an Order: (1) consolidating the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointing Mr. Schiller as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving Mr. Schiller's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class; and (4) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Mr. Schiller timely filed this Motion and is the "most adequate plaintiff" under the PSLRA. Specifically, Mr. Schiller believes that he has the "largest financial interest" in the relief sought by the class in this litigation and also satisfies the applicable requirements of Federal Rule of Civil Procedure 23 because his claims are typical of other class members' claims and because he will fairly and adequately represent the interests of the class.

The Motion is made based upon the Memorandum of Points and Authorities in Support thereof filed herewith, the Declaration of Jennifer L. Joost and exhibits thereto

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA. Section 21D(a)(3)(B) provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not that proposed class member has previously filed a complaint in the underlying action. Consequently, counsel for Mr. Schiller cannot determine who the competing lead plaintiff candidates are at this time. As a result, counsel for Mr. Schiller has been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this Motion.

NOTICE OF MOTION AND MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

filed herewith, the pleadings and other filings in this litigation, and such other written or oral argument as may be permitted by the Court.  Mr. Schiller respectfully requests oral argument.

WHEREFORE, Mr. Schiller respectfully requests that the Court enter an order: (1) consolidating the above-captioned related actions; (2) appointing Mr. Schiller as Lead Plaintiff pursuant to the PSLRA; (3) approving Mr. Schiller's selection of Kessler Topaz as Lead Counsel for the class; and (4) granting such further relief as the Court may deem just and proper.

Dated: January 10, 2022                        Respectfully submitted,

                                               **KESSLER TOPAZ**
                                                 **MELTZER & CHECK, LLP**

                                               /s/ Jennifer L. Joost
                                               JENNIFER L. JOOST (Bar No. 296164)
                                                 jjoost@ktmc.com
                                               One Sansome Street, Suite 1850
                                               San Francisco, CA 94101
                                               Telephone: (415) 400-3000
                                               Facsimile: (415) 400-3001

                                               *Attorney for Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007, and Proposed Lead Counsel for the Class*

NOTICE OF MOTION AND MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

2