**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
 jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorney for Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, <br><br> Defendants. | No. 2:21-cv-08892 GW (PDx) <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Date: February 7, 2022 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Hon. George H. Wu <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

[*Caption continues on next page.*]

---

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

No. 2:22-cv-00175

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), ET AL.

I, Jennifer L. Joost, declare as follows:

1. I am a member in good standing of the bar of the State of California and of this Court. I am a partner at the law firm Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in support of the motion filed by Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007, for consolidation of related actions, appointment as Lead Plaintiff, and approval of his selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B: Chart of transactions and losses in Snap Inc. securities during the Class Period;

Exhibit C: Declaration of Bradley Schiller;

Exhibit D: Notice of the pendency of *Black v. Snap Inc., et al.*, No. 2:21-cv-08892 GW (PDx) (C.D. Cal.), published on November 11, 2021, in *Business Wire*; and

Exhibit E: Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: January 10, 2022, at San Francisco, California.

/s/ Jennifer L. Joost
JENNIFER L. JOOST

DECLARATION OF JENNIFER L. JOOST IN SUPPORT OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

1