# EXHIBIT B

**Bradley Schiller - Account 1**
**DURA Damages in Snap Inc.**
Class Period: 7/22/20 - 10/21/21
Retained Shares Valued At          $49.70

*Total DURA Damages in Snap Inc.:*   ($772,118.39)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/13/2021 | 2,500 | $56.55 | $141,375.00 | Sale | 2/3/2021 | 5,275 | $59.45 | $313,598.75 |
| Purchase | 1/20/2021 | 75 | $51.10 | $3,832.50 | Sale | 2/9/2021 | 6,575 | $62.70 | $412,252.50 |
| Purchase | 1/21/2021 | 2,700 | $53.50 | $144,450.00 | | | | | |
| Purchase | 2/4/2021 | 6,575 | $59.11 | $388,648.25 | | | | | |
| *Sum of I/O Shares* | | *11,850* | | | | | *11,850* | | |
| Purchase | 10/11/2021 | 3,000 | $74.80 | $224,400.00 | Retained Shares | | 5,763 | $49.70 | $286,421.10 |
| Purchase | 10/12/2021 | 2,700 | $74.40 | $200,880.00 | | | | | |
| Purchase | 10/18/2021 | 63 | $73.85 | $4,652.55 | | | | | |
| | | 5,763 | | $429,932.55 | | | 5,763 | | $286,421.10 |

*DURA Damages in Snap Inc.*   ($143,511.45)

**Bradley Schiller - Account 2**
**DURA Damages in Snap Inc.**
Class Period: 7/22/20 - 10/21/21
Retained Shares Valued At          $49.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/4/2021 | 2,300 | $59.00 | $135,700.00 | Sale | 2/9/2021 | 2,300 | $62.66 | $144,118.00 |
| Purchase | 3/3/2021 | 2,000 | $59.64 | $119,270.00 | Sale | 3/9/2021 | 2,000 | $56.00 | $112,000.00 |
| *Sum of I/O Shares* | | *4,300* | | | | | *4,300* | | |
| Purchase | 9/28/2021 | 2,000 | $78.00 | $156,000.00 | Retained Shares | | 2,000 | $49.70 | $99,400.00 |
| | | 2,000 | | $156,000.00 | | | 2,000 | | $99,400.00 |

*DURA Damages in Snap Inc.*   ($56,600.00)

*850 share internal transfer IN to Account 2 from Account 4 on 12/27/21

Exhibit B
Page 7

**Bradley Schiller - Account 3**
**DURA Damages in Snap Inc.**
Class Period: 7/22/20 - 10/21/21
Retained Shares Valued At          $49.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/13/2021 | 3,000 | $55.49 | $166,470.00 | Sale | 2/3/2021 | 7,800 | $59.60 | $464,880.00 |
| Purchase | 1/21/2021 | 4,800 | $53.45 | $256,560.00 | Sale | 2/9/2021 | 9,900 | $62.74 | $621,126.00 |
| Purchase | 2/4/2021 | 9,900 | $59.00 | $584,100.00 | Sale | 3/9/2021 | 8,000 | $56.00 | $448,000.00 |
| Purchase | 3/3/2021 | 100 | $59.86 | $5,985.99 | | | | | |
| Purchase | 3/3/2021 | 100 | $59.86 | $5,986.00 | | | | | |
| Purchase | 3/3/2021 | 100 | $59.90 | $5,989.98 | | | | | |
| Purchase | 3/3/2021 | 100 | $60.51 | $6,051.00 | | | | | |
| Purchase | 3/3/2021 | 150 | $59.86 | $8,978.97 | | | | | |
| Purchase | 3/3/2021 | 183 | $59.89 | $10,959.87 | | | | | |
| Purchase | 3/3/2021 | 200 | $59.90 | $11,979.98 | | | | | |
| Purchase | 3/3/2021 | 300 | $59.89 | $17,966.97 | | | | | |
| Purchase | 3/3/2021 | 400 | $59.88 | $23,952.00 | | | | | |
| Purchase | 3/3/2021 | 2,900 | $60.53 | $175,536.71 | | | | | |
| Purchase | 3/3/2021 | 3,467 | $59.91 | $207,707.28 | | | | | |
| *Sum of I/O Shares* | | *25,700* | | | | | *25,700* | | |
| Purchase | 10/14/2021 | 2,000 | $76.10 | $152,200.00 | Retained Shares | | 9,530 | $49.70 | $473,641.00 |
| Purchase | 10/14/2021 | 2,000 | $76.35 | $152,700.00 | | | | | |
| Purchase | 10/15/2021 | 5,500 | $76.50 | $420,750.00 | | | | | |
| Purchase | 10/18/2021 | 30 | $73.80 | $2,214.00 | | | | | |
| | | 9,530 | | $727,864.00 | | | 9,530 | | $473,641.00 |

