# EXHIBIT C

Exhibit C
Page 11

## DECLARATION OF BRADLEY SCHILLER

I, Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007 (the "Trust"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the class action litigation pending against Snap Inc. ("Snap" or the "Company"). I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. I am a resident of Michigan. I am a chiropractor and operate a chiropractic practice in Traverse City, Michigan. I received my Bachelor's Degree in Anatomy and my Doctor of Chiropractic from Parker University. I have been investing in the stock market for 25 years.

3. As set forth in my motion for appointment as Lead Plaintiff, I suffered substantial losses as a result of my investments in Snap common stock during the Class Period.[1] I personally made the investment decisions in connection with each of these transactions and transacted them myself through TD Ameritrade.

4. I am familiar with the facts and circumstances relating to the pending class action lawsuit involving Snap. After reviewing a press release concerning the lawsuit filed against Snap, I contacted and discussed the pending litigation with Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). Prior to retaining Kessler Topaz and filing my motion, I had multiple discussions with an attorney from Kessler Topaz, including via telephone and email, regarding the litigation against Snap, the possibility of serving as a lead plaintiff on behalf of other Snap investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

---

[1] All references to my transactions or losses, herein and in my Certification, include the Trust's transactions and losses.

Exhibit C
Page 12

5. I was informed and understand that I am under no obligation to seek appointment as lead plaintiff or to retain Kessler Topaz or any other firm to represent me in this litigation. I am aware that I am free to select any qualified law firm to act as my counsel in this case, and that multiple law firms have issued press releases concerning this action.

6. After being advised of Kessler Topaz's experience representing investors in securities fraud class action lawsuits as lead counsel, including prosecuting a prior action against Snap, I affirmatively decided to retain Kessler Topaz to file a motion on my behalf seeking appointment as lead plaintiff. In connection with my decision, I provided counsel with information regarding all of my Class Period transactions in Snap securities. I understand the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about the litigation, and overseeing lead counsel. I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery and I have authorized Kessler Topaz to seek appointment as lead counsel.

7. I will remain involved in this litigation after the filing of my motion, including having discussions with attorneys from Kessler Topaz regarding my motion and the competing motions, if any, filed by other movants. Based on the significance of my losses, I am highly motivated, through my oversight of my chosen counsel, to recover the maximum amount possible for my fellow investors.

8. I understand the obligations of a lead plaintiff under the PSLRA, including participating in depositions, settlement mediations, and hearings as needed. I also understand and accept my responsibility to communicating regularly with counsel regarding the litigation, including reviewing and authorizing the filing of important litigation documents. I hereby reaffirm

Exhibit C
Page 13

my commitment to satisfying these obligations and obtaining the greatest possible recovery for the class. I also understand that a lead plaintiff is required to direct counsel, which I am prepared to do throughout this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me are true and correct to the best of my knowledge.

Executed: 1/9/2022

*Bradley Schiller*
Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007

Exhibit C
Page 14