# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>Defendants. | Case No. 2:21-cv-08892-GW-PD<br><br>**[PROPOSED] ORDER** |
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>Defendants. | Case No. 2:22-cv-00175 |

Having considered the motion of Jim Buscaglia and Syndi Buscaglia for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Snap Inc. Securities Litigation*, Master File No. 2:21-cv-08892-GW-PD;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Jim Buscaglia and Syndi Buscaglia as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE