# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Snap Inc.
**Ticker:** SNAP
**Class Period:** July 22, 2020 to October 21, 2021
**Name:** Jim and Syndi Buscaglia

### Common Stock

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/29/2021 | 2,500 | $70.0000 | -$175,000.0000 | | $0.0000 | -$175,000.00 |
| 10/29/2021 | 5,000 | $70.0000 | -$350,000.0000 | | $0.0000 | -$350,000.00 |
| 11/19/2021 | -100 | | $0.0000 | $53.7214 | $5,372.1429 | $5,372.14 |
| 11/19/2021 | -600 | | $0.0000 | $53.7214 | $32,232.8572 | $32,232.86 |
| 11/19/2021 | -400 | | $0.0000 | $53.7214 | $21,488.5715 | $21,488.57 |
| 11/19/2021 | -300 | | $0.0000 | $53.7214 | $16,116.4286 | $16,116.43 |
| 11/19/2021 | -100 | | $0.0000 | $53.7214 | $5,372.1429 | $5,372.14 |
| 11/19/2021 | -100 | | $0.0000 | $53.7214 | $5,372.1429 | $5,372.14 |
| 11/19/2021 | -700 | | $0.0000 | $53.7214 | $37,605.0001 | $37,605.00 |
| 11/19/2021 | -300 | | $0.0000 | $53.7214 | $16,116.4286 | $16,116.43 |
| 11/19/2021 | -3,900 | | $0.0000 | $53.7214 | $209,513.5718 | $209,513.57 |
| 11/19/2021 | -900 | | $0.0000 | $53.7214 | $48,349.2858 | $48,349.29 |
| 11/19/2021 | -100 | | $0.0000 | $53.7214 | $5,372.1429 | $5,372.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | **Subtotal:** | -$122,089.29 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $49.8456 | 0 | **Total:** | -$122,089.29 |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -19 | $1.8400 | $3,496.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -2 | $1.8400 | $368.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -5 | $1.8400 | $920.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -5 | $1.8400 | $920.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -10 | $1.8400 | $1,840.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -10 | $1.8400 | $1,840.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -4 | $1.8400 | $736.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -2 | $1.8400 | $368.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -2 | $1.8400 | $368.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -5 | $1.8400 | $920.00 |

Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -2 | $1.8400 | $368.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/21/2021 | Sold | Put | Oct 29 2021 / $70 | -1 | $1.8400 | $184.00 |
| 10/28/2021 | Assigned | Put | Oct 29 2021 / $70 | 25 | $0.0000 | $0.00 |
| 10/30/2021 | Assigned | Put | Oct 29 2021 / $70 | 50 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$13,800.00** |

| | |
|---|---|
| Common Stock Total: | -$122,089.29 |
| Options Total: | $13,800.00 |
| **Financial Interest Total:** | **-$108,289.29** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 22, 2021 and January 7, 2022.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

Post Class-Period purchases are pursuant to assignment of put options opened during the Class Period.