UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., et al., <br><br> Defendants. | Case No. 2:21-cv-08892-GW-PD <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4886-6329-5753.v1

Having considered Goverdhan Kurri's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Goverdhan Kurri is appointed Lead Plaintiff for the class; and

3.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Goverdhan Kurri's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

- 1 -

4886-6329-5753.v1