# EXHIBIT C

Exhibit C
006

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Goverdhan Kurri | 10/21/2021 | 42,259 | $74.00 | $3,127,166.00 | 10/21/2021 | 401 | $56.26 | $22,560.26 | |
| | 10/21/2021 | 760 | $73.99 | $56,232.40 | 10/21/2021 | 1,285 | $56.28 | $72,319.80 | |
| | 10/21/2021 | 66 | $73.98 | $4,882.68 | 10/21/2021 | 1,714 | $56.25 | $96,412.50 | |
| | 10/21/2021 | 2,665 | $56.27 | $149,959.55 | 10/21/2021 | 19,815 | $56.27 | $1,114,990.05 | |
| | | | | | 10/22/2021 | 5,973 | $55.77 | $333,084.35 | |
| | | | | | 10/25/2021 | 100 | $54.82 | $5,482.00 | |
| | | | | | 10/25/2021 | 200 | $54.82 | $10,964.00 | |
| | | | | | 10/25/2021 | 200 | $54.82 | $10,964.00 | |
| | | | | | 10/25/2021 | 318 | $54.82 | $17,432.76 | |
| | | | | | 10/25/2021 | 3,627 | $54.82 | $198,832.14 | |
| | | | | | 10/25/2021 | 5,237 | $54.82 | $287,092.34 | |
| | | | | | 10/25/2021 | 6,880 | $54.82 | $377,161.60 | |
| **Movant's Total** | | **45,750** | | **$3,338,240.63** | | **45,750** | | **$2,547,295.80** | **($790,944.84)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

Exhibit C
007