**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Lead Counsel for the Class*

*[Additional Counsel Listed on Signature Page]*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Oklahoma Firefighters Pension and Retirement System*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

Case No. 2:21-cv-08892-GW-PD

<u>CLASS ACTION</u>

**NOTICE OF MOTION AND MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

HEARING DATE: February 7, 2022
TIME: 8:30 a.m.
COURTROOM: 9D – First Street Courthouse
JUDGE: Hon. George H. Wu

*[Caption continued on following page]*

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

   vs.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

              Defendants.

Case No. 2:22-cv-00175

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 7, 2022, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable George H. Wu, at the U.S. District Court, Central District of California, Western Division, Courtroom 9D, 350 West 1st Street, Los Angeles, California 90012, Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") will respectfully move this Court for entry of an order: (1) consolidating the above-captioned, related actions (together, the "Action"); (2) appointing Oklahoma Firefighters as Lead Plaintiff for the class in the Action pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), codified as Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B); and (3) approving Oklahoma Firefighters' selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support thereof, the Declaration of David R. Kaplan and accompanying exhibits in support thereof, the pleadings on file in this action, oral argument, and such other matters as the Court may consider in hearing this Motion. Oklahoma Firefighters makes this Motion on the belief that it is the "most adequate plaintiff" as defined in the PSLRA because:

1.      Oklahoma Firefighters has the largest financial interest in the relief sought by the Class and has incurred a substantial loss of more than $1.2 million under the last-in-first-out loss calculation method, as a result of its purchases of 81,247 total shares or 77,973 net shares of Snap Inc. common stock between July 22, 2020 and October 21, 2021, inclusive, on which Oklahoma Firefighters spent more than

$5.2 million on a net basis; and Oklahoma Firefighters satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.

Oklahoma Firefighters further requests that the Court approve its selection of Saxena White as Lead Counsel for the Class.  Saxena White is a federally certified woman- and minority-owned firm with extensive experience prosecuting securities class action litigation and a strong commitment to diversity.  Saxena White has the resources to efficiently and effectively prosecute this action.

Compliance with Local Rule 7-3's pre-motion conference requirement is impracticable at the time of filing this Motion due to the inability to identify all lead plaintiff movants and the statutory nature of the filing deadline for lead plaintiff motions.  Accordingly, Oklahoma Firefighters respectfully requests that Local Rule 7-3's conference requirement be waived in this particular instance.

For the foregoing reasons, and those stated more fully in the accompanying Memorandum of Points and Authorities, Oklahoma Firefighters respectfully requests that the Court: (1) consolidate the above-captioned, related actions; (2) appoint Oklahoma Firefighters as Lead Plaintiff; and (3) approve Oklahoma Firefighters' selection of Saxena White as Lead Counsel for the Class.

Dated:  January 10, 2022        Respectfully submitted,

*/s/ David R. Kaplan*
**SAXENA WHITE P.A.**
David R Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

Maya Saxena
Joseph E. White III

Lester R. Hooker (SBN 241590)
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer
Marisa N. DeMato
ssinger@saxenawhite.com
mdemato@saxenawhite.com
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220

*Attorneys for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Lead Counsel for the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Oklahoma Firefighters Pension and Retirement System*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2022.

/s/ David R. Kaplan
David R. Kaplan

NTC. OF MOT. & MOT. OF OKLA. FIREFIGHTERS FOR CONSOL.,
APP'T AS LEAD PL., & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 2:21-CV-08892-GW-PD

- 4 -