**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Lead Counsel for the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Oklahoma Firefighters Pension and Retirement System*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

   vs.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

          Defendants.

Case No. 2:21-cv-08892-GW-PD

<u>CLASS ACTION</u>

**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

DATE:  February 7, 2022
TIME:   8:30 a.m.
COURTROOM: 9D – First Street Courthouse
JUDGE: Hon. George H. Wu

*[Caption continued on following page]*

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

Case No. 2:22-cv-00175

I, David R. Kaplan, declare on this 10th day of January 2022:

1.     I am a Director with the law firm of Saxena White P.A. ("Saxena White") and a member in good standing of the Bar of the State of California and the Bar of the Central District of California.   I represent Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") in the above-captioned, related actions.   I submit this Declaration in support of the motion of Oklahoma Firefighters for an Order: (1) consolidating the above-captioned, related actions; (2) appointing Oklahoma Firefighters as Lead Plaintiff; and (3) approving Oklahoma Firefighters' selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class.

2.     Attached as Exhibit A is a true and correct copy of Oklahoma Firefighters' Certification, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995.   15 U.S.C. § 78u-4(a)(2).

3.     Attached as Exhibit B is a true and correct copy of a chart of Oklahoma Firefighters' transactions and estimated loss in Snap Inc. securities between July 22, 2020 and October 21, 2021, inclusive.

4.     Attached as Exhibit C is a true and correct copy of the notice that was published on November 11, 2021 on *Business Wire*, a widely circulated, national, business-oriented wire service, advising the public of the pendency of the class action brought on behalf of purchasers and acquirers of Snap securities.

5.     Attached as Exhibit D is a true and correct copy of *Barry v. Colony NorthStar, Inc.*, No. 18-cv-2888, ECF No. 43, slip op. (C.D. Cal. July 16, 2018).

6.     Attached as Exhibit E is a true and correct copy of the firm resume of Saxena White.

DECL. OF DAVID. R. KAPLAN ISO MOT. OF OKLA. FIREFIGHTERS FOR CONSOL., APP'T AS LEAD PLAINTIFF, & APPROVAL OF SELECTION OF LEAD COUNSEL CASE NO 2:21-CV-08892-GW-PD

-1-

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2022

Respectfully submitted,

By: */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO MOT. OF OKLA. FIREFIGHTERS FOR CONSOL., APP'T AS LEAD PLAINTIFF, & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO 2:21-CV-08892-GW-PD

-2-

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2022                /s/ David R. Kaplan
                                            David R. Kaplan