# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Chase Rankin, on behalf of the Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint filed against Snap Inc. ("Snap") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Oklahoma Firefighters to initiate litigation and to execute this Certification on behalf of Oklahoma Firefighters. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on Oklahoma Firefighters' behalf.

2.    Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.    Oklahoma Firefighters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.    Oklahoma Firefighters' transactions in Snap common stock during the Class Period are set forth in the attached "Schedule A."

5.    Oklahoma Firefighters has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of an asserted class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *In re Weight Watchers Int'l, Inc. Sec. Litig.*, No. 1:19-cv-02005 (S.D.N.Y.)

> *Employees' Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent Inc.*, No. 2:19-cv-08237 (D.N.J.)

> *Logan v. ProPetro Holding Corp.*, No. 7:19-cv-00217-DC (W.D. Tex.)

> *Omdahl v. Farfetch Ltd.*, No. 1:19-cv-08657 (S.D.N.Y.)

> *Hayden v. Portola Pharm., Inc.*, No. 3:20-cv-00367 (N.D. Cal.) (additional plaintiff)

> *Elec. Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entm't Corp.*, No. 4:20-cv-00201 (N.D. Tex.)

6.    Oklahoma Firefighters has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

> *West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.*, No 1:19-cv-01323 (N.D. Ill.)

> *Oklahoma Firefighters Pension and Ret. Sys. v. United States Steel Corp.*, No. 2:19-cv-00470 (W.D. Pa.)

1

*In re Resideo Technologies, Inc. Sec. Litig.*, No. 0:19-cv-2863 (D. Minn.)

*Oklahoma Firefighters Pension and Ret. Sys. v. Peabody Energy Corp.*, No. 1:20-cv-08024 (S.D.N.Y.)

7.    Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December 2021.

*Oklahoma Firefighters Pension and Retirement System*

Chase Rankin, Executive Director

2

### SCHEDULE A
**Oklahoma Firefighters Pension and Retirement System**
**Transactions in Snap Inc.**

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| 02/08/21 | 3,383 | $62.60 | 02/24/21 | 1,501 | $69.63 |
| 02/09/21 | 3,395 | $63.54 | 03/22/21 | 1,773 | $56.01 |
| 02/11/21 | 692 | $63.63 | | | |
| 02/11/21 | 1,303 | $64.36 | | | |
| 02/11/21 | 1,386 | $64.50 | | | |
| 02/22/21 | 1,651 | $66.56 | | | |
| 02/22/21 | 516 | $63.35 | | | |
| 02/22/21 | 1,677 | $63.38 | | | |
| 03/25/21 | 358 | $49.68 | | | |
| 03/25/21 | 680 | $49.79 | | | |
| 03/25/21 | 860 | $49.51 | | | |
| 03/25/21 | 1,004 | $50.05 | | | |
| 03/25/21 | 335 | $50.26 | | | |
| 03/26/21 | 1,504 | $50.80 | | | |
| 03/26/21 | 465 | $51.46 | | | |
| 03/31/21 | 794 | $52.18 | | | |
| 03/31/21 | 1,417 | $51.70 | | | |
| 04/22/21 | 1,159 | $57.27 | | | |
| 04/23/21 | 3,852 | $61.37 | | | |
| 05/07/21 | 4,108 | $55.12 | | | |
| 05/19/21 | 357 | $53.96 | | | |
| 05/19/21 | 826 | $53.89 | | | |
| 05/24/21 | 1,888 | $59.28 | | | |
| 06/10/21 | 1,771 | $62.38 | | | |
| 06/11/21 | 3,328 | $63.39 | | | |
| 06/15/21 | 1,768 | $63.00 | | | |
| 07/16/21 | 1,931 | $61.32 | | | |
| 07/22/21 | 641 | $62.93 | | | |
| 07/22/21 | 1,074 | $71.05 | | | |
| 07/22/21 | 1,861 | $62.47 | | | |
| 07/28/21 | 858 | $74.06 | | | |
| 08/23/21 | 1,633 | $75.27 | | | |
| 09/01/21 | 1,612 | $74.37 | | | |
| 09/03/21 | 614 | $74.39 | | | |
| 09/17/21 | 1,685 | $74.83 | | | |
| 09/22/21 | 2,102 | $78.87 | | | |

## SCHEDULE A
### Oklahoma Firefighters Pension and Retirement System
### Transactions in Snap Inc.

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 09/22/21 | 2,499 | $78.06 | | | | |
| 09/23/21 | 260 | $79.71 | | | | |
| 09/23/21 | 2,405 | $79.24 | | | | |
| 09/24/21 | 2,972 | $82.65 | | | | |
| 10/20/21 | 18,623 | $75.50 | | | | |