# EXHIBIT B

**Oklahoma Firefighters Pension and Retirement System—LIFO Loss**
**Snap Inc. (SNAP)**

Class Period:     July 22, 2020 through October 21, 2021
Look-Back Price:   $49.8456      (through January 7, 2022)

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | Sale | | 0 | | $0 |
| | | | | | | Applied to Pre-CP Hold: | | 0 | | $0 |
| Purchase | 02/08/21 | 3,383 | $62.60 | $211,788 | | | | | | |
| Purchase | 02/09/21 | 3,395 | $63.54 | $215,731 | | | | | | |
| Purchase | 02/11/21 | 692 | $63.63 | $44,029 | | | | | | |
| Purchase | 02/11/21 | 1,303 | $64.36 | $83,866 | | | | | | |
| Purchase | 02/11/21 | 1,386 | $64.50 | $89,397 | | | | | | |
| Purchase | 02/22/21 | 1,651 | $66.56 | $109,895 | | | | | | |
| Purchase | 02/22/21 | 516 | $63.35 | $32,686 | | | | | | |
| Purchase | 02/22/21 | 1,677 | $63.38 | $106,287 | | | | | | |
| Purchase | 03/25/21 | 358 | $49.68 | $17,787 | | | | | | |
| Purchase | 03/25/21 | 680 | $49.79 | $33,860 | | | | | | |
| Purchase | 03/25/21 | 860 | $49.51 | $42,582 | | | | | | |
| Purchase | 03/25/21 | 1,004 | $50.05 | $50,252 | | | | | | |
| Purchase | 03/25/21 | 335 | $50.26 | $16,836 | | | | | | |
| Purchase | 03/26/21 | 1,504 | $50.80 | $76,407 | | | | | | |
| Purchase | 03/26/21 | 465 | $51.46 | $23,928 | | | | | | |
| Purchase | 03/31/21 | 794 | $52.18 | $41,431 | | | | | | |
| Purchase | 03/31/21 | 1,417 | $51.70 | $73,257 | | | | | | |
| Purchase | 04/22/21 | 1,159 | $57.27 | $66,371 | | | | | | |
| Purchase | 04/23/21 | 3,852 | $61.37 | $236,411 | | | | | | |
| Purchase | 05/07/21 | 4,108 | $55.12 | $226,431 | | | | | | |
| Purchase | 05/19/21 | 357 | $53.96 | $19,263 | | | | | | |
| Purchase | 05/19/21 | 826 | $53.89 | $44,510 | | | | | | |
| Purchase | 05/24/21 | 1,888 | $59.28 | $111,918 | | | | | | |
| Purchase | 06/10/21 | 1,771 | $62.38 | $110,477 | | | | | | |
| Purchase | 06/11/21 | 3,328 | $63.39 | $210,969 | | | | | | |

**Oklahoma Firefighters Pension and Retirement System—LIFO Loss**

**Snap Inc. (SNAP)**

Class Period:        July 22, 2020 through October 21, 2021

Look-Back Price:   $49.8456        (through January 7, 2022)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/15/21 | 1,768 | $63.00 | $111,378 | | | | | |
| Purchase | 07/16/21 | 1,931 | $61.32 | $118,407 | | | | | |
| Purchase | 07/22/21 | 641 | $62.93 | $40,338 | Sale | 02/24/21 | 1,501 | $69.63 | $104,508 |
| Purchase | 07/22/21 | 1,074 | $71.05 | $76,303 | Sale | 03/22/21 | 1,773 | $56.01 | $99,311 |
| Purchase | 07/22/21 | 1,861 | $62.47 | $116,265 | Sale* | 10/21/21 | 2,175 | $56.53 | $122,942 |
| Purchase | 07/28/21 | 858 | $74.06 | $63,542 | Sale* | 10/21/21 | 4,522 | $58.02 | $262,371 |
| Purchase | 08/23/21 | 1,633 | $75.27 | $122,908 | Sale* | 10/22/21 | 791 | $57.09 | $45,161 |
| Purchase | 09/01/21 | 1,612 | $74.37 | $119,889 | Sale* | 10/25/21 | 3,617 | $55.48 | $200,676 |
| Purchase | 09/03/21 | 614 | $74.39 | $45,674 | Sale* | 10/26/21 | 1,159 | $56.01 | $64,912 |
| Purchase | 09/17/21 | 1,685 | $74.83 | $126,096 | Sale* | 10/26/21 | 3,793 | $56.35 | $213,739 |
| Purchase | 09/22/21 | 2,102 | $78.87 | $165,783 | Sale* | 10/27/21 | 1,140 | $54.26 | $61,859 |
| Purchase | 09/22/21 | 2,499 | $78.06 | $195,076 | Sale* | 11/04/21 | 1,934 | $53.54 | $103,546 |
| Purchase | 09/23/21 | 260 | $79.71 | $20,725 | Sale* | 11/16/21 | 3,046 | $54.59 | $166,279 |
| Purchase | 09/23/21 | 2,405 | $79.24 | $190,578 | Sale* | 12/28/21 | 2,071 | $50.75 | $105,106 |
| Purchase | 09/24/21 | 2,972 | $82.65 | $245,638 | Sale* | 12/29/21 | 4,166 | $50.67 | $211,102 |
| Purchase | 10/20/21 | 18,623 | $75.50 | $1,405,947 | Retained | | 49,559 | $49.85 | $2,470,298 |
| | | 81,247 | | $5,460,916 | | | 81,247 | | $4,231,809 |

**LIFO Loss    ($1,229,107)**

*\* Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

  *The two sales on October 21, 2021 were afterhour sales*

  *Oklahoma Firefighters purchased and retained 77,973 shares of Snap through the end of the Class Period*