POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Bruce Carraway*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>        Defendants. | Case No. 2:21-cv-08892-GW-PD<br><br>NOTICE OF MOTION OF BRUCE CARRAWAY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  February 7, 2022<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D, 9th Floor |
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>                    Defendants. | Case No. 2:22-cv-00175 |

NOTICE OF MOTION

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Bruce Carraway ("Carraway"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Carraway as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired Snap Inc. securities between July 22, 2020 and October 21, 2021, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.[1]

In support of this motion, Carraway submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Carraway is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment

---

[1] After making diligent efforts to timely file the instant motion papers on January 10, 2022, counsel for Carraway encountered technical difficulties and was unable to do so. Shortly thereafter, counsel for Carraway electronically served the instant motion papers to all counsel of record.

as Lead Plaintiff in the Related Actions is January 10, 2022, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Carraway will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until January 11, 2022—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Carraway's motion papers impracticable.    Under these circumstances, Carraway respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  January 10, 2022                              POMERANTZ LLP

                                                      */s/ Jennifer Pafiti*
                                                      Jennifer Pafiti (SBN 282790)
                                                      1100 Glendon Avenue, 15th Floor
                                                      Los Angeles, California 90024
                                                      Telephone: (310) 405-7190
                                                      jpafiti@pomlaw.com

                                                      *Counsel for Movant Bruce Carraway and Proposed Lead Counsel for the Class*

                                                      PORTNOY LAW FIRM
                                                      Lesley F. Portnoy, Esq.
                                                      1800 Century Park East, Suite 600
                                                      Los Angeles, California 90067
                                                      Telephone: (310) 692-8883
                                                      lesley@portnoylaw.com

                                                      *Additional counsel for Movant Bruce Carraway*

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti