# Exhibit A

**Snap Inc. (SNAP)**
**Class Period: July 22,2020 to October 21, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 78-Day* Mean Price $49.8456 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carraway, Bruce | 9/29/2021 | 587 | $74.7000 | ($43,849) | | | | | | | |
| Carraway, Bruce | 9/30/2021 | 13 | $74.6000 | ($970) | | | | | | | |
| **Carraway, Bruce** | | **600** | | **($44,819)** | | | | | **600** | **$29,907** | **($14,911)** |

*Average Closing Prices from October 22, 2021 to January 7, 2022