Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for ES Trust*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, <br><br> Defendants. | Case No. 2:21-cv-08892-GW-PD <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF ES TRUST TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: George H. Wu <br> Hearing Date: February 7, 2022 <br> Time: 8:30 a.m. <br> CTRM: 9D – 1st Street Courthouse |

[Additional caption on next page]

1

NOTICE OF WITHDRAWAL OF MOTION OF ES TRUST TO CONSOLIDATE RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
Case No. 2:21-cv-08892-GW-PD

| | |
|---|---|
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>Defendants. | Case No. 2:22-CV-00175<br><br>CLASS ACTION |

Movant ES Trust ("Movant") hereby withdraws its motion for appointment as Lead Plaintiff and approval of Lead Plaintiff's selection of counsel. Dkt. No. 10. Having reviewed the competing motions filed in the action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

NOTICE OF WITHDRAWAL OF MOTION OF ES TRUST TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
Case No. 2:21-cv-08892-GW-PD

Dated: January 14, 2022                   Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Laurence Rosen, Esq.
                                          Laurence M. Rosen, Esq. (SBN 219683)
                                          355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
                                          Telephone: (213) 785-2610
                                          Facsimile: (213) 226-4684
                                          Email: lrosen@rosenlegal.com

                                          *Counsel for ES Trust*

3

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 14, 2022, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF ES TRUST TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 14, 2022.

/s/ Laurence Rosen
Laurence M. Rosen

NOTICE OF WITHDRAWAL OF MOTION OF ES TRUST TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL
Case No. 2:21-cv-08892-GW-PD