**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Mouhcine Mouhieddine*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated, | No.: 2:21-cv-08892-GW-PD |
| Plaintiff, | **NOTICE OF NON-OPPOSITION OF MOUHCINE MOUHIEDDINE TO COMPETING LEAD PLAINTIFF MOTIONS** |
| v. | |
| SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, | Judge: Hon. George H. Wu<br>Date: February 7, 2022<br>Time: 8:30 a.m.<br>Courtroom #9D |
| Defendants. | |

*Additional caption on following page*

| | |
|---|---|
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on Behalf of All Others Similarly Situated, | No.: 2:22-cv-00175 |
| Plaintiff, | |
| v. | |
| SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Mouhcine Mouhieddine ("Movant") respectfully does not oppose the competing motions for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of selection of lead counsel. On January 10, 2022, Movant timely filed a motion for consolidation, appointment as lead plaintiff, and approval of selection of counsel, stating that he suffered approximately $319,914.12 in financial losses in connection with his purchase of Snap Inc. ("Snap" or the "Company") securities between July 22, 2020 and October 21, 2021, inclusive. Similar motions for appointment as lead plaintiff and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: January 18, 2022                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Lead Counsel for Movant*

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On January 18, 2022, I electronically filed the following **NOTICE OF NON-OPPOSITION OF MOUHCINE MOUHIEDDINE TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 18, 2022.

*/s/ Adam M. Apton*
Adam M. Apton