POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Bruce Carraway*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>    Defendants. | Case No. 2:21-cv-08892-GW-PD<br><br>NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  February 7, 2022<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D, 9th Floor |
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>    Defendants. | Case No. 2:22-cv-00175-GW-PD |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On January 10, 2022, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, Bruce Carraway ("Carraway") sought: (1) consolidation of the above-captioned related actions; (2) appointment of Carraway as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired Snap Inc. securities between July 22, 2020 and October 21, 2021, inclusive (the "Class"); and (3) approval of Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 33.

Having reviewed the competing motions before the Court, it does not appear that Carraway has the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Carraway's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 19, 2022                    POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Bruce Carraway*

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

1

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional counsel for Bruce Carraway*

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Jennifer Pafiti
Jennifer Pafiti

NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

3