**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorney for Bradley Schiller, individually and
as trustee for the Schiller Family Rev Living
Trust UA 02/02/2007*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>        Defendants. | No. 2:21-cv-08892 GW (PDx)<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          February 7, 2022<br>Time:          8:30 a.m.<br>Courtroom:  9D<br>Judge:        Hon. George H. Wu |

[*Caption continues on next page.*]

---

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

No. 2:22-cv-00175 GW (PDx)

NOTICE OF WITHDRAWAL OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

## NOTICE OF WITHDRAWAL

On January 10, 2022, Lead Plaintiff Movant Bradley Schiller ("Mr. Schiller"), individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007, timely filed a motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking: (1) consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointment as Lead Plaintiff; and (3) approval of his selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class (ECF No. 17, the "Motion").

The PSLRA provides that in selecting a Lead Plaintiff, courts shall adopt a presumption that the movant that asserts the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure is the "most adequate plaintiff" to represent the class. See 15 U.S.C. § 78u-4(a)(3)(B)(iii).

Based upon the representations made by the competing movants, it appears that Oklahoma Firefighters Pension and Retirement System possesses the largest financial interest in this litigation and is otherwise adequate and typical in all respects. As such, Mr. Schiller hereby withdraws the Motion. This withdrawal is submitted without prejudice to Mr. Schiller's rights to participate in this litigation or share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

Dated: January 19, 2022

Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

/s/ Jennifer L. Joost
JENNIFER L. JOOST (Bar No. 296164)
  jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94101

NOTICE OF WITHDRAWAL OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

1

Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Attorney for Bradley Schiller, individually and as trustee for the Schiller Family Rev Living Trust UA 02/02/2007*

NOTICE OF WITHDRAWAL OF THE MOTION OF BRADLEY SCHILLER, INDIVIDUALLY AND AS TRUSTEE FOR THE SCHILLER FAMILY REV LIVING TRUST UA 02/02/2007, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL
CASE NOS.: 2:21-CV-08892 GW (PDX), *ET AL.*

2