Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs Jim Buscaglia
and Syndi Buscaglia*

[Additional counsel on signature page]

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE BLACK, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, <br><br> Defendants. | Case No. 2:21-cv-08892-GW-PD <br><br> **NOTICE OF NON-OPPOSITION OF JIM BUSCAGLIA AND SYNDI BUSCAGLIA TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, <br><br> Defendants. | Case No. 2:22-cv-00175-AB-MRW |

Jim Buscaglia and Syndi Buscaglia (the "Buscaglias") filed a timely motion for consolidation, appointment as lead plaintiff, and approval of their selection of counsel. Dkt. No. 19. Six similar motions were filed by other putative class members in this action. Dkt. Nos. 10, 14, 17, 24, 28, 33.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that the Buscaglias do not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, the Buscaglias do not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of the Buscaglias are incapable or inadequate to represent the class in this litigation, the Buscaglias remain willing and able to serve as lead plaintiff or as class representatives. By this Notice of Non-Opposition, the Buscaglias do not waive their rights to participate and recover as class members in this litigation.

DATED:  January 20, 2022

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Plaintiffs Jim Buscaglia*
*and Syndi Buscaglia and Proposed Lead*
*Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

*Additional Counsel*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 20, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan