**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:   (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Lead Counsel for the Class*

*[Additional Counsel Listed on Signature Page]*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Oklahoma Firefighters Pension and Retirement System*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>Defendants. | Case No. 2:21-cv-08892-GW-PD<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF UNOPPOSED MOTION AND REPLY MEMORANDUM IN FURTHER SUPPORT OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>DATE:  February 7, 2022<br>TIME:   8:30 a.m.<br>COURTROOM: 9D – First Street Courthouse<br>JUDGE: Hon. George H. Wu |

*[Caption continued on following page]*

JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,

Defendants.

Case No. 2:22-cv-00175

On January 10, 2022, Oklahoma Firefighters filed a timely motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Saxena White as Lead Counsel.[1]  ECF No. 28.  As set forth in Oklahoma Firefighters' opening papers and opposition brief, Oklahoma Firefighters has the largest financial interest of any movant in the Action, is the presumptive "most adequate plaintiff" pursuant to the PSLRA, and should be appointed as the Lead Plaintiff.  *See* ECF Nos. 28, 30, 40.

In addition to Oklahoma Firefighters, six other Class members filed motions seeking appointment as Lead Plaintiff: Kurri, Schiller, Mouhieddine, Buscaglia, ES Trust, and Carraway. In recognition of the fact that Oklahoma Firefighters has the largest financial interest of any movant and is otherwise adequate to represent the Class pursuant to Rule 23, ES Trust, Kurri, and Schiller all filed notices of withdrawal, with Schiller noting that "it appears that [Oklahoma Firefighters] possesses the largest financial interest in this litigation and is otherwise adequate and typical in all respects."  *See* ECF Nos. 37, 38, 42.  Additionally, Mouhieddine, Carraway, and Buscaglia filed notices of non-opposition to the competing motions. *See* ECF Nos. 39, 41, 43.  Accordingly, Oklahoma Firefighters' motion is unopposed.

As further set forth in Oklahoma Firefighters' opposition brief, with regard to movants who have filed non-oppositions but not withdrawn their motions, there is no question that Oklahoma Firefighters possesses, by far, the largest financial interest:

| MOVANT | CLAIMED LOSS |
| --- | --- |
| Oklahoma Firefighters | $1,229,107 |
| Mouhieddine | $319,914 |
| Buscaglia | $108,289 |
| Carraway | $14,911 |

---

[1] All capitalized but undefined terms have the meanings given to them in Oklahoma Firefighters' opening and opposition briefs.  *See* ECF Nos. 30, 40.

*See* ECF No. 40 at 3-6.  Not only does Oklahoma Firefighters have the largest financial interest, Oklahoma Firefighters has established that it satisfies Rule 23's prerequisites for appointment.  *See* ECF No. 30 at 7-9.  Moreover, Oklahoma Firefighters is a sophisticated institutional investor who: (1) has successfully served as lead plaintiff in a number of securities class actions and (2) has selected counsel that has achieved significant success in this District and nationwide representing victims of securities fraud.  *See id.* at 10-11.

Because Oklahoma Firefighters is the presumptive Lead Plaintiff pursuant to the PSLRA and there is no opposition to Oklahoma Firefighters' motion, the Court should: (1) approve Oklahoma Firefighters' motion for consolidation, appointment as Lead Plaintiff, and approval of selection of Lead Counsel (ECF No. 28); and (2) deny the motions of Mouhieddine (ECF No. 14), Buscaglia (ECF No. 19), and Carraway (ECF No. 33).  *See Barry v. Colony NorthStar, Inc.*, No. 18-cv-2888, ECF No. 43, slip op. at 4-7 (C.D. Cal. July 16, 2018) (Wu, J.) (appointing institutional investor with the largest financial interest as lead plaintiff where other movants either filed non-oppositions or withdrawals).[2]

Dated:  January 24, 2022

Respectfully submitted,

*/s/ David R. Kaplan*
**SAXENA WHITE P.A.**
David R Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

Maya Saxena
Joseph E. White III
Lester R. Hooker (SBN 241590)
msaxena@saxenawhite.com
jwhite@saxenawhite.com

_____

[2] Attached as Exhibit D to the Kaplan Decl., ECF No. 31-4.

lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer
Marisa N. DeMato
ssinger@saxenawhite.com
mdemato@saxenawhite.com
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220

*Attorneys for Proposed Lead Plaintiff*
*Oklahoma Firefighters Pension and*
*Retirement System, and*
*Proposed Lead Counsel for the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Oklahoma Firefighters*
*Pension and Retirement System*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on January 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2022.

*/s/ David R. Kaplan*
David R. Kaplan