UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-8892-GW-PDx | Date | January 31, 2022 |
| Title | *Kellie Black v. Snap, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Charles H. Linehan | Ekwan E. Rhow |
| Michael Albert | Audra J. Soloway |
| David R. Kaplan | Kristina A. Bunting |
| Michael R. Williams | |

**Proceedings: TELEPHONIC HEARING ON OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL [28]**

The Court consolidates this action with *Jim Buscaglia, et al. v. Snap Inc. et al.*, CV 22-175-GW-PDx. Counsel is directed to make all future filings in the CV 21-8892-GW-PDx action. The Clerk's Office will add the parties and counsel in said action.

Court and counsel confer. For reasons stated on the record, Oklahoma Firefighters Pension and Retirement System's Motion is granted. Separate Order to issue.

Plaintiffs will have until March 18, 2022 to amend their complaint. Defendant's will file a response by May 3, 2022. If Defendant's response is a motion to dismiss, Plaintiffs' will have until June 17, 2022 to file their opposition. Defendant's reply will be due on or before July 15, 2022, with a hearing on the motion to dismiss set for August 4, 2022 at 8:30 a.m.

The Court sets a scheduling conference for May 19, 2022 at 8:30 a.m.

TIC: 04