| | |
|---|---|
| **SAXENA WHITE P.A.**<br>David R. Kaplan (SBN 230144)<br>dkaplan@saxenawhite.com<br>12750 High Bluff Drive, Suite 475<br>San Diego, CA 92130<br>Telephone:  (858) 997-0860<br>Facsimile:   (858) 369-0096<br><br>*Attorneys for Proposed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, and Proposed Lead Counsel for the Class* | **BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>John L. Littrell (SBN 221601)<br>jlittrell@bklwlaw.com<br>Michael R. Williams (SBN 192222)<br>mwilliams@bklwlaw.com<br>601 W. 5th Street, Suite 720<br>Los Angeles, CA 90071<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701<br><br>*Local Counsel for Oklahoma Firefighters Pension and Retirement System* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW,<br><br>   Defendants. | Case No. 2:21-cv-08892-GW-PD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING CONSOLIDATION, APPOINTING AS LEAD PLAINTIFF, AND APPROVAL SELECTION OF LEAD COUNSEL**<br><br>DATE:  February 7, 2022<br>TIME:  8:30 a.m.<br>COURTROOM: 9D – First Street Courthouse<br>JUDGE: Hon. George H. Wu |

*[Caption continued on following page]*

| | | |
|---|---|---|
| 1 | JIM BUSCAGLIA, and SYNDI BUSCAGLIA, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-00175 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Plaintiff, | |
| 6 | vs. | |
| 7 | SNAP INC., EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, and REBECCA MORROW, | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | |

Upon consideration of (1) the motion of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") to consolidate the above-captioned, related actions, appoint Oklahoma Firefighters as Lead Plaintiff, and approve its selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of David R. Kaplan with exhibits submitted in support thereof; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Oklahoma Firefighters' motion is **GRANTED**.

2. The above-captioned actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. Oklahoma Firefighters is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions.

4. Oklahoma Firefighters' selection of Lead Counsel is **APPROVED**. Saxena White P.A. is **APPOINTED** as Lead Counsel for the Class in the above-captioned actions and all related actions.

**IT IS SO ORDERED.**

DATED: ___January 31___, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE