DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:      dkramer@paulweiss.com
Email:      asoloway@paulweiss.com
Email:      dsinnreich@paulweiss.com
Email:      kbunting@paulweiss.com

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
**BIRD, MARELLA, BOXER, WOLPERT, NEISSIM, DROOKS, LINCENBERG & RHOW P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Tel:   (310) 201-2100
Fax:   (310) 201-2110
Email:      erhow@birdmarella.com
Email:      akaslow@birdmarella.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN, | No. 2:21-cv-8892-GW-PDx<br><br>**DECLARATION OF KRISTINA A. BUNTING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Defendants.

[Filed Concurrently with Notice of Motion and Memorandum of Points and Authorities in Support of Motion to Dismiss the Consolidated Class Action Complaint and Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference]

Date:    August 4, 2022
Time:    8:30 AM
Crtrm.:  9D

Assigned to Hon. George H. Wu

## **DECLARATION OF KRISTINA A. BUNTING**

I, Kristina A. Bunting, declare as follows:

1.      I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendants Snap Inc. ("Snap"), Evan Spiegel, and Jeremi Gorman in the above-captioned action.  I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California, and offer this Declaration in Support of Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint (the "Motion").

2.      Attached as Exhibit 1 are excerpts of Snap's Form 10-K for the fiscal year ended December 31, 2020, which was filed with the U.S. Securities and Exchange Commission ("SEC") on February 5, 2021.

3.      Attached as Exhibit 2 are excerpts of Snap's Form 10-K for the fiscal year ended December 31, 2019, which was filed with the SEC on February 5, 2020.

4.      Attached as Exhibit 3 are excerpts of Snap's Form 10-Q for the fiscal quarter ended June 30, 2020, which was filed with the SEC on July 22, 2020.

5.      Attached as Exhibit 4 is a transcript of Snap's 4Q 2020 Earnings Call that took place on February 4, 2021.  The transcript is available at https://s25.q4cdn.com/442043304/files/doc_financials/2020/q4/Snap-Inc.-Q4-2020-Transcript.pdf.

6.      Attached as Exhibit 5 is a transcript of CNBC's February 5, 2021 interview of Evan Spiegel on "Squawk Alley," available on CNBC's website at https://www.cnbc.com/video/2021/02/05/snap-ceo-evan-spiegel-on-q4-earnings-results-privacy.html.

7.      Attached as Exhibit 6 is a transcript of Snap's 1Q 2021 Earnings Call that took place on April 22, 2021.  The transcript is available at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q1/Snap-Inc.-Q1-2021-Transcript.pdf.

8.      Attached as Exhibit 7 is a transcript of Snap's presentation at the

1

Morgan Stanley European Technology, Media, and Telecom Conference. The transcript is available at https://s25.q4cdn.com/442043304/files/doc_presentations/2021/Snap-Inc.-at-Morgan-Stanley-European-TMT-Conference.pdf.

9. Attached as Exhibit 8 are excerpts of Snap's Form 10-Q for the fiscal quarter ended September 30, 2020, which was filed with the SEC on October 21, 2020.

10. Attached as Exhibit 9 are excerpts of Snap's Form 10-Q for the fiscal quarter ended March 31, 2021, which was filed with the SEC on April 23, 2021.

11. Attached as Exhibit 10 are excerpts of Snap's Form 10-Q for the fiscal quarter ended June 30, 2021, which was filed with the SEC on July 23, 2021.

12. Attached as Exhibit 11 are excerpts of Snap's Form 10-Q for the fiscal quarter ended September 30, 2021, which was filed with the SEC on October 22, 2021.

13. Attached as Exhibit 12 is the "Upcoming AppTrackingTransparency Requirements" webpage, dated April 20, 2021, on Apple Inc.'s publicly-available Apple Developer website at https://developer.apple.com/news/?id=ecvrtzt2.

14. Attached as Exhibit 13 is an analyst report titled "Snap Inc. (Snap) Multiple Catalysts Emerge as Engagement Continues to Attract Advertisers," that was published by JMP on April 23, 2021.

15. Attached as Exhibit 14 is a transcript of Snap's 2Q 2021 Earnings Call that took place on July 22, 2021. The transcript is available at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q2/Snap-Inc.-Q2-2021-Earnings-Transcript.pdf.

16. Attached as Exhibit 15 is a transcript of Snap's 3Q 2021 Earnings Call that took place on October 21, 2021. The transcript is available at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q3/Snap-Inc.-Q3-2021-Earnings-Transcript.pdf.

2

DECLARATION OF KRISTINA A. BUNTING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

17. Attached as Exhibit 16 is an analyst report titled "Snap, Inc. (SNAP) 2Q21 Results/Guide Top Expectations on Sharp Jump in Monetization; Maintain Buy/PT to $100 from $85, IDFA Impact Manageable So Far," that was published by Truist Securities on July 22, 2021.

18. Attached as Exhibit 17 is a redacted copy of Evan Spiegel's Rule 10b5-1 plan executed on November 19, 2020. This redacted exhibit has been filed under seal concurrently with Defendants' Application for Leave to File Under Seal Exhibits 17 and 18 to this Declaration and the [Proposed] Order Regarding Application For Leave to File Under Seal. An unredacted version of Exhibit 17 has been filed under separate cover with the Sealed Declaration of Kristina A. Bunting in Support of Defendants' Application for Leave to File Under Seal.

19. Attached as Exhibit 18 is a redacted copy of Evan Spiegel's Rule 10b5-1 plan executed on February 22, 2021. This redacted exhibit has been filed under seal concurrently with Defendants' Application for Leave to File Under Seal Exhibits 17 and 18 to this Declaration and the [Proposed] Order Regarding Application For Leave to File Under Seal. An unredacted version of Exhibit 18 has been filed under separate cover with the Sealed Declaration of Kristina A. Bunting in Support of Defendants' Application for Leave to File Under Seal.

20. Attached as Exhibit 19 are copies of Evan Spiegel's Form 4s filed with the SEC on June 3, 2020, June 11, 2020, September 3, 2020, March 3, 2021, April 28, 2021, June 4, 2021, June 9, 2021, June 15, 2021, June 25, 2021, June 30, 2021, July 8, 2021, July 27, 2021, July 30, 2021, August 4, 2021, August 9, 2021, August 12, 2021, and September 27, 2021.

21. Attached as Exhibit 20 is a chart setting forth the sales of Snap stock by Snap's CEO and Co-founder, Evan Spiegel between May 23, 2020 and October 21, 2021, based on Exhibit 19.

22. Attached as Exhibit 21 is a transcript of CNBC's May 21, 2021 interview of Evan Spiegel on "TechCheck," available on CNBC's website at

3

https://www.cnbc.com/video/2021/05/21/watch-cnbcs-full-interview-with-snap-ceo-evan-spiegel-on-its-augmented-reality-deal.html.

23.    Attached as Exhibit 22 is an analyst report titled "Snap, Inc. (SNAP) 1Q21 Wrap: New Products, Advertisers & (Unexpectedly) Reopening Drive Growth," that was published by Piper Sandler on April 22, 2021.

24.    On April 26, 2022, the parties conferred pursuant to Local Rule 7-3 regarding the substance of the Motion.  Defendants' counsel explained the arguments Defendants intended to assert in the Motion.  Plaintiff's counsel indicated that they disagreed with Defendants' arguments and did not intend to amend or withdraw the Consolidated Complaint.

I declare under penalty of the laws of the United States that the foregoing is true and correct.  Executed this 3rd of May, 2022 in New York, NY.

_____

Kristina A. Bunting

4

DECLARATION OF KRISTINA A. BUNTING IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT