# EXHIBIT 5

Spiegel CNBC Appearance, Feb. 5, 2021
April 25, 2022
Transcript by TransPerfect

**JULIA BOORSTIN:**  So, Evan, you beat pretty much across the board – user growth, revenue, earnings. Even your guidance for first quarter revenue was stronger than expected, but the stock did this dip last night on a warning about the first quarter. Tell us what that warning was.

**EVAN SPIEGEL:**  Well, I think what people are really focused on are our investments in Spotlight, which is a new platform that we're super excited about. It launched in November, and it gives people an opportunity to share their best snaps with the entire Snapchat audience, and be rewarded for their creativity, so we're distributing a million dollars a day to the top performing creators on Spotlight. And that's something we are continuing to invest in in Q1. But, I think, it's important to put our EBITDA guidance in perspective. We've doubled revenue in the last two years and 47% of that incremental revenue has fallen to the adjusted EBITDA line, so there's great progress overall in the business. We just see a huge opportunity to invest in Spotlight, which should increase our overall revenue opportunity over time.

**BOORSTIN:**  Now, Evan, there's been a lot of talk with companies in the fourth quarter about whether or not the growth they saw in 2020, particularly around users, was a pull forward from 2021 and I'm wondering if you think the kind of revenue and user growth you saw is going to be sustainable into the next couple of quarters.

**EVAN SPIEGEL:**  Well, despite our accelerating user growth, we actually view the pandemic lockdown as a drag on our growth overall. What we've seen is that people's friend groups tend to get a little smaller, they make fewer new friends. They're not out and about as much using our camera and posting snaps to their stories, for example. I think actually for us as we look at the end of the lockdowns and maybe the resumption of a slightly more normal life certainly based on the data we've seen from other cities that have taken maybe a less aggressive approach to locking down, it's actually something we're excited about and looking forward to and should be a tailwind for other products like our map, for example. We have a map that shows you a really personalized view of the world, where your friends are, what they're doing, the places that are important to you and that map should actually benefit from increased engagement as people get out of the house and go explore and meet up with their friends.

**BOORSTIN:**  Evan, I want to return to something that was part of the warning around the first quarter results and that was about Apple's operating system change that's about to launch. We don't know exactly when it's going to launch, but it will launch soon, and you said you expect it to have a meaningful impact on your results. You don't know how big the impact will be and that's really about limiting targeting of how you target ads to consumers. What is the potential impact? The potential greatest impact of that operating system change?

**EVAN SPIEGEL:**  Well, we factored that impact into our guidance, so we're projecting 56-60% year over year revenue growth in Q1 and our business was really strong in Q1 of last year, so I think it's a solid comp and so we're definitely excited about the momentum we're seeing. The reason why we're highlighting some of the policy changes that Apple is making is that they will impact our ability to effectively measure and optimize advertising outside of Snapchat. What happens today when someone sees an advertisement in Snapchat and maybe later they go buy a product or download an app, we're able to track that conversion and attribute it back to Snapchat advertising. Apple's making some changes in the way that we're able to do that and restricting

1

**Spiegel CNBC Appearance, Feb. 5, 2021**
**April 25, 2022**
**Transcript by TransPerfect**

our use of effectively personal identifiable information. What they've provided instead is their own proprietary measurement solution called SKAd Network, so we've implemented that and we're also building our own solutions that use aggregated data to help drive optimization and measurement for our advertising partners. That's in addition to our conversion API and measurement kit, for example. So we feel like we're well prepared for these changes and frankly, that's because these changes are in line with our privacy philosophy. We've never allowed device-specific targeting, for example and we've always taken a very protective stance when it comes to our users' data, so we generally view this as a good thing overall for consumers, even if it's a little disruptive for advertisers in the near term.

**2**



I, Anders Nelson, hereby certify that the document "Spiegel Feb. 5, 2021 CNBC Appearance" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

# Anders Nelson

Digitally signed by Anders Nelson
Date: 2022.04.25 16:54:54 -04'00'

_____

Anders Nelson
Project Manager

April 25, 2022

Ex. 5 - 49