# EXHIBIT 12

Case 2:21-cv-08892-GW-RAO    Document 78-13    Filed 05/03/22    Page 2 of 4   Page ID #:1019

**Page Vault**

| | |
|---|---|
| Document title: | Upcoming AppTrackingTransparency requirements - Latest News - Apple Developer |
| Capture URL: | https://developer.apple.com/news/?id=ecvrtzt2 |
| Page loaded at (UTC): | Tue, 03 May 2022 22:04:09 GMT |
| Capture timestamp (UTC): | Tue, 03 May 2022 22:04:10 GMT |
| Capture tool: | 2.37.0 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 3 |
| Capture ID: | oyLFgFGuKPQWS2LJ2ciuwP |
| User: | pw-edsg |

PDF REFERENCE #:    dhaosrjMzJaVQuk3x7z5fD

Ex. 12 - 105

 Developer

News      Discover      Design      Develop      Distribute      Support      Account

## News and Updates

Latest News          Software Releases          Site Updates          Upcoming Requirements



## Upcoming AppTrackingTransparency requirements

April 20, 2021

With the upcoming public release of iOS 14.5, iPadOS 14.5, and tvOS 14.5, all apps must use the AppTrackingTransparency framework to request the user's permission to track them or to access their device's advertising identifier. Unless you receive permission from the user to enable tracking, the device's advertising identifier value will be all zeros and you may not track them.

When submitting your app for review, any other form of tracking — for example, by name or email address — must be declared in the product page's App Store Privacy Information section and be performed only if permission is granted through AppTrackingTransparency. You'll also need to include a purpose string in the system prompt to explain why you'd like to track the user, per App Store Review Guideline 5.1.2(i). These requirements apply to all apps starting April 26, 2021.

As a reminder, collecting device and usage data with the intent of deriving a unique representation of a user, or fingerprinting, continues to be a violation of the Apple Developer Program License Agreement.

Learn more about user privacy and data use ›

 › Developer › News and Updates › Upcoming AppTrackingTransparency requirements

| Platforms | Topics & Technologies | Resources | Programs |
|---|---|---|---|
| iOS | Accessibility | Documentation | Apple Developer Program |
| iPadOS | Accessories | Curriculum | Apple Developer Enterprise Program |
| macOS | App Extensions | Downloads | App Store Small Business Program |
| tvOS | App Store | Forums | MFi Program |
| watchOS | Audio & Video | Videos | News Partner Program |
|  | Augmented Reality |  | Video Partner Program |
| **Languages** | Business | **Support** | Security Bounty Program |
| Swift | Design | Support Articles | Security Research Device Program |
| SwiftUI | Distribution | Contact Us |  |
|  | Education | Bug Reporting | **Events** |
| **Tools** | Fonts | System Status | App Accelerators |
| SF Symbols | Games |  | App Store Awards |
| Swift Playgrounds | Health & Fitness | **Account** | Apple Design Awards |
| TestFlight | In-App Purchase | Apple Developer | Apple Developer Academies |
| Xcode | Localization | App Store Connect | Entrepreneur Camp |
| Xcode Cloud | Maps & Location | Certificates, IDs, & Profiles | Tech Talks |

Document title: Upcoming AppTrackingTransparency requirements - Latest News - Apple Developer
Capture URL: https://developer.apple.com/news/?id=ecvrtzt2
Capture timestamp (UTC): Tue, 03 May 2022 22:04:10 GMT

Ex. 12 - 106

With the upcoming public release of iOS 14.5, iPadOS 14.5, and tvOS 14.5, all apps must use the AppTrackingTransparency framework to request the user's permission to track them or to access their device's advertising identifier. Unless you receive permission from the user to enable tracking, the device's advertising identifier value will be all zeros and you may not track them.

When submitting your app for review, any other form of tracking — for example, by name or email address — must be declared in the product page's App Store Privacy Information section and be performed only if permission is granted through AppTrackingTransparency. You'll also need to include a purpose string in the system prompt to explain why you'd like to track the user, per App Store Review Guideline 5.1.2(i). These requirements apply to all apps starting April 26, 2021.

As a reminder, collecting device and usage data with the intent of deriving a unique representation of a user, or fingerprinting, continues to be a violation of the Apple Developer Program License Agreement.

Learn more about user privacy and data use ›

 > Developer > News and Updates > Upcoming AppTrackingTransparency requirements

**Platforms**
iOS
iPadOS
macOS
tvOS
watchOS

**Languages**
Swift
SwiftUI

**Tools**
SF Symbols
Swift Playgrounds
TestFlight
Xcode
Xcode Cloud

**Topics & Technologies**
Accessibility
Accessories
App Extensions
App Store
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Fonts
Games
Health & Fitness
In-App Purchase
Localization
Maps & Location
Machine Learning
Security
Safari & Web

**Resources**
Documentation
Curriculum
Downloads
Forums
Videos

**Support**
Support Articles
Contact Us
Bug Reporting
System Status

**Account**
Apple Developer
App Store Connect
Certificates, IDs, & Profiles
Feedback Assistant

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
App Accelerators
App Store Awards
Apple Design Awards
Apple Developer Academies
Entrepreneur Camp
Tech Talks
WWDC

To view the latest developer news, visit News and Updates.

Light   Dark   Auto

Copyright © 2022 Apple Inc. All rights reserved.    Terms of Use  |  Privacy Policy  |  Agreements and Guidelines    English ⌄

Document title: Upcoming AppTrackingTransparency requirements - Latest News - Apple Developer
Capture URL: https://developer.apple.com/news/?id=ecvrtzt2
Capture timestamp (UTC): Tue, 03 May 2022 22:04:10 GMT

Ex. 12 - 107