# EXHIBIT 13

**Internet & Digital Media | Company Update**
April 23, 2021

**J MP**

# Snap Inc. (SNAP)
Multiple Catalysts Emerge as Engagement Continues to Attract Advertisers

**MARKET OUTPERFORM**
Price: $57.05
Price Target: $89.00

## INVESTMENT HIGHLIGHTS

**Ronald V. Josey**
rjosey@jmpsecurities.com
(212) 906-3528

**Andrew Boone, CFA**
aboone@jmpsecurities.com
(415) 835-3902

- **Following 1Q21 results, we believe Snap has multiple catalysts going forward as engagement continues to grow globally, monetization improves with advertisers on the platform doubling once again, and newer formats like Spotlight and Maps gain greater user traction, and we reiterate our Market Outperform rating and raise our price target to $89 from $75 previously.**

- **Snap is clearly executing very well and we believe we believe Snap's goal of 50%+ revenue growth over the next several years as disclosed at its analyst day in February is not a stretch, but increasingly achievable.** Case in point, Snap's core North America business is its largest and fastest growing region with revenues growing (and accelerating) to +75% Y/Y in 1Q21. With Snap implementing its verticalized N.A. sales approach to Europe and Rest of World (ROW), we look for these regions to deliver accelerating growth as well. Add in the potential for monetization as engagement across its two most nascent platforms—Spotlight and Maps—ramps as monetization across its core platforms of Communication, Camera, and Stories grows given newer ad products around AR, Video, and eCommerce, among others, and we believe there remain multiple catalysts going forward.

- **We are materially increasing our projections coming out of 1Q21** results and believe the Street has yet to fully appreciate the multiple growth levers in Snap's core business and the optionality around Spotlight and Maps, now with 125 million and 250 million MAUs, respectively.

- **What we liked:**
  - **Engagement: Snap Added 16M DAUs Q/Q ending the quarter with 281M DAUs (23% Y/Y)—**DAU growth was led by ROW as Android now accounts for 50%+ of Snap's DAUs and believe the company has a sizeable opportunity in growing DAUs across developing markets as it localizes more content for these users;

  - **Spotlight gaining scale, now at 125M MAU—**Spotlight added 25M MAUs in 1Q, is now live in 14 countries—India, Mexico, and Brazil launched in 1Q—and given daily video submissions grew 40% from January to March as users that spent 10+ mins/day grew 70% over the same period, we view Spotlight as a significant catalyst once monetization launches;

  - **Advertisers doubled as eCPMs growth accelerated to +67% Y/Y…**auction optimization improvements, mix-shift to higher CPM products (like Commercials), and strength in N.A. (N.A. ad rev growth accelerated to +75% Y/Y) led to accelerating eCPM growth and management was clear to say it remains demand constrained, not supply, suggesting significant room for ad load expansion over time;

### MARKET DATA

| | |
|---|---|
| Price | $57.05 |
| 52-Week Range: | $15.58 - $73.59 |
| Shares Out. (M): | 1,629.2 |
| Market Cap ($M): | $92,945.9 |
| Cash (M): | $2,557 |
| Cash/Share: | $1.57 |
| Free Cash Flow Yield: | 0.1% |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $462.5 | $769.6A | -- |
| | 2Q | $454.2 | $839.5 | -- |
| | 3Q | $678.7 | $1,095.4 | -- |
| | 4Q | $911.3 | $1,352.8 | -- |
| | **FY** | **$2,506.6** | **$4,057.4** | **$6,044.2** |
| PF EPS | 1Q | ($0.08) | $0.00A | -- |
| | 2Q | ($0.09) | ($0.03) | -- |
| | 3Q | $0.01 | $0.10 | -- |
| | 4Q | $0.10 | $0.20 | -- |
| | **FY** | **($0.07)** | **$0.27** | **$0.87** |
| Previous FY | | NC | $0.01 | $0.56 |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.**
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

**Snap Inc. (SNAP)**

**JMP**

- ○ **…as DR and Brand Advertisers increasingly adopt the platform—**DR continues to account for 50% of revenue with Pixel GBB +3x Y/Y, Subscription GBB +3x Y/Y, and Pixel sign-up GBB ~doubling Y/Y, though with Upfront ad commitments +50% Y/Y, Snap's brand advertising business is ramping and we note management believes it has reached feature parity with Facebook (see Figures 1 & 2 for more stats on Snap's advertising results & our ARPU comparison of Snap, Facebook, and Twitter);

- ○ **Gross margins expanding: infrastructure CoRPU -13% Y/Y…** Gross margins of 47.4% expanded 90bps Y/Y despite Snap's $90M investment in Spotlight content payouts as technology improvements led to CoRPU of $0.62 (-13% Y/Y), $0.08 better than our projection;

- ○ **…Resulting in significantly improved EBITDA and FCF:** 1Q21 EBITDA loss of ($1.7M) compares to the more profitable end of guidance of ($50M) as revenue outperformance, improved CoRPU costs, and more disciplined investments led to the improvements (with 2Q21 likely the last quarter of reported EBITDA losses as Snap delivered $126 million in FCF on improving working capital efficiency).

- • **What we are watching:**
- ○ **International salesforce build-out—**Snap is actively building out its advertising sales and support teams globally using the same playbook (verticalized approach) as in the U.S. While likely a multi-year effort with a focus on Europe at first (in our view), a goal is to narrow the ARPU gap between North America and Europe, whereby Europe is currently monetized at ~25% of North American levels. This compares to Facebook, which currently has a 30% discount between U.S. & Canada and Europe.

- ○ **Spotlight and Maps—Focusing on engagement with a clear path to monetization:** While the current focus is on growing engagement across both platforms, we are encouraged to see a clear roadmap for monetization of each. Snap's success in modularizing its ads manager platform enables it to turn on Spotlight monetization relatively seamlessly when ready and with 35M businesses already on Maps, we see a clear path forward from providing utility to generating revenue.

- ○ **Apple's ATT-related impacts included in guidance:** We are watching for potential headwinds associated with Apple's App Tracking Transparency (ATT) as iOS 14.5 rolls out this month, requiring users to opt in to advertiser tracking. That said, management included this headwind in guidance—though did not quantify—and given 50%+ of Snap's DR advertising partners have adopted Apple's SKAdNetwork and Snap's planning, we view ATT changes as less of a risk than previously.

- • **1Q21 results:** Snap ended 1Q21 with 281M (+22.7% Y/Y) DAUs and reported revenue of $770M (+66% Y/Y), 3.6% above consensus on strength across North America and ROW, which came in 4.4% and 7% above our projections as revenue growth reaccelerated to +75% Y/Y and +46% Y/Y. Global ARPU of $2.74 (+35.6% Y/Y) compared to our $2.68 projection. Gross margin of 47.4% came in 2.5% above our 44.9% projection as infrastructure CoRPU declined 13% Y/Y. The revenue

---

April 23, 2021

beat and expanding gross margins delivered an EBITDA loss of ($1.7M), materially better than consensus of ($56.6M), and FCF of $126 million (Snap's first positive FCF quarter) as the company focuses on sustainably scaling operations relative to growth.

