# EXHIBIT 16

**TRUIST HH**

**Truist Securities**

Please don't forward - Exclusive use: jdu2@snap.com

# Snap, Inc. (SNAP)

## 2Q21 Results/Guide Top Expectations on Sharp Jump In Monetization; Maintain Buy/PT to $100 from $85

## IDFA Impact Manageable So Far

## What's Incremental To Our View

*SNAP's compelling products and growing platform helped it achieve industry-leading growth and improving profitability (highest Y/Y revenue and DAU growth in 3+ years) in 2Q21. The beat was led by strong advertiser demand fueled by the reopening, driving monetization to record levels (especially in NA). 3Q21 guide shows that this trend is sustainable ST. LT, further build-out of its int'l sales force, and a distinctive product offering, which includes Spotlight and Map should add not only ad monetization but ecom opportunities to help drive mgt's goal of 50%+ growth for several years.*

**2Q21 Results Exceed Expectations.** Snap delivered 2Q21 results well ahead of consensus expectations, with revenue/adj. EBITDA of $982.1M/$117M vs. Street expectations of $846M/$3M. Revenue growth for the quarter came in ~116%, an acceleration from 66% in 1Q21 and 62.5% in 4Q20, reflecting a continued rebound in ad spend from C-19 lows, increased engagement, and increased spend on the platform as pricing rebounded sharply with eCPM up 122% Y/Y. Snap also called out a slight tailwind from the delayed rollout of iOS policy changes that was expected earlier in 2Q, and was not adopted as quickly as anticipated. This performance was fueled by continued strength from DR advertisers, which represents 50%+ of total revenues, despite some disruption from verticals such as ecommerce and gaming, which faced challenging comps in the quarter. The $117M in Adj. EBITDA in 2Q was a material improvement from $(1.7)M last quarter, and reflects material scale benefits and improvements in driving down infrastructure costs.

**Strong Momentum carrying into 2H21; Guide Tops Consensus; iOS Changes Appear Manageable**. On the call, Snap guided to revenues for 3Q21 between $1.07-1.085B, implying 58-60% Y/Y growth, with the low-point above current consensus of $1.014B. Management noted this outlook reflects its best estimate of potential impacts from the continued roll-out and adoption of IDFA changes. We view management's strong top line guide for 3Q21 as reflecting a relatively comfortable stance towards the potential impact of ATT (App Tracking Transparency) on its business, citing that opt-in rates have been higher than anticipated. The fact that ATT changes are coming more than a month later than anticipated has provided the company with additional time to adopt Apple's SKAdNetwork

### Buy

**Price Target: $100.00**
*Prior: $85.00*

| | |
|---|---|
| Price (Jul. 22, 2021) | $62.97 |
| 52-Wk Range | $70.45-$20.87 |
| Market Cap ($M) | $97,427 |
| ADTV | 13,873,779 |
| Shares Out (M) | 1,547.2 |
| Short Interest Ratio/% Of Float | 5.0% |
| TR to Target | 58.8% |
| Enterprise Value ($M) | $96,510.7 |

| | |
|---|---|
| Cash And Equivalents ($M) | $3,467.3 |
| Total Debt ($M) | $2,550.8 |

| | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **Revenue ($M)** Diluted | | | | | |
| 1Q | $463 | $770A | $770 | -- | |
| 2Q | $454 | $982A | $836 | -- | |
| 3Q | $679 | $1,082 | $997 | -- | |
| 4Q | $911 | $1,446 | $1,319 | -- | |
| FY | $2,507 | $4,279 | $3,922 | $6,746 | $5,937 |
| EV/Sales | 38.5x | 22.6x | | 14.3x | |
| **Consensus Rev ($M)** Diluted | | | | | |
| FY | $2,507 | $3,913 | | $5,790 | |
| **EBITDA ($M)** Adjusted | | | | | |
| FY | $45 | $575 | $339 | $1,834 | $1,277 |
| EV/ EBITDA | -- | -- | | 52.6x | |
| **Consensus EBITDA ($M)** Adjusted | | | | | |
| FY | $45 | $416 | | $1,213 | |
| FYE Dec | | | | | |

**Youssef Squali**
212-303-4180
Youssef.Squali@truist.com

**Naved Khan**
212-590-0994
Naved.Khan@truist.com

Robert Zeller
212-319-3917
Robert.Zeller@truist.com

Daniel Speed
212-303-4116
Daniel.Speed@truist.com

Nicholas Cronin
212-326-6149
Nicholas.Cronin@truist.com

**SEE PAGE 11 FOR REQUIRED DISCLOSURE INFORMATION**

Ex. 16 - 167

Equity Research



and begin implementing and testing it with partners. All this should help mitigate against a meaningful adverse outcome for Snap, in our view. Snap guided to Adj. EBITDA for 3Q21 to be $100-120M, with the mid-point falling slightly below current Street estimates of $118M.

**Engagement Remains Strong**. Snap's DAU growth picked up sequentially at +23% Y/Y from 22% in 2Q21 and 17% in 2Q20 (Covid trough), as the company added 13M users q/q to reach 293M, exceeding consensus estimates of 290M. Growth in North America and Europe normalized with NA growth at +5.6% y/y to 95M (from +5.7% in 1Q) and Europe at +9.9% y/y to 78M (from +10.0% in 1Q), while growth in RoW was flat at +56% y/y to 120M. Strength in RoW was driven by improvements in localizing content and language support, in addition to continued adoption of Lenses. The company acknowledged that engagement on user generated stories from friends was relatively weak and there may be some cannibalization from Spotlight, but economic reopening should help UGC.

**Further Monetization Ahead**. Importantly, eCPMs grew 120%+ y/y, driven by a rise in overall demand despite continued growth in inventory from the increased engagement levels, and improvements made in optimizing its auctions, as well as growth in Dynamic ads. We believe this momentum should continue throughout FY21, given: 1) the adoption of Dynamic Ads, which helps advertisers auto adjust creatives for their entire catalogs, especially important for the Holiday Season, 2) increased engagement on Discover, creating valuable Commercial / Snap Select inventory, 3) improvement in ranking, optimization, and measurement to increase advertiser ROI, and 4) further monetization of products such as Games and Snap Map over time. Management highlighted Booking.com as a case study for the success advertisers have with Dynamic Ads, with Adidas Canada realizing a cost per incremental booking that was 36% lower than their original goal.

**Snap's ARPU Strengthens with NA Leading the Way; Much More Room to Run Still**. Global ARPU came in at $3.35, up 75% y/y, as the company focused its efforts on improving the monetization of its user base. Overall revenues saw sustained growth with North America growing 129% to $702M, Europe growing 94% to $152M, and RoW growing 86% to $128M. On an ARPU basis, North America grew 117% to $7.37, Europe grew 77% to $1.95, and RoW grew 20% to $1.07. Management noted that North America benefited from investments over the past 12-18 months in its sales and support teams. SNAP is also offering more down-funnel bidding capabilities, and saw continued strength from its pixel verified sign-up goal based bidding product. While ARPU has strengthened materially, we note that the company continues to trail peers including Facebook and Twitter at roughly a quarter and a half their respective monetization, implying much growth ahead still for SNAP.

