# EXHIBIT 20



\* Source: Spiegel Form 4s, annexed as Exhibit 19.