# EXHIBIT 21

Ex. 21 - 240

Spiegel CNBC Appearance, May 21, 2021
April 25, 2022
Transcript by TransPerfect

**JULIA BOORSTIN:**  Evan, you've got some compliments from Satya Nadella about your expansion in the augmented reality space. I want to start with the news of the morning, which is that you're buying an augmented reality hardware company, Wave Optics, for about $500 million. Tell us why it's so important to have hardware at a time when it's going to be years, you said, before you introduce true augmented reality glasses to consumers. You have the Spectacles, they haven't really taken off, but why invest so much in augmented reality glasses if you say they could be as much as ten years away?

**EVAN SPIEGEL:**  Well, we're so excited to partner more closely with Wave Optics. We've been working with them for many years on Wave Guides, which is the piece of glass in Spectacles, which allows you to see 3D graphics in the world and the projectors that help project that light onto the glass and these are really sophisticated and complex components. It takes many, many years to really push the boundaries of what's possible to increase the brightness, increases the field of view, which makes Spectacles much more immersive to reduce power consumption and reduce weight to make the product more wearable. This really represents a long-term investment in the future of Spectacles and we're just so excited to be working with their team more closely. They bring to much expertise; years and years of development to the table, and now we're really able to work together over the long-term.

**BOORSTIN:**  I have to go back to the timeframe here. How soon will it be before consumers can actually buy these augmented reality glasses before they become a real moneymaker for Snap?

**EVAN SPIEGEL:**  Well, we've definitely been taking a step-by-step approach with Spectacles. We started working on them seven years ago. This is our fourth version. This one's only for creators. We have 200,000 people using lens studio to build augmented reality lenses that they distribute in Snapchat and now can distribute in one click on Spectacles, so we're really focused on helping those creators build for Spectacles, so by the time we release them more broadly to consumers, there are all of these amazing and immersive lens experiences that are ready to go on Spectacles. We don't have an exact timeline to share today, but we're already working on future versions of Spectacles and we're so excited about the possibility to release them to consumers in the future.

**BOORSTIN:**  Before I get into the features that are already out there and that you talked about yesterday, I just want to return to what Satya Nadella was talking about. Microsoft has obviously been a big player in the enterprise augmented reality space and I'm wondering if you can imagine competing with them in that enterprise space or what you think about Microsoft becoming more of a player in this area that you're so interested in and with consumer products.

**EVAN SPIEGEL:**  Well, we really admire Microsoft in everything they're doing. They've really been leaders here in augmented reality as well, so it's been fun to collaborate with them. And, of course, our teams talk a lot about the future of AR, so it's something we're all really passionate about. I think our focus today is primarily on creatives because we really believe Spectacles are an amazing creative tool to take what's inside your imagination and then make it real in the world around you, so that's been our focus. I know they've been much more focused on enterprise and military applications, but I'm sure over time we'll be able to see all the

**1**

**Spiegel CNBC Appearance, May 21, 2021**
**April 25, 2022**
**Transcript by TransPerfect**

different ways that AR can be applied. I think the thing that makes AR so exciting today is that, despite it being such a nascent technology, it's already used by hundreds of millions of people every day on Snapchat alone and of course, hundreds of millions more around the world. For something that's so new, the market's already huge and growing really quickly.

**BOORSTIN:** Yeah, it'll be interesting to see how Snap and Microsoft become competitors in the future. Now I want to hear a little bit more about the tools and the services you announced yesterday. A lot of them are about shopping. Facebook and Instagram have talked a lot about how important shopping is going to be for their platforms. How crucial is shopping for the future of Snap?

**EVAN SPIEGEL:** AR plays such an important role in commerce, and we've been so excited by the uptake. Obviously, I think, a lot of that was spurred by the pandemic as retailers moved to try on and trial of their products online. But what was amazing to see was the conversion rates really increase when people were able to try on products in augmented reality and that spurred a lot of more investment into tools to help different retailers and brands bring their products to life in AR. What we released yesterday were a lot more tools to help empower AR commerce. For example, there are now voice commands so that you can interact with lens as you're trying things on, ask for different types of apparel. We have a true size technology that shows you the exact right fit of new sunglasses on your face and of course, really sophisticated tools around cloth simulation, for example, so people can actually try on outfits and see the fabric drape over their body just the way that it would in the physical world. There are a lot more tools for folks to build really sophisticated lens experiences and continue driving commerce through augmented reality.

