# EXHIBIT 22

# PIPER | SANDLER

COMPANY NOTE
April 22, 2021

## Snap, Inc. (SNAP) — Overweight

### 1Q21 Wrap: New Products, Advertisers & (Unexpectedly) Reopening Drive Growth

## CONCLUSION

Shares were up 5% after hours as SNAP released a 1Q21 print with revenue growth +66% y/y, beating PSC and the Street. Active advertisers doubled y/y in 1Q. Management was constructive on the upcoming ATT rollout and is working closely with Apple and advertisers to implement the changes. We are impressed by 1Q results and management comments suggest engagement may benefit from reopening. Long-term thesis remains unchanged. Reiterate OW, $83 PT.

- **1Q21 Results Beat Across the Board:** Revenue of $770MM (+66% y/y) was above PSC estimates of $742MM and 4% above consensus at $744MM. EBITDA of -$2MM (+98% y/y) was also above our estimate of -$61MM and the Street at -$56MM. Global DAUs of 280MM (+22% y/y) beat PSC estimates of 275MM. North America revenue grew 75% y/y despite headwinds from the capital riots in January.

- **SNAP Now a Mainstream Ad Product:** SNAP's active advertiser base doubled y/y in Q1 and upfront commitments are up 50% over total '20. SNAP saw success from their sales teams across a variety of verticals and tailoring solutions for apparel and accessories. Management is actively pursuing AR-driven in E-Commerce, extending the reach of Lens Studio and Camera Kit. More to be announced at the Partner Summit on May 20th.

- **Benefits from Reopening:** Management highlighted engagement trends emerging from the pandemic. Story posting has increased and engagement with Map also improved. Users have expanded their social graphs as activity resumes. We view SNAP as a beneficiary of re-opening trends, which was unanticipated.

- **Constructive on Upcoming iOS Changes:** Management reiterated support for Apple's ATT changes. The majority of SNAP's DR advertisers have adopted SKAdNetwork and they continue to work closely with Apple to prepare for the changes. It is worth noting that the majority of SNAP users are now on Android as usage has grown Internationally.

- **Solid 2Q Guide:** SNAP expects to be roughly EBITDA breakeven for 2Q (break-even to -$20MM). Management guided to revenue of $820-840MM (+83% y/y at the mid-point) and 290MM DAUs, up 22% y/y. We view 2Q guide as strong but attainable and management reiterated their commitment to the multi-year 50% growth target.

- **Changes to Estimates:** Our 2Q21 revenues improve to $839MM (+85% y/y) from $824MM, while EBITDA improves slightly to -$6MM from -$12MM. For 2021, revenue estimates move to $4.03BN (+61% y/y) from $3.97BN, while EBITDA moves down to $324MM from $356MM prior. Reiterate Overweight rating, $83 Target Price.

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Re-opening of the economy, regulatory risk, valuation.

## COMPANY DESCRIPTION

Snapchat is a picture messaging application.

**PRICE: US$57.05**
**TARGET: US$83.00**
5-year DCF using a 9% discount rate and 4% terminal growth rate

**Thomas Champion**
Sr. Research Analyst, Piper Sandler & Co.
212 284-6132, tom.champion@psc.com

**James Callahan**
Research Analyst, Piper Sandler & Co.
212 284-9586, james.callahan@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$83.00 |
| FY21E Rev (mil) | US$3,966.7 | US$4,026.8 |
| FY22E Rev (mil) | US$5,957.7 | US$6,104.3 |
| FY21E EBITDA | US$355.5 | US$323.8 |
| FY22E EBITDA | US$977.7 | US$915.3 |

