**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiff*

**BIENART KATZMAN
LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Tel.: (949) 369-3700
Fax: (949) 369-3701

*Liaison Counsel for Lead Plaintiff*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL and JEREMI GORMAN,<br><br>              Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT**<br><br>[Filed Concurrently with Proposed Order]<br><br>Assigned to Hon. George H. Wu |

---

STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT

Plaintiff Oklahoma Firefighters Pension & Retirement System ("Plaintiff"), and Defendants Snap Inc., Evan Spiegel, and Jeremi Gorman (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 31, 2022, the Court appointed Oklahoma Firefighters Pension & Retirement System as Lead Plaintiff in this action [Dkt. 55], and entered a schedule for the filing of Plaintiff's amended complaint by March 18, 2022, and a briefing schedule for the filing of Defendants' motion to dismiss by May 3, 2022, Plaintiff's opposition by June 17, 2022, and Defendants' reply by July 15, 2022, with a hearing on the motion scheduled for August 4, 2022 at 8:30 a.m. [Dkt. 54];

WHEREAS, on March 18, 2022, Plaintiff filed the Consolidated Class Action Complaint for Violations of the Federal Securities Laws and Jury Trial Demand (the "Complaint") [Dkt. 65];

WHEREAS, on May 3, 2022, Defendants filed their Motion to Dismiss the Complaint [Dkt. 78];

WHEREAS, as set forth above and pursuant to the Court's scheduling order [Dkt. 54], Plaintiff's opposition to Defendants' motion is currently due on June 17, 2022, Defendants' reply in further support of their motion is due on July 15, 2022, and a hearing on the motion is scheduled for August 4, 2022 at 8:30 a.m.;

WHEREAS, Plaintiff has informed Defendants that it intends to amend the Complaint to incorporate new information it has uncovered in its investigation, as well as previously non-public information concerning the 10b5-1 plans that Defendants filed with their motion to dismiss, and Plaintiff's planned amendment will not add any new Defendants to the case or change the proposed Class Period;

WHEREAS, Plaintiff has informed Defendants that it requires additional time to prepare an amended pleading incorporating this newly-received information, including because several members of its litigation team are currently suffering from unexpected health issues, including COVID-19;

STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT

**WHEREAS**, Defendants have asked to review a copy of the proposed amended pleading, and have agreed to advise Plaintiff of their position on Plaintiff's request for leave to amend the Complaint within 5 days of being furnished with a copy of the proposed amended pleading;

**NOW THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties, through their undersigned counsel, subject to the Court's approval, that:

1. Plaintiff shall furnish Defendants with the proposed Second Amended Complaint on or before July 22, 2022, and Defendants shall advise whether they consent to its filing within 5 days;

2. Plaintiff shall have until August 3, 2022 to either file its Second Amended Complaint with Defendants' consent or move to amend its pleading;

3. Assuming the Second Amended Complaint is filed on or before August 3, 2022, and Defendants seek to move to dismiss it:

   a. Defendants shall file their motion to dismiss within 45 days from the date Plaintiff's amended pleading is deemed operative by the Court.

   b. Plaintiff shall file its opposition within 45 days of the filing of Defendants' motion to dismiss.

   c. Defendants shall file their reply within 28 days of the filing of Plaintiff's opposition to Defendants' motion to dismiss.

4. The hearing on Defendants' motion to dismiss, currently scheduled for August 4, 2022, will be rescheduled to a date convenient to the Court.

Respectfully submitted,

DATED: June 16, 2022          **SAXENA WHITE, P.A.**

/s/ *David R. Kaplan*
David R. Kaplan (SBN 230144)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130

2
STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT

Telephone: (858) 997-0860
Facsimile: (858) 369-0096
E-mail: dkaplan@saxenawhite.com

-and

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (SBN 241590)
Dianne M. Pitre (SBN 286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice* pending)
Marisa N. DeMato (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com
kgrant@saxenawhite.com
mdemato@saxenawhite.com
jsaltzman@saxenawhite.com

***Lead Counsel for Lead Plaintiff***

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com

3

STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT

Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Lead Plaintiff*

DATED: June 16, 2022

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Daniel J. Kramer*
DANIEL J. KRAMER (*pro hac vice*)
AUDRA J. SOLOWAY (*pro hac vice*)
DANIEL S. SINNREICH (*pro hac vice*)
KRISTINA A. BUNTING (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:       dkramer@paulweiss.com
Email:       asoloway@paulweiss.com
Email:       dsinnreich@paulweiss.com
Email:       kbunting@paulweiss.com

**BIRD, MARELLA, BOXER, WOLPERT, NEISSIM, DROOKS, LINCENBERG & RHOW P.C.**

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Tel:   (310) 201-2100
Fax:   (310) 201-2110
Email:       erhow@birdmarella.com
Email:       akaslow@birdmarella.com

*Attorneys for Defendants*

4

STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED:  June 16, 2022          By:          */s/ David R. Kaplan*
                                            David R. Kaplan

STIPULATION REGARDING PROPOSED SECOND AMENDED COMPLAINT