**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel.: (858) 997-0860
Fax: (858) 369-0096

*Counsel for Lead Plaintiff*

**BIENART KATZMAN
LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Tel.: (949) 369-3700
Fax: (949) 369-3701

*Liaison Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>v.<br><br>SNAP INC., EVAN SPIEGEL and JEREMI GORMAN,<br><br>                    Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**[PROPOSED] ORDER REGARDING PROPOSED SECOND AMENDED COMPLAINT**<br><br>[Filed Concurrently with Stipulation]<br><br>Assigned to Hon. George H. Wu |

---

[PROPOSED] ORDER REGARDING PROPOSED SECOND AMENDED COMPLAINT

Upon stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall furnish Defendants with the proposed Second Amended Complaint on or before July 22, 2022, and Defendants shall advise whether they consent to its filing within 5 days;

2. Plaintiff shall have until August 3, 2022 to either file its Second Amended Complaint with Defendants' consent or move to amend its pleading;

3. Assuming the Second Amended Complaint is filed on or before August 3, 2022, and Defendants seek to move to dismiss it:

   a. Defendants shall file their motion to dismiss within 45 days from the date Plaintiff's amended pleading is deemed operative by the Court.

   b. Plaintiff shall file its opposition within 45 days of the filing of Defendants' motion to dismiss.

   c. Defendants shall file their reply within 28 days of the filing of Plaintiff's opposition to Defendants' motion to dismiss.

4. The hearing on Defendants' motion to dismiss, currently scheduled for August 4, 2022, will be rescheduled to a date convenient to the Court.


IT IS SO ORDERED.


Dated: _____, 2022          _____

                                           Honorable George H. Wu

                                           United States District Judge

---

1

[PROPOSED] ORDER REGARDING PROPOSED SECOND AMENDED COMPLAINT