**SAXENA WHITE P.A.**
David R Kaplan (230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Lead Counsel for Lead Plaintiff*

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., EVAN SPIEGEL and JEREMI GORMAN, <br><br> Defendants. | ) No. 2:21-cv-08892-GW-RAO <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) **NOTICE OF INTENT TO AMEND** <br> ) <br> ) <br> ) <br> ) |

Lead Plaintiff respectfully submits that, under the Court's prior order regarding the briefing schedule for Defendants' motion to dismiss, Lead Plaintiff's opposition to Defendants' motion is due today, June 17. *See* Dkt. No. 54. However, yesterday, the parties filed a joint stipulation regarding Lead Plaintiff's intent to amend its complaint after learning of new information that Lead Plaintiff believes bolsters its allegations, and to conserve the parties' and the Court's resources regarding any further briefing on Defendants' motion in light of Lead Plaintiff's intent to amend. *See* Dkt. No. 90. Lead Plaintiff therefore respectfully provides notice that Lead Plaintiff is not filing its opposition to Defendants' motion to dismiss today in anticipation of the requested relief sought by the parties' joint stipulation.

Dated: June 17, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/   David R. Kaplan*

David R. Kaplan (SBN 230144)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
E-mail:        dkaplan@saxenawhite.com

-and-

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (SBN 241590)
Dianne M. Pitre (SBN 286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
E-mail:        msaxena@saxenawhite.com
                    jwhite@saxenawhite.com
                    lhooker@saxenawhite.com
                    dpitre@saxenawhite.com

-and-

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice*)
Marisa N. DeMato (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone:   (914) 437-8551
Facsimile:   (888) 631-3611
E-mail:       ssinger@saxenawhite.com
             kgrant@saxenawhite.com
             mdemato@saxenawhite.com
             jsaltzman@saxenawhite.com

*Lead Counsel for Lead Plaintiff*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Lead Plaintiff*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on June 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2022.


*/s/ David R. Kaplan*