**SAXENA WHITE P.A.**
David R Kaplan (230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Lead Counsel for Lead Plaintiff
and the Class*

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff
and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

    vs.

SNAP INC., EVAN SPIEGEL and JEREMI GORMAN,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:21-cv-08892-GW(RAOx)

CLASS ACTION

**NOTICE OF FILING SECOND AMENDED COMPLAINT**

Pursuant to the Court's Order Regarding Proposed Second Amended Complaint dated June 17, 2022 (ECF No. 92), and the parties' Stipulation Regarding Proposed Second Amended Complaint (ECF No. 90), Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, by and through its undersigned counsel, hereby files the attached Second Amended Class Action Complaint for Violations of the Federal Securities Laws and Jury Trial Demand ("Second Amended Complaint"). Defendants consented to the filing of the Second Amended Complaint by e-mail on July 27, 2022.

Dated: August 3, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/    David R. Kaplan

David R. Kaplan (SBN 230144)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
E-mail:    dkaplan@saxenawhite.com

-and-

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White, III (*pro hac vice* forthcoming)
Lester R. Hooker (SBN 241590)
Dianne M. Pitre (SBN 286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382
E-mail:    msaxena@saxenawhite.com
                jwhite@saxenawhite.com
                lhooker@saxenawhite.com
                dpitre@saxenawhite.com

-and-

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice*)
Marisa N. DeMato (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
10 Bank Street, 8th Floor

White Plains, NY 10606
Telephone:  (914) 437-8551
Facsimile:  (888) 631-3611
E-mail:  ssinger@saxenawhite.com
  kgrant@saxenawhite.com
  mdemato@saxenawhite.com
  jsaltzman@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Local Counsel for Lead Plaintiff and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on August 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2022.

*/s/ David R. Kaplan*