**SAXENA WHITE P.A.**
David R Kaplan (230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
601 W. 5th Street, Suite 720
Los Angeles, CA 90071
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP INC., EVAN SPIEGEL and JEREMI GORMAN,<br><br>Defendants. | No. CV 21-8892-GW-RAOx<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |

Upon due consideration and having found compelling reasons shown, Plaintiff's Application for Leave to File Under Seal Portions of Plaintiff's Second Amended Class Action Complaint is GRANTED.  The information in Plaintiff's Second Amended Class Action Complaint referencing the specific criteria in Defendant Evan Spiegel's Rule 10b5-1 trading plans that were previously redacted or sealed pursuant to the Court's May 5, 2022 Order Granting Defendants' Application to File Under Seal (ECF No. 80) will be redacted or sealed in the Court's record.

In accordance with L.R. 79-5.2.2(a), Plaintiff is directed to file the Second Amended Class Action Complaint pursuant to the protocol outlined in L.R. 79-5.2.2(c).  The Clerk will not convert the proposed sealed document submitted with the Application into a new filing.

IT IS SO ORDERED.

Dated: August 3, 2022

_____
HON. GEORGE H. WU,
United States District Judge