DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:       dkramer@paulweiss.com
Email:       asoloway@paulweiss.com
Email:       dsinnreich@paulweiss.com
Email:       kbunting@paulweiss.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

*Additional Counsel Listed on Signature Page of Stipulation Filed Concurrently with Proposed Order*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL and JEREMI GORMAN,<br><br>Defendants. | No. CV 21-8892-GW-PDx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND MOTION TO DISMISS BRIEFING PAGE LIMITS**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Assigned to Hon. George H. Wu |
|---|---|

Upon stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants shall be permitted to file up to 30 pages for Defendants' memorandum of points and authorities in support of Defendants' forthcoming motion to dismiss, and Plaintiff shall be permitted to file up to 30 pages for Plaintiff's opposition to Defendants' forthcoming motion to dismiss.

DATED: September 13, 2022

_____
Hon. George H. Wu
United States District Judge