| | |
|---|---|
| **SAXENA WHITE P.A.** | **BIENART KATZMAN** |
| David R. Kaplan (SBN 230144) | **LITTRELL WILLIAMS LLP** |
| dkaplan@saxenawhite.com | John L. Littrell (SBN 221601) |
| 505 Lomas Santa Fe Drive, Suite 180 | jlittrell@bklwlaw.com |
| Solana Beach, CA 92075 | Michael R. Williams (SBN 192222) |
| Tel.: (858) 997-0860 | mwilliams@bklwlaw.com |
| Fax: (858) 369-0096 | 601 W. 5th Street, Suite 720 |
| | Los Angeles, CA 90071 |
| *Counsel for Lead Plaintiff* | Tel.: (949) 369-3700 |
| | Fax: (949) 369-3701 |
| | |
| | *Liaison Counsel for Lead Plaintiff* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated, | No. CV 21-8892-GW-RAOx |
| Plaintiffs, | **ORDER GRANTING STIPULATION REGARDING THIRD AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | |
| SNAP INC., EVAN SPIEGEL and JEREMI GORMAN, | [Filed Concurrently with Stipulation] |
| Defendants. | Assigned to Hon. George H. Wu |

Upon stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff shall have until April 21, 2023 to file its Third Amended Complaint;

2. Defendants shall file their motion to dismiss the Third Amended Complaint by June 9, 2023;

3. Plaintiff shall file its opposition to Defendants' motion to dismiss by July 28, 2023;

4. Defendants shall file their reply in support of the motion to dismiss by August 25, 2023; and

5. The hearing on Defendants' motion to dismiss will be set for September 11, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: April 5, 2023

_____
Honorable George H. Wu
United States District Judge