DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:      dkramer@paulweiss.com
Email:      asoloway@paulweiss.com
Email:      dsinnreich@paulweiss.com
Email:      kbunting@paulweiss.com

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA  90067-2561
Tel:   (310) 201-2100
Fax:   (310) 201-2110
Email:      erhow@birdmarella.com
Email:      akaslow@birdmarella.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>                    Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**DECLARATION OF KRISTINA A. BUNTING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>[Filed Concurrently with Notice of Motion and Memorandum of Points and Authorities in Support of Motion to Dismiss the Third Amended Class |

DECLARATION OF KRISTINA A. BUNTING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE
THIRD AMENDED CLASS ACTION COMPLAINT (2:21-cv-08892-GW-RAO)

Action Complaint and Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference]

Date:     September 11, 2023
Time:     8:30 AM
Crtrm.:   9D

Assigned to Hon. George H. Wu

## DECLARATION OF KRISTINA A. BUNTING

I, Kristina A. Bunting, declare as follows:

1.      I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendants Snap Inc. ("Snap"), Evan Spiegel, and Jeremi Gorman in the above-captioned action.  I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California, and offer this Declaration in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Class Action Complaint (the "Motion").

2.      Attached as Exhibit 1 are excerpts[1] of Snap's Form 10-Q for the fiscal quarter ended June 30, 2020, filed with the SEC on July 22, 2020 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2020/q2/9aacfdca-55a1-4928-9a31-c2462d2386c0.pdf.

3.      Attached as Exhibit 2 is a transcript of Snap's Q1 2021 Earnings Call, dated April 22, 2021 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q1/Snap-Inc.-Q1-2021-Transcript.pdf.

4.      Attached as Exhibit 3 are excerpts of Snap's Form 10-Q for the fiscal quarter ended March 31, 2021, filed with the SEC on April 23, 2021 and publicly available onSnap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q1/9f8cb681-bb0d-474b-801f-4e85df9906eb.pdf.

5.      Attached as Exhibit 4 are excerpts of Snap's Form 10-Q for the fiscal quarter ended June 30, 2021, filed with the SEC on July 23, 2021 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q2/Snap-Inc.-Q2-2021-10Q.pdf.

6.      Attached as Exhibit 5 is a transcript of Snap's Q2 2021 Earnings Call

---

[1] Defendants have submitted only relevant excerpts for efficiency but would be happy to submit complete copies if the Court prefers.

1

dated July 22, 2021 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q2/Snap-Inc.-Q2-2021-Earnings-Transcript.pdf.

7.     Attached as Exhibit 6 is a press release titled "Snap Inc. Announces First Quarter 2021 Financial Results," which was published on April 22, 2021, filed with the SEC as an exhibit to Snap's Form 8-K and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q1/Q1'21-Earnings-Release-Final.pdf.

8.     Attached as Exhibit 7 is a press release titled "Snap Inc. Announces Second Quarter 2021 Financial Results," which was published on July 22, 2021, filed with the SEC as an exhibit to Snap's Form 8-K and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q2/Q2'21-Earnings-Release-Final_7.22.21.pdf.

9.     Attached as Exhibit 8 is a transcript of Snap's Q3 2021 Earnings Call dated October 21, 2021 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2021/q3/Snap-Inc.-Q3-2021-Earnings-Transcript.pdf.

10.     Attached as Exhibit 9 is a blog post titled "Preparing Audience Network for iOS 14," dated August 26, 2020 and publicly available on Facebook's blog at https://www.facebook.com/audiencenetwork/resources/blog/preparing-audience-network-for-ios14.  The Internet Archive's WayBack Machine shows that the site's content was available as early as March 20, 2021: https://web.archive.org/web/20210320160712/https://www.facebook.com/audiencenetwork/resources/blog/preparing-audience-network-for-ios14.

11.     Attached as Exhibit 10 is a transcript of Snap's Q4 2020 Earnings Call, dated February 4, 2021 and publicly available on Snap's Investor Relations website at https://s25.q4cdn.com/442043304/files/doc_financials/2020/q4/Snap-Inc.-Q4-2020-Transcript.pdf.

2

12.    On June 2, 2023, the parties conferred pursuant to Local Rule 7-3 regarding the substance of the Motion. Defendants' counsel explained the arguments Defendants intended to assert in the Motion. Plaintiff's counsel indicated that they disagreed with Defendants' arguments and did not intend to amend or withdraw the Third Amended Class Action Complaint.

///

///

///

I declare under penalty of the laws of the United States that the foregoing is true and correct. Executed this 9th of June, 2023 in New York, NY.

_____
Kristina A. Bunting

3