# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | Preparing Audience Network for iOS 14 \| Facebook Audience Network |
| Capture URL: | https://web.archive.org/web/20210320160712/https://www.facebook.com/audiencenetwork/resources/blog/preparing-audience-network-for-ios14 |
| Page loaded at (UTC): | Thu, 01 Jun 2023 14:08:53 GMT |
| Capture timestamp (UTC): | Thu, 01 Jun 2023 14:10:06 GMT |
| Capture tool: | 10.20.33 |
| Collection server IP: | 44.194.117.122 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | qrvDMpDq8Ws4zfvKasZY2Z |
| User: | pw-research |

INTERNET ARCHIVE    https://www.facebook.com/audiencenetwork/resources/blog/preparing-audience-network-for-ios14    Go    FEB  MAR  APR

WayBackMachine    26 Feb 2021 - 12 May 2023    2020  2021  2022    About this capture

Blog

# Preparing Audience Network for iOS 14

August 26, 2020


Share


Email

Tweet

LinkedIn

![Preparing Audience Network for iOS 14 illustration]

*Update on December 16, 2020 at 8:00am PST:* *We've shared an update on how we're addressing iOS 14 changes. Read more* here*.*

*For developers and publishers monetizing their apps with Audience Network, as previously stated we will continue to serve ads, however our ability to deliver personalized ads on iOS 14 will be limited. Despite our intention to continue using IDFA, publishers should still expect ad revenue to decline in the near future once Apple's update is rolled out. We continue to work on various products and methods to help optimize performance such as* exclusively using bidding to fill ads in iOS apps *beginning Q2 2021. More detailed guidance for Audience Network developers available* here*.*

*Update on September 10, 2020 at 1:00pm PST:* *We, along with the rest of the business community, continue to await final policy details from Apple. Given Apple's delayed implementation of the user permission requirement, we will continue collecting IDFA on iOS 14 in an attempt to reduce unnecessary disruption to our customers' businesses.*

Today, Facebook shared how we're addressing Apple iOS 14 changes, which includes not collecting the identifier for advertisers (IDFA) on our own apps on iOS 14 devices. This is not a change we want to make, but unfortunately Apple's updates to iOS14 have forced this decision. We know this may severely impact publishers' ability to monetize through Audience Network on iOS 14, and, despite our best efforts, may render Audience Network so ineffective on iOS 14 that it may not make sense to offer it on iOS 14 in the future.

For developers and publishers using Audience Network, our ability to deliver targeted ads on iOS 14 will be limited. As a result, some iOS 14 users may not see any ads from Audience Network, while others may still see ads from us, but they'll be less relevant. Because of advertisers' reduced ability to accurately target and measure their campaigns, app developers and publishers should expect lower CPMs on Audience Network and likely other ad networks on iOS.

While it's difficult to quantify the impact to publishers and developers at this point with so many unknowns, in testing we've seen more than a 50% drop in Audience Network publisher revenue when personalization was removed from mobile app ad install campaigns. In reality, the impact to Audience Network on iOS 14 may be much more, so we are working on short-and long-term strategies to support publishers through these changes.

We understand that iOS 14 will hurt many of our developers and publishers at an already difficult time for businesses. We work with more than 19,000 developers and publishers from around the globe[1] and in 2019 we paid out billions of dollars[2]. Many of these are small businesses that depend on ads to support their livelihood.

INTERNET ARCHIVE
WayBackMachine
https://www.facebook.com/audiencenetwork/resources/blog/preparing-audience-network-for-ios14    Go    FEB  MAR  APR
26 Feb 2021 - 12 May 2023                                                                                                  2020  2021  2022  ▼ About this capture

We understand that iOS 14 will hurt many of our developers and publishers at an already difficult time for businesses. We work with more than 19,000 developers and publishers from around the globe[1] and in 2019 we paid out billions of dollars[2]. Many of these are small businesses that depend on ads to support their livelihood.

We stand in strong support of the developer community and will share updates as we learn more about Apple's policy and what actions publishers can take. We'll also release an updated version of the Audience Network SDK to support iOS 14, in line with updates to the Facebook SDK. While the iOS 14 release schedule has not been announced, we plan to release the Audience Network SDK beforehand and will provide an update as soon as these dates are confirmed.

We remain committed to helping the thousands of developers and publishers that rely on ads from Audience Network, and we're investing time and resources into building monetization products for publishers as well as supporting other platforms outside of iOS 14.

[1]Source: Facebook Internal Data, July 1 to July 31, 2020

[2]Source: Source: Facebook Internal Data, January to December 2019

Topics:

Blog

,

Bidding

## RELATED RESOURCES

Blog
### Join us at the GDC Showcase: The future of Bidding is now

We're bringing you a day of thought leadership virtual events hosted by Facebook experts alongside special guests.

March 8, 2021

Blog
### How the App Monetization Game is Changing

Learn to master app monetization in 2021 with solutions that build resilience to ad ecosystem shifts.

March 8, 2021

Blog
### Empowering connection through gaming: Celebrating Women's History Month

March 8, 2021

Blog
### Audience Network to Become Bidding-Only Beginning with iOS in 2021; Android Timeline Released

Read more on this important app bidding update and the steps to take to continue monetizing with Audience Network.

March 4, 2021