DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas, New York, NY  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:       dkramer@paulweiss.com
Email:       asoloway@paulweiss.com
Email:       dsinnreich@paulweiss.com
Email:       kbunting@paulweiss.com

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.**
1875 Century Park East, 23rd Floor, Los Angeles, CA  90067-2561
Tel:   (310) 201-2100
Fax:   (310) 201-2110
Email:       erhow@birdmarella.com
Email:       akaslow@birdmarella.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   September 11, 2023<br>Time:   8:30 AM<br>Crtrm.:  9D<br>Assigned to Hon. George H. Wu |

Before the Court is Defendants Snap Inc. ("Snap"), Evan Spiegel, and Jeremi Gorman's (collectively, "Defendants") Motion to Dismiss the Third Amended Class Action Complaint.

The Court, having considered the Motion, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, judicially noticed matters, and all other arguments and evidence submitted, HEREBY orders that Defendants' Motion to Dismiss the Third Amended Class Action Complaint is GRANTED and the Third Amended Class Action Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: _____, 2023

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
THE THIRD AMENDED CLASS ACTION COMPLAINT (2:21-cv-08892-GW-RAO)