DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas, New York, NY 10019-6064
Tel:    (212) 373-3000
Fax:   (212) 757-3990
Email:         dkramer@paulweiss.com
Email:         asoloway@paulweiss.com
Email:         dsinnreich@paulweiss.com
Email:         kbunting@paulweiss.com

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.**
1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561
Tel:    (310) 201-2100
Fax:   (310) 201-2110
Email:         erhow@birdmarella.com
Email:         akaslow@birdmarella.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>                   Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE**<br><br>Date:     September 11, 2023<br>Time:    8:30 AM<br>Crtrm.:  9D<br>Assigned to Hon. George H. Wu |

Before the Court is Defendants Snap Inc. ("Snap"), Evan Spiegel, and Jeremi Gorman's (collectively, "Defendants") Request for Judicial Notice and Consideration of Documents Incorporated by Reference, filed in support of Defendants' Motion to Dismiss the Third Amended Class Action Complaint.

The Court, having considered the Request, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other arguments and evidence submitted, HEREBY Orders that Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2023

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE (2:21-cv-08892-GW-RAO)