DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
DANIEL S. SINNREICH (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990
Email:       dkramer@paulweiss.com
Email:       asoloway@paulweiss.com
Email:       dsinnreich@paulweiss.com
Email:       kbunting@paulweiss.com

EKWAN E. RHOW (SBN 174604)
AHARON B. KASLOW (SBN 322769)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, CA  90067-2561
Tel:   (310) 201-2100
Fax:   (310) 201-2110
Email:       erhow@birdmarella.com
Email:       akaslow@birdmarella.com

*Attorneys for Snap Inc., Evan Spiegel, and Jeremi Gorman*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>                    Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**DECLARATION OF KRISTINA A. BUNTING IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>[Filed Concurrently with Defendants' Reply in Support of Motion to Dismiss |

DECLARATION OF KRISTINA A. BUNTING IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS (2:21-cv-08892-GW-RAO)

the Third Amended Class Action Complaint and Defendants' Supplemental Request for Judicial Notice and Consideration of Documents Incorporated by Reference]

Date:    September 11, 2023
Time:    8:30 AM
Crtrm.:  9D

Assigned to Hon. George H. Wu

## <u>DECLARATION OF KRISTINA A. BUNTING</u>

I, Kristina A. Bunting, declare as follows:

1.    I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendants Snap Inc. ("Snap"), Evan Spiegel, and Jeremi Gorman in the above-captioned action. I am admitted *pro hac vice* to practice before the United States District Court for the Central District of California, and offer this Declaration in Further Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Class Action Complaint (the "Reply").

2.    Attached as <u>Exhibit 1</u> is a April 23, 2021 article published by *Bloomberg* entitled "Snap Results Ease Concerns Over Apple Policy Impact: Street Wrap."

3.    Attached as <u>Exhibit 2</u> is an analyst report concerning Snap, titled "Multiple Catalysts Emerge as Engagement Continues to Attract Advertisers," which was published by JMP on April 23, 2021.

4.    Attached as <u>Exhibit 3</u> an analyst report concerning Snap, titled "Maintain Outperform on Continued Monetization/DAU Improvements and Leading AR Position," which was published by Oppenheimer on April 22, 2021.

5.    Attached as <u>Exhibit 4</u> an analyst report concerning Snap, titled "Strong 1Q Revenues With Engagement Trends Improving as Markets Reopen," which was published by Raymond James on April 22, 2021.

I declare under penalty of the laws of the United States that the foregoing is true and correct. Executed this 25th of August, 2023 in New York, NY.



Kristina A. Bunting

---