Ex. 1 - 2

# EXHIBIT 1

Ex. 1 - 2

# Snap Results Ease Concerns Over Apple Policy Impact: Street Wrap

**Published: Fri Apr 23 12:11:31 EDT 2021**

By Ryan Vlastelica

(Bloomberg) --

Snap's results are helping ease concerns analysts have about the potential impact from a change in Apple policy related to user privacy and ad tracking.

- While the Snapchat parent said it could take several months until it knows the full impact the change could have on revenue, it noted that delays in the policy's implementation helped it better prepare for the shift, a factor analysts said could also help other companies that accrue revenue from online advertising
  - The policy, which will roll out next week, will require device users to opt into sharing information to developers; investors have been concerned that this change will diminish the ability of companies to target users and track ad performance
- Morgan Stanley (overweight, PT $75)
  - Apple's delay was helpful to Snap, as it "used the extra time to better educate advertisers on how to manage" the change and build proprietary measurement tools to track the performance of ads
  - The firm expects other platforms, including Facebook and Pinterest, to have benefited from the same issue
- Stifel (buy, PT $84)
  - Headwinds related to Apple's change may be most felt in the second quarter, although "the impact may be all but swept under the rug of rapidly accelerating y/y growth"
  - The delay "provided Snap with more time to adopt Apple's SKAdNetwork as well as implement / test with partners"
  - Apple's SKAdNetwork helps advertisers track ad performance while maintaining user privacy
- KeyBanc Capital Markets (overweight, PT $80)
  - The impact from Apple's changing policy "appears manageable," and the delayed implementation gave Snap more time to run tests ahead of the change
- Raymond James (market perform)
  - Snap said that advertisers representing a majority of its direct response ad revenue "have successfully implemented SKAdNetwork for their Snap campaigns," which could diminish

**Bloomberg Law**®

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Snap Results Ease Concerns Over Apple Policy Impact: Street Wrap

> the impact of the policy change

- Truist Securities (buy, PT $85)
  ○ The impact from Apple's change is "not likely material"
- Facebook, Pinterest, Alphabet, and Twitter are all scheduled to report earnings next week
- Snap +2.8% on Friday, TWTR +2.1%, PINS +1.5%, FB +0.9%, GOOGL +1.9%
- NOTE: April 21, Facebook Should Be Bought on Apple-Related Weakness, MKM Says
- NOTE: March 19, Facebook Rallies After Zuckerberg Downplays Risk of Apple Policy

To contact the reporter on this story:

Ryan Vlastelica in Chicago at rvlastelica1@bloomberg.net

To contact the editors responsible for this story:

Divya Balji at dbalji1@bloomberg.net

Debarati Roy

**Bloomberg Law®**

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Ex. 1 - 4