Ex. 3 - 19

# EXHIBIT 3

# OPPENHEIMER

EQUITY RESEARCH

# QUARTERLY UPDATE

April 22, 2021

INTERNET

## Stock Rating:

### OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $82.00 |
| SNAP - NYSE | $57.05 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NM |
| 52-Wk Range | $73.59-$14.85 |
| Shares Outstanding | 1,629.0M |
| Float | 1,149.0M |
| Market Capitalization | $86,048.8M |
| Avg. Daily Trading Volume | 22,550,818 |
| Dividend/Div Yield | NA/NM |
| Book Value | $1.05 |
| Fiscal Year Ends | Dec |
| 2021E ROE | NM |
| LT Debt | $2,245.2M |
| Preferred | $0.0M |
| Common Equity | $1,706M |
| Convertible Available | Yes |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2019A | 320.0 | 388.0 | 446.0 | 561.0 | 1.7B | 52.7x |
| 2020A | 462.0 | 454.0 | 679.0 | 911.0 | 2.5B | 36.1x |
| 2021E | 770.0A | 829.0 | 1.0B | 1.2B | 3.8B | 23.6x |
| Prior (E) | 728.0 | 828.0 | 998.0 | 1.2B | 3.8B | NM |
| 2022E | -- | -- | -- | -- | 5.8B | 15.6x |
| Prior (E) | -- | -- | -- | -- | 5.7B | NM |

*Advertising Sales*

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2019A | (123.0) | (79.0) | (42.0) | 42.0 | (202.0) | NM |
| 2020A | (82.0) | (96.0) | 56.0 | 166.0 | 44.0 | NM |
| 2021E | (1.0)A | (10.0) | 110.0 | 241.0 | 377.0 | NM |
| Prior (E) | (57.0) | (5.0) | 103.0 | 243.0 | 284.0 | NM |
| 2022E | -- | -- | -- | -- | 1.09B | 83.0x |
| Prior (E) | -- | -- | -- | -- | 971.0 | NM |

*Adjusted EBITDA excludes share-based compensation*

**Jason Helfstein**
212-667-6433
Jason.Helfstein@opco.com

**Jed Kelly, CFA**
212-667-8196
Jed.Kelly@opco.com

**Sean Rausch**
212-667-5890
Sean.Rausch@opco.com

**Patrick Josephs**
212-667-7137
Patrick.Josephs@opco.com

Disseminated: April 22, 2021 22:06 EDT; Produced: April 22, 2021 22:06 EDT

# Snap Inc.

## Maintain Outperform on Continued Monetization/DAU Improvements and Leading AR Position

### SUMMARY

Following the 1Q report, we are modestly increasing '21E/'22E sales and maintaining our $82 target and Outperform rating. SNAP is showing strong improvements in monetization as a result of its leading ad platform and continued strong DAU growth. Moreover, SNAP appears to have the pole position in AR advertising and is now looking at extending its software to 3P hardware. We see SNAP as a strong AR partner to AAPL/GOOG hardware competitors. And we now see reduced risks from AAPL's removal of IDFA, as the delayed rollout allowed more time to work with advertisers to adopt AAPL's SDK. Raising '21E & '22E sales by 2%. Target assumes 25x '22E sales (TTD at 22x, U at 21x), 60% premium to peers, as we forecast SNAP to grow 63% faster than peers.

### KEY POINTS

- **DAU momentum continues.** 16M net adds, same as 4Q & 6M above guidance. Revenue +66% y/y, 5% above Street est on continued ad market recovery and better monetization. NA/Europe +75%/46%. NA ARPDU +66% y/y vs. 4Q's +63%; Europe +37% vs. +39% in 4Q; ROW -7%, improved from -18% in 4Q. Average eCPMs accelerated +67% y/y from 4Q's +46%.

- **Adjusted EBITDA +$56M/$55M above Opco/Street estimates.** GP 2% above Opco, while GM -171bps vs. Opco on higher Spotlight/partner content costs (+ $90M per quarter). R&D 1% above Opco with S&M and G&A both 7% below Opco. Management continues to focus on investments on driving user engagement through AR and Spotlight content, while building out sales teams/sales support in international markets.

- **2Q revenue midpoint guided +83% y/y, 1% above Street estimate.** Would imply 500 bps slowdown on 2-year avg, as a result of IDFA headwinds. Guiding 2Q DAU net adds to 9M, on similar y/y growth as 1Q (+22% vs. +23%), 4% above Street est. 2Q EBITDA guided to negative $(10M) on -1% margin.

- **Business update.** Active advertisers 2x y/y, with 50% of spending from direct response ads, while video advertising is largest revenue driver. AR story robust, daily Lenses users +40% y/y, with notable ROI (~6x-8x) for selected campaigns. Users of Spotlight, which remains unmonetized, live in 12+ countries with 125M+ MAU, with viewing >10mins/day +70% y/y.

- **Estimate revisions.** Increasing '21E/'22E revenue 2% each on 2% increase in DAU assumptions. Increasing '21E/'22E EBITDA $92M/$118M despite investments in content/international sales support as we expect revenue growth and infrastructure efficiencies to yield leverage.

### Stock Price Performance

**1 Year Price History for Snap Inc.**

### Company Description

Snap Inc. owns and operates Snapchat, a leading social media platform. As of 1Q:21, Snapchat had 280M daily average users (DAUs).

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Ex. 3 - 20

**Snap Inc.**                                                                 **SNAP (OUTPERFORM) - $82.00**

**5-YEAR PRICE PERFORMANCE**



Source: Bloomberg

**INVESTMENT THESIS**

Snapchat dominates the 13- to 34-year-old demographic with its unique AR Lens, edgy content, and emerging games platform with user growth that has rebounded since the FY19 app rebuild (DAUs +23% y/y in 1Q:21). Monetization is gaining traction, but remains at a discount to internet advertising peers, offering appealing upside.

**BASE CASE ASSUMPTION**

- 51% 2019–2022E revenue CAGR.
- $4.0B 2022E North America revenue.
- $944M 2022E Europe revenue.
- 2022E EBITDA margin of 19%.

**CATALYSTS**

- Earnings
- Announcement of more content partnerships
- DAU milestone announcements

**UPSIDE SCENARIO**

- Sponsored Lens product adoption increases among advertisers.
- Snap Inc. is able to develop new products that appeal to older users.
- Publishers dedicate more resources to creating content and selling advertisements on Snapchat.

