JS-6

**SAXENA WHITE P.A.**
David R Kaplan (230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Additional Counsel listed on signature page*

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 265
Los Angeles, CA 90012
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>　　Defendants. | No. CV 21-8892-GW-RAOx<br><br><u>CLASS ACTION</u><br><br>FINAL JUDGMENT |

[PROPOSED] FINAL JUDGMENT
Case No. 2:21-cv-08892-GW (RAOx)

On September 26, 2023, the Court entered its final ruling on Defendants' Motion to Dismiss the Third Amended Class Action Complaint (the "Final Ruling"). ECF No. 135. The Final Ruling granted Defendants' motion to dismiss and provided Lead Plaintiff with leave to file an amended complaint by October 27, 2023. On October 27, 2023, Lead Plaintiff filed a Notice of Intent Not to Amend the Complaint. ECF No. 137. Accordingly, judgment is hereby entered and Lead Plaintiff's Third Amended Complaint (ECF No. 120) is dismissed with prejudice.

**IT IS SO ORDERED**

Dated: October 30, 2023

_____

Hon. George H. Wu
United States District Judge