# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | CENTRAL DISTRICT OF CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:21-cv-08892-GW-RAO |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 11/11/2021 |

Date of judgment or order you are appealing: | 10/30/2023 |

Docket entry number of judgment or order you are appealing: | 138 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Oklahoma Firefighters Pension and Retirement System

Is this a cross-appeal?   ◯ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ David R. Kaplan |    **Date** | Nov 28, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                               Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Please see attached

Name(s) of counsel (if any):
Please see attached

Address: Please see attached

Telephone number(s): Please see attached

Email(s): Please see attached

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Please see attached

Name(s) of counsel (if any):
Please see attached

Address: Please see attached

Telephone number(s): Please see attached

Email(s): Please see attached

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                       1                              *New 12/01/2018*

# REPRESENTATION STATEMENT

**Appellant**:  Oklahoma Firefighters Pension and Retirement System

**Appellant's Counsel:**

**SAXENA WHITE P.A.**
David R. Kaplan** (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
E-mail: dkaplan@saxenawhite.com

Maya Saxena*
Joseph E. White, III*
Lester R. Hooker* (SBN 241590)
Dianne M. Pitre* (SBN 286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

Steven B. Singer*
Kyla Grant*
Marisa N. DeMato*
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com
kgrant@saxenawhite.com
mdemato@saxenawhite.com

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph**
Courtney A. Solomon**
Rachel Cherington**
800 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 407-1210
Facsimile: (212) 407-1280
E-mail: gjoseph@jhany.com
csolomon@jhany.com
rcherington@jhany.com

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell** (SBN 221601)
Michael R. Williams** (SBN 192222)
360 E. 2nd St., Suite 265
Los Angeles, CA 90012
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
E-mail: jlittrell@bklwlaw.com
mwilliams@bklwlaw.com

*Denotes counsel who are not yet registered for Electronic Filing in the Ninth Circuit
**Denotes counsel who are registered for Electronic Filing in the Ninth Circuit

**Appellees**:  Snap Inc., Evan Spiegel, and Jeremi Gorman

**Appellees' Counsel**:

**PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP**
Daniel J. Kramer
Audra J. Soloway
Daniel S. Sinnreich
Kristina A. Bunting
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: dkramer@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com
kbunting@paulweiss.com

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW P.C.**
Ekwan E. Rhow (SBN 174604)
Aharon Kaslow (SBN 322769)
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: erhow@birdmarella.com
akaslow@birdmarella.com