UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JAN 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SNAP INC.; et al.,<br><br>Defendants - Appellees. | No. 23-3932<br><br>D.C. No. 2:21-cv-08892-GW-RAO<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered December 20, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs awarded to Appellant in the amount of $323.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT