# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>  Defendants. | No. CV 21-8892-GW-RAOx<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>[*Filed concurrently with Joint Post-Mediation Status Report*]<br><br>Assigned to Honorable George H. Wu |

# ORDER

Upon consent of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The post-mediation status conference shall be continued from September 8, 2025 at 8:30 a.m. to September 25, 2025 at 8:30 am. The Parties shall file a further joint status report by September 22, 2025 at noon PT.

2. Defendants' deadline to file their Opposition to Plaintiff's Motion for Class Certification shall be continued from September 5, 2025 to September 12, 2025.

**IT IS SO ORDERED.**

DATED: September 4, 2025

_____
HON. GEORGE H. WU,
United States District Judge