DANIEL J. KRAMER (*admitted pro hac vice*)
AUDRA J. SOLOWAY (*admitted pro hac vice*)
KRISTINA A. BUNTING (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email:        dkramer@paulweiss.com
Email:        asoloway@paulweiss.com
Email:        kbunting@paulweiss.com

*Attorneys for Defendants Snap Inc., Evan Spiegel, and Jeremi Gorman*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT**<br><br>CLASS ACTION<br><br>[*Filed concurrently with Proposed Order to Stay Action Pending Documentation of Settlement*]<br><br>Assigned to:<br>THE HONORABLE GEORGE H. WU |

1

## JOINT STIPULATION TO STAY ACTION

2    Plaintiff Oklahoma Firefighters Pension and Retirement System, on behalf of
3  the proposed settlement class, and Defendants Snap Inc. ("Snap"), Evan Spiegel, and
4  Jeremi Gorman (collectively, the "Defendants," and with Plaintiff, the "Parties"), by
5  and through their respective counsel of record, hereby stipulate as follows:

6    WHERAS, the Court entered the Parties' stipulation continuing the Parties'
7  post-mediation status conference to September 25, 2025, and continuing Defendants'
8  deadline to file their Opposition to Plaintiff's Motion for Class Certification to
9  September 12, 2025 (Dkt. 180);

10    WHEREAS, the Parties have reached an agreement in principle to settle all
11  claims asserted by Plaintiff in this action;

12    WHEREAS, the Parties respectfully request that the Court continue all pre-trial
13  and trial dates established by the operative scheduling order (Dkt. No. 166, as
14  amended by Dkt. No. 180) while the Parties finalize the settlement papers; and

15    WHEREAS, given the number of documents needed to formalize the
16  settlement, including a motion for preliminary approval and supporting filings, the
17  Parties expect to document the settlement by or before Monday, October 27, 2025;

18    **IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES**
19  through their respective counsel that:

20    1. The action shall be stayed to allow the Parties to document the settlement,
21       and all upcoming deadlines and proceedings—including the upcoming post-
22       mediation status conference and Defendants' deadline to file their
23       Opposition to Plaintiff's Motion for Class Certification—are suspended;
24       and

25    2. The Parties shall execute a stipulation of settlement, and Plaintiff shall use
26       its best efforts to file a motion for preliminary approval of the settlement no
27       later than Monday, October 27, 2025.

28

1    The Parties have jointly submitted a proposed order concurrently herewith.

2

3

4    Respectfully submitted,

5    DATED:  September 10, 2025      By:      /s/ Audra J. Soloway

6                                                      Audra J. Soloway

7                                         DANIEL J. KRAMER (*admitted pro hac vice*)
      AUDRA J. SOLOWAY (*admitted pro hac vice*)
8    KRISTINA A. BUNTING (*admitted pro hac vice*)
9    **PAUL, WEISS, RIFKIND, WHARTON &
      GARRISON LLP**
10   1285 Avenue of the Americas
      New York, NY  10019-6064
11   Tel:   (212) 373-3000
      Fax:   (212) 757-3990
12   Email:       dkramer@paulweiss.com
      Email:       asoloway@paulweiss.com
13   Email:       kbunting@paulweiss.com
14

15

16   EKWAN E. RHOW (SBN 174604)
17   DARREN L. PATRICK (SBN 310727)
      **BIRD, MARELLA, RHOW, LINCENBERG,
18   DROOKS, & NESSIM, LLP**
19   1875 Century Park East, 23rd Floor
      Los Angeles, CA  90067-2561
20   Tel:   (310) 201-2100
      Fax:   (310) 201-2110
21   Email:       erhow@birdmarella.com
22   Email:       dpatrick@birdmarella.com
23
      *Attorneys for Defendants Snap Inc., Evan Spiegel,*
24   *and Jeremi Gorman*

25

26

27

28

DATED:  September 10, 2025      By:      /s/ Joseph E. White, III

Joseph E. White, III

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
Kyla Grant (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

-and

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White, III (*pro hac vice* )
Lester R. Hooker (SBN 241590)
Dianne M. Pitre (SBN 286199)
Scott Koren (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 393-3382
E-mail: msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com
skoren@saxenawhite.com

-and

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

1  E-mail: dkaplan@saxenawhite.com

2  **Lead Counsel for Lead Plaintiff**

3

4  **BIENERT KATZMAN LITTRELL
WILLIAMS LLP**
John L. Littrell (SBN 221601)

5  jlittrell@bklwlaw.com

6  Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com

7  601 W. 5th Street, Suite 720

8  Los Angeles, CA 90071

9  Telephone: (949) 369-3700

10  Facsimile: (949) 369-3701

11  **Local Counsel for Lead Plaintiff**

12

13  **<u>SIGNATURE CERTIFICATION</u>**

14  Pursuant to U.S. District Court for the Central District of California Local Rule

15  5-4.3.4(a)(2)(i), I hereby certify that all signatories listed, and on whose behalf the

16  filing is submitted, concur in the filing's content and have authorized the filing.

17

18  DATED: September 10, 2025    By:    */s/ Audra J. Soloway*

19  Audra J. Soloway

20

21

22

23

24

25

26

27

28