# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>               Defendants. | No. 2:21-cv-08892-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DOCUMENTATION OF SETTLEMENT**<br><br>[*Filed concurrently with Joint Stipulation to Stay Action Pending Documentation of Settlement*]<br><br>Assigned to:<br>THE HONORABLE GEORGE H. WU |

1

# [PROPOSED] ORDER

Upon consent of the parties, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The action is stayed and all upcoming deadlines and proceedings—including the upcoming post-mediation status conference and Defendants' deadline to file their Opposition to Plaintiff's Motion for Class Certification—are suspended to allow the Parties to document the settlement; and

2. The Parties shall execute a stipulation of settlement, and Plaintiff shall file a motion for preliminary approval of the settlement no later than Monday, October 27, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER STAYING ALL DEADLINES & PROCEEDINGS (2:21-cv-08892-GW-RAO)