UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8892-GW-RAOx | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Kellie Black v. Snap, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lester R. Hooker | Kristina A. Bunting |

**PROCEEDINGS:    PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT [183]**

The Court's Tentative Ruling on Plaintiff's Motion [183] was issued on December 3, 2025 [187]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion. A final fairness hearing is set for April 23, 2026 at 8:30 a.m. Plaintiff is to prepare and file a revised proposed order by 10:00 a.m. on December 5, 2025.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |