**SAXENA WHITE P.A.**
Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Additional Counsel listed on signature page*

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KELLIE BLACK, individually and on behalf of all others similarly situated,

    Plaintiff,

    vs.

SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,

    Defendants.

No. 2:21-cv-08892-GW (RAO)

CLASS ACTION

NOTICE OF FILING IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Date: December 4, 2025
Time: 8:30 A.M.
Courtroom.: 9D
Honorable George H. Wu

**PLEASE TAKE NOTICE** that Lead Plaintiff hereby submits the revised proposed order and exhibits to the Stipulation of Settlement (the "Stipulation")[1] filed on October 27, 2025 (ECF No. 183-2), which have been revised pursuant to the Court's instructions at the December 4, 2025 hearing on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion"), and the Minutes adopting the Court's Tentative Ruling on Lead Plaintiff's Motion (ECF No. 188): Preliminary Approval Order (Exhibit A); Notice (Exhibit A-1); Claim Form (Exhibit A-2); Summary Notice (Exhibit A-3); Postcard Notice (Exhibit A-4); and Judgment (Exhibit B).

Dated: December 4, 2025

SAXENA WHITE, P.A.

/s/ Lester R. Hooker
Maya Saxena (*pro hac vice*)
Joseph E. White, III
Lester R. Hooker (SBN 241590)
Dianne M. Pitre (SBN 286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

SAXENA WHITE P.A.
Steven B. Singer (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com
sdileo@saxenawhite.com

SAXENA WHITE P.A.
David R. Kaplan (SBN 230144)
Emily R. Bishop (SBN 319383)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860

---

[1] Unless otherwise defined, all capitalized terms shall have the same meanings as in the Stipulation.

NOTICE OF FILING ISO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – 2:21-CV-08892-GW (RAO)

- 1 -

Facsimile: (858) 369-0096
E-mail: dkaplan@saxenawhite.com
Ebishop@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (SBN 221601)
jlittrell@bklwlaw.com
Michael R. Williams (SBN 192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

NOTICE OF FILING ISO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT – 2:21-CV-08892-GW (RAO)

- 2 -

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY under penalty of perjury that, on December 4, 2025, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

Executed on December 4, 2025.

*/s/ Lester R. Hooker*