**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated, | ) No. 2:21-cv-08892-GW-RAO |
| | ) |
| | ) CLASS ACTION |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PROOF OF CLAIM AND RELEASE**

**I.   GENERAL INSTRUCTIONS**

1.    To recover as a member of the Settlement Class based on your claim in the action entitled *Black v. Snap Inc., et al.,* No. 2:21-cv-08892-GW-RAO (C.D. Cal.) (the "Action"), you must complete and, on page 7 below, sign this Proof of Claim and Release form ("Claim Form").[1]  If you fail to submit a timely and properly addressed (as explained in paragraph 3 of this section) Claim Form, your claim may be rejected, and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.    Submission of this Claim Form, however, does not ensure that you will share in the proceeds of the Settlement of the Action.

3.    **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.SNAPSECURITIESSETTLEMENT.COM BY MAY 6, 2026, OR, IF MAILED, BE POSTMARKED BY MAY 6, 2026, ADDRESSED AS FOLLOWS**:

Snap Securities Settlement
c/o A.B. Data, Ltd.
P.O. Box 173101
Milwaukee, WI 53217
www.SnapSecuritiesSettlement.com

4.    Do not mail or deliver your Claim Form to the Court, the Parties to this Action, or their counsel.  Submit your Claim Form only to the Claims Administrator.

5.    If you are a member of the Settlement Class, you are bound by the terms of any judgment entered in the Action, including the releases provided for therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

**II.   CLAIMANT IDENTIFICATION**

1.    If you purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive[2] (the "Class"), and were allegedly damaged thereby, and held the common stock and/or options in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired Snap common stock and/or call options or sold Snap put options during the Settlement

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation of Settlement ("Stipulation" or "Settlement Agreement").

[2] For the avoidance of doubt, the Settlement Class includes Elias Guerra and those individuals and entities he purports to represent in his capacity as Securityholder Representative in the matter captioned *Guerra v. Snap Inc.*, C.A. No. 2024-1009-JTL (Del. Ch.).

Class Period through a third party, such as a brokerage firm, you are the beneficial owner, and the third party is the record owner.

2.      Use **Part I** of this form entitled "Claimant Information" to identify each beneficial owner of Snap common stock, Snap call options, and Snap put options that forms the basis of this claim, as well as the owner of record if different.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.      All joint owners must sign this claim.  Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons they represent and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or Taxpayer Identification) Number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.  IDENTIFICATION OF TRANSACTIONS

1.      Use **Part II** of this form entitled "Schedule of Transactions in Snap Common Stock" to supply all required details of your transaction(s) in Snap common stock.  If you need more space or additional schedules, attach separate sheets giving all the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.      Use **Part III** of this form entitled "Schedule of Transactions in Snap Call Options" to supply all required details of your transaction(s) in Snap call options.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

3.      Use **Part IV** of this form entitled "Schedule of Transactions in Snap Put Options" to supply all required details of your transaction(s) in Snap put options.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet

4.      On the schedules, provide all the requested information with respect to *all of* your holdings, purchases, acquisitions, and sales of Snap common stock, call options, and put options during the period from February 5, 2021 through and including October 21, 2021, whether or not the transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

5.      The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Snap common stock.  The date of a "short sale" is deemed to be the date of sale of the Snap common stock.

6.      Copies of broker confirmations or other documentation of your transactions must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN SNAP SECURITIES.**

7.      NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All claimants with large numbers of transactions using the electronic filing format MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to file your claim electronically, you must contact the Claims Administrator at (877) 777-9249 to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

**PART I:  CLAIMANT INFORMATION**

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name:

Co-Beneficial Owner's Name:

Record Owner/Entity Name (if claimant is not an individual):

Representative or Custodian Name (if different from Benefical Owner(s) listed above):

Address 1 (street name and number):

Address 2 (apartment, unit, or box number):

| City | State | Zip Code/Province Code | Country |
|------|-------|------------------------|---------|
|      |       |                        |         |

Social Security Number (Last four digits only) or Taxpayer Identification Number (last four digits):

| Telephone Number (Home): | Telephone Number (Cell): |
|--------------------------|--------------------------|
|                          |                          |

Email Address:

Account Number (if filing for multiple accounts, file a separate Claim Form for each account):

Claimant Account Type (check appropriate box):

Individual (includes joint owner accounts) ☐       Pension Plan ☐
Corporation ☐       Estate ☐
IRA/401k ☐       Trust ☐

Other_____ (please specify)

**PART II: <u>SCHEDULE OF TRANSACTIONS IN SNAP COMMON STOCK</u>**

**1. HOLDINGS AS OF FEBRUARY 5, 2021** – State the total number of Publicly-Traded Snap Inc. common stock held as of the opening of trading on February 5, 2021. (Must be documented.) If none, write "zero" or "0."

**2. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list every purchase/acquisition of publicly-traded Snap Inc. common stock from after the opening of trading February 5, 2021 through and including October 21, 2021.

(Must be documented.)

| Date of Purchase/Acquisition (Chronologically) (Month/Day/Year) | Number of Shares Purchased | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |

**3. PURCHASES/ACQUISITIONS DURING 90-DAY LOOKBACK PERIOD** – State the total number of shares of publicly-traded Snap Inc. common stock purchased/acquired between October 22, 2021 through the close of trading on January 19, 2022, inclusive. (Must be documented.)