*DURA Damages in Snap Inc.*   ($254,223.00)

Exhibit B
Page 8

**Bradley Schiller - Account 4**
**DURA Damages in Snap Inc.**
Class Period: 7/22/20 - 10/21/21
Retained Shares Valued At          $49.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/12/2021 | 3,000 | $54.58 | $163,739.70 | Sale | 1/26/2021 | 100 | $53.44 | $5,344.25 |
| Purchase | 1/21/2021 | 2,600 | $53.61 | $139,385.74 | Sale | 1/26/2021 | 2,150 | $53.42 | $114,853.00 |
| Purchase | 1/21/2021 | 450 | $53.50 | $24,075.00 | Sale | 1/26/2021 | 7,000 | $53.46 | $374,185.00 |
| Purchase | 1/21/2021 | 8,000 | $53.40 | $427,200.00 | Sale | 1/26/2021 | 750 | $53.44 | $40,080.00 |
| Purchase | 2/2/2021 | 450 | $58.00 | $26,100.00 | Sale | 2/3/2021 | 4,500 | $59.60 | $268,200.00 |
| Purchase | 2/4/2021 | 16,900 | $59.00 | $997,100.00 | Sale | 2/10/2021 | 16,900 | $61.40 | $1,037,660.00 |
| Purchase | 2/25/2021 | 300 | $64.81 | $19,442.40 | Sale | 3/9/2021 | 8,900 | $56.02 | $498,578.00 |
| Purchase | 2/25/2021 | 4,700 | $64.81 | $304,606.53 | Sale | 4/27/2021 | 14,000 | $62.00 | $868,000.00 |
| Purchase | 2/25/2021 | 900 | $64.80 | $58,320.00 | | | | | |
| Purchase | 3/3/2021 | 3,000 | $61.47 | $184,395.00 | | | | | |
| Purchase | 4/22/2021 | 10,000 | $57.40 | $574,000.00 | | | | | |
| Purchase | 4/22/2021 | 4,000 | $55.50 | $222,000.00 | | | | | |
| *Sum of I/O Shares* | | *54,300* | | | | | *54,300* | | |
| Purchase | 9/27/2021 | 4,000 | $79.75 | $319,000.00 | Retained Shares | | 10,318 | $49.70 | $512,804.60 |
| Purchase | 9/27/2021 | 4,000 | $80.25 | $321,000.00 | | | | | |
| Purchase | 9/28/2021 | 2,300 | $76.75 | $176,525.00 | | | | | |
| Purchase | 10/18/2021 | 18 | $73.83 | $1,328.94 | | | | | |
| | | 10,318 | | $817,853.94 | | | 10,318 | | $512,804.60 |

*DURA Damages in Snap Inc.*    ($305,049.34)

*850 share internal transfer OUT from Account 4 to Account 2 on 12/27/21

**Schiller Family Rev Living Trust UA 02/02/2007 Account**
**DURA Damages in Snap Inc.**
Class Period: 7/22/20 - 10/21/21
Retained Shares Valued At            $49.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/4/2021 | 100 | $58.93 | $5,893.10 | Sale | 2/9/2021 | 100 | $62.65 | $6,265.00 |
| Purchase | 3/3/2021 | 100 | $60.52 | $6,052.00 | Sale | 3/9/2021 | 100 | $56.00 | $5,600.00 |
| Purchase | 4/22/2021 | 325 | $57.84 | $18,798.00 | Sale | 4/27/2021 | 325 | $62.00 | $20,150.00 |
| *Sum of I/O Shares* | | *525* | | | | | *525* | | |
| Purchase | 9/28/2021 | 400 | $78.75 | $31,500.00 | Retained Shares | | 444 | $49.70 | $22,066.80 |
| Purchase | 10/12/2021 | 40 | $75.15 | $3,006.00 | | | | | |
| Purchase | 10/18/2021 | 4 | $73.85 | $295.40 | | | | | |
| | | 444 | | $34,801.40 | | | 444 | | $22,066.80 |

*DURA Damages in Snap Inc.*            ($12,734.60)