- Following 1Q21 earnings, shares of Snap rose 5% in after-hours trading to $59.90 and currently trade at 16.5x our 2022E EV/revenue. Our new $89 price target is based on an unchanged ~25x 2022E EV/revenue multiple whereby our revenue is $6.0B (+49% Y/Y) and our EV is ~$149B. We justify our multiple given accelerating DAU and revenue growth trends, increased advertiser adoption, the potential around newer products and services like Spotlight and Maps, and improving overall profitability. For 2021, we now project revenue of $4.1B (+62% Y/Y) and EBITDA of $497.4M (12.3% margin).

Snap Inc. (SNAP)

**JMP**

### FIGURE 1. Select Engagement and Advertising Metrics From Snap's 4Q20 & 1Q21 Results

|  | 4Q20A | 1Q21A |
|---|---|---|
| Spotlight MAUs | ~100M | 125M |
| Maps MAUs | 250M+ | - |
| Top Performing Ad Verticals | eCommerce, CPG, Tech, Telcom, Gaming, Streaming, Financial Services, & Restaurants | eCommerce, Retail, Entertainment, Restaurants, Tech, Telcom, Apparel, Streaming, Gaming, & CPG |
| Growth in Active Advertisers Y/Y | ~100% | ~100% |
| eCPMS growth Y/Y | +46% | +67% |
| Revenue from Pixel Y/Y | +3x | +3x |
| Pixel Signup GBB Y/Y | +4x | +2x |
| Commercials Ad Product Revenue Y/Y | +2x | - |
| Upfront Commercials Ad format from Brand Y/Y | NA | +3x |
| Total Upfront Commitments for 2021 Y/Y | NA | 50%+ |

*Source: Company reports, JMP Securities LLC*

### FIGURE 2. Comparing North America / Domestic ARPU Levels Across Snap, Twitter, and Facebook



Snap monetizes at 75% and 14% of U.S. Twitter & Facebook (Ex-Insta) N.A. ARPU, respectively

Legend: ■ Snapchat North America ARPU   ■ Twitter U.S. Ad ARPU   ■ Facebook (Ex-Insta) U.S. & Canada ARPU

*Source: Company reports, JMP Securities LLC*

Ex. 13 - 112

**Snap Inc. (SNAP)**

**JMP**

**FIGURE 3. Snap Earnings Report Scorecard ($ in millions, except per share amounts)**

| | 1Q20A | 4Q20A | 1Q21E | 1Q21A | Y/Y % Change 1Q21E | 1Q21A | vs. Estimate |
|---|---|---|---|---|---|---|---|
| DAU Net Additions | 11.0 | 16.0 | 10.0 | 16.0 | -9.1% | 45.5% | 60.0% |
| **Global DAU** | **229.0** | **265.0** | **275.0** | **281.0** | **20.1%** | **22.7%** | **2.2%** |
| Average North America DAU | 88.0 | 92.0 | 93.0 | 93.0 | 5.7% | 5.7% | 0.0% |
| Average Europe DAU | 70.0 | 74.0 | 75.0 | 77.0 | 7.2% | 10.0% | 2.6% |
| Average RoW DAU | 71.0 | 99.0 | 107.0 | 111.0 | 50.7% | 56.3% | 3.8% |
| | | | | | | | |
| ARPU | $2.02 | $3.44 | $2.68 | $2.74 | 32.9% | 35.6% | 2.1% |
| | | | | | | | |
| **Revenue** | **$462.5** | **$911.3** | **$737.9** | **$769.6** | **59.5%** | **66.4%** | **4.3%** |
| North America Revenue | $315.7 | $659.2 | $529.6 | $553.0 | 67.8% | 75.2% | 4.4% |
| Europe Revenue | $76.5 | $141.6 | $112.0 | $113.6 | 46.4% | 48.5% | 1.4% |
| RoW Revenue | $70.3 | $110.6 | $96.3 | $103.0 | 36.9% | 46.4% | 7.0% |
| | | | | | | | |
| Cost of Revenue Per User (CoRPU) | $1.07 | $1.42 | $1.48 | $1.44 | 37.6% | 34.0% | -2.6% |
| | | | | | | | |
| Gross Profit | $216.4 | $534.2 | $331.3 | $364.9 | 53.1% | 68.7% | 10.1% |
| Research & development | $111.4 | $152.3 | $158.6 | $173.8 | 42.4% | 56.0% | 9.5% |
| Sales & marketing | $94.2 | $125.5 | $124.0 | $118.0 | 31.5% | 25.2% | -4.8% |
| General & administrative | $103.9 | $110.9 | $114.4 | $116.2 | 10.1% | 11.9% | 1.6% |
| Operating income | ($286.4) | ($97.2) | ($307.2) | ($303.6) | NA | NA | NA |
| PF EPS (ex SBC/non-rec) | ($0.08) | $0.10 | ($0.07) | $0.00 | NA | NA | -102.4% |
| Adjusted EBITDA | ($81.2) | $165.6 | ($58.2) | ($1.7) | NA | NA | -97.1% |
| | | | | | | | |
| **% of Revenue** | | | | | | | |
| Gross Margin | 46.8% | 58.6% | 44.9% | 47.4% | | | |
| Research & development | 24.1% | 16.7% | 21.5% | 22.6% | | | |
| Sales & marketing | 20.4% | 13.8% | 16.8% | 15.3% | | | |
| General & administrative | 22.5% | 12.2% | 15.5% | 15.1% | | | |
| Operating Margin | -61.9% | -10.7% | -41.6% | -39.5% | | | |
| Adj. EBITDA Margin | -17.6% | 18.2% | -7.9% | -0.2% | | | |

*Source: Company reports, JMP Securities LLC*

Snap Inc. (SNAP)

JMP

**FIGURE 4.Old vs. New Estimates ($ in millions, except per share amounts)**

| | 2Q21E | | 3Q21E | | 4Q21E | | 2021E | | 2022E | | 2023E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Old | New | Old | New | Old | New | Old | New | Old | New | Old | New |
| Average global DAU | 283.5 | 290.0 | 292.0 | 298.5 | 302.0 | 308.5 | 288.1 | 294.5 | 326.0 | 341.1 | 364.7 | 390.4 |
| Y/Y growth | 19.1% | 21.8% | 17.3% | 19.9% | 14.0% | 16.4% | 17.5% | 20.1% | 13.2% | 15.8% | 11.9% | 14.5% |
| Q/Q growth | 3.1% | 3.2% | 3.0% | 2.9% | 3.4% | 3.4% | NA | NA | NA | NA | NA | NA |
| % change to estimate | | 2.3% | | 2.2% | | 2.2% | | 2.2% | | 4.6% | | 7.0% |
| | | | | | | | | | | | | |
| Total Revenue | $827.5 | $839.5 | $942.1 | $1,095.4 | $1,161.5 | $1,352.8 | $3,669.0 | $4,057.4 | $5,069.7 | $6,044.2 | $6,610.5 | $8,574.0 |
| Y/Y growth | 82.2% | 84.9% | 38.8% | 61.4% | 27.5% | 48.4% | 46.4% | 61.9% | 38.2% | 49.0% | 30.4% | 41.9% |
| Q/Q growth | 75.1% | 80.0% | 60.6% | 68.3% | 32.5% | 44.7% | NA | NA | NA | NA | NA | NA |
| % change to estimate | | 1.5% | | 16.3% | | 16.5% | | 10.6% | | 19.2% | | 29.7% |
| | | | | | | | | | | | | |
| EBITDA | ($14.8) | ($3.4) | $42.8 | $180.5 | $197.6 | $322.1 | $167.4 | $497.4 | $972.2 | $1,394.8 | $1,679.0 | $2,611.9 |
| Y/Y growth | NA | NA | -24.1% | 220.2% | 19.3% | 94.5% | NA | NA | 480.8% | 180.4% | 72.7% | 87.3% |
| Margin | -1.8% | -0.4% | 4.5% | 16.5% | 17.0% | 23.8% | 4.6% | 12.3% | 19.2% | 23.1% | 25.4% | 30.5% |
| % change to estimate | | -76.9% | | 321.8% | | 63.0% | | 197.2% | | 43.5% | | 55.6% |