**New Products Picking up Steam; Focus is on User Engagement, Monetization to Follow**. We believe that Snap's investments in new product initiatives has begun paying off, which the DAU growth attest to.

- **Spotlight**. The recently launched Spotlight has seen daily users reach ~185M in March (up 49% sequentially from 125M disclosed in March). Snap has seen Spotlight user time spent grow by more than 60% Y/Y, as the company plans to continue to deploy funds for content creators to expand usage and adoption of the platform. Given strength in Snap core products, management seems to be focused on user engagement and on scaling the product, rather than on monetization at this point, which we find astute.
- **AR/VR**. Snap has seen the number of Snapchatters engaging daily with AR Lenses grow to 200M in 2Q, which highlights the massive monetization and DAU growth opportunity Snap has by integrating AR/VR into its Lenses. The Camera is still early with AR/VR advertisers, but we're starting to see early green shoots of ad monetization. Management highlighted ecommerce as a promising emerging use case, which we believe can be a massive opportunity, and where snap helps consumers virtually try on shoes, glasses, apparel etc. increasing conversion for merchants, and lowering returns for brands.
- **Maps.** The company highlighted public profiles for businesses as a key feature for unlocking growth among SMBs, which we also view as massive for Snap over time. Management also provided insights into its roadmap for the Snap Maps, which includes additional layers such as restaurant reviews, upcoming events, and further personalization.
- **International**. Given the ongoing success in NA (its largest yet fastest growing market still!), the company intends to use the same playbook in international market by investing for growth in sales and support teams for specific markets, rolling out and localizing its offerings. With international markets now accounting for over 50% of DAUs, yet monetizing at ~25% and 15% of its NA ARPU (for Europe and ROW, respectively), Snap should be able to scale its overseas businesses, increase consumer engagement, drive advertiser acquisition and improve monetization.

**Adjusting Estimates**. We are adjusting our estimates based on 2Q performance and management commentary. For 3Q, our estimates for revenues/adj. EBITDA go to $1,082M/$118.6M from $997M/$78M previously. For FY21, our estimates for revenues/adj. EBITDA go to $4,279M/$575M from $3,922M/$339M previously, and vs. current consensus of $3,913M/$416M, respectively. We believe that as it executes against its growth strategy, SNAP should continue to grow much faster than the overall ad market, and sustain ~50% CAGR over the next three years (thru 2023, our estimate).

Ex. 16 - 168



**Solid Balance Sheet.** Snap reported ~$3.5B of cash and ~$2.6B of debt on its balance sheet. Recall, Snap issued a convert in the 3Q20 to bolster its balance sheet. As a result, we believe Snap is well capitalized to continue investing in key business areas such as engineering and monetization to build on the momentum it is seeing in the business even if any macro weakness materializes again.

**Valuation.** SNAP is up 26% YTD vs. our IDM group at +18%. Our new $100 PT implies another 58% upside potential, and is derived using a 5-year DCF. It also implies an 35.9x and 22.8x EV/Revenue multiple on our FY21 and FY22 estimates. We model full-year GAAP profitability should be achieved in FY23.

**Risks**. Downside risks are the return of macro weakness, material slowdown in user engagement/negative user growth, negative effects from regulation or product changes such as IDFA.

Ex. 16 - 169



Last updated 7/22/2021

"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917
Daniel Speed - (212) 303-4116