**[00:05:00]**

**DIEDRE BOSA:** Evan, good morning. It's Deidre. You talked a little bit about competition with Microsoft, but you're also facing competition from the likes of other big tech like Apple and Facebook that may be targeting more of the consumer market, but they're doing so in public. Snap, on the other hand, is building Spectacles sort of in public alongside creators and developers. Talk a little bit about that decision and the benefits of doing it that way, out in the open.

**EVAN SPIEGEL:** Hey, Deidra. It's such a great question and it really gets to the heart of our strategy, which has been to learn and collaborate together with our community and what we found building all of these tools like lens studio for the 200,000 lens creators that are already using it today is that we get to just listen to them and hear what's working, what's not working, so we can iterate and improve our developer tools and that's the same for Spectacles. Now that we've already gotten this next generation of Spectacles into creators' hands, we're learning so quickly what creators want to build, how we can improve the interaction using gestures and voice and gaze. And so, all of these learnings actually help us accelerate our development of AR technology overall. We've found that that collaborative approach has really worked well for us and powered a lot of our innovation.

**BOORSTIN:** Evan, you also introduced a number of tools for content creators to make money on the platform. Does that indicate that you're trying to make sure that those content creators

2

Ex. 21 - 242

Spiegel CNBC Appearance, May 21, 2021
April 25, 2022
Transcript by TransPerfect

stay on Snap as opposed to going over to Tik Tok or to Instagram? How much of that is about the competition between the platforms?

**EVAN SPIEGEL:**  Well, we find that content creators like to use lots of different platforms for different reasons, but what we can do is really focus on making sure that the creator experience on Snapchat is super compelling. Not only because we've got this really large audience and these amazing creative tools, including lots of AR lenses and our new product, Story Studio, which is a standalone application launching on iOS that helps people really edit videos in a precise way and of course, be inspired by all of the trending content on Snapchat, but also because we provide monetization opportunities for creators, whether that's direct payments through our spotlight rewards program or now through gifting where fans can essentially use Snap tokens, which is our in-app currency to buy gifts and then give them to creators. We're really excited about all the new ways we're able to help creators monetize and build their business, including linking shops, for example, to their profile so they can sell merchandise. We'll continue to evolve the platform to really meet the needs of creators and make sure Snapchat's a great place for them to build their business.

**BOORSTIN:**  Interesting notes. When you talk about these in-app purchases, this in-app spending, if it's within iOS you would be paying 30% of that to Apple because it would be within their app store. Right now, Tim Cook is testifying. He's testifying about that very issue, which Epic sued Apple about, so I have a two-part question for you on Apple. One, what is your perspective on that 30% cut that Apple takes of anything that happens on its platforms and number two, have you started to see an impact from Apple's operating system change in terms of your ability to target ads.

**EVAN SPIEGEL:**  I guess at a high level, we really feel like Snapchat wouldn't exist without the iPhone and without the amazing platform that Apple has created and so in that sense, I'm not sure we have a choice about paying the 30% fee and of course, we're happy to do it in exchange for all of the amazing technology that they provide to us in terms of their software, but also in terms of their hardware advancements like LiDAR, for example, which has made the AR experiences on Snapchat much more immersive because it's better at mapping the world around you. Apple's been a great partner for us and really helped us to grow our business over time. We're really aligned with them on the changes they're making to help protect privacy. So far, the early investments we had made starting almost ten years ago to protect user privacy on our platform are really paying off and we've been able to help our advertising partners navigate those changes, migrate to SKAd Network, which is Apple's way of measuring advertising efficacy and so far, that transition has gone smoothly for our business.

**BOORSTIN:**  Fascinating, Evan. You have a very different perspective than Barry Diller and certainly than Tim Sweeney at Epic about that 30% fee and the fact you're happy to pay it. Evan Spiegel, CEO and Founder of Snap, thank you so much for joining us to talk about all of your AR innovations that you just rolled out yesterday.

**EVAN SPIEGEL:**  Thanks so much, Julia. I appreciate it.

3



I, Anders Nelson, hereby certify that the document "Spiegel May 21, 2021 CNBC Appearance" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

# Anders Nelson

Digitally signed by Anders Nelson
Date: 2022.04.25
16:55:15 -04'00'

_____

Anders Nelson
Project Manager

April 25, 2022