| | |
|---|---|
| 52-Week High / Low | US$73.59 / US$14.85 |
| Shares Out (mil) | 1,501.6 |
| Market Cap. (mil) | US$85,668.3 |
| Avg Daily Vol (000) | 22,551 |
| Book Value/Share | US$2.46 |
| Price/Book | 2,319% |
| Net Cash Per Share | US$2.29 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EBITDA (US$) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY |
| **2020A** | 462.5 | 454.2 | 678.7 | 911.3 | 2,506.6 | 34.2x | (81.2) | (95.6) | 56.4 | 165.6 | 45.2 |
| **2021E** | 769.6A | 838.8 | 1,061.7 | 1,356.7 | 4,026.8 | 21.3x | (1.7)A | (6.3) | 58.4 | 273.4 | 323.8 |
| **2022E** | 1,187.7 | 1,273.2 | 1,615.1 | 2,028.3 | 6,104.3 | 14.0x | 26.8 | 103.0 | 227.7 | 557.8 | 915.3 |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 4 - 5 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

Ex. 22 - 246

## Results, Changes to Estimates & Valuation

Exhibit 1

### 1Q21 Results vs. PSC Estimates ($, MM)

| | 1Q20A | 1Q21E | 1Q21A | Results vs Estimate | | Change - Y/Y | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | $ | % | Estimate | Actual |
| *Overview* | | | | | | | |
| Revenue | $462 | $744 | $770 | $26.0 | 3.5% | 60.8% | 66.4% |
| Adj. EBITDA | ($81) | ($61) | ($2) | $59.3 | (97.2%) | (24.9%) | (97.9%) |
| memo: Margin (%) | (18%) | (8%) | (0%) | | 8.0% | | 17.3% |
| | | | | | | | |
| *North America* | | | | | | | |
| Revenue | $316 | $532 | $553 | $21.3 | 4.0% | 68.4% | 75.2% |
| Daily Active Users (DAUs) | 88 | 94 | 93 | (0.8) | (0.9%) | 6.6% | 5.7% |
| ARPU | $3.59 | $5.67 | $5.95 | $0.3 | 4.9% | 58.0% | 65.8% |
| | | | | | | | |
| *Europe* | | | | | | | |
| Revenue | $76 | $114 | $114 | ($0.8) | (0.7%) | 49.6% | 48.5% |
| Daily Active Users (DAUs) | 70 | 77 | 77 | 0.0 | 0.0% | 10.0% | 10.0% |
| ARPU | $1.09 | $1.49 | $1.48 | ($0.0) | (0.7%) | 36.0% | 35.0% |
| | | | | | | | |
| *Rest of World (ROW)* | | | | | | | |
| Revenue | $70 | $98 | $103 | $5.4 | 5.6% | 38.7% | 46.4% |
| Daily Active Users (DAUs) | 71 | 104 | 111 | 7.3 | 7.1% | 46.0% | 56.3% |
| ARPU | $0.99 | $0.94 | $0.93 | ($0.0) | (1.4%) | (5.0%) | (6.3%) |
| | | | | | | | |
| *Global* | | | | | | | |
| Revenue | $462 | $744 | $770 | $26.0 | 3.5% | 60.8% | 66.4% |
| Daily Active Users (DAUs) | 229 | 274 | 281 | 6.5 | 2.4% | 19.9% | 22.7% |
| ARPU | $2.02 | $2.71 | $2.74 | $0.0 | 1.1% | 34.2% | 35.6% |