**DOWNSIDE SCENARIO**

- Longer than anticipated COVID-19 shutdown.
- Business is unable to scale margins over time.
- Management is unable to improve measurement on the platform.
- Competitors are able to innovate more rapidly, taking share from Snap Inc.

**PRICE TARGET CALCULATION**

Our $82 price target implies 24.8x 2022E sales, a 60% premium to peers (TTD, MGNI, U, PUBM, ROKU (Platform), PINS, CHGG) at 15.5x 2022E sales, though SNAP is predicted to grow '20–'22E revenue 63% faster.

**KEY RISKS TO PRICE TARGET**

Length of COVID-19 impact is unknown. TikTok is having faster user and usage growth, and is building an ad platform and US sales team. Price target is based on medium-term revenue, with normalized margins difficult to predict. Long-term valuation support based on continued user engagement.

                                                                  Ex. 3 - 21

Snap Inc.

**Exhibit 1: Revenue Drivers Actual vs. Expected**

| | 4Q:20A | 1Q:21E | 1Q:21A | Delta |
|---|---|---|---|---|
| **NA Revenue** | **$659** | **$531** | **$553** | **4%** |
| NA Revenue Ex. Other | $656 | $527 | $550 | 4% |
| Y/Y | 73% | 68% | 75% | |
| Q/Q | 34% | -19% | -16% | |
| **NA DAU** | **92** | **93** | **93** | **0%** |
| Net Adds | 2 | 1 | 1 | |
| Y/Y | 7% | 6% | 6% | |
| Q/Q | 2% | 1% | 1% | |
| **NA ARPDU** | **$7.19** | **$5.71** | **$5.94** | **4%** |
| NA ARPDU Ex. Other | $7.13 | $5.67 | $5.91 | 4% |
| Y/Y | 63% | 60% | 66% | |
| Q/Q | 31% | -21% | -17% | |
| | | | | |
| **Europe Revenue** | **$142** | **$107** | **$114** | **6%** |
| Y/Y | 54% | 40% | 49% | |
| Q/Q | 38% | -24% | -20% | |
| **Europe DAU** | **74** | **76** | **77** | **2%** |
| Net Adds | 2 | 2 | 3 | |
| Y/Y | 10% | 8% | 10% | |
| Q/Q | 3% | 3% | 4% | |
| **Europe ARPDU** | **$1.91** | **$1.42** | **$1.49** | **5%** |
| Y/Y | 39% | 30% | 37% | |
| Q/Q | 34% | -75% | -74% | |
| | | | | |
| **ROW Revenue** | **$111** | **$90** | **$103** | **15%** |
| Y/Y | 27% | 28% | 46% | |
| Q/Q | 33% | -19% | -7% | |
| **ROW DAU** | **99** | **107** | **111** | **4%** |
| Net Adds | 12 | 8 | 12 | |
| Y/Y | 55% | 51% | 56% | |
| Q/Q | 14% | 8% | 12% | |
| **ROW ARPDU** | **$1.11** | **$0.84** | **$0.93** | **11%** |
| Y/Y | -18% | -16% | -7% | |
| Q/Q | 17% | -24% | -16% | |
| | | | | |
| **Total Revenue** | **$911** | **$728** | **$770** | **6%** |
| Y/Y | 62% | 57% | 66% | |
| Q/Q | 34% | -20% | -16% | |
| **Total DAU** | **265** | **276** | **281** | **2%** |
| Net Adds | 16 | 11 | 16 | |
| Y/Y | 22% | 20% | 23% | |
| Q/Q | 6% | 4% | 6% | |
| **Total ARPDU** | **$3.44** | **$2.64** | **$2.74** | **4%** |
| Y/Y | 33% | 31% | 36% | |
| Q/Q | 26% | -23% | -20% | |

Source: Company Reports and Oppenheimer & Co. Inc. Estimates



Ex. 3 - 22

3

**Exhibit 2: Income Statement Actual vs. Expected ($ millions, except EPS)**

| | 4Q:20A | 1Q:21E | 1Q:21A | Delta |
|---|---|---|---|---|
| Total Revenue | $911 | $728 | $770 | 6% |
| Advertising Revenue | $908 | $725 | $766 | 6% |
| Y/Y | 62% | 57% | 66% | |
| Q/Q | 34% | -20% | -16% | |
| Cost of Revenue | ($377) | ($370) | ($405) | 9% |
| Y/Y | 53% | 51% | 64% | |
| Q/Q | 32% | -2% | 7% | |
| Gross Profit | $534 | $358 | $365 | 2% |
| Gross Margin | 59% | 49% | 47% | -171bps |
| Y/Y | 70% | 65% | 69% | |
| Q/Q | 36% | -33% | -32% | |
| ARPDU | $3.44 | $2.64 | $2.74 | 4% |
| CORPDU | ($1.42) | ($1.34) | ($1.44) | 7% |
| CCDAU | ($0.69) | ($0.68) | ($0.62) | -9% |
| Y/Y | -5% | -4% | -13% | -901bps |
| Q/Q | -2% | -1% | -10% | -933bps |
| Net ARPDU | $2.02 | $1.30 | $1.30 | 0% |
| | | | | |
| Research & Development | ($152) | ($172) | ($174) | 1% |
| % of Revenue | 17% | 24% | 23% | -98bps |
| Sales & Marketing | ($126) | ($127) | ($118) | -7% |
| % of Revenue | 14% | 17% | 15% | -214bps |
| General & Administrative | ($111) | ($125) | ($116) | -7% |
| % of Revenue | 12% | 17% | 15% | -202bps |
| | | | | |
| Operating Income (Loss) (Non-GAAP) | $145 | ($66) | ($43) | $23 |
| Y/Y | 332% | -29% | -54% | |
| | | | | |
| **Adjusted EBITDA** | **$166** | **($57)** | **($1)** | **$56** |
| % of Revenue | 18% | -8% | 0% | 766bps |
| Y/Y | 291% | NM | NM | |
| | | | | |
| Stock Based Compensation | ($220) | ($182) | ($237) | 30% |
| % of Revenue | 24% | 25% | 31% | 581bps |
| Depreciation & Amortization | ($23) | ($20) | ($23) | |
| Total EBITDA Adjustments | $279 | $215 | $285 | |
| | | | | |
| Loss before income taxes | ($95) | ($273) | ($285) | ($12) |
| | | | | |
| Income tax benefit (expense) | ($18) | $1 | ($1) | |
| | | | | |
| Net Income (Loss) | ($113) | ($272) | ($286) | ($14) |
| | | | | |
| **Net Income (Non-GAAP, ex. SBC)** | **$127** | **($81)** | **$2** | **$83** |
| Margin | 14% | -11% | 0% | |
| Y/Y | 207% | -29% | -102% | |
| Q/Q | 1056% | -25% | -102% | |
| **GAAP EPS** | **($0.08)** | **($0.18)** | **($0.19)** | ($0.01) |
| **Non-GAAP EPS** | **$0.08** | **($0.05)** | **$0.00** | **$0.05** |
| Y/Y Growth | -197% | 33% | 102% | |
| **FCF/Share** | **($0.05)** | **$0.03** | **$0.08** | **$0.04** |
| Basic Share Count | 1,503 | 1,518 | 1,502 | |
| Non-GAAP Diluted Share Count | 1,630 | 1,646 | 1,629 | |