**4. SALES DURING THE SETTLEMENT CLASS PERIOD AND DURING THE 90-DAY LOOKBACK PERIOD** – Separately list each sale/disposition of publicly-traded Snap Inc. common stock from after the opening of trading on February 5, 2021, through and including the close of trading on January 19, 2022. (Must be documented.)

| Date of Sale (Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |

**5. END HOLDINGS** – State the total number of shares of publicly-traded Snap Inc. common stock held as of the close of trading on January 19, 2022. If none, write "zero" or "0." (Must be documented.)

**PART III: <u>SCHEDULE OF TRANSACTIONS IN SNAP CALL OPTIONS</u>**

| 1.   **BEGINNING HOLDINGS - Separately list all positions in Snap Call Option contracts in which you had an open interest as of the opening of trading on February 5, 2021.** (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**2.   PURCHASES/ACQUISITIONS OF SNAP CALL OPTIONS** - Separately list each price/acquisition (including free receipts) of Snap Call Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021.  (Must be documented.)

| Date of Purchase/Acquisition (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contracts Purchased or Acquired (Month/Day/Year) | Number of Call Option Contracts Purchased or Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commission, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |

| 3.   **SALE OF SNAP CALL OPTIONS -** Separately list each sale/disposition (including free deliveries) of Snap Call Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021 (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|

| Date of Sale (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "A" if Assigned Insert an "X" if Expired | Assignment Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |

| 4.   **ENDING HOLDINGS** - Separately list all positions in Snap Call Option contract that you had as of the close of trading on October 21, 2021, in which you had an open interest as of the expiration date.  (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**PART IV: <u>SCHEDULE OF TRANSACTIONS IN SNAP PUT OPTIONS</u>**

| 1. **BEGINNING HOLDINGS** - Separately list all positions in Snap Put Option contracts in which you had an open interest as of the opening of trading on February 5, 2021. | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**2. SALES (WRITING) OF SNAP PUT OPTIONS** - Separately list each sale (writing) of Snap Put Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021. (Must be documented.)

| Date of Sale (Writing) (Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contracts Sold or Wrote | Number of Put Options Contracts Sold (Wrote) | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "A" if Assigned Insert an "X" if Expired | Assign Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |

| 3. **PURCHASES/ACQUISITIONS OF SNAP PUT OPTIONS -** Separately list each re-purchase of Snap Put Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021. (Must be documented.) | | | | | | **IF NONE, CHECK HERE** ○ | |
|---|---|---|---|---|---|---|---|
| Date of Re-Purchase (Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts Sold | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | |
| /   / | $ | /   / | | $ | $ | | |
| /   / | $ | /   / | | $ | $ | | |
| /   / | $ | /   / | | $ | $ | | |
| /   / | $ | /   / | | $ | $ | | |

| 4. **ENDING HOLDINGS** - Separately list all positions in Snap Put Option contracts that you had as of the close of trading on October 21, 2021, in which you had an open interest as of the expiration date. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

## V.    SUBMISSION TO JURISDICTION OF THE COURT AND ACKNOWLEDGMENTS

By signing and submitting this Claim Form, the claimant(s), or the person(s) acting on behalf of the claimant(s), certify(ies) that: I (We) submit this Claim Form under the terms of the Plan of Allocation of the Net Settlement Fund described in the Stipulation or any other plan of allocation approved by the Court. I (We) also submit to the jurisdiction of the United States District Court for the Central District of California (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein and in the Stipulation. I (We) further acknowledge that I (we) will be bound by the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein. I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible Snap Securities, if required to do so. I (We) have not submitted any other claim covering the same transactions in Snap Securities during the Settlement Class Period and know of no other person having done so on my (our) behalf.

## VI. RELEASES, WARRANTIES, AND CERTIFICATION

1.    I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Stipulation, that I am (we are) not excluded from the Settlement Class, and that I am (we are) not one of the "Released Defendants Parties" as defined in the Stipulation.

2.    As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge with prejudice the Released Claims as to all the Released Defendant Parties (as these terms are defined in the Stipulation). This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.    I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation.

5.    I (We) hereby warrant and represent that I (we) have included information about all my (our) purchases, acquisitions, and sales of Snap Securities that occurred during the Settlement Class Period and the number of shares held by me (us), to the extent requested.

6.    I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

7.    I (We) acknowledge that I (We) will be bound by and subject to the term of any Judgment that may be entered in the Action; and

8.    I (We) waive the right to trial by jury, to the extent it exists, and agree to any determination made by the Court regarding the validity or amount of this claim, and waive any right of appeal or review with respect to such determination.

I declare under penalty of perjury under the laws of the United States of America that all the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____ in _____, _____.
                        (Month / Year)             (City)             (State/Country)

_____        _____
Signature of Claimant                                  Signature of Joint Claimant, if any

_____        _____
Print Name of Claimant                               Print Name of Joint Claimant, if any

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser, Executor, or Administrator)

ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.  THANK YOU FOR YOUR PATIENCE.

**REMINDER CHECKLIST:**

1. Please sign this Claim Form.

2. DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.

3. Attach only copies of supporting documentation as these documents will not be returned to you.

4. Keep a copy of your Claim Form for your records.

5. If you change addresses after submitting this Claim Form, please notify the Claims Administrator of the change in your address; otherwise, you may not receive additional notices or payment.