*Source: Company reports, JMP Securities LLC*

**Snap Inc. (SNAP)**

**JMP**

### FIGURE 5. Snap Income Statement, 2019A – 2023E ($ in millions, except per share amounts)

| | 2019A | 3/20A | 6/20A | 9/20A | 12/20A | 2020A | 3/21A | 6/21E | 9/21E | 12/21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 1,715.5 | 462.5 | 454.2 | 678.7 | 911.3 | 2,506.6 | 769.6 | 839.5 | 1,095.4 | 1,352.8 | 4,057.4 | 6,044.2 | 8,574.0 |
| Cost of revenue | 868.2 | 246.1 | 242.9 | 284.9 | 377.1 | 1,150.9 | 404.7 | 437.2 | 479.6 | 545.8 | 1,867.2 | 2,421.9 | 3,147.0 |
| Gross profit | 847.3 | 216.4 | 211.3 | 393.8 | 534.2 | 1,355.7 | 364.9 | 402.4 | 615.9 | 807.0 | 2,190.1 | 3,622.3 | 5,427.1 |
| | | | | | | | | | | | | | |
| **Operating expenses** | | | | | | | | | | | | | |
| Research & development | 385.7 | 111.4 | 124.9 | 142.1 | 152.3 | 530.7 | 173.8 | 184.7 | 191.7 | 209.7 | 759.8 | 1,027.5 | 1,329.0 |
| Sales & marketing | 352.0 | 94.2 | 101.6 | 112.9 | 125.5 | 434.3 | 118.0 | 139.4 | 156.6 | 179.9 | 593.9 | 785.7 | 1,003.2 |
| General & administrative | 339.8 | 103.9 | 88.3 | 92.8 | 110.9 | 395.9 | 116.2 | 121.7 | 127.1 | 135.3 | 500.3 | 574.2 | 643.1 |
| Other / one time items | 100.0 | - | - | - | - | 0.0 | - | - | - | - | - | - | - |
| Depreciation & amortization | 87.2 | 21.2 | 20.9 | 21.8 | 22.8 | 86.7 | 23.5 | 24.0 | 21.5 | 22.0 | 91.0 | 96.0 | 101.0 |
| Stock based compensation | 686.0 | 172.0 | 186.2 | 192.1 | 219.9 | 770.2 | 237.1 | 220.0 | 220.0 | 220.0 | 897.1 | 932.1 | 967.1 |
| Total operating expenses | 1,950.7 | 502.7 | 521.9 | 561.7 | 631.4 | 2,217.8 | 668.5 | 689.8 | 716.9 | 766.9 | 2,842.1 | 3,415.5 | 4,043.2 |
| Operating income | (1,103.3) | (286.4) | (310.6) | (167.9) | (97.2) | (862.1) | (303.6) | (287.4) | (101.0) | 40.1 | (652.0) | 206.8 | 1,383.8 |
| PF operating income | (283.9) | (106.3) | (117.1) | 32.6 | 132.4 | (58.4) | (56.1) | (57.4) | 129.0 | 270.1 | 285.5 | 1,178.8 | 2,388.9 |
| Interest income, net | 36.0 | 8.6 | 4.8 | 2.8 | 2.0 | 18.1 | 1.1 | 5.0 | 5.0 | 5.0 | 16.1 | 16.1 | 16.1 |
| Interest expense, net | (25.0) | (15.1) | (24.7) | (28.2) | (29.2) | (97.2) | (5.0) | (30.0) | (30.0) | (30.0) | (95.0) | (95.0) | (95.0) |
| Other (expense) income, net | 59.0 | (12.4) | 3.6 | (5.7) | 29.5 | 15.0 | 22.1 | - | - | - | 22.1 | 22.1 | 22.1 |
| Pre-tax income | (1,033.3) | (305.3) | (327.0) | (198.9) | (95.0) | (926.2) | (285.4) | (312.4) | (126.0) | 15.1 | (708.8) | 149.9 | 1,327.0 |
| Income taxes | (0.4) | (0.7) | 1.0 | (0.9) | (18.1) | (18.7) | (1.4) | - | - | (3.8) | (5.2) | (37.5) | (331.7) |
| Tax rate | 0.0% | -0.2% | 0.3% | -0.5% | -19.1% | -2.0% | -0.5% | 0.0% | 0.0% | 25.0% | -0.7% | 25.0% | 25.0% |
| GAAP net income | (1,033.7) | (305.9) | (326.0) | (199.9) | (113.1) | (944.8) | (286.9) | (312.4) | (126.0) | 11.3 | (714.0) | 112.4 | 995.2 |
| | | | | | | | | | | | | | |
| Basic EPS | ($0.75) | ($0.21) | ($0.23) | ($0.14) | ($0.08) | ($0.65) | ($0.20) | ($0.21) | ($0.09) | $0.01 | ($0.48) | $0.07 | $0.65 |
| Diluted EPS | ($0.75) | ($0.21) | ($0.23) | ($0.14) | ($0.08) | ($0.65) | ($0.20) | ($0.21) | ($0.09) | $0.01 | ($0.48) | $0.08 | $0.68 |
| GAAP shares (M) | 1,376.5 | 1,426.3 | 1,447.0 | 1,466.4 | 1,466.4 | 1,451.5 | 1,466.4 | 1,471.4 | 1,476.4 | 1,481.4 | 1,473.9 | 1,503.4 | 1,533.5 |
| Fully diluted shares (M) | 1,376.5 | 1,426.3 | 1,447.0 | 1,466.4 | 1,466.4 | 1,451.5 | 1,466.4 | 1,471.4 | 1,476.4 | 1,417.5 | 1,473.9 | 1,430.6 | 1,459.2 |
| | | | | | | | | | | | | | |
| **Non-recurring items** | | | | | | | | | | | | | |
| Stock based compensation | 686.0 | 172.0 | 186.2 | 192.1 | 219.9 | 770.2 | 237.1 | 220.0 | 220.0 | 220.0 | 897.1 | 932.1 | 967.1 |
| Payroll tax expenses related to SBC | 23.8 | 11.9 | 7.9 | 10.3 | 20.2 | 50.3 | 41.3 | 40.0 | 40.0 | 40.0 | 161.3 | 160.0 | 160.0 |
| Amortization of intangibles | 33.4 | 8.0 | 7.4 | 8.4 | 9.7 | 33.5 | 10.4 | 10.0 | 10.0 | 10.0 | 40.4 | 40.0 | 38.0 |
| Other | 148.5 | - | - | - | - | - | - | - | - | - | - | - | - |
| Income tax adjustment | 0.7 | (0.1) | 0.1 | 0.4 | (0.5) | (0.1) | 0.4 | 0.0 | 0.0 | 0.0 | 0.4 | - | - |
| PF net income (loss) | (141.9) | (114.1) | (124.4) | 11.4 | 136.2 | (90.9) | 2.4 | (42.4) | 144.0 | 281.3 | 385.2 | 1,244.5 | 2,160.3 |
| PF EPS (ex SBC/non-rec) | ($0.10) | ($0.08) | ($0.09) | $0.01 | $0.10 | ($0.07) | $0.00 | ($0.03) | $0.10 | $0.20 | $0.27 | $0.87 | $1.48 |
| PF EPS (diluted shares + stock awards) | ($0.09) | ($0.07) | ($0.08) | $0.01 | $0.08 | ($0.06) | $0.00 | ($0.03) | $0.09 | $0.17 | $0.23 | $0.74 | $1.25 |
| Non-GAAP Diluted Shares -- As reported | 1,376.5 | 1,362.5 | 1,372.5 | 1,382.5 | 1,392.5 | 1,377.5 | 1,387.5 | 1,397.5 | 1,407.5 | 1,417.5 | 1,402.5 | 1,430.6 | 1,459.2 |
| Non-GAAP Diluted Shares + Stock awards | 1,559.5 | 1,588.6 | 1,616.1 | 1,623.6 | 1,629.6 | 1,614.5 | 1,629.2 | 1,640.0 | 1,650.0 | 1,660.0 | 1,644.8 | 1,684.8 | 1,724.8 |
| | | | | | | | | | | | | | |
| **EBITDA Reconcilation** | | | | | | | | | | | | | |
| Operating income | (1,103.3) | (286.4) | (310.6) | (167.9) | (97.2) | (862.1) | (303.6) | (287.4) | (101.0) | 40.1 | (652.0) | 206.8 | 1,383.8 |
| Depreciation and amortization | 87.2 | 21.2 | 20.9 | 21.8 | 22.8 | 86.7 | 23.5 | 24.0 | 21.5 | 22.0 | 91.0 | 96.0 | 101.0 |
| Stock based compensation | 686.0 | 172.0 | 186.2 | 192.1 | 219.9 | 770.2 | 237.1 | 220.0 | 220.0 | 220.0 | 897.1 | 932.1 | 967.1 |
| Other (non-recurring) | 128.2 | 11.9 | 7.9 | 10.3 | 20.2 | 50.3 | 41.3 | 40.0 | 40.0 | 40.0 | 161.3 | 160.0 | 160.0 |
| Adjusted EBITDA | (201.9) | (81.2) | (95.6) | 56.4 | 165.6 | 45.2 | (1.7) | (3.4) | 180.5 | 322.1 | 497.4 | 1,394.8 | 2,611.9 |