## Snap, Inc. - Income Statement
*(data in millions, except share data)*

| | 2020 | | | | 2021 | | | |
|---|---|---|---|---|---|---|---|---|
| | 1Q20A | 2Q20A | 3Q20A | 4Q20A | 1Q21A | 2Q21A | 3Q21E | 4Q21E |
| **Total Revenue** | **462.5** | **454.2** | **678.7** | **911.3** | **769.6** | **982.1** | **1,081.7** | **1,445.9** |
| *Y/Y Growth* | *44.3%* | *17.0%* | *52.1%* | *62.5%* | *66.4%* | *116.2%* | *59.4%* | *58.7%* |
| | | | | | | | | |
| Hosting Costs | (163) | (163) | (174) | (182) | (174) | (182) | (189) | (195) |
| Hosting Cost per DAU | $0.71 | $0.68 | $0.70 | $0.69 | $0.62 | $0.62 | $0.63 | $0.63 |
| *% of Revenues* | *35%* | *36%* | *26%* | *20%* | *23%* | *19%* | *17%* | *13%* |
| Content & Developer Partner Costs | (47) | (46) | (71) | (141) | (179) | (182) | (205) | (230) |
| *% of Revenues* | *10%* | *10%* | *10%* | *15%* | *23%* | *19%* | *19%* | *16%* |
| Advertising Partner & Other Costs | (36) | (33) | (40) | (54) | (51) | (74) | (81) | (90) |
| *% of Revenues* | *8%* | *7%* | *6%* | *6%* | *7%* | *8%* | *8%* | *6%* |
| | | | | | | | | |
| Cost of Revenues | (251.6) | (248.4) | (290.5) | (382.7) | (409.9) | (442.2) | (475.1) | (514.5) |
| *% of Revenue* | *54.4%* | *54.7%* | *42.8%* | *42.0%* | *53.3%* | *45.0%* | *43.9%* | *35.6%* |
| **Gross Profit** | **210.8** | **205.8** | **388.2** | **528.7** | **359.6** | **539.9** | **606.6** | **931.4** |
| *Gross profit margin* | *46%* | *45%* | *57%* | *58%* | *47%* | *55%* | *56%* | *64%* |
| Operating Expenses | | | | | | | | |
| Research and development | (120.3) | (133.3) | (151.6) | (163.0) | (184.8) | (196.2) | (210.7) | (225.3) |
| *% of Revenue* | *26.0%* | *29.4%* | *22.3%* | *17.9%* | *24.0%* | *20.0%* | *19.5%* | *15.6%* |
| | | | | | | | | |
| Sales and marketing | (97.4) | (105.0) | (116.1) | (128.7) | (121.2) | (142.2) | (160.6) | (203.9) |
| *% of Revenue* | *21.1%* | *23.1%* | *17.1%* | *14.1%* | *15.7%* | *14.5%* | *14.8%* | *14.1%* |
| | | | | | | | | |
| General and administrative | (107.5) | (91.8) | (96.2) | (114.3) | (120.2) | (137.4) | (149.9) | (160.3) |
| *% of Revenue* | *23.2%* | *20.2%* | *14.2%* | *12.5%* | *15.6%* | *14.0%* | *13.9%* | *11.1%* |
| | | | | | | | | |
| Stock-based Compensation | (172.0) | (186.2) | (192.1) | (219.9) | (237.1) | (256.6) | (263.0) | (269.6) |
| *% of Revenue* | *37.2%* | *41.0%* | *28.3%* | *24.1%* | *30.8%* | *26.1%* | *24.3%* | *18.6%* |
| **Total Operating Expenses** | **(497.2)** | **(516.4)** | **(556.1)** | **(625.9)** | **(663.2)** | **(732.4)** | **(784.1)** | **(859.0)** |
| *Y/Y Growth* | *14.4%* | *7.8%* | *22.7%* | *11.3%* | *33.4%* | *41.8%* | *41.0%* | *37.2%* |
| **Operating Income (Loss) from Continuing Ops** | **(286.4)** | **(310.6)** | **(167.9)** | **(97.2)** | **(303.6)** | **(192.5)** | **(177.5)** | **72.4** |
| *Y/Y Growth* | *-9.4%* | *1.9%* | *-26.6%* | *-61.7%* | *6.0%* | *-38.0%* | *5.8%* | *-174.4%* |
| *Operating Margin* | *-61.9%* | *-68.4%* | *-24.7%* | *-10.7%* | *-39.5%* | *-19.6%* | *-16.4%* | *5.0%* |
| | | | | | | | | |
| Interest income | 8.6 | 4.8 | 2.8 | 2.0 | 1.1 | 1.3 | (1.3) | 24.2 |
| Interest expense | (27.5) | (21.2) | (33.9) | 0.3 | 17.0 | 37.7 | 0.0 | 0.0 |
| Total Other Income (Expense) | (18.9) | (16.4) | (31.1) | 2.3 | 18.2 | 39.0 | (1.3) | 24.2 |
| | | | | | | | | |
| Pre-Tax Income (Loss) | (305.3) | (327.0) | (198.9) | (95.0) | (285.4) | (153.5) | (178.9) | 96.6 |
| Provision for Income Taxes | (0.7) | 1.0 | (0.9) | (18.1) | (1.4) | 1.9 | 2.2 | (1.2) |
| *Effective Tax Rate* | *-0.2%* | *0.3%* | *-0.5%* | *-19.1%* | *-0.5%* | *1.2%* | *1.2%* | *1.2%* |
| **Net Income (Loss)** | **(305.9)** | **(326.0)** | **(199.9)** | **(113.1)** | **(286.9)** | **(151.7)** | **(176.7)** | **95.4** |
| *Y/Y Growth* | *-66%* | *-72%* | *-29%* | *-12%* | *-37%* | *-15%* | *-16%* | *7%* |
| Net Income Attributable to Participating Securities | | | | | | | | |
| **Net Income Attributable to Common Stockholders** | **(305.9)** | **(326.0)** | **(199.9)** | **(113.1)** | **(286.9)** | **(151.7)** | **(176.7)** | **95.4** |
| *Net Margin* | *-66.2%* | *-71.8%* | *-29.4%* | *-12.4%* | *-37.3%* | *-15.4%* | *-16.3%* | *6.6%* |
| **Diluted EPS** | **($0.21)** | **($0.23)** | **($0.14)** | **($0.08)** | **($0.19)** | **($0.10)** | **($0.11)** | **$0.06** |
| *Y/Y Growth* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| | | | | | | | | |
| **EBITDA:** | | | | | | | | |
| Operating Income | (286.4) | (310.6) | (167.9) | (97.2) | (303.6) | (192.5) | (177.5) | 72.4 |
| Add: D&A | 21.2 | 20.9 | 21.8 | 22.8 | 23.5 | 28.3 | 33.1 | 40.1 |
| Add: Stock-based Compensation | 183.9 | 194.1 | 202.4 | 240.0 | 237.1 | 281.6 | 263.0 | 269.6 |
| Add: Charges | 0.0 | 0.0 | 0.0 | 0.0 | 41.3 | | | |
| **Adjusted EBITDA** | **(81.2)** | **(95.6)** | **56.4** | **165.6** | **(1.7)** | **117.4** | **118.6** | **382.1** |
| *Y/Y Growth* | *-34.2%* | *21.4%* | *-233.0%* | *291.4%* | *-97.9%* | *-222.8%* | *110.5%* | *130.7%* |
| *EBITDA Margin* | *-17.6%* | *-21.0%* | *8.3%* | *18.2%* | *-0.2%* | *12.0%* | *11.0%* | *26.4%* |
| | | | | | | | | |
| **Normalized Earnings:** | | | | | | | | |
| Net Income (Loss) | (305.9) | (326.0) | (199.9) | (113.1) | (286.9) | (151.7) | (176.7) | 95.4 |
| Add: Amortization of intangible assets | 8.0 | 7.4 | 8.4 | 9.7 | 10.4 | 14.4 | 18.7 | 24.3 |
| Add: Stock-based compensation expense | 172.0 | 186.2 | 192.1 | 219.9 | 237.1 | 256.6 | 263.0 | 269.6 |
| Add: Payroll tax expense related to stock-based compensation | 11.9 | 7.9 | 10.3 | 20.2 | 41.3 | 25.0 | | |
| Add: Income tax adjustments | (0.1) | 0.1 | 0.4 | (0.5) | 0.6 | (0.2) | | |
| Add: Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| **Normalized Earnings:** | **(114.1)** | **(124.4)** | **11.4** | **136.2** | **2.6** | **144.1** | **105.0** | **389.3** |
| *Y/Y Growth* | *-12.8%* | *51.3%* | *-120.9%* | *224.7%* | *-102.2%* | *-215.9%* | *822.9%* | *185.9%* |
| *Net Margin* | | | | | | | | |
| **Normalized EPS** | **($0.08)** | **($0.09)** | **$0.01** | **$0.09** | **$0.00** | **$0.09** | **$0.07** | **$0.25** |
| *Y/Y Growth* | *-18.1%* | *42.5%* | *-119.9%* | *208.3%* | *-102.1%* | *-208.4%* | *766.0%* | *168.9%* |
| | | | | | | | | |
| Basic Shares o/s | 1,426.3 | 1,447.0 | 1,466.4 | 1,484.3 | 1,501.6 | 1,547.2 | 1,594.2 | 1,642.6 |
| *Sequential Change* | *1.2%* | *1.5%* | *1.3%* | *1.2%* | *1.2%* | *3.0%* | *3.0%* | *3.0%* |
| Diluted Shares o/s | 1,426.3 | 1,447.0 | 1,466.4 | 1,484.3 | 1,501.6 | 1,547.2 | 1,562.7 | 1,578.3 |
| *Sequential Change* | *1.2%* | *1.5%* | *1.3%* | *1.2%* | *1.2%* | *3.0%* | *1.0%* | *1.0%* |

*Source: Company Reports and Truist Securities Estimates*

Ex. 16 - 170





"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917
Daniel Speed - (212) 303-4116