Source: PSC

Exhibit 2

### Changes to Estimates 2Q21E-2023E ($, MM)

| | 2Q21E | 3Q21E | 4Q21E | 2021E | 2022E | 2023E |
| --- | --- | --- | --- | --- | --- | --- |
| Revenue - New | $839 | $1,062 | $1,357 | $4,027 | $6,104 | $8,844 |
| Revenue - Prior | $824 | $1,042 | $1,358 | $3,967 | $5,958 | $8,592 |
| Change - $ | $15 | $20 | ($1) | $60 | $147 | $252 |
| Change - % | 1.8% | 1.9% | (0.1%) | 1.5% | 2.5% | 2.9% |
| | | | | | | |
| Gross Profit - New | $407 | $531 | $760 | $2,054 | $3,336 | $5,034 |
| Gross Profit - Prior | $428 | $568 | $787 | $2,140 | $3,350 | $5,019 |
| Change - $ | ($22) | ($37) | ($28) | ($86) | ($13) | $15 |
| Change - % | (5.0%) | (6.5%) | (3.5%) | (4.0%) | (0.4%) | 0.3% |
| | | | | | | |
| EBITDA - New | ($6) | $58 | $273 | $324 | $915 | $1,839 |
| EBITDA - Prior | ($12) | $115 | $314 | $356 | $978 | $1,874 |
| Change - $ | $6 | ($56) | ($41) | ($32) | ($62) | ($35) |
| Change - % | (49.1%) | (49.0%) | (13.0%) | (8.9%) | (6.4%) | (1.9%) |
| | | | | | | |
| EBIT - New | ($271) | ($223) | ($14) | ($811) | ($312) | $457 |
| EBIT - Prior | ($260) | ($151) | $14 | ($698) | ($346) | $193 |
| Change - $ | ($11) | ($72) | ($27) | ($112) | $34 | $264 |
| Change - % | 4.2% | 47.6% | (199.9%) | 16.1% | (9.8%) | 137.2% |