Source: Company Reports and Oppenheimer & Co. Inc. Estimates

4  OPPENHEIMER

**SNAP (OUTPERFORM) - $82.00**                                                        Snap Inc.

**Exhibit 3: 1Q:21 Actual vs. Opco vs. Consensus ($ millions, except EPS)**

| 1Q:21 | Guidance | | Actual | Opco | Consensus | Actual vs. Opco | Actual vs. Consensus | Opco vs. Consensus |
|---|---|---|---|---|---|---|---|---|
| North America DAU | | | 93 | 93 | 93 | 0% | 0% | -1% |
| North America Revenue | | | $553 | $531 | $531 | 4% | 4% | 0% |
| North America ARPU | | | $5.94 | $5.71 | $5.71 | 4% | 4% | 0% |
| | | | | | | | | |
| Europe DAU | | | 77 | 76 | 76 | 2% | 2% | 0% |
| Europe Revenue | | | $114 | $107 | $112 | 6% | 1% | -4% |
| Europe ARPU | | | $1.49 | $1.42 | $1.49 | 5% | 0% | -5% |
| | | | | | | | | |
| ROW DAU | | | 111 | 107 | 106 | 4% | 4% | 1% |
| ROW Revenue | | | $103 | $90 | $101 | 15% | 2% | -11% |
| ROW ARPU | | | $0.93 | $0.84 | $0.96 | 11% | -3% | -12% |
| | | | | | | | | |
| Total DAU | 275 | 275 | 281 | 276 | 275 | 2% | 2% | 0% |
| Y/Y | 20% | 20% | 23% | 20% | 20% | 232bps | 279bps | 47bps |
| Revenue | $720 | $740 | $770 | $728 | $744 | 6% | 3% | -2% |
| Y/Y | 56% | 60% | 66% | 57% | 61% | 898bps | 551bps | -347bps |
| ARPU | | | $2.74 | $2.64 | $2.72 | 4% | 1% | -3% |
| Y/Y | | | 36% | 31% | 34% | 485bps | 116bps | -369bps |
| | | | | | | | | |
| Adjusted EBITDA | ($70) | ($50) | ($1) | ($57) | ($56) | $56 | $55 | ($0) |
| Margin | -10% | -7% | 0% | -8% | -8% | 766bps | 743bps | -23bps |
| Net Income | | | ($286) | ($272) | ($317) | -$14 | $31 | $45 |

Source: Company Reports, Factset and Oppenheimer & Co. Inc. Estimates

**Exhibit 4: 2Q:21E Guidance vs. Opco vs. Consensus ($ millions, except EPS)**

| 2Q:21E | Guidance | | Prior Opco | Consensus | Guidance vs. Opco | Guidance vs. Consensus | Opco vs. Consensus |
|---|---|---|---|---|---|---|---|
| North America DAU | | | 94 | 94 | NA | NA | -1% |
| North America Revenue | | | $574 | $566 | NA | NA | 1% |
| North America ARPU | | | $6.12 | $6.07 | NA | NA | 1% |
| | | | | | | | |
| Europe DAU | | | 77 | 77 | NA | NA | 0% |
| Europe Revenue | | | $135 | $131 | NA | NA | 3% |
| Europe ARPU | | | $1.76 | $1.70 | NA | NA | 4% |
| | | | | | | | |
| ROW DAU | | | 114 | 112 | NA | NA | 3% |
| ROW Revenue | | | $118 | $124 | NA | NA | -5% |
| ROW ARPU | | | $1.03 | $1.08 | NA | NA | -4% |
| | | | | | | | |
| Total DAU | 290 | 290 | 285 | 282 | 2% | 3% | 1% |
| Y/Y | 22% | 22% | 20% | 18% | 681bps | 821bps | 140bps |
| Revenue | $820 | $840 | $828 | $826 | 0% | 1% | 0% |
| Y/Y | 81% | 85% | 82% | 82% | -282bps | -232bps | 50bps |
| ARPU | | | $2.90 | $2.94 | NA | NA | -1% |
| Y/Y | | | 52% | 54% | NA | NA | -194bps |
| | | | | | | | |
| Adjusted EBITDA | ($20) | $0 | ($5) | ($2) | NA | NA | 199% |
| Margin | -2% | 0% | -1% | 0% | NA | NA | -41bps |
| Net Income | | | ($233) | ($274) | NA | NA | $41 |