| | 2019A | 3/20A | 6/20A | 9/20A | 12/20A | 2020A | 3/21A | 6/21E | 9/21E | 12/21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Y/Y% Change** | | | | | | | | | | | | | |
| Revenue | 45.3% | 44.3% | 17.0% | 52.1% | 62.5% | 46.1% | 66.4% | 84.9% | 61.4% | 48.4% | 61.9% | 49.0% | 41.9% |
| Cost of revenue | 13.0% | 25.7% | 16.7% | 31.1% | 52.6% | 32.6% | 64.4% | 80.0% | 68.3% | 44.7% | 62.2% | 29.7% | 29.9% |
| Gross Profit | 105.5% | 73.6% | 17.4% | 72.0% | 70.3% | 60.0% | 68.7% | 90.4% | 56.4% | 51.1% | 61.6% | 65.4% | 49.8% |
| Research & development | -1.7% | 16.9% | 29.5% | 49.9% | 53.6% | 37.6% | 56.0% | 47.9% | 34.9% | 37.7% | 43.2% | 35.2% | 29.3% |
| Sales & marketing | 17.1% | 23.8% | 24.0% | 16.6% | 29.3% | 23.4% | 25.2% | 37.1% | 38.8% | 43.3% | 36.8% | 32.3% | 27.7% |
| General & administrative | -2.5% | 24.5% | 0.2% | 10.0% | 32.4% | 16.5% | 11.9% | 37.9% | 36.9% | 22.0% | 26.4% | 14.8% | 12.0% |
| Stock compensation | 25.1% | 5.8% | -4.8% | 19.1% | 31.9% | 12.3% | 37.8% | 18.2% | 14.5% | 0.1% | 16.5% | 3.9% | 3.8% |
| Total Operating Expenses | 16.1% | 14.1% | 7.7% | 22.7% | 11.3% | 13.7% | 33.0% | 32.2% | 27.6% | 21.5% | 28.2% | 20.2% | 18.4% |
| Cash Operating Expenses | 7.5% | 23.3% | 17.5% | 28.3% | 45.3% | 29.1% | 46.3% | 58.3% | 50.9% | 39.8% | 48.2% | 29.2% | 27.3% |
| Operating Income | NA | NA | 1.9% | NA | NA | NA | 6.0% | NA | NA | NA | NA | NA | 569.3% |
| PF operating income | NA | NA | 16.8% | NA | 557.7% | NA | NA | NA | 295.1% | 104.0% | NA | 312.8% | 102.6% |
| PF EPS (ex SBC/non-rec) | -78.1% | -14.2% | 4997.8% | -121.1% | 196.7% | -36.0% | -102.0% | -66.5% | 1142.8% | 103.0% | -516.0% | 216.7% | 70.2% |
| Adjusted EBITDA | NA | NA | NA | NA | 291.4% | NA | NA | NA | 220.2% | 94.5% | 1001.4% | 180.4% | 87.3% |
| Net Income | NA | -1.4% | 27.7% | -12.1% | -53.0% | NA | -6.2% | -4.2% | -36.9% | -110.0% | NA | -115.7% | 785.1% |
| **Q/Q% Change** | | | | | | | | | | | | | |
| Total revenues | | -17.5% | -1.8% | 49.4% | 34.3% | | -15.6% | 9.1% | 30.5% | 23.5% | | | |
| PF EPS (ex SBC/non-rec) | | -354.1% | 8.2% | -109.1% | 1088.0% | | -98.3% | -1889.5% | -437.0% | 94.0% | | | |
| Adjusted EBITDA | | -292.0% | 17.6% | -159.0% | 193.8% | | -101.0% | 99.9% | -5383.2% | 78.5% | | | |
| **% of net revenue** | | | | | | | | | | | | | |
| Cost of Revenue | 50.6% | 53.2% | 53.5% | 42.0% | 41.4% | 45.9% | 52.6% | 52.1% | 43.8% | 40.3% | 46.0% | 40.1% | 36.7% |
| Research & development | 22.5% | 24.1% | 27.5% | 20.9% | 16.7% | 21.2% | 22.6% | 22.0% | 17.5% | 15.5% | 18.7% | 17.0% | 15.5% |
| Sales & marketing | 20.5% | 20.4% | 22.4% | 16.6% | 13.8% | 17.3% | 15.3% | 16.6% | 14.3% | 13.3% | 14.6% | 13.0% | 11.7% |
| General & administrative | 19.8% | 22.5% | 19.4% | 13.7% | 12.2% | 15.8% | 15.1% | 14.5% | 11.6% | 10.0% | 12.3% | 9.5% | 7.5% |
| Stock based compensation | 40.0% | 37.2% | 41.0% | 28.3% | 24.1% | 30.7% | 30.8% | 26.2% | 20.1% | 16.3% | 22.1% | 15.4% | 11.3% |
| **Margins** | | | | | | | | | | | | | |
| Gross Margin | 49.4% | 46.8% | 46.5% | 58.0% | 58.6% | 54.1% | 47.4% | 47.9% | 56.2% | 59.7% | 54.0% | 59.9% | 63.3% |
| Operating Margin | -64.3% | -61.9% | -68.4% | -24.7% | -10.7% | -34.4% | -39.5% | -34.2% | -9.2% | 3.0% | -16.1% | 3.4% | 16.1% |
| PF Operating Margin | -16.5% | -23.0% | -25.8% | 4.8% | 14.5% | -2.3% | -7.3% | -6.8% | 11.8% | 20.0% | 7.0% | 19.5% | 27.9% |
| Adj. EBITDA Margin | -11.8% | -17.6% | -21.0% | 8.3% | 18.2% | 1.8% | -0.2% | -0.4% | 16.5% | 23.8% | 12.3% | 23.1% | 30.5% |
| Operating Leverage/Flow-through | 143.2% | 29.7% | -26.1% | 42.5% | 35.2% | NA | 25.9% | 23.9% | 29.8% | 35.4% | 29.2% | 45.2% | 48.1% |
| Net income margin | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.8% | NA | 1.9% | 11.6% |