## Snap, Inc. - Income Statement
*(data in millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | CAGR 2020-2025 |
|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | 2,506.6 | 4,279.3 | 6,745.7 | 9,796.6 | 13,301.6 | 17,122.1 | 21,151.9 | 25,335.8 | **46.9%** |
| *Y/Y Growth* | *46.1%* | *70.7%* | *57.6%* | *45.2%* | *35.8%* | *28.7%* | *23.5%* | *19.8%* | |
| | | | | | | | | | |
| Hosting Costs | (682) | (740) | (863) | (989) | (1,116) | (1,240) | (1,360) | (1,474) | 12.7% |
| Hosting Cost per DAU | $2.57 | $2.41 | $2.47 | $2.53 | $2.59 | $2.66 | $2.72 | $2.79 | |
| *% of Revenues* | *27%* | *17%* | *13%* | *10%* | *8%* | *7%* | *6%* | *6%* | |
| Content & Developer Partner Costs | (305) | (796) | (1,194) | (1,612) | (2,015) | (2,519) | (3,149) | (3,936) | 52.5% |
| *% of Revenues* | *12%* | *19%* | *18%* | *16%* | *15%* | *15%* | *15%* | *16%* | |
| Advertising Partner & Other Costs | (163) | (296) | (340) | (391) | (450) | (518) | (595) | (685) | 26.0% |
| *% of Revenues* | *7%* | *7%* | *5%* | *4%* | *3%* | *3%* | *3%* | *3%* | |
| | | | | | | | | | |
| Cost of Revenues | (1,173.1) | (1,841.7) | (2,397.5) | (2,992.9) | (3,581.0) | (4,276.2) | (5,103.4) | (6,094.7) | 29.5% |
| *% of Revenue* | *46.8%* | *43.0%* | *35.5%* | *30.6%* | *26.9%* | *25.0%* | *24.1%* | *24.1%* | |
| **Gross Profit** | 1,333.5 | 2,437.6 | 4,348.2 | 6,803.7 | 9,720.6 | 12,845.9 | 16,048.5 | 19,241.1 | 57.3% |
| *Gross profit margin* | 53% | 57% | 64% | 69% | 73% | 75% | 76% | 76% | |
| Operating Expenses | | | | | | | | | |
| Research and development | (568.3) | (816.9) | (1,062.4) | (1,272.9) | (1,425.9) | (1,514.2) | (1,561.9) | (1,637.0) | 21.7% |
| *% of Revenue* | *22.7%* | *19.1%* | *15.7%* | *13.0%* | *10.7%* | *8.8%* | *7.4%* | *6.5%* | |
| | | | | | | | | | |
| Sales and marketing | (447.2) | (627.9) | (851.2) | (1,063.2) | (1,241.4) | (1,438.2) | (1,599.0) | (1,723.8) | 26.3% |
| *% of Revenue* | *17.8%* | *14.7%* | *12.6%* | *10.9%* | *9.3%* | *8.4%* | *7.6%* | *6.8%* | |
| | | | | | | | | | |
| General and administrative | (409.9) | (567.7) | (738.3) | (884.6) | (990.9) | (1,052.3) | (1,105.0) | (1,191.2) | 20.8% |
| *% of Revenue* | *16.4%* | *13.3%* | *10.9%* | *9.0%* | *7.4%* | *6.1%* | *5.2%* | *4.7%* | |
| | | | | | | | | | |
| Stock-based Compensation | (770.2) | (1,026.3) | (1,294.2) | (1,503.6) | (1,633.4) | (1,681.9) | (1,714.2) | (1,847.9) | 16.9% |
| *% of Revenue* | *30.7%* | *24.0%* | *19.2%* | *15.3%* | *12.3%* | *9.8%* | *8.1%* | *7.3%* | |
| **Total Operating Expenses** | (2,195.6) | (3,038.8) | (3,946.2) | (4,724.3) | (5,291.5) | (5,686.6) | (5,980.1) | (6,399.9) | 21.0% |
| *Y/Y Growth* | *13.8%* | *38.4%* | *29.9%* | *19.7%* | *12.0%* | *7.5%* | *5.2%* | *7.0%* | |
| **Operating Income (Loss) from Continuing Ops** | (862.1) | (601.3) | 402.0 | 2,079.4 | 4,429.1 | 7,159.3 | 10,068.4 | 12,841.2 | **NM** |
| *Y/Y Growth* | *-21.9%* | *-30.3%* | *-166.9%* | *417.2%* | *113.0%* | *61.6%* | *40.6%* | *27.5%* | |
| *Operating Margin* | *-34.4%* | *-14.1%* | *6.0%* | *21.2%* | *33.3%* | *41.8%* | *47.6%* | *50.7%* | |
| | | | | | | | | | |
| Interest income | 18.1 | 25.3 | 4.5 | 6.2 | 9.7 | 15.3 | 23.4 | 34.4 | |
| Interest expense | (82.2) | 54.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Total Other Income (Expense) | (64.1) | 80.0 | 4.5 | 6.2 | 9.7 | 15.3 | 23.4 | 34.4 | |
| | | | | | | | | | |
| Pre-Tax Income (Loss) | (926.2) | (521.2) | 406.5 | 2,085.6 | 4,438.9 | 7,174.6 | 10,091.8 | 12,875.6 | NM |
| Provision for Income Taxes | (18.7) | 1.4 | (40.7) | (208.6) | (887.8) | (1,434.9) | (2,018.4) | (2,575.1) | |
| *Effective Tax Rate* | *-2.0%* | *0.3%* | *10.0%* | *10.0%* | *20.0%* | *20.0%* | *20.0%* | *20.0%* | |
| **Net Income (Loss)** | (944.8) | (519.8) | 365.9 | 1,877.1 | 3,551.1 | 5,739.7 | 8,073.4 | 10,300.5 | **NM** |
| *Y/Y Growth* | *-38%* | *-12%* | *5%* | *19%* | *27%* | *34%* | *38%* | *41%* | |
| Net Income Attributable to Participating Securities | | | | | | | | | |
| **Net Income Attributable to Common Stockholders** | (944.8) | (519.8) | 365.9 | 1,877.1 | 3,551.1 | 5,739.7 | 8,073.4 | 10,300.5 | **NM** |
| *Net Margin* | *-37.7%* | *-12.1%* | *5.4%* | *19.2%* | *26.7%* | *33.5%* | *38.2%* | *40.7%* | |
| **Diluted EPS** | **($0.65)** | **($0.34)** | **$0.23** | **$1.17** | **$2.16** | **$3.43** | **$4.73** | **$5.91** | **NM** |
| *Y/Y Growth* | *NM* | *NM* | *-169%* | *403%* | *85%* | *58%* | *38%* | *25%* | |
| | | | | | | | | | |
| **EBITDA:** | | | | | | | | | |
| Operating Income | (862.1) | (601.3) | 402.0 | 2,079.4 | 4,429.1 | 7,159.3 | 10,068.4 | 12,841.2 | |
| Add: D&A | 86.7 | 125.0 | 137.9 | 145.2 | 148.8 | 150.2 | 160.7 | 161.8 | |
| Add: Stock-based Compensation | 820.5 | 1,051.3 | 1,294.2 | 1,503.6 | 1,633.3 | 1,681.9 | 1,714.2 | 1,847.9 | |
| Add: Charges | | | | | | | | | |
| **Adjusted EBITDA** | **45.2** | **575.1** | **1,834.2** | **3,728.2** | **6,211.3** | **8,991.4** | **11,943.3** | **14,850.9** | **NM** |
| *Y/Y Growth* | *-122.3%* | *1173.4%* | *218.9%* | *103.3%* | *66.6%* | *44.8%* | *32.8%* | *24.3%* | |
| *EBITDA Margin* | *1.8%* | *13.4%* | *27.2%* | *38.1%* | *46.7%* | *52.5%* | *56.5%* | *58.6%* | |
| | | | | | | | | | |
| **Normalized Earnings:** | | | | | | | | | |
| Net Income (Loss) | (944.8) | (519.8) | 365.9 | 1,877.1 | 3,551.1 | 5,739.7 | 8,073.4 | 10,300.5 | |
| Add: Amortization of intangible assets | 33.5 | 67.8 | (62.6) | (63.3) | (56.7) | (46.5) | (35.7) | (26.2) | |
| Add: Stock-based compensation expense | 770.2 | 1,026.3 | 1,294.2 | 1,503.6 | 1,633.3 | 1,681.9 | 1,714.2 | 1,847.9 | |
| Add: Payroll tax expense related to stock-based compensation | 50.3 | 66.4 | | | | | | | |
| Add: Income tax adjustments | (0.1) | 0.4 | | | | | | | |
| Add: Other | 0.0 | 0.0 | | | | | | | |
| **Normalized Earnings:** | (90.9) | 641.0 | 1,597.4 | 3,317.4 | 5,127.7 | 7,375.1 | 9,751.9 | 12,122.1 | |
| *Y/Y Growth* | *-59.7%* | *-804.9%* | *149.2%* | *107.7%* | *54.6%* | *43.8%* | *32.2%* | *24.3%* | |
| *Net Margin* | | | | | | | | | |
| **Normalized EPS** | **($0.06)** | **$0.41** | **$1.01** | **$2.06** | **$3.12** | **$4.40** | **$5.71** | **$6.96** | **NM** |
| *Y/Y Growth* | *-61.9%* | *-763.2%* | *144.3%* | *103.6%* | *51.5%* | *41.0%* | *29.6%* | *21.9%* | |
| | | | | | | | | | |
| Basic Shares o/s | 1,456.0 | 1,571.4 | 1,602.9 | 1,634.9 | 1,667.6 | 1,701.0 | 1,735.0 | 1,769.7 | **3.2%** |
| *Sequential Change* | *5.8%* | *7.9%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | |
| Diluted Shares o/s | 1,456.0 | 1,547.5 | 1,578.4 | 1,610.0 | 1,642.2 | 1,675.0 | 1,708.5 | 1,742.7 | **2.8%** |
| *Sequential Change* | *5.8%* | *6.3%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* | |