Source: PSC

Ex. 22 - 247

**SNAP**
Income Statement
$, 000
Last updated: 4/22/21

Tom Champion
212-284-6132
tom.champion@psc.com

| | 2018 | 2019 | 2020 | 2021 1Q | 2021 2QE | 2021 3QE | 2021 4QE | 2021E | 2022E 1Q | 2022E 2Q | 2022E 3Q | 2022E 4Q | 2022E | 2023E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $1,180,448 | $1,715,538 | $2,506,625 | $769,584 | $838,842 | $1,061,715 | $1,356,692 | $4,026,833 | $1,187,718 | $1,273,173 | $1,615,117 | $2,028,304 | $6,104,312 | $8,843,712 | $12,406,545 | $17,027,118 | $22,952,089 |
| *Costs and expenses:* | | | | | | | | | | | | | | | | | |
| Cost of revenue | 798,865 | 895,838 | 1,182,505 | 412,601 | 432,003 | 530,858 | 596,945 | 1,972,407 | 589,019 | 606,508 | 746,992 | 825,520 | 2,768,038 | 3,809,724 | 4,997,139 | 6,515,313 | 8,343,341 |
| Research and development | 772,185 | 883,509 | 1,101,561 | 348,580 | 356,508 | 382,218 | 407,008 | 1,494,313 | 457,276 | 459,934 | 494,226 | 517,218 | 1,928,653 | 2,375,040 | 2,832,084 | 3,303,812 | 3,785,431 |
| Sales and marketing | 400,824 | 458,598 | 555,468 | 150,286 | 159,380 | 201,726 | 203,504 | 714,896 | 197,149 | 205,617 | 260,841 | 258,609 | 922,217 | 1,249,230 | 1,638,590 | 2,102,675 | 2,650,116 |
| General and administrative | 477,022 | 580,917 | 529,164 | 161,723 | 161,477 | 169,874 | 162,803 | 655,878 | 199,673 | 196,069 | 206,735 | 194,717 | 797,194 | 952,831 | 1,136,190 | 1,325,440 | 1,518,658 |
| **Total costs and expenses** | 2,448,896 | 2,818,862 | 3,368,698 | 1,073,190 | 1,109,368 | 1,284,676 | 1,370,259 | 4,837,493 | 1,443,117 | 1,468,128 | 1,708,794 | 1,796,063 | 6,416,102 | 8,386,825 | 10,604,003 | 13,247,241 | 16,297,547 |
| **Operating income (loss)** | (1,268,448) | (1,103,324) | (862,073) | (303,606) | (270,526) | (222,960) | (13,567) | (810,660) | (255,399) | (194,955) | (93,677) | 232,241 | (311,790) | 456,887 | 1,802,542 | 3,779,877 | 6,654,542 |
| Interest income | 27,228 | 36,042 | 18,127 | 1,137 | 4,194 | 5,309 | 6,783 | 17,423 | (1,808) | 2,546 | 3,230 | 4,057 | 8,025 | 11,626 | 16,310 | 22,384 | 30,173 |
| Interest expense | (3,894) | (24,994) | (97,228) | (5,031) | (29,359) | (31,851) | (33,917) | (100,159) | (36,750) | (35,031) | (38,759) | (41,161) | (151,701) | (182,369) | (216,857) | (259,058) | (310,751) |
| Other income (expense), net | (8,248) | 59,013 | 14,988 | 22,058 | (2,500) | (2,500) | (2,500) | 14,558 | (3,000) | (3,000) | (3,000) | (3,000) | (12,000) | (17,385) | (24,389) | (33,472) | (45,120) |
| **Income (loss) before income taxes** | (1,253,362) | (1,033,263) | (926,186) | (285,442) | (298,192) | (252,003) | (43,201) | (878,838) | (296,958) | (230,439) | (132,206) | 192,137 | (467,466) | 268,758 | 1,577,605 | 3,509,730 | 6,328,844 |
| Income tax benefit (expense) | (2,546) | (393) | (18,654) | (1,440) | 949 | (1,151) | (8,246) | (9,888) | (1,498) | (1,152) | (604) | (28,821) | (32,075) | (40,314) | (236,641) | (526,460) | (949,327) |
| **Net income (loss)** | (1,255,908) | (1,033,656) | (944,840) | (286,882) | (297,242) | (253,155) | (51,446) | (888,725) | (298,456) | (231,591) | (132,810) | 163,316 | (499,541) | 228,445 | 1,340,965 | 2,983,271 | 5,379,518 |
| Basic earnings per share | ($0.97) | ($0.75) | ($0.65) | ($0.19) | ($0.20) | ($0.17) | ($0.03) | ($0.59) | ($0.20) | ($0.15) | ($0.09) | $0.11 | ($0.33) | $0.15 | $0.89 | $1.99 | $3.58 |