Source: Company Reports and Oppenheimer & Co. Inc. Estimates



Ex. 3 - 24          **5**

**Snap Inc.**                                                                      SNAP (OUTPERFORM) - $82.00

### Exhibit 5: Estimate Revisions ($ millions, except EPS)

| | 2Q:21E | | | 3Q:21E | | | 4Q:21E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Old | New | Delta | Old | New | Delta | Old | New | Delta |
| **Total DAUs** | **285** | 290 | **2%** | **294** | 298 | **2%** | **300** | 305 | **2%** |
| NA DAUs | 94 | 94 | 0% | 95 | 95 | 0% | 95 | 95 | 0% |
| Europe DAUs | 77 | 78 | 2% | 78 | 79 | 2% | 78 | 80 | 2% |
| ROW DAUs | 114 | 118 | 3% | 121 | 125 | 3% | 127 | 131 | 3% |
| | | | | | | | | | |
| NA ARPDU | $6.12 | $6.12 | 0% | $7.69 | $7.69 | 0% | $8.99 | $8.99 | 0% |
| Europe ARPDU | $1.76 | $1.71 | -3% | $2.00 | $2.00 | 0% | $2.64 | $2.64 | 0% |
| ROW ARPDU | $1.03 | $1.03 | 0% | $0.95 | $0.95 | 0% | $1.27 | $1.27 | 0% |
| **Total ARPDU** | **$2.90** | **$2.86** | **-1%** | **$3.40** | **$3.37** | **-1%** | **$4.05** | **$4.02** | **-1%** |
| | | | | | | | | | |
| **Advertising Revenue** | **$824** | **$826** | **0%** | **$994** | **$1,000** | **1%** | **$1,214** | **$1,223** | **1%** |
| NA Advertising Revenue | $571 | $571 | 0% | $723 | $724 | 0% | $846 | $847 | 0% |
| Europe Advertising Revenue | $135 | $133 | -2% | $156 | $158 | 2% | $207 | $210 | 2% |
| ROW Advertising Revenue | $118 | $121 | 3% | $115 | $118 | 3% | $161 | $166 | 3% |
| | | | | | | | | | |
| Other Revenue | $3 | $3 | 0% | $3 | $3 | 0% | $3 | $3 | 0% |
| Total Revenue | $828 | $829 | 0% | $998 | $1,004 | 1% | $1,218 | $1,226 | 1% |
| | | | | | | | | | |
| **Gross Profit** | **$433** | **$415** | **-4%** | **$571** | **$573** | **0%** | **$740** | **$743** | **0%** |
| Margin | 52% | 50% | -4% | 57% | 57% | 0% | 61% | 61% | 0% |
| | | | | | | | | | |
| **Adjusted EBITDA** | **($5)** | **($10)** | **($5)** | **$103** | **$110** | **$6** | **$243** | **$241** | **($2)** |
| Margin | -1% | -1% | -61bps | 10% | 11% | 56bps | 20% | 20% | -32bps |

| | FY21E | | | FY22E | | |
|---|---|---|---|---|---|---|
| | Old | New | Delta | Old | New | Delta |
| **Total DAUs** | **300** | 305 | **2%** | **334** | 340 | **2%** |
| NA DAUs | 95 | 95 | 0% | 97 | 97 | 0% |
| Europe DAUs | 78 | 80 | 2% | 82 | 84 | 2% |
| ROW DAUs | 127 | 131 | 3% | 154 | 158 | 3% |
| | | | | | | |
| NA ARPDU | $28.75 | $28.99 | 1% | $41.11 | $41.46 | 1% |
| Europe ARPDU | $7.94 | $8.00 | 1% | $11.19 | $11.28 | 1% |
| ROW ARPDU | $4.28 | $4.42 | 3% | $4.86 | $5.02 | 3% |
| **Total ARPDU** | **$12.56** | **$12.54** | **0%** | **$17.00** | **$17.02** | **0%** |
| | | | | | | |
| **Advertising Revenue** | **$3,757** | **$3,815** | **2%** | **$5,660** | **$5,766** | **2%** |
| NA Advertising Revenue | $2,668 | $2,692 | 1% | $3,989 | $4,027 | 1% |
| Europe Advertising Revenue | $605 | $615 | 2% | $922 | $944 | 2% |
| ROW Advertising Revenue | $484 | $509 | 5% | $748 | $796 | 6% |
| | | | | | | |
| Other Revenue | $14 | $14 | 0% | $15 | $15 | 0% |
| Total Revenue | $3,771 | $3,829 | 2% | $5,675 | $5,781 | 2% |
| | | | | | | |
| **Gross Profit** | **$2,102** | **$2,134** | **2%** | **$3,373** | **$3,458** | **3%** |
| Margin | 56% | 56% | 0% | 59% | 60% | 1% |
| | | | | | | |
| **Adjusted EBITDA** | **$284** | **$377** | **$92** | **$971** | **$1,089** | **$118** |
| Margin | 8% | 10% | 230bps | 17% | 19% | 173bps |

Source: Oppenheimer & Co. Inc. Estimates

6   OPPENHEIMER                                                                      Ex. 3 - 25

SNAP (OUTPERFORM) - $82.00                                                                                                    Snap Inc.

**Exhibit 6: Peer Valuation Multiples ($ millions)**

| | Company Symbol | Price 4/22/2021 | Fully Diluted Shares | Total Equity Mkt Value | PF Net Cash/ (Debt) | Adjusted Enterprise | Pro Forma Sales (millions) | | EV/Sales | | '20 - '22E Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2021E | 2022E | 2021E | 2022E | |
| The Trade Desk | TTD | $700.23 | 47 | $33,177 | $332 | $32,845 | $1,134 | $1,472 | 29.0x | 22.3x | 33% |
| Magnite | MGNI | $36.32 | 116 | $4,198 | $76 | $4,122 | $287 | $340 | 14.4x | 12.1x | 24% |
| Unity Software | U | $101.90 | 278 | $28,318 | $1,628 | $26,690 | $970 | $1,246 | 27.5x | 21.4x | 27% |
| Pubmatic | PUBM | $49.83 | 49 | $2,464 | $99 | $2,365 | $185 | $223 | 12.8x | 10.6x | 22% |
| Roku (Platform Revenue) | ROKU | $350.06 | 128 | $44,955 | $655 | $44,300 | $1,997 | $2,967 | 22.2x | 14.9x | 53% |
| Pinterest | PINS | $71.99 | 642 | $46,212 | $1,578 | $44,634 | $2,515 | $3,408 | 17.7x | 13.1x | 42% |
| Chegg | CHGG | $93.19 | 142 | $13,219 | ($387) | $13,606 | $791 | $963 | 17.2x | 14.1x | 22% |
| **Average** | | | | | | | | | **20.1x** | **15.5x** | **32%** |
| | | | | | | | | | | | |
| Snap, Inc. | SNAP | $57.05 | 1,629 | $92,945 | $2,557 | $90,389 | $3,829 | $5,781 | 23.6x | 15.6x | 52% |
| Delta to comparable companies | | | | | | | | | 17% | 1% | 63% |
| | | | | | | | | | | | |
| **SNAP - PT** | **SNAP** | **$82.00** | **1,786** | **$146,439** | **$3,287** | **$143,152** | **$3,829** | **$5,781** | **37.4x** | **24.8x** | **52%** |
| Delta to comparable companies | | | | | | | | | 86% | 60% | 63% |
| | | | | | | | | | | | |
| Upside | | 43.7% | | | | | | | | | |