*Source: Company reports, JMP Securities LLC*

Snap Inc. (SNAP)



## FIGURE 6. Snap Revenue Analysis, 2019A – 2023E ($ in millions, except per share amounts)

| | 2019A | 3/20A | 6/20A | 9/20A | 12/20A | 2020A | 3/21E | 6/21E | 9/21E | 12/21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior period global daily active users (DAU) | 187.8 | 218.0 | 229.0 | 238.0 | 249.0 | 205.3 | 265.0 | 281.0 | 290.0 | 298.5 | 245.3 | 294.5 | 341.1 |
| Net additions | 32.0 | 11.0 | 9.0 | 11.0 | 16.0 | 47.0 | 16.0 | 9.0 | 8.5 | 10.0 | 43.5 | 46.6 | 49.3 |
| Y/Y growth | -4671.4% | 175.0% | -30.8% | 57.1% | 100.0% | 46.9% | 45.5% | -0.4% | -22.7% | -37.2% | -7.4% | 7.1% | 5.9% |
| Q/Q growth | | 37.5% | -18.2% | 22.2% | 45.5% | | 0.0% | -44.0% | -5.1% | 18.1% | | | |
| Average global DAU | 205.3 | 229.0 | 238.0 | 249.0 | 265.0 | 245.3 | 281.0 | 290.0 | 298.5 | 308.5 | 294.5 | 341.1 | 390.4 |
| Y/Y growth | 9.3% | 20.5% | 17.2% | 18.6% | 21.6% | 19.5% | 22.7% | 21.8% | 19.9% | 16.4% | 20.1% | 15.8% | 14.5% |
| Q/Q growth | | 5.0% | 3.9% | 4.6% | 6.4% | | 6.0% | 3.2% | 2.9% | 3.4% | | | |
| ARPU | $8.36 | $2.02 | $1.91 | $2.73 | $3.44 | $10.22 | $2.74 | $2.90 | $3.67 | $4.39 | $13.78 | $17.72 | $21.96 |
| Y/Y growth | 32.9% | 19.8% | -0.2% | 28.3% | 33.7% | 22.3% | 35.6% | 51.7% | 34.7% | 27.5% | 34.8% | 28.6% | 23.9% |
| Q/Q growth | | -21.5% | -5.5% | 42.8% | 26.2% | | -20.4% | 5.7% | 26.8% | 19.5% | | | |
| Revenue | 1,715.5 | 462.5 | 454.2 | 678.7 | 911.3 | 2,506.6 | 769.6 | 839.5 | 1,095.4 | 1,352.8 | 4,057.4 | 6,044.2 | 8,574.0 |
| Y/Y growth | 45.3% | 44.3% | 17.0% | 52.1% | 62.5% | 46.1% | 66.4% | 84.9% | 61.4% | 48.4% | 61.9% | 49.0% | 41.9% |
| Q/Q growth | | -17.5% | -1.8% | 49.4% | 34.3% | | -15.6% | 9.1% | 30.5% | 23.5% | | | |
| Impressions % Y/Y | | 95.0% | 99.0% | 26.7% | 11.3% | | 0.0% | | | | | | |
| Impressions % Q/Q | | | | | | | | | | | | | |
| Pricing % Y/Y | | -23.0% | -24.0% | 20.0% | 46.0% | | 67.0% | | | | | | |
| Pricing % Q/Q | | | | | | | | | | | | | |