*Source: Company Reports and Truist Securities Estimates*

Ex. 16 - 171

Snap, Inc.  **TRUIST** ☶

## Snap, Inc. - Operating Metrics
*(data in millions, except share data)*

| | 2020 | | | | 1Q21A | 2Q21A | 3Q21E | 4Q21E |
|---|---|---|---|---|---|---|---|---|
| | 1Q20A | 2Q20A | 3Q20A | 4Q20A | | | | |
| **Geographic Daily Active Users (DAU)** | | | | | | | | |
| North America | 88.0 | 90.0 | 90.0 | 92.0 | 93.0 | 95.0 | 96.3 | 97.8 |
| *Y/Y Growth* | *10.0%* | *8.4%* | *7.1%* | *7.0%* | *5.7%* | *5.6%* | *7.0%* | *6.3%* |
| *Sequential net adds* | *2.00* | *2.00* | *-* | *2.00* | *1.00* | *2.00* | *1.30* | *1.50* |
| Europe | 70.0 | 71.0 | 72.0 | 74.0 | 77.0 | 78.0 | 78.7 | 80.6 |
| *Y/Y Growth* | *14.8%* | *10.9%* | *10.8%* | *10.4%* | *10.0%* | *9.9%* | *9.4%* | *8.9%* |
| *Sequential net adds* | *3.00* | *1.00* | *1.00* | *2.00* | *3.00* | *1.00* | *0.74* | *1.84* |
| ROW | 71.0 | 77.0 | 87.0 | 99.0 | 111.0 | 120.0 | 126.2 | 128.8 |
| *Y/Y Growth* | *44.9%* | *37.5%* | *42.6%* | *54.7%* | *56.3%* | *55.8%* | *45.0%* | *30.1%* |
| *Sequential net adds* | *7.00* | *6.00* | *10.00* | *12.00* | *12.00* | *9.00* | *6.15* | *2.63* |
| | | | | | | | | |
| **Global DAU (millions)** | **229** | **238** | **249** | **265** | **280** | **293** | **301** | **307** |
| *Y/Y Growth* | *20.5%* | *17.2%* | *18.6%* | *21.6%* | *22.3%* | *23.1%* | *21.0%* | *15.9%* |
| | *11.00* | *9.00* | *11.00* | *16.00* | *15.00* | *13.00* | *8.19* | *5.96* |
| **Advertising ARPU by Geography** | | | | | | | | |
| North America | $3.57 | $3.40 | $5.49 | $7.19 | $5.94 | $7.37 | $8.37 | $11.53 |
| *Y/Y growth* | *27.0%* | *8.3%* | *46.4%* | *62.7%* | *66.4%* | *116.8%* | *52.5%* | *60.4%* |
| *Q/Q growth* | *-19.2%* | *-4.8%* | *61.5%* | *31.0%* | *-17.4%* | *24.1%* | *13.6%* | *37.7%* |
| Europe | $1.09 | $1.10 | $1.43 | $1.19 | $1.48 | $1.95 | $1.79 | $1.96 |
| *Y/Y growth* | *41.6%* | *15.8%* | *36.2%* | *-13.1%* | *35.8%* | *77.3%* | *25.0%* | *65.0%* |
| *Q/Q growth* | *-20.4%* | *0.9%* | *30.0%* | *-16.8%* | *24.4%* | *31.8%* | *-8.3%* | *9.8%* |
| Rest of World | $1.00 | $0.89 | $0.95 | $1.11 | $0.93 | $1.07 | $1.14 | $1.33 |
| *Y/Y growth* | *3.1%* | *-25.8%* | *-5.9%* | *-17.8%* | *-7.0%* | *20.2%* | *20.2%* | *20.2%* |
| *Q/Q growth* | *-25.9%* | *-11.0%* | *6.7%* | *16.8%* | *-16.2%* | *15.1%* | *6.7%* | *16.8%* |
| | | | | | | | | |
| Global Advertising ARPU | $2.02 | $1.91 | $2.73 | $3.44 | $2.74 | $3.35 | $3.64 | $4.75 |
| *Y/Y growth* | *20.2%* | *0.0%* | *28.8%* | *33.3%* | *35.6%* | *75.4%* | *33.4%* | *38.2%* |
| *Q/Q growth* | *-21.7%* | *-5.4%* | *42.9%* | *26.0%* | *-20.3%* | *22.3%* | *8.7%* | *30.6%* |
| | | | | | | | | |
| **Advertising Revenue by Geography** | | | | | | | | |
| North America | 315.65 | 306.74 | 492.93 | 659.16 | 552.97 | 701.74 | 801.04 | 1,119.41 |
| *Y/Y growth* | *39.4%* | *18.0%* | *56.0%* | *72.5%* | *75.2%* | *128.8%* | *62.5%* | *69.8%* |
| *Q/Q growth* | *-17.4%* | *-2.8%* | *60.7%* | *33.7%* | *-16.1%* | *26.9%* | *14.2%* | *39.7%* |
| Europe | 76.5 | 78.6 | 102.5 | 141.6 | 113.6 | 152.3 | 140.1 | 156.4 |
| *Y/Y growth* | *62.8%* | *28.9%* | *49.5%* | *54.1%* | *48.5%* | *93.6%* | *36.7%* | *10.5%* |
| *Q/Q growth* | *-16.7%* | *2.8%* | *30.3%* | *38.2%* | *-19.8%* | *34.0%* | *-8.0%* | *11.7%* |
| Rest of World | 70.3 | 68.8 | 83.3 | 110.6 | 103.0 | 128.1 | 140.6 | 170.1 |
| *Y/Y growth* | *49.6%* | *2.7%* | *35.1%* | *27.1%* | *46.4%* | *86.2%* | *68.8%* | *53.9%* |
| *Q/Q growth* | *-19.1%* | *-2.2%* | *21.0%* | *32.8%* | *-6.8%* | *24.4%* | *9.7%* | *21.0%* |
| | | | | | | | | |
| **Global Advertising Revenue** | **$462.5** | **$454.2** | **$678.7** | **$911.3** | **$769.6** | **$982.1** | **$1,081.7** | **$1,445.9** |
| Reported Y/Y growth | *44.3%* | *17.0%* | *52.1%* | *62.5%* | *66.4%* | *116.2%* | *59.4%* | *58.7%* |
| Q/Q growth | *-17.5%* | *-1.8%* | *49.4%* | *34.3%* | *-15.6%* | *27.6%* | *10.1%* | *33.7%* |