| Diluted earnings per share | ($0.97) | ($0.75) | ($0.65) | ($0.19) | ($0.20) | ($0.17) | ($0.03) | ($0.59) | ($0.20) | ($0.15) | ($0.09) | $0.11 | ($0.33) | $0.15 | $0.89 | $1.99 | $3.58 |
| *Shares Outstanding* | | | | | | | | | | | | | | | | | |
| Basic | 1,300,155 | 1,376,509 | 1,456,006 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 |
| Diluted | 1,300,155 | 1,376,509 | 1,456,006 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 | 1,501,636 |
| **Adj. EBITDA** | ($575,637) | ($202,226) | $45,162 | ($1,709) | ($6,291) | $58,394 | $273,373 | $323,767 | $26,787 | $102,968 | $227,732 | $557,784 | $915,270 | $1,839,033 | $3,310,192 | $5,388,901 | $8,341,318 |
| *memo: Margin (%)* | (48.8%) | (11.8%) | 1.8% | (0.2%) | (0.8%) | 5.5% | 20.2% | 8.0% | 2.3% | 8.1% | 14.1% | 27.5% | 15.0% | 20.8% | 26.7% | 31.6% | 36.3% |
| *memo: Change - Y/Y* | | (64.9%) | (122.3%) | (97.9%) | (93.4%) | 3.6% | 65.1% | 616.9% | (1667.4%) | NMF | 290.0% | 104.0% | 182.7% | 100.9% | 80.0% | 62.8% | 54.8% |
| *memo: Incremental Margin (%)* | | 69.8% | 31.3% | 25.9% | 23.2% | 0.5% | 24.2% | 18.3% | 6.8% | 25.2% | 30.6% | 42.3% | 28.5% | 33.7% | 41.3% | 45.0% | 49.8% |
| *Stock-based compensation expense:* | | | | | | | | | | | | | | | | | |
| Cost of revenue | 4,528 | 6,365 | 9,367 | 2,656 | 2,653 | 3,480 | 3,395 | 12,184 | 2,835 | 2,967 | 3,970 | 3,874 | 13,646 | 13,903 | 14,972 | 19,597 | 19,745 |
| Research and development | 347,048 | 464,639 | 533,272 | 163,793 | 163,749 | 175,114 | 182,220 | 684,876 | 174,830 | 183,130 | 199,792 | 207,904 | 765,656 | 857,371 | 924,116 | 986,205 | 1,059,767 |
| Sales and marketing | 85,246 | 93,355 | 108,270 | 29,084 | 34,809 | 36,339 | 33,955 | 134,188 | 31,044 | 38,929 | 41,460 | 38,741 | 150,174 | 152,240 | 196,446 | 204,655 | 197,477 |
| General and administrative | 111,356 | 121,654 | 119,273 | 41,540 | 37,859 | 39,879 | 38,201 | 157,479 | 44,339 | 42,340 | 45,499 | 43,586 | 175,763 | 217,440 | 213,658 | 224,588 | 222,172 |
| Total | 548,178 | 686,013 | 770,182 | 237,073 | 239,070 | 254,812 | 257,771 | 988,726 | 253,047 | 267,366 | 290,721 | 294,104 | 1,105,239 | 1,240,954 | 1,349,192 | 1,435,046 | 1,499,162 |
| *memo: % of revenue* | 46.4% | 40.0% | 30.7% | 30.8% | 28.5% | 24.0% | 19.0% | 24.6% | 21.3% | 21.0% | 18.0% | 14.5% | 18.1% | 14.0% | 10.9% | 8.4% | 6.5% |
| *memo: Change Y/Y* | | 25.1% | 12.3% | 37.8% | 28.4% | 32.7% | 17.2% | 28.4% | 6.7% | 11.8% | 14.1% | 14.1% | 11.8% | 12.3% | 8.7% | 6.4% | 4.5% |
| *% of Revenue* | | | | | | | | | | | | | 3.6% | 2.3% | 2.8% | 2.0% | 1.9% |
| Cost of revenue | 67.7% | 52.2% | 47.2% | 53.6% | 51.5% | 50.0% | 44.0% | 49.0% | 49.6% | 47.6% | 46.3% | 40.7% | 45.3% | 43.1% | 40.3% | 38.3% | 36.4% |
| **Gross Profit** | 32.3% | 47.8% | 52.8% | 46.4% | 48.5% | 50.0% | 56.0% | 51.0% | 50.4% | 52.4% | 53.8% | 59.3% | 54.7% | 56.9% | 59.7% | 61.7% | 63.6% |
| Research and development | 65.4% | 51.5% | 43.9% | 45.3% | 42.5% | 36.0% | 30.0% | 37.1% | 38.5% | 36.1% | 30.6% | 25.5% | 31.6% | 26.9% | 22.8% | 19.4% | 16.5% |
| Sales and marketing | 34.0% | 26.7% | 22.2% | 19.5% | 19.0% | 19.0% | 15.0% | 17.8% | 16.6% | 16.2% | 16.2% | 12.8% | 15.1% | 14.1% | 13.2% | 12.3% | 11.5% |
| General and administrative | 40.4% | 33.9% | 21.1% | 21.0% | 19.3% | 16.0% | 12.0% | 16.3% | 16.8% | 15.4% | 12.8% | 9.6% | 13.1% | 10.8% | 9.2% | 7.8% | 6.6% |