Source: Company Reports, Factset, and Oppenheimer & Co. Inc. Estimates



Ex. 3 - 26                    7

**Snap Inc.**                                                                                                     SNAP (OUTPERFORM) - $82.00

| | 2017 | 2018 | 2019 | 1Q:20 | 2Q:20 | 3Q:20 | 4Q:20 | 2020 | 1Q:21 | 2Q:21E | 3Q:21E | 4Q:21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NA Revenue[1]** | **$663** | **$824** | **$1,184** | **$316** | **$307** | **$493** | **$659** | **$1,774** | **$553** | **$575** | **$727** | **$851** | **$2,706** | **$4,041** | **$5,971** |
| Y/Y | 84% | 24% | 44% | 40% | 18% | 56% | 73% | 50% | 75% | 87% | 48% | 29% | 52% | 49% | 48% |
| 2yr Y/Y | 312% | 54% | 34% | 36% | 32% | 54% | 57% | 47% | 58% | 53% | 52% | 51% | 51% | 51% | 49% |
| Q/Q | | | | -17% | -3% | 61% | 34% | | -16% | 4% | 27% | 17% | | | |
| NA Advertising Revenue | $642 | $808 | $1,170 | $312 | $303 | $489 | $656 | $1,761 | $550 | $571 | $724 | $847 | $2,692 | $4,027 | $5,971 |
| Y/Y | 78% | 26% | 45% | 40% | 18% | 57% | 73% | 51% | 76% | 88% | 48% | 29% | 53% | 50% | 48% |
| Q/Q | | | | -18% | -3% | 61% | 34% | | -16% | 4% | 27% | 17% | | | |
| NA DAUs | 80 | 79 | 86 | 88 | 90 | 90 | 92 | 92 | 93 | 94 | 95 | 95 | 95 | 97 | 100 |
| DAU Net Adds | 12 | -1 | 7 | 2 | 2 | 0 | 2 | 6 | 1 | 1 | 1 | 0 | 3 | 3 | 3 |
| NA DAU Y/Y | 18% | -1% | 9% | 10% | 8% | 7% | 7% | 7% | 6% | 4% | 5% | 3% | 3% | 3% | 3% |
| Q/Q | | | | 2% | 2% | 0% | 2% | | 1% | 1% | 1% | 0% | | | |
| NA ARPDU[2] | $8.96 | $10.36 | $14.35 | $3.57 | $3.40 | $5.49 | $7.19 | $19.94 | $5.94 | $6.12 | $7.69 | $8.99 | $28.99 | $41.46 | $59.48 |
| Y/Y | 44% | 16% | 38% | 27% | 8% | 46% | 63% | 39% | 66% | 80% | 40% | 25% | 45% | 43% | 43% |
| Q/Q | | | | -19% | -5% | 61% | 31% | | -17% | 3% | 26% | 17% | | | |
| NA Advertising ARPDU | $8.02 | $10.23 | $14.18 | $3.55 | $3.37 | $5.44 | $7.13 | $19.14 | $5.91 | $6.08 | $7.65 | $8.95 | $28.44 | $41.31 | $59.48 |
| Y/Y | 51% | 28% | 39% | 28% | 9% | 46% | 62% | 35% | 67% | 81% | 41% | 26% | 49% | 45% | 44% |
| Q/Q | | | | -19% | -5% | 61% | 31% | | -17% | 3% | 26% | 17% | | | |
| **Europe Revenue[1]** | **$102** | **$186** | **$269** | **$76** | **$79** | **$102** | **$142** | **$399** | **$114** | **$133** | **$158** | **$210** | **$615** | **$944** | **$1,388** |
| Y/Y | 188% | 83% | 44% | 61% | 30% | 49% | 54% | 49% | 49% | 69% | 54% | 48% | 54% | 54% | 47% |
| 2yr Y/Y | 847% | 135% | 63% | 53% | 40% | 43% | 51% | 46% | 55% | 50% | 52% | 51% | 51% | 54% | 50% |
| Q/Q | | | | -17% | 3% | 30% | 38% | | -20% | 17% | 19% | 33% | | | |
| Europe DAUs | 60 | 60 | 67 | 70 | 71 | 72 | 74 | 74 | 77 | 78 | 79 | 80 | 80 | 84 | 87 |
| DAU Net Adds | 8 | 0 | 7 | 3 | 1 | 1 | 2 | 7 | 3 | 1 | 1 | 1 | 6 | 4 | 3 |
| Europe DAU Y/Y | 15% | 0% | 12% | 15% | 11% | 11% | 10% | 10% | 10% | 10% | 10% | 8% | 8% | 5% | 4% |
| Q/Q | | | | 4% | 1% | 1% | 3% | | 4% | 1% | 1% | 1% | | | |
| Europe ARPDU[2] | $1.82 | $3.10 | $4.23 | $1.09 | $1.10 | $1.43 | $1.91 | $5.66 | $1.49 | $1.71 | $2.00 | $2.64 | $8.00 | $11.28 | $15.96 |
| Y/Y | 121% | 70% | 36% | 42% | 16% | 36% | 39% | 34% | 37% | 55% | 40% | 38% | 41% | 41% | 41% |
| Q/Q | | | | -20% | 1% | 30% | 34% | | -74% | 14% | 17% | 32% | | | |
| **ROW Revenue** | **$60** | **$170** | **$263** | **$70** | **$69** | **$83** | **$111** | **$333** | **$103** | **$121** | **$118** | **$166** | **$509** | **$796** | **$1,303** |
| Y/Y | 663% | 183% | 55% | 49% | 2% | 35% | 27% | 26% | 46% | 77% | 42% | 50% | 53% | 56% | 64% |
| 2yr Y/Y | 663% | 423% | 119% | 62% | 27% | 45% | 38% | 41% | 48% | 39% | 39% | 38% | 40% | 55% | 60% |
| Q/Q | | | | -19% | -2% | 21% | 33% | | -7% | 18% | -2% | 40% | | | |
| ROW DAUs | 47 | 47 | 64 | 71 | 77 | 87 | 99 | 99 | 111 | 118 | 125 | 131 | 131 | 158 | 185 |
| DAU Net Adds | 8 | 0 | 17 | 7 | 6 | 10 | 12 | 35 | 12 | 7 | 7 | 6 | 32 | 28 | 27 |
| Y/Y | 21% | 0% | 36% | 45% | 38% | 43% | 55% | 55% | 56% | 53% | 43% | 32% | 32% | 21% | 17% |
| Q/Q | | | | 11% | 8% | 13% | 14% | | 12% | 6% | 6% | 5% | | | |
| ROW ARPDU[2] | $1.39 | $3.61 | $4.74 | $1.00 | $0.89 | $0.95 | $1.11 | $4.08 | $0.93 | $1.03 | $0.95 | $1.27 | $4.42 | $5.02 | $7.03 |
| Y/Y | 459% | 159% | 31% | 3% | -26% | -6% | -18% | -14% | -7% | 16% | 0% | 14% | 8% | 14% | 40% |
| Q/Q | | | | -26% | -11% | 7% | 17% | | -16% | 11% | -8% | 33% | | | |
| **Total Revenue** | **$825** | **$1,180** | **$1,716** | **$462** | **$454** | **$679** | **$911** | **$2,507** | **$770** | **$829** | **$1,004** | **$1,226** | **$3,829** | **$5,781** | **$8,663** |
| Y/Y | 104% | 43% | 45% | 44% | 17% | 52% | 62% | 46% | 66% | 83% | 48% | 35% | 53% | 51% | 50% |
| 2yr Y/Y | 347% | 74% | 44% | 42% | 32% | 51% | 53% | 46% | 55% | 50% | 50% | 49% | 49% | 52% | 50% |
| Q/Q | | | | -18% | -2% | 49% | 34% | | -16% | 8% | 21% | 22% | | | |
| Total Advertising Revenue | $804 | $1,164 | $1,702 | $459 | $451 | $675 | $908 | $2,493 | $766 | $826 | $1,000 | $1,223 | $3,815 | $5,766 | $8,663 |
| Y/Y | 99% | 45% | 46% | 45% | 17% | 53% | 63% | 46% | 67% | 83% | 48% | 35% | 53% | 51% | 50% |
| Q/Q | | | | -18% | -2% | 50% | 34% | | -16% | 8% | 21% | 22% | | | |
| % of Total | | | 99% | 99% | 99% | 99% | 100% | 99% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Total DAUs | 187 | 186 | 217 | 229 | 238 | 249 | 265 | 265 | 281 | 290 | 298 | 305 | 305 | 340 | 373 |
| DAU Net Adds | 43 | -1 | 31 | 12 | 9 | 11 | 16 | 48 | 16 | 9 | 9 | 7 | 40 | 34 | 33 |
| Y/Y | 30% | -1% | 17% | 21% | 17% | 19% | 22% | 22% | 23% | 22% | 20% | 15% | 15% | 11% | 10% |
| Q/Q | | | | 6% | 4% | 5% | 6% | | 6% | 3% | 3% | 2% | | | |
| Total ARPDU[2] | $4.41 | $6.35 | $7.91 | $2.02 | $1.91 | $2.73 | $3.44 | $9.46 | $2.74 | $2.86 | $3.37 | $4.02 | $12.54 | $17.02 | $23.24 |
| Y/Y | 57% | 44% | 25% | 20% | 0% | 28% | 33% | 20% | 36% | 50% | 23% | 17% | 33% | 36% | 37% |
| Q/Q | | | | -22% | -6% | 43% | 26% | | -20% | 5% | 18% | 19% | | | |
| Advertising ARPDU | $4.30 | $6.26 | $7.84 | $2.00 | $1.89 | $2.71 | $3.43 | $9.41 | $2.73 | $2.85 | $3.35 | $4.01 | $12.50 | $16.98 | $23.24 |
| Y/Y | 53% | 46% | 25% | 20% | 0% | 29% | 33% | 20% | 36% | 51% | 24% | 17% | 33% | 36% | 37% |
| Q/Q | | | | -22% | -6% | 43% | 26% | | -20% | 5% | 18% | 19% | | | |