### Geographic User Analysis

| | 2019A | 3/20A | 6/20A | 9/20A | 12/20A | 2020A | 3/21A | 6/21E | 9/21E | 12/21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NORTH AMERICA** | | | | | | | | | | | | | |
| Prior period North America daily active users (DAU) | 79.8 | 86.0 | 88.0 | 90.0 | 90.0 | 83.3 | 92.0 | 93.0 | 94.0 | 94.0 | 90.0 | 94.0 | 96.9 |
| Net additions | 7.0 | 2.0 | 2.0 | 0.0 | 2.0 | 6.0 | 1.0 | 1.0 | 0.0 | 1.0 | 3.0 | 2.9 | 2.7 |
| Y/Y growth | -800.0% | 100.0% | NA | NA | NA | -14.3% | -50.0% | -50.0% | 0.0% | -50.0% | -50.0% | -4.0% | -6.0% |
| Q/Q growth | | NA | 0.0% | -100.0% | NA | | NA | 0.0% | -100.0% | NA | | | |
| Average North America DAU | 83.3 | 88.0 | 90.0 | 90.0 | 92.0 | 90.0 | 93.0 | 94.0 | 94.0 | 95.0 | 94.0 | 96.9 | 99.6 |
| Y/Y growth | 4.4% | 10.0% | 8.4% | 7.1% | 7.0% | 8.1% | 5.7% | 4.4% | 4.4% | 3.3% | 4.4% | 3.1% | 2.8% |
| Q/Q growth | | 2.3% | 2.3% | 0.0% | 2.2% | | 1.1% | 1.1% | 0.0% | 1.1% | | | |
| ARPU | $14.22 | $3.57 | $3.40 | $5.49 | $7.19 | $19.72 | $5.94 | $6.05 | $8.29 | $9.99 | $30.33 | $43.06 | $58.13 |
| Y/Y growth | 37.6% | 27.0% | 8.3% | 46.4% | 62.7% | 38.6% | 66.4% | 78.0% | 51.0% | 39.0% | 53.8% | 42.0% | 35.0% |
| Q/Q growth | | -19.2% | -4.8% | 61.5% | 31.0% | | -17.4% | 1.9% | 37.0% | 20.6% | | | |
| North America Revenue | 1,184.1 | 315.7 | 306.7 | 492.9 | 659.2 | 1,774.5 | 553.0 | 568.9 | 779.3 | 949.4 | 2,850.6 | 4,171.8 | 5,789.3 |
| Y/Y growth | 43.7% | 39.7% | 18.0% | 56.0% | 72.5% | 49.9% | 75.2% | 85.5% | 58.1% | 44.0% | 60.6% | 46.4% | 38.8% |
| Q/Q growth | | -17.4% | -2.8% | 60.7% | 33.7% | | -16.1% | 2.9% | 37.0% | 21.8% | | | |
| **EUROPE** | | | | | | | | | | | | | |
| Prior period Europe daily active users (DAU) | 60.5 | 67.0 | 70.0 | 71.0 | 72.0 | 64.3 | 74.0 | 77.0 | 78.0 | 79.0 | 71.8 | 78.5 | 84.3 |
| Net additions | 7.0 | 3.0 | 1.0 | 1.0 | 2.0 | 7.0 | 3.0 | 1.0 | 1.0 | 1.0 | 6.0 | 5.8 | 5.6 |
| Y/Y growth | NA | 200.0% | -66.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -50.0% | -14.3% | -4.0% | -2.0% |
| Q/Q growth | | 50.0% | -66.7% | 0.0% | 100.0% | | 50.0% | -66.7% | 0.0% | 0.0% | | | |
| Average Europe DAU | 64.3 | 70.0 | 71.0 | 72.0 | 74.0 | 71.8 | 77.0 | 78.0 | 79.0 | 80.0 | 78.5 | 84.3 | 89.9 |
| Y/Y growth | 6.2% | 14.8% | 10.9% | 10.8% | 10.4% | 11.7% | 10.0% | 9.9% | 9.7% | 8.1% | 9.4% | 7.3% | 6.7% |
| Q/Q growth | | 4.5% | 1.4% | 1.4% | 2.8% | | 4.1% | 1.3% | 1.3% | 1.3% | | | |
| ARPU | $4.17 | $1.09 | $1.10 | $1.43 | $1.91 | $5.56 | $1.48 | $1.79 | $2.12 | $2.58 | $7.98 | $10.93 | $14.76 |
| Y/Y growth | 36.2% | 41.6% | 15.8% | 36.2% | 39.4% | 33.4% | 35.8% | 62.5% | 48.0% | 35.0% | 43.4% | 37.0% | 35.0% |
| Q/Q growth | | -20.4% | 0.9% | 30.0% | 33.6% | | -22.5% | 20.8% | 18.4% | 21.8% | | | |
| Europe Revenue | 268.1 | 76.5 | 78.6 | 102.5 | 141.6 | 399.2 | 113.6 | 139.4 | 167.2 | 206.3 | 626.5 | 921.3 | 1,327.1 |
| Y/Y growth | 44.7% | 62.8% | 29.7% | 49.5% | 54.1% | 48.9% | 48.5% | 77.3% | 63.1% | 45.7% | 56.9% | 47.1% | 44.0% |
| Q/Q growth | | -16.7% | 2.8% | 30.3% | 38.2% | | -19.8% | 22.7% | 19.9% | 23.4% | | | |
| **REST OF WORLD** | | | | | | | | | | | | | |
| Prior period RoW daily active users (DAU) | 47.3 | 64.0 | 71.0 | 77.0 | 87.0 | 57.5 | 99.0 | 111.0 | 118.0 | 125.5 | 83.5 | 122.0 | 159.9 |
| Net additions | 17.0 | 7.0 | 6.0 | 10.0 | 12.0 | 35.0 | 12.0 | 7.0 | 7.5 | 8.0 | 34.5 | 38.0 | 41.0 |
| Y/Y growth | NA | 250.0% | -14.3% | 100.0% | 300.0% | 105.9% | 71.4% | 16.0% | -25.0% | -33.0% | -1.4% | 10.0% | 8.0% |
| Q/Q growth | | NA | -14.3% | 66.7% | 20.0% | | NA | -42.0% | 7.8% | 7.2% | | | |
| Average RoW DAU | 57.5 | 71.0 | 77.0 | 87.0 | 99.0 | 83.5 | 111.0 | 118.0 | 125.5 | 133.5 | 122.0 | 159.9 | 200.9 |
| Y/Y growth | 21.7% | 44.9% | 37.5% | 42.6% | 54.7% | 45.2% | 56.3% | 53.2% | 44.2% | 34.8% | 46.1% | 31.1% | 25.6% |
| Q/Q growth | | 10.9% | 8.5% | 13.0% | 13.8% | | 12.1% | 6.3% | 6.4% | 6.4% | | | |
| ARPU | $4.58 | $1.00 | $0.89 | $0.95 | $1.11 | $3.99 | $0.93 | $1.11 | $1.19 | $1.48 | $4.76 | $5.95 | $7.25 |
| Y/Y growth | 26.6% | 3.1% | -25.8% | -5.9% | -17.8% | -12.9% | -7.0% | 25.0% | 25.0% | 33.0% | 19.3% | 25.0% | 22.0% |
| Q/Q growth | | -25.9% | -11.0% | 6.7% | 16.8% | | -16.2% | 19.6% | 6.7% | 24.3% | | | |
| RoW Revenue | 263.3 | 70.3 | 68.8 | 83.3 | 110.6 | 332.9 | 103.0 | 131.2 | 149.0 | 197.1 | 580.3 | 951.0 | 1,457.6 |
| Y/Y growth | 54.0% | 48.8% | 2.1% | 35.1% | 27.1% | 26.5% | 46.4% | 90.8% | 78.9% | 78.3% | 74.3% | 63.9% | 53.3% |
| Q/Q growth | | -19.1% | -2.2% | 21.0% | 32.8% | | -6.8% | 27.4% | 13.5% | 32.3% | | | |
| **GLOBAL TOTAL** | | | | | | | | | | | | | |
| Prior period global daily active users (DAU) | 187.8 | 218.0 | 229.0 | 238.0 | 249.0 | 205.3 | 265.0 | 281.0 | 290.0 | 298.5 | 245.3 | 294.5 | 341.1 |
| Net additions | 17.5 | 11.0 | 9.0 | 11.0 | 16.0 | 40.0 | 16.0 | 9.0 | 8.5 | 10.0 | 49.2 | 46.6 | 49.3 |
| Y/Y growth | 48.3% | 175.0% | -30.8% | 57.1% | 100.0% | 128.6% | 45.5% | -0.4% | -22.7% | -37.2% | 23.1% | -5.4% | 5.9% |
| Q/Q growth | | 37.5% | -18.2% | 22.2% | 45.5% | | 0.0% | -44.0% | -5.1% | 18.1% | | | |
| Average Global DAU | 205.3 | 229.0 | 238.0 | 249.0 | 265.0 | 245.3 | 281.0 | 290.0 | 298.5 | 308.5 | 294.5 | 341.1 | 390.4 |
| Y/Y growth | 9.3% | 20.5% | 17.2% | 18.6% | 21.6% | 19.5% | 22.7% | 21.8% | 19.9% | 16.4% | 20.1% | 15.8% | 14.5% |
| Q/Q growth | | 5.0% | 3.9% | 4.6% | 6.4% | | 6.0% | 3.2% | 2.9% | 3.4% | | | |
| ARPU | $8.36 | $2.02 | $1.91 | $2.73 | $3.44 | $10.22 | $2.74 | $2.90 | $3.67 | $4.39 | $13.78 | $17.72 | $21.96 |
| Y/Y growth | 32.9% | 19.8% | -0.2% | 28.3% | 33.7% | 22.3% | 35.6% | 51.7% | 34.7% | 27.5% | 34.8% | 28.6% | 23.9% |
| Q/Q growth | | -21.5% | -5.5% | 42.8% | 26.2% | | -20.4% | 5.7% | 26.8% | 19.5% | | | |
| Total Revenue | 1,715.5 | 462.5 | 454.2 | 678.7 | 911.3 | 2,506.6 | 769.6 | 839.5 | 1,095.4 | 1,352.8 | 4,057.4 | 6,044.2 | 8,574.0 |
| Y/Y growth | 45.3% | 44.3% | 17.0% | 52.1% | 62.5% | 46.1% | 66.4% | 84.9% | 61.4% | 48.4% | 61.9% | 49.0% | 41.9% |
| Q/Q growth | | -17.5% | -1.8% | 49.4% | 34.3% | | -15.6% | 9.1% | 30.5% | 23.5% | | | |
| **Global Revenue Analysis** | | | | | | | | | | | | | |
| North America | 69.0% | 68.3% | 67.5% | 72.6% | 72.3% | 70.8% | 71.9% | 67.8% | 71.1% | 70.2% | 70.3% | 69.0% | 67.5% |
| Europe | 15.6% | 16.5% | 17.3% | 15.1% | 15.5% | 15.9% | 14.8% | 16.6% | 15.3% | 15.2% | 15.4% | 15.2% | 15.5% |
| Rest of World | 15.3% | 15.2% | 15.1% | 12.3% | 12.1% | 13.3% | 13.4% | 15.6% | 13.6% | 14.6% | 14.3% | 15.7% | 17.0% |