*Source: Company Reports and Truist Securities Estimates*

Ex. 16 - 172



## Snap, Inc. - Operating Metrics

*(data in millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E | CAGR 2020-2025 |
|---|---|---|---|---|---|---|---|---|---|
| **Geographic Daily Active Users (DAU)** | | | | | | | | | |
| North America | 92.0 | 97.8 | 102.9 | 107.3 | 111.1 | 114.3 | 117.1 | 119.4 | 4.4% |
| *Y/Y Growth* | *7.0%* | *6.3%* | *5.2%* | *4.3%* | *3.5%* | *2.9%* | *2.4%* | *2.0%* | |
| *Sequential net adds* | *6.00* | *5.80* | *5.08* | *4.41* | *3.80* | *3.24* | *2.75* | *2.33* | |
| Europe | 74.0 | 80.6 | 87.0 | 93.3 | 99.4 | 105.2 | 110.7 | 115.9 | 7.3% |
| *Y/Y Growth* | *10.4%* | *8.9%* | *8.0%* | *7.2%* | *6.5%* | *5.8%* | *5.3%* | *4.7%* | |
| *Sequential net adds* | *7.00* | *6.58* | *6.45* | *6.27* | *6.05* | *5.80* | *5.53* | *5.23* | |
| ROW | 99.0 | 128.8 | 159.8 | 190.5 | 219.9 | 246.9 | 271.3 | 292.7 | 20.1% |
| *Y/Y Growth* | *54.7%* | *30.1%* | *24.1%* | *19.3%* | *15.4%* | *12.3%* | *9.9%* | *7.9%* | |
| *Sequential net adds* | *35.00* | *29.78* | *30.99* | *30.75* | *29.34* | *27.09* | *24.34* | *21.39* | |
| | | | | | | | | | |
| **Global DAU (millions)** | **265** | **307** | **350** | **391** | **430** | **466** | **499** | **528** | **12.0%** |
| *Y/Y Growth* | *21.6%* | *15.9%* | *13.8%* | *11.9%* | *10.0%* | *8.4%* | *7.0%* | *5.8%* | |
| | *47.00* | *42.16* | *42.52* | *41.44* | *39.19* | *36.13* | *32.62* | *28.95* | |
| **Advertising ARPU by Geography** | | | | | | | | | |
| North America | $19.94 | $33.46 | $50.48 | $69.73 | $89.68 | $108.92 | $126.45 | $141.71 | 40.4% |
| Y/Y growth | 38.9% | 67.8% | 50.9% | 38.1% | 28.6% | 21.5% | 16.1% | 12.1% | |
| Q/Q growth | | | | | | | | | |
| Europe | $5.66 | $7.28 | $9.82 | $13.09 | $17.22 | $22.39 | $28.78 | $36.57 | 31.6% |
| Y/Y growth | 34.0% | 28.5% | 35.0% | 33.3% | 31.6% | 30.0% | 28.5% | 27.1% | |
| Q/Q growth | | | | | | | | | |
| Rest of World | $4.08 | $4.76 | $5.95 | $7.36 | $9.02 | $10.95 | $13.18 | $15.73 | 21.8% |
| Y/Y growth | -13.7% | 16.5% | 25.0% | 23.8% | 22.6% | 21.4% | 20.4% | 19.3% | |
| Q/Q growth | | | | | | | | | |
| | | | | | | | | | |
| Global Advertising ARPU | $10.38 | $14.96 | $20.54 | $26.45 | $32.39 | $38.19 | $43.82 | $49.34 | 29.8% |
| Y/Y growth | 22.2% | 44.1% | 37.3% | 28.8% | 22.5% | 17.9% | 14.7% | 12.6% | |
| Q/Q growth | | | | | | | | | |
| **Advertising Revenue by Geography** | | | | | | | | | |
| North America | 1,774.5 | 3,175.2 | 5,064.6 | 7,327.5 | 9,791.8 | 12,276.1 | 14,630.6 | 16,756.2 | 47.2% |
| Y/Y growth | 49.8% | 78.9% | 59.5% | 44.7% | 33.6% | 25.4% | 19.2% | 14.5% | |
| Q/Q growth | | | | | | | | | |
| Europe | 399.2 | 562.4 | 823.3 | 1,180.3 | 1,659.3 | 2,289.9 | 3,105.6 | 4,143.5 | 41.8% |
| Y/Y growth | 48.7% | 40.9% | 46.4% | 43.4% | 40.6% | 38.0% | 35.6% | 33.4% | |
| Q/Q growth | | | | | | | | | |
| Rest of World | 332.9 | 541.8 | 857.9 | 1,288.8 | 1,850.5 | 2,556.2 | 3,415.6 | 4,436.1 | 50.3% |
| Y/Y growth | 26.8% | 62.7% | 58.3% | 50.2% | 43.6% | 38.1% | 33.6% | 29.9% | |
| Q/Q growth | | | | | | | | | |
| | | | | | | | | | |
| **Global Advertising Revenue** | **$2,506.6** | **$4,279.3** | **$6,745.7** | **$9,796.6** | **$13,301.6** | **$17,122.1** | **$21,151.9** | **$25,335.8** | **46.9%** |
| Reported Y/Y growth | *46.1%* | *70.7%* | *57.6%* | *45.2%* | *35.8%* | *28.7%* | *23.5%* | *19.8%* | |
| Q/Q growth | | | | | | | | | |