| **Total costs and expenses** | 207.5% | 164.3% | 134.4% | 139.5% | 132.3% | 121.0% | 101.0% | 120.1% | 121.5% | 115.3% | 105.8% | 88.6% | 105.1% | 94.8% | 85.5% | 77.8% | 71.0% |
| **Operating income (loss)** | (107.5%) | (64.3%) | (34.4%) | (39.5%) | (32.3%) | (21.0%) | (1.0%) | (20.1%) | (21.5%) | (15.3%) | (5.8%) | 11.5% | (5.1%) | 5.2% | 14.5% | 22.2% | 29.0% |
| Interest income | 2.3% | 2.1% | 0.7% | 0.1% | 0.5% | 0.5% | 0.5% | 0.4% | (0.2%) | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Interest expense | (0.3%) | (1.5%) | (3.9%) | (0.7%) | (3.5%) | (3.0%) | (2.5%) | (2.5%) | (3.1%) | (2.8%) | (2.4%) | (2.0%) | (2.5%) | (2.1%) | (1.7%) | (1.5%) | (1.4%) |
| Other income (expense), net | (0.7%) | 3.4% | 0.6% | 2.9% | (0.3%) | (0.2%) | (0.2%) | 0.4% | (0.3%) | (0.2%) | (0.2%) | (0.1%) | (0.2%) | (0.2%) | (0.2%) | (0.2%) | (0.2%) |
| Income tax benefit (expense) | 0.2% | 0.0% | (0.7%) | 0.5% | (0.3%) | 0.5% | 19.1% | (0.2%) | 0.5% | 0.5% | 0.5% | (15.0%) | (0.5%) | (15.0%) | (15.0%) | (15.0%) | (15.0%) |
| *Change - Y/Y* | | | | | | | | | | | | | | | | | |
| **Revenue** | | 45.3% | 46.1% | 66.4% | 84.7% | 56.4% | 48.9% | 60.6% | 54.3% | 51.8% | 52.1% | 49.5% | 51.6% | 44.9% | 40.3% | 37.2% | 34.8% |
| Cost of revenue | | 12.1% | 32.0% | 62.8% | 72.5% | 81.1% | 54.8% | 66.8% | 42.8% | 40.4% | 40.7% | 38.3% | 40.3% | 37.6% | 31.2% | 30.4% | 28.1% |
| Research and development | | 14.4% | 24.7% | 46.1% | 36.7% | 34.8% | 27.8% | 35.7% | 31.2% | 29.0% | 29.3% | 27.1% | 29.1% | 23.1% | 19.2% | 16.7% | 14.6% |
| Sales and marketing | | 14.4% | 21.1% | 23.0% | 20.6% | 40.6% | 29.1% | 28.7% | 31.2% | 29.0% | 29.3% | 27.1% | 29.0% | 35.5% | 31.2% | 28.3% | 26.0% |
| General and administrative | | 21.8% | (8.9%) | 20.1% | 33.1% | 34.5% | 10.8% | 23.9% | 23.5% | 21.4% | 21.7% | 19.6% | 21.5% | 19.5% | 19.2% | 16.7% | 14.6% |
| **Total costs and expenses** | | 15.1% | 19.5% | 43.3% | 45.1% | 51.8% | 35.9% | 43.6% | 34.5% | 32.3% | 33.0% | 31.1% | 32.6% | 30.7% | 26.4% | 24.9% | 23.0% |
| **Operating income (loss)** | | (13.0%) | (21.9%) | 6.0% | (12.9%) | 32.8% | (86.0%) | (6.0%) | (15.9%) | (27.9%) | (58.0%) | (1811.8%) | (61.5%) | (278.9%) | (1024.6%) | (4135.0%) | 2765.4% |

Current disclosure information for this company is located at: http://www.pipersandler.com/researchdisclosures

Ex. 22 - 248

## IMPORTANT RESEARCH DISCLOSURES

**Rating and Price Target History for: Snap, Inc. (SNAP) as of 04-21-2021**

| 05/01/18 | 07/09/18 | 01/20/21 | 02/23/21 |
| N:$11.5 | DOC:NA | I:OW:$66 | OW:$83 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Sandler | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| **BUY [OW]** | **584** | **63.62** | **213** | **36.47** |
| **HOLD [N]** | **327** | **35.62** | **63** | **19.27** |
| **SELL [UW]** | **7** | **0.76** | **0** | **0.00** |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Thomas Champion, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 22 April 2021 21:36EDT.

Ex. 22 - 249

**PIPER | SANDLER**

### Research Disclosures

Piper Sandler was a registered market maker in the securities of Snap, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. Simmons Energy is a division of Piper Sandler & Co. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

### Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

### Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2021 Piper Sandler. All rights reserved.

Ex. 22 - 250