OPPENHEIMER                                                                                        Ex. 3 - 27

SNAP (OUTPERFORM) - $82.00                                                                                                                                          Snap Inc.

Snap Inc. Income Statement, $m ex. per share figures

| | 2017 | 2018 | 2019 | 1Q:20 | 2Q:20 | 3Q:20 | 4Q:20 | 2020 | 1Q:21 | 2Q:21E | 3Q:21E | 4Q:21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$825** | **$1,180** | **$1,716** | **$462** | **$454** | **$679** | **$911** | **$2,507** | **$770** | **$829** | **$1,004** | **$1,226** | **$3,829** | **$5,781** | **$8,663** |
| Y/Y | 104% | 43% | 45% | 44% | 17% | 52% | 62% | 46% | 66% | 83% | 48% | 35% | 53% | 51% | 50% |
| Q/Q | | | | -18% | -2% | 49% | 34% | | -16% | 8% | 21% | 22% | | | |
| Cost of Revenue | ($636) | ($768) | ($868) | ($246) | ($243) | ($285) | ($377) | ($1,151) | ($405) | ($414) | ($431) | ($483) | ($1,695) | ($2,323) | ($3,283) |
| % of Total Revenue | 77% | -147% | 51% | 53% | 53% | 42% | 41% | 46% | 53% | 50% | 43% | 39% | 44% | 40% | 38% |
| Y/Y | 42% | 21% | 13% | 26% | 17% | 31% | 53% | 33% | 64% | 71% | 51% | 28% | 47% | 37% | 41% |
| Q/Q | | | | 0% | -1% | 17% | 32% | | 7% | 2% | 4% | 12% | | | |
| **Gross Profit** | **$189** | **$412** | **$848** | **$216** | **$211** | **$394** | **$534** | **$1,356** | **$365** | **$415** | **$573** | **$743** | **$2,134** | **$3,458** | **$5,380** |
| Gross Margin | 23% | 35% | 49% | 47% | 47% | 58% | 59% | 54% | 47% | 50% | 57% | 61% | 56% | 60% | 62% |
| Y/Y Share Expansion (BPS) | 3,387 | 1,201 | 1,447 | 788 | 15 | 671 | 268 | 468 | 63 | 351 | (96) | 197 | 165 | 409 | 228 |
| Y/Y | NM | NM | 106% | 74% | 17% | 72% | 70% | 60% | 69% | 96% | 45% | 39% | 57% | 62% | 56% |
| Q/Q | | | | -31% | -2% | 86% | 36% | | -32% | 14% | 38% | 30% | | | |
| CoPRU | ($3.40) | ($4.13) | ($4.00) | ($1.07) | ($1.02) | ($1.14) | ($1.42) | ($4.34) | ($1.44) | ($1.43) | ($1.44) | ($1.58) | ($5.55) | ($6.84) | ($8.81) |
| Y/Y | 9% | 21% | -3% | 4% | 0% | 11% | 25% | 9% | 34% | 40% | 26% | 11% | 28% | 23% | 29% |
| Q/Q | | | | -6% | -5% | 12% | 24% | | 1% | -1% | 1% | 10% | | | |
| Net ARPDU | $1.01 | $2.22 | $3.91 | $0.94 | $0.89 | $1.58 | $2.02 | $5.12 | $1.30 | $1.43 | $1.92 | $2.43 | $6.99 | $10.18 | $14.43 |
| Y/Y | -429% | 119% | 76% | 44% | 0% | 45% | 39% | 31% | 37% | 61% | 21% | 21% | 37% | 46% | 42% |
| Q/Q | | | | -35% | -6% | 78% | 27% | | -36% | 10% | 34% | 27% | | | |
| Research & Development | ($346) | ($392) | ($386) | ($111) | ($125) | ($142) | ($152) | ($531) | ($174) | ($187) | ($205) | ($219) | ($785) | ($1,099) | ($1,484) |
| % of Revenue | 42% | 33% | 22% | 24% | 27% | 21% | 17% | 21% | 23% | 23% | 20% | 18% | 21% | 19% | 17% |
| Y/Y | 140% | 13% | -2% | 17% | 30% | 50% | 54% | 38% | 56% | 50% | 44% | 44% | 48% | 40% | 35% |
| Q/Q | NM | NM | | 12% | 12% | 14% | 7% | | 14% | 8% | 9% | 7% | | | |
| Sales & Marketing | ($273) | ($300) | ($352) | ($94) | ($102) | ($113) | ($126) | ($434) | ($118) | ($132) | ($142) | ($153) | ($546) | ($676) | ($825) |
| % of Revenue | 33% | 25% | 21% | 20% | 22% | 17% | 14% | 17% | 15% | 16% | 14% | 12% | 14% | 12% | 10% |
| Y/Y | 133% | 10% | 17% | 24% | 24% | 17% | 29% | 23% | 25% | 30% | 26% | 22% | 26% | 24% | 22% |
| Q/Q | NM | NM | | -3% | 8% | 11% | 11% | | -6% | 12% | 8% | 8% | | | |
| General & Administrative | ($290) | ($348) | ($340) | ($104) | ($88) | ($93) | ($111) | ($396) | ($116) | ($115) | ($125) | ($139) | ($495) | ($594) | ($701) |
| % of Revenue | 35% | 30% | 20% | 22% | 19% | 14% | 12% | 16% | 15% | 14% | 12% | 11% | 13% | 10% | 8% |
| Y/Y | 89% | 20% | -2% | 24% | 0% | 10% | 32% | 17% | 12% | 30% | 35% | 25% | 25% | 20% | 18% |
| Q/Q | NM | NM | NM | 24% | -15% | 5% | 20% | NM | 5% | -1% | 9% | 11% | | | |
| % of Operating Costs | 19% | 19% | 17% | 19% | 16% | 15% | 14% | 16% | 14% | 14% | 14% | 14% | 14% | 13% | 11% |