*Source:  Company reports, JMP Securities LLC*

**Snap Inc. (SNAP)**

**JMP**

## FIGURE 7.Snap Revenue Analysis, 2019A – 2023E ($ in millions, except per share amounts)

**Cost of Revenue Analysis**

| | 2019A | 3/20A | 6/20A | 9/20A | 12/20A | 2020A | 3/21A | 6/21E | 9/21E | 12/21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cost of revenue** | 868.2 | 246.1 | 242.9 | 284.9 | 377.1 | 1,150.9 | 404.7 | 437.2 | 479.6 | 545.8 | 1,867.2 | 2,421.9 | 3,147.0 |
| *Y/Y growth* | 13.0% | 25.7% | 16.7% | 31.1% | 52.6% | 32.6% | 64.4% | 80.0% | 68.3% | 44.7% | 62.2% | 29.7% | 29.9% |
| *Q/Q growth* | | -0.4% | -1.3% | 17.3% | 32.4% | | 7.3% | 8.0% | 9.7% | 13.8% | | | |
| *% of revenue* | 50.6% | 53.2% | 53.5% | 42.0% | 41.4% | 45.9% | 52.6% | 52.1% | 43.8% | 40.3% | 46.0% | 40.1% | 36.7% |
| **Infrastructure** | 585.0 | 163.0 | 163.0 | 174.0 | 182.0 | 682.0 | 174.5 | 188.7 | 200.2 | 207.6 | 771.0 | 910.9 | 1,063.5 |
| *Y/Y growth* | 6.8% | 19.9% | 11.6% | 19.2% | 15.9% | 16.6% | 7.1% | 15.7% | 15.1% | 14.1% | 13.1% | 18.1% | 16.8% |
| *Q/Q growth* | | 3.8% | 0.0% | 6.7% | 4.6% | | -4.1% | 8.1% | 6.1% | 3.7% | | | |
| *% of cost of revenue* | 67.4% | 66.2% | 67.1% | 61.1% | 48.3% | 59.3% | 43.1% | 43.2% | 41.8% | 38.0% | 41.3% | 37.6% | 33.8% |
| **CoRPU -- Infrastructure** | $2.85 | $0.71 | $0.68 | $0.70 | $0.69 | $2.78 | $0.62 | $0.65 | $0.67 | $0.67 | $2.62 | $2.67 | $2.72 |
| *Y/Y growth* | -2.3% | -0.6% | -4.8% | 0.5% | -4.6% | -2.4% | -12.8% | -5.0% | -4.0% | -2.0% | -5.8% | 2.0% | 2.0% |
| *Q/Q growth* | | -1.2% | -3.8% | 2.0% | -1.7% | | -9.6% | 4.8% | 3.1% | 0.3% | | | |
| **Advertising Partner & Other Costs (i.e. Spotlight incentives)** | 167.0 | 47.0 | 46.0 | 71.0 | 141.0 | 305.0 | 179.0 | 196.5 | 213.6 | 257.0 | 846.1 | 1,148.4 | 1,586.2 |
| *Y/Y growth* | 38.0% | 34.3% | 24.3% | 57.8% | 182.0% | 82.6% | 280.9% | 327.1% | 200.9% | 82.3% | 177.4% | 35.7% | 38.1% |
| *Q/Q growth* | | -6.0% | -2.1% | 54.3% | 98.6% | | 27.0% | 9.8% | 8.7% | 20.3% | | | |
| *% of revenue* | 9.7% | 10.2% | 10.1% | 10.5% | 15.5% | 12.2% | 23.3% | 23.4% | 19.5% | 19.0% | 20.9% | 19.0% | 18.5% |
| *% of cost of revenue* | 19.2% | 19.1% | 18.9% | 24.9% | 37.4% | 26.5% | 44.2% | 44.9% | 44.5% | 47.1% | 45.3% | 47.4% | 50.4% |
| **Content & Developer Partner Costs** | 116.2 | 36.1 | 33.9 | 39.9 | 54.1 | 163.9 | 51.2 | 52.1 | 65.7 | 81.2 | 250.1 | 362.6 | 497.3 |
| *Y/Y growth* | 17.1% | 45.7% | 35.1% | 52.0% | 34.8% | 41.1% | 41.7% | 53.7% | 64.9% | 50.0% | 52.6% | 45.0% | 37.1% |
| *Q/Q growth* | | -10.1% | -6.2% | 17.7% | 35.8% | | -5.4% | 1.7% | 26.3% | 23.5% | | | |
| *% of revenue* | 6.8% | 7.8% | 7.5% | 5.9% | 5.9% | 6.5% | 6.6% | 6.2% | 6.0% | 6.0% | 6.2% | 6.0% | 5.8% |
| *% of cost of revenue* | 13.4% | 14.7% | 13.9% | 14.0% | 14.4% | 14.2% | 12.6% | 11.9% | 13.7% | 14.9% | 13.4% | 15.0% | 15.8% |
| **Cost of Revenue Per User (CoRPU)** | | | | | | | | | | | | | |
| Global DAU | 205.3 | 229.0 | 238.0 | 249.0 | 265.0 | 245.3 | 281.0 | 290.0 | 298.5 | 308.5 | 294.5 | 341.1 | 390.4 |
| *Y/Y growth* | 9.3% | 20.5% | 17.2% | 18.6% | 21.6% | 19.5% | 22.7% | 21.8% | 19.9% | 16.4% | 20.1% | 15.8% | 14.5% |
| *Q/Q growth* | | 11.6% | 3.9% | 4.6% | 6.4% | | 6.0% | 3.2% | 2.9% | 3.4% | | | |
| Infrastructure Cost per User | $2.85 | $0.71 | $0.68 | $0.70 | $0.69 | $2.78 | $0.62 | $0.65 | $0.67 | $0.67 | $2.62 | $2.67 | $2.72 |
| Partner Arrangement Cost per User | $0.81 | $0.21 | $0.19 | $0.29 | $0.53 | $1.24 | $0.64 | $0.68 | $0.72 | $0.83 | $2.87 | $3.37 | $4.06 |
| Other costs per User | $0.57 | $0.16 | $0.14 | $0.16 | $0.20 | $0.67 | $0.18 | $0.18 | $0.22 | $0.26 | $0.85 | $1.06 | $1.27 |
| **Cost of Revenue Per User (CoRPU)** | $4.23 | $1.07 | $1.02 | $1.14 | $1.42 | $4.69 | $1.44 | $1.51 | $1.61 | $1.77 | $6.34 | $7.10 | $8.06 |
| *Y/Y growth* | 3.4% | 4.3% | -0.4% | 10.6% | 25.5% | 10.9% | 34.0% | 47.8% | 40.5% | 24.3% | 35.1% | 12.0% | 13.5% |
| *Q/Q growth* | | -5.2% | -5.1% | 12.1% | 24.4% | | 1.2% | 4.7% | 6.6% | 10.1% | | | |
| **Gross Profit per User Analysis (ARPU - CoRPU)** | | | | | | | | | | | | | |
| Average Revenue per User (ARPU) | $8.36 | $2.02 | $1.91 | $2.73 | $3.44 | $10.22 | $2.74 | $2.90 | $3.67 | $4.39 | $13.78 | $17.72 | $21.96 |
| Cost of Revenue per User (CoRPU) | $4.23 | $1.07 | $1.02 | $1.14 | $1.42 | $4.69 | $1.44 | $1.51 | $1.61 | $1.77 | $6.34 | $7.10 | $8.06 |
| **Gross Profit per User** | $4.13 | $0.94 | $0.89 | $1.58 | $2.02 | $5.53 | $1.30 | $1.39 | $2.06 | $2.62 | $7.44 | $10.62 | $13.90 |
| *Y/Y growth* | 87.9% | 44.0% | 0.2% | 45.1% | 40.1% | 33.9% | 37.4% | 56.3% | 30.5% | 29.8% | 34.5% | 42.8% | 30.9% |
| *Q/Q growth* | | -34.3% | -6.0% | 78.1% | 27.5% | | -35.6% | 6.9% | 48.7% | 26.8% | | | |
| ARPU Gross Margin | 49.4% | 46.8% | 46.5% | 58.0% | 58.6% | 54.1% | 47.4% | 47.9% | 56.2% | 59.7% | 54.0% | 59.9% | 63.3% |