*Source: Company Reports and Truist Securities Estimates*

Ex. 16 - 173



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917
Daniel Speed - (212) 303-4116



## Snap, Inc. - Discounted Cash Flow

*(data in millions, except share data)*

| | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|
| **Free Cash Flow (FCF)** | | | | | | | |
| Revenue | $4,279.3 | $6,745.7 | $9,796.6 | $13,301.6 | $17,122.1 | $21,151.9 | $25,335.8 |
| EBITDA | $575.1 | $1,834.2 | $3,728.2 | $6,211.3 | $8,991.4 | $11,943.3 | $14,850.9 |
| Less:  Depreciation | (57.3) | (75.3) | (81.9) | (92.1) | (103.7) | (125.0) | (135.6) |
| EBITA | 517.8 | 1,758.9 | 3,646.3 | 6,119.2 | 8,887.7 | 11,818.3 | 14,715.3 |
| Less:  Taxes at 20% | (103.6) | (351.8) | (729.3) | (1,223.8) | (1,777.5) | (2,363.7) | (2,943.1) |
| Add:  Depreciation | 57.3 | 75.3 | 81.9 | 92.1 | 103.7 | 125.0 | 135.6 |
| Less:  Capital Expenditures | (63.1) | (82.1) | (101.3) | (116.9) | (127.9) | (134.3) | (136.8) |
| **Unlevered Free Cash Flow** | **$408.4** | **$1,400.3** | **$2,897.6** | **$4,870.5** | **$7,086.0** | **$9,445.3** | **$11,771.1** |
| | | | | | | | |
| **Present Value of Cash Flows** | | | | | | | |
| 2027 Terminal Value | $142,419.0 | $155,948.8 | $170,763.9 | $186,986.5 | $204,750.2 | $224,201.4 | $245,500.6 |
| 2027 Cash Flow | 6,828.6 | 7,477.3 | 8,187.6 | 8,965.5 | 9,817.2 | 10,749.8 | 11,771.1 |
| 2026 Cash Flow | 5,999.9 | 6,569.9 | 7,194.0 | 7,877.5 | 8,625.8 | 9,445.3 | |
| 2025 Cash Flow | 4,928.8 | 5,397.0 | 5,909.8 | 6,471.2 | 7,086.0 | | |
| 2024 Cash Flow | 3,709.6 | 4,062.1 | 4,448.0 | 4,870.5 | | | |
| 2023 Cash Flow | 2,416.7 | 2,646.2 | 2,897.6 | | | | |
| 2022 Cash Flow | 1,278.8 | 1,400.3 | | | | | |
| 2021 Cash Flow | 408.4 | | | | | | |
| **Enterprise Value** | **$167,989.8** | | | | | | |
| Add:  Cash and Investments | 3,661.6 | | | | | | |
| Less:  Debt and Capital Leases | 2,550.8 | | | | | | |
| Add:  PV of NOLs | 54.5 | | | | | | |
| **Equity Value** | **$174,256.7** | | | | | | |
| Divide by:  Diluted Shares | 1,747.5 | | | | | | |
| **Price Target** | **$100** | | | | | | |
| Implied EV/Revenue Multiple | 39.3x | | | | | | |
| | | | | | | | |
| **Assumptions** | | | | | | | |
| Perpetuity Growth Rate | 4% | | | | | | |
| Assumed Tax Rate | 20% | | | | | | |
| Applied WACC | 10% | | | | | | |

*Source:  Company Reports and Truist Securities Estimates*

Ex. 16 - 174



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917
Daniel Speed - (212) 303-4116

## Snap, Inc. - Cash Flow Statement

*(data in millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | | | | |
| Net income (loss) | (944.8) | (519.8) | 365.9 | 1,877.1 | 3,551.1 | 5,739.7 | 8,073.4 | 10,300.5 |
| Adjustments to reconcile net income to net cash provided by operating activities | | | | | | | | |
| Depreciation and amortization | 86.7 | 125.0 | 137.9 | 145.2 | 148.8 | 150.2 | 160.7 | 161.8 |
| Share-based compensation | 770.2 | 1,026.3 | 1,294.2 | 1,503.6 | 1,633.3 | 1,681.9 | 1,714.2 | 1,847.9 |
| Deferred income taxes | (6.3) | 0.0 | | | | | | |
| Other | 80.4 | (58.6) | | | | | | |
| Changes in operating assets and liabilities | (153.4) | (305.7) | (276.7) | (557.4) | (702.7) | (790.8) | (838.4) | (834.0) |
| Accounts receivable | (255.3) | (421.6) | (338.0) | (683.7) | (785.4) | (856.1) | (903.0) | (937.6) |
| Prepaid expenses and other current assets | (14.6) | (45.6) | (61.5) | (76.1) | (87.4) | (95.3) | (100.5) | (104.3) |
| Other assets | 27.5 | 22.5 | | | | | | |
| Accounts payable | 20.4 | 19.7 | 14.4 | 23.1 | 19.5 | 18.4 | 18.9 | 23.8 |
| Accrued expenses and other current liabilities | 108.6 | 137.2 | 108.5 | 179.2 | 150.7 | 142.2 | 146.2 | 184.1 |
| Other liabilities | (39.9) | (17.9) | | | | | | |
| Net cash provided by operating activities | (167.2) | 267.2 | 1,521.3 | 2,968.5 | 4,630.6 | 6,781.0 | 9,109.9 | 11,476.1 |
| | | | | | | | | |
| **Cash Flows From Investing Activities:** | | | | | | | | |
| Purchases of property and equipment | (57.8) | (63.1) | (82.1) | (101.3) | (116.9) | (127.9) | (134.3) | (136.8) |
| Investments/marketable securities | (397.1) | 541.0 | | | | | | |
| Acquisitions of business, net of cash acquired, and purchases of intangible and other as | (280.4) | (139.2) | | | | | | |
| Change in restricted cash and deposits | 5.5 | 36.1 | | | | | | |
| Net cash used in investing activities | (729.9) | 374.8 | (82.1) | (101.3) | (116.9) | (127.9) | (134.3) | (136.8) |
| | | | | | | | | |
| **Cash Flows From Financing Activities:** | | | | | | | | |
| Equity | (65.8) | 7.7 | | | | | | |
| Debt | 988.6 | 1,050.4 | | | | | | |
| Other | 0.0 | 0.0 | | | | | | |
| Net cash provided by (used in) financial activities | 922.8 | 1,058.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | |
| Effect of exchange rates on cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net increase (decrease) in cash and cash equivalents | 25.8 | 1,700.1 | 1,439.3 | 2,867.2 | 4,513.6 | 6,653.1 | 8,975.6 | 11,339.4 |
| | | | | | | | | |
| Cash and cash equivalents at beginning of year | 520.3 | 546.1 | 2,246.2 | 3,685.5 | 6,552.6 | 11,066.3 | 17,719.4 | 26,694.9 |
| Cash and cash equivalents at end of year | 546.1 | 2,246.2 | 3,685.5 | 6,552.6 | 11,066.3 | 17,719.4 | 26,694.9 | 38,034.3 |
| | | | | | | | | |
| Capital Expenditures as a Percentage of Revenue | 2.3% | 1.5% | 1.2% | 1.0% | 0.9% | 0.7% | 0.6% | 0.5% |