| Total Operating Expenses (Non-GAAP) | ($909) | ($1,041) | ($1,077) | ($309) | ($315) | ($348) | ($389) | ($1,361) | ($408) | ($434) | ($472) | ($511) | ($1,825) | ($2,369) | ($3,010) |
| % of Revenue | 110% | 88% | 63% | 67% | 69% | 51% | 43% | 54% | 53% | 52% | 47% | 42% | 48% | 41% | 35% |
| Y/Y | 119% | 15% | 3% | 21% | 18% | 26% | 39% | 26% | 32% | 38% | 36% | 31% | 34% | 30% | 27% |
| Q/Q | NM | NM | NM | 11% | 2% | 10% | 12% | | 5% | 6% | 9% | 8% | | | |
| **Total Costs & Expenses (Non-GAAP)** | **($1,545)** | **($1,809)** | **($1,945)** | **($556)** | **($558)** | **($633)** | **($766)** | **($2,512)** | **($813)** | **($849)** | **($903)** | **($994)** | **($3,520)** | **($4,692)** | **($6,293)** |
| % of Revenue | 187% | 153% | 113% | 120% | 123% | 93% | 84% | 100% | 106% | 102% | 90% | 81% | 92% | 81% | 73% |
| Y/Y | 79% | 17% | 8% | 23% | 18% | 28% | 45% | 29% | 46% | 52% | 43% | 30% | 40% | 33% | 34% |
| Q/Q | NM | NM | | 5% | 0% | 13% | 21% | | 6% | 4% | 6% | 10% | | | |
| **Adjusted EBITDA** | **($720)** | **($576)** | **($202)** | **($82)** | **($96)** | **$56** | **$166** | **$44** | **($1)** | **($10)** | **$110** | **$241** | **$377** | **$1,089** | **$2,370** |
| % of Revenue | -87% | -49% | -12% | -18% | -21% | 8% | 18% | 2% | 0% | -1% | 11% | 20% | 10% | 19% | 27% |
| Y/Y | -57% | 20% | 65% | 34% | NM | NM | 291% | 122% | NM | NM | NM | NM | 753% | 189% | 118% |
| Stock Based Compensation | ($2,664) | ($548) | ($686) | ($172) | ($186) | ($192) | ($220) | ($770) | ($237) | ($195) | ($221) | ($251) | ($904) | ($936) | ($996) |
| Loss before income taxes | ($3,463) | ($1,253) | ($930) | ($306) | ($327) | ($199) | ($95) | ($927) | ($285) | ($228) | ($134) | ($38) | ($648) | $80 | $1,302 |
| Income tax benefit (expense) | $18 | ($3) | ($3) | ($1) | $1 | ($1) | ($18) | ($19) | ($1) | ($1) | ($1) | ($1) | ($6) | $10 | $10 |
| Net Income (Loss) | ($3,445) | ($1,257) | ($1,033) | ($307) | ($326) | ($200) | ($113) | ($946) | ($286) | ($229) | ($136) | ($40) | ($654) | $90 | $1,312 |
| **Net Income (Non-GAAP, ex. SBC)** | **($741)** | **($708)** | **($226)** | **($114)** | **($132)** | **$11** | **$127** | **($108)** | **$2** | **($26)** | **$94** | **$220** | **$319** | **$1,095** | **$2,376** |
| **Margin** | **-90%** | **-60%** | **-13%** | **-25%** | **-29%** | **2%** | **14%** | **-4%** | **0%** | **-3%** | **9%** | **18%** | **8%** | **19%** | **27%** |
| Y/Y | 53% | -4% | -68% | -13% | 60% | -120% | 207% | -52% | -102% | -81% | 758% | 74% | -395% | 244% | 117% |
| Q/Q | NM | NM | | -376% | 16% | -108% | 1056% | | -102% | -1407% | -467% | 134% | | | |
| **GAAP EPS** | **($3.00)** | **($0.97)** | **($0.75)** | **($0.21)** | **($0.23)** | **($0.14)** | **($0.08)** | **($0.65)** | **($0.19)** | **($0.15)** | **($0.09)** | **($0.03)** | **($0.43)** | **$0.05** | **$0.74** |
| **Non-GAAP EPS** | **($0.64)** | **($0.55)** | **($0.16)** | **($0.08)** | **($0.09)** | **$0.01** | **$0.08** | **($0.07)** | **$0.00** | **($0.02)** | **$0.06** | **$0.13** | **$0.19** | **$0.64** | **$1.35** |
| **Y/Y Growth** | **-8%** | **15%** | **70%** | **18%** | **-50%** | **117%** | **-197%** | **-55%** | **102%** | **81%** | **-739%** | **-70%** | **-359%** | **234%** | **111%** |
| **FCF/Share** | **($0.71)** | **($0.63)** | **($0.25)** | **($0.00)** | **($0.06)** | **($0.05)** | **($0.05)** | **($0.16)** | **$0.08** | **($0.07)** | **($0.04)** | **$0.02** | **$0.02** | **$0.62** | **$1.32** |
| Basic Share Count | 1,150 | 1,290 | 1,377 | 1,426 | 1,447 | 1,466 | 1,503 | 1,461 | 1,502 | 1,517 | 1,532 | 1,532 | 1,505 | 1,550 | 1,596 |
| Non-GAAP Diluted Share Count | 1,360 | 1,479 | 1,559 | 1,589 | 1,616 | 1,624 | 1,630 | 1,615 | 1,629 | 1,645 | 1,662 | 1,662 | 1,663 | 1,713 | 1,764 |
| Y/Y Growth | 34% | 9% | 5% | 3% | 4% | 4% | 3% | 4% | 3% | 2% | 2% | 2% | 3% | 3% | 3% |
| Q/Q Growth | | | | 1% | 1% | 1% | 3% | | 0% | 1% | 1% | 0% | | | |
| ETR | 1% | 0% | 0% | 0% | 0% | 0% | -16% | -2% | -1% | -1% | -1% | -4% | -1% | NM | NM |