*Source: Company reports, JMP Securities LLC*

**Snap Inc. (SNAP)**

JMP

## Company Description

Snap is a camera company focused on improving communication. Its flagship product is Snapchat, a camera application that facilitates communication through short videos, images, and texts called Snaps that are no more than 10 seconds long and typically are automatically deleted upon being viewed. From a monetization perspective, the company started selling ads in mid-2015, and it currently has two main ad types: Creative Ads for Sponsored Lenses and Sponsored Geofilters and Snap Ads for its other core advertising products, such as vertical video, app install ads, and articles, to name a few. Prior to its more automated ad API launch, the company sold ads primarily via its direct sales force. Over time, we expect self-serve to be the predominant sales approach. Snap is actively building out its targeting and measurement tools and has partnered with a number of data measurement and analytics firms.

## Investment Risks

Key risks to our investment thesis and valuation include: 1) engagement and DAU growth could slow; 2) competition from other social players could increase; 3) the transition to self-service ad sales could take longer than we anticipate; 4) investments in measurement tools could take longer and be more expensive than we anticipate; 5) costs with outsourcing Snap's compute infrastructure could be greater than we anticipate; and 6) publicly sold Snap shares have no voting rights.

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Ronald V. Josey and Andrew Boone

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the securities of Snap Inc., Facebook, Inc. and Twitter, Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Snap Inc., Facebook, Inc. and Twitter, Inc. in the next 3 months.

For disclaimer details, please click on link.

JMP Disclaimer

For applicable disclosures on companies mentioned in this report, please refer to the JMP Facts and Disclosures page in the report link above.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of April 23, 2021)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 260 | 69.89% | Buy | 260 | 69.89% | 98 | 37.69% |
| MARKET PERFORM | Hold | 86 | 23.12% | Hold | 86 | 23.12% | 15 | 17.44% |
| MARKET UNDERPERFORM | Sell | 1 | 0.27% | Sell | 1 | 0.27% | 0 | 0% |
| COVERAGE IN TRANSITION | | 25 | 6.72% | | 25 | 6.72% | 6 | 24.00% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 372 | 100% | | 372 | 100% | 119 | 31.99% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

**Snap Inc. (SNAP)**

**JMP**



Rating and Price Target History for: Snap Inc. (SNAP) as of 04-22-2021

Created by: BlueMatrix



Rating and Price Target History for: Facebook, Inc. (FB) as of 04-22-2021

Created by: BlueMatrix



Rating and Price Target History for: Twitter, Inc. (TWTR) as of 04-22-2021

Created by: BlueMatrix

**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2021. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

Snap Inc. (SNAP)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                          (212) 906-3578
   Brian McKenna                    (212) 906-3545

**Commercial Finance**
Devin Ryan                          (212) 906-3578
   Kevin Fultz, CFA                 (415) 835-8962

**Consumer Finance/Financial Technology**
David M. Scharf                     (415) 835-8942
   Jeff Zhang, CFA                  (415) 835-8948

**Insurance**
Matthew J. Carletti                 (312) 768-1784
   Karol Chmiel                     (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                          (212) 906-3578
   Brian McKenna                    (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                   (212) 906-3517
   Chris Muller                     (212) 906-3559
Trevor Cranston, CFA                (415) 869-4431
   Mikhail Goberman                 (212) 906-3543

### HEALTHCARE

**Biotechnology & Biopharma**
Reni J. Benjamin, PhD               (212) 906-3529
   Dev Prasad                       (212) 906-3561
Jason N. Butler, PhD                (212) 906-3505
Silvan Tuerkcan, PhD                (212) 906-3546
Roy Buchanan, PhD                   (212) 906-3509
Gobind Singh, MD, PhD               (212) 906-3507
Jonathan Wolleben                   (312) 768-1788

**Medical Devices & Supplies**
David Turkaly                       (212) 906-3563
   Daniel W. Stauder                (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Aaron Hecht                         (415) 835-3963
   Matthew Hurwit, CFA              (415) 835-3964

**REITs**
Aaron Hecht                         (415) 835-3963
   Matthew Hurwit, CFA              (415) 835-3964

**R.E. Services & Tech**
Aaron Hecht                         (415) 835-3963
   Matthew Hurwit, CFA              (415) 835-3964

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**

**Cybersecurity & IT Infrastructure**
Erik Suppiger                       (415) 835-3918
   Rustam Kanga                     (415) 835-3914

**InsurTech**
Matthew J. Carletti                 (312) 768-1784
Ronald V. Josey III                 (212) 906-3528

**Internet & Digital Media**
Ronald V. Josey III                 (212) 906-3528
   Nick Hyndman                     (415) 835-8916
   Jake Hallac                      (415) 835-3959
Andrew Boone                        (415) 835-3902

**Software**
Patrick Walravens                   (415) 835-8943
   Joey Marincek                    (415) 869-4418
   Aaron Kimson                     (415) 835-8944
Joe Goodwin                         (415) 869-4477

## ADDITIONAL CONTACTS

**Thomas R. Wright**                **Charles Sweeney**                 **600 Montgomery Street, Suite 1100**
**Director of Equities**            **Director of Sales & Trading**     San Francisco, CA 94111
(212) 906-3599                      (212) 906-3573                      www.jmpsecurities.com