*Source:  Company Reports and Truist Securities Estimates*

Ex. 16 - 175



"Required Disclosures" are on the last tab of the workbook
Youssef Squali - (212) 303-4180
Naved Khan - (212) 590-0994
Robert Zeller - (212) 319-3917
Daniel Speed - (212) 303-4116

## Snap, Inc. - Balance Sheet
*(data in millions, except share data)*

| | FY20A | FY21E | FY22E | FY23E | FY24E | FY25E | FY26E | FY27E |
|---|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | | |
| Cash and cash equivalents | 545.6 | 2,246.2 | 3,685.5 | 6,552.6 | 11,066.3 | 17,719.4 | 26,694.9 | 38,034.3 |
| Marketable Securities | 1,991.9 | 1,415.4 | 1,415.4 | 1,415.4 | 1,415.4 | 1,415.4 | 1,415.4 | 1,415.4 |
| Accounts receivable, net | 744.3 | 1,173.6 | 1,511.7 | 2,195.3 | 2,980.8 | 3,836.9 | 4,739.9 | 5,677.5 |
| Prepaid expenses and other current assets | 56.1 | 106.7 | 168.2 | 244.2 | 331.6 | 426.9 | 527.4 | 631.7 |
| **Total Current Assets** | 3,338.0 | 4,941.9 | 6,780.7 | 10,407.6 | 15,794.1 | 23,398.5 | 33,377.6 | 45,758.9 |
| | | | | | | | | |
| Property and equipment, net | 178.7 | 190.6 | 197.4 | 216.8 | 241.6 | 265.8 | 275.1 | 276.3 |
| Goodwill and intangible assets, net | 1,045.2 | 1,675.0 | 1,612.3 | 1,549.0 | 1,492.3 | 1,445.9 | 1,410.1 | 1,383.9 |
| Other assets | 462.4 | 582.7 | 582.7 | 582.7 | 582.7 | 582.7 | 582.7 | 582.7 |
| **Total Assets** | 5,024.2 | 7,390.1 | 9,173.1 | 12,756.1 | 18,110.7 | 25,692.9 | 35,645.6 | 48,001.8 |
| | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts payable | 71.9 | 92.5 | 106.8 | 130.0 | 149.4 | 167.8 | 186.7 | 210.4 |
| Accrued expenses and other current liabilities | 554.3 | 719.1 | 827.6 | 1,006.8 | 1,157.5 | 1,299.7 | 1,445.9 | 1,630.0 |
| Other current liabilities | 41.1 | 54.1 | 54.1 | 54.1 | 54.1 | 54.1 | 54.1 | 54.1 |
| **Total Current Liabilities** | 667.3 | 865.7 | 988.5 | 1,190.9 | 1,361.0 | 1,521.6 | 1,686.7 | 1,894.6 |
| | | | | | | | | |
| Long term debt | 1,675.2 | 2,550.8 | 2,550.8 | 2,550.8 | 2,550.8 | 2,550.8 | 2,550.8 | 2,550.8 |
| Other liabilities | 351.8 | 613.8 | 613.8 | 613.8 | 613.8 | 613.8 | 613.8 | 613.8 |
| **Total Liabilities** | 2,694.3 | 4,030.4 | 4,153.2 | 4,355.5 | 4,525.7 | 4,686.3 | 4,851.4 | 5,059.2 |
| | | | | | | | | |
| **Stockholders equity (deficit)** | | | | | | | | |
| Common and convertible stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional paid-in capital | 10,200.1 | 11,661.8 | 12,956.0 | 14,459.7 | 16,093.0 | 17,774.9 | 19,489.1 | 21,337.0 |
| Accumulated other comprehensive inc/(loss) | 21.4 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 |
| Retained earnings/(accumulated defecit) | (7,891.5) | (8,316.3) | (7,950.4) | (6,073.4) | (2,522.3) | 3,217.4 | 11,290.8 | 21,591.3 |
| **Total Stockholder's Equity** | 2,330.0 | 3,359.4 | 5,019.4 | 8,400.1 | 13,584.6 | 21,006.1 | 30,793.7 | 42,942.1 |
| | | | | | | | | |
| **Total Liabilities and Stockholder's Equity** | 5,024.2 | 7,390.2 | 9,173.1 | 12,756.1 | 18,110.7 | 25,692.9 | 35,645.6 | 48,001.8 |

*Source:  Company Reports and Truist Securities Estimates*

## Company Description

Snap, Inc. (SNAP) is an innovative platform that functions on the line between a social, messaging, and video content platform allowing its users to express themselves, communicate with others, and consume content. Snapchat is the company's main app helping people express themselves and communicate with others through text, photo, and video messages called Snaps. Snap believes the camera is the focal point of its app and as such became one of the first apps to open directly to the camera and help provide its users with a canvas on which to express themselves. Snapchat has 210+ million active users spending more than 30 minutes and creating 3.5 billion Snaps every day.

## Investment Thesis

We have a Buy on Snap, Inc. given the positive engagement and monetization momentum across geographies. Further, the company has demonstrated its attractiveness to advertisers through improved ROI and access to a unique, younger user base. We believe this momentum can be sustained and given the potential flywheel effect, we are bullish on the name and rate it a Buy.

## Valuation and Risks

We derive our $100 price target using a 5-year DCF which uses a 4% perpetuity growth rate and a 10% WACC. Our price target implies a 35.9x EV/Revenue multiple on our 2021 estimates.

Downside risks are the return of macro weakness, material slowdown in user engagement or negative user growth, lack of growth in marketer interest, or negative effects from regulation like GPDR or CCPA or product changes such as ITP.

## Analyst Certification

I, Youssef Squali , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

Ex. 16 - 177

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 07/22/2021):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 524 | 70.52% | Buy | 174 | 33.21% |
| Hold | 212 | 28.53% | Hold | 71 | 33.49% |
| Sell | 7 | 0.94% | Sell | 2 | 28.57% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold

Ex. 16 - 178



by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2021. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

Ex. 16 - 179