*Source: Snap Inc, Oppenheimer & Company Estimates, IDC, Statista*

 OPPENHEIMER

Ex. 3 - 28          **9**

**Stock prices of other companies mentioned in this report as of 04/22/2021**

| Company Name | Ticker | Price | Rating |
|---|---|---|---|
| Pinterest, Inc. Class A | PINS | 71.99 | Not Covered |
| Chegg, Inc. | CHGG | 93.19 | Not Covered |
| Magnite, Inc. | MGNI | 36.32 | Not Covered |

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by Oppenheimer & Co. Inc:

**Stock Prices as of April 22, 2021**
Roku, Inc. (ROKU - NASDAQ, $350.06, OUTPERFORM)
The Trade Desk, Inc. (TTD - NASDAQ, $700.23, OUTPERFORM)
Fiverr International Ltd. (FVRR - NYSE, $217.37, OUTPERFORM)
Facebook, Inc. (FB - NASDAQ, $296.52, OUTPERFORM)
Unity Software Inc. (U - NYSE, $101.90, PERFORM)
PubMatic, Inc. (PUBM - NASDAQ, $49.83, OUTPERFORM)
Alphabet Inc. (GOOG - NASDAQ, $2,267.92, OUTPERFORM)
Apple Inc. (AAPL - NASDAQ, $131.94, OUTPERFORM)



**Rating and Price Target History for: Snap Inc. (SNAP) as of 04-21-2021**

Created by: BlueMatrix

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/ or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

**Distribution of Ratings/IB Services Firmwide**

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| **OUTPERFORM [O]** | 436 | 68.88 | 227 | 52.06 |
| **PERFORM [P]** | 197 | 31.12 | 70 | 35.53 |
| **UNDERPERFORM [U]** | 0 | 0.00 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer



Snap Inc.                                                                                     **SNAP (OUTPERFORM) - $82.00**

& Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

Oppenheimer & Co. Inc. expects to receive or intends to seek compensation for investment banking services in the next 3 months from SNAP.

In the past 12 months Oppenheimer & Co. Inc. has provided investment banking services for FVRR, PUBM and U.

In the past 12 months Oppenheimer & Co. Inc. has managed or co-managed a public offering of securities for FVRR, PUBM and U.

In the past 12 months Oppenheimer & Co. Inc. has received compensation for investment banking services from FVRR, PUBM and U.

In the past 12 months Oppenheimer & Co. Inc. has provided non-investment banking, securities-related services for FVRR.

In the past 12 months Oppenheimer & Co. Inc. or an affiliate has received compensation for non-investment banking services from FVRR.

**Additional Information Available**

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications,

clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2021.

