# EXHIBIT B

**SAXENA WHITE P.A.**
Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KELLIE BLACK, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:21-cv-08892-GW (RAO)

CLASS ACTION

DECLARATION OF KATHLEEN BRAUNS REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; (C) ESTABLISHMENT OF SETTLEMENT WEBSITE AND CALL SERVICES; AND (D) REPORT ON EXCLUSIONS AND OBJECTIONS

I, Kathleen Brauns, declare as follows:

1.    I am a Project Manager of the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the Action.    The following statements are based on my personal knowledge and information provided by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.    On December 4, 2025, the Court entered its Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 190),[1] which granted Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 183); and approved the Notice, Summary Notice, Postcard Notice, and the Claim Form.

3.    Pursuant to the Preliminary Approval Order, A.B. Data is authorized to act as the Claims Administrator in connection with the Action. I submit this Declaration to provide the Court and the Parties information regarding, among other things, the mailing of the Postcard Notice, the publication of the Summary Notice, and updates concerning other aspects of the settlement administration process.

## I.    MAILING AND EMAILING OF THE POSTCARD NOTICE

4.    Pursuant to the Preliminary Approval Order, A.B. Data was responsible for mailing and emailing the Postcard Notice to potential Settlement Class Members and nominees. True and correct copies of the Postcard Notice and Email Notice are attached hereto as Exhibits A and B.

5.    As in most securities class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name"—*i.e.*, the securities are purchased by brokerage

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Stipulation of Settlement (ECF No. 183-2).

BRAUNS DECL. RE NOTICE, WEBSITE, CALL SERVICES, AND
REPORT ON EXCLUSIONS AND OBJECTIONS – 2:21-CV-08892-GW (RAO)    1

firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers. A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees (the "Broker Mailing Database"). A.B. Data's Broker Mailing Database is updated from time to time as new nominees are identified and others cease operations. At the time of the deadline for mailing or emailing the Postcard Notice to the Settlement Class, the Broker Mailing Database contained 4,892 mailing records. On January 6, 2026, A.B. Data caused the Postcard Notices to be sent by First-Class Mail to the 4,892 addresses for banks, brokers, and other nominees whose mailing records were contained in the Broker Mailing Database.

6.    A.B. Data also sent an email to nominees in the Broker Mailing Database who have an email address on record. The email attached a copy of the Postcard Notice, the Notice, and the Claim Form. True and correct copies of the Notice and Claim Form are attached hereto as Exhibits C and D, respectively.

7.    As part of the notice plan for this Action, on January 6, 2026, A.B. Data also provided an electronic copy of the Notice and Claim Form to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The LENS may be accessed by any nominee that participates in DTC's security system and provides the DTC participants with the ability to search and download legal notices as well as receive email alerts based on particular notice or particular security identifiers (known as CUSIPs).

8.    Pursuant to the Preliminary Approval Order, the Notice directed those who purchased or otherwise acquired Snap, Inc. ("Snap") Securities during the Settlement Class Period for the beneficial interest of other persons or entities to, within seven (7) calendar days of receipt, either: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward them to all such beneficial owners, or (b) send a list of the names, mailing addresses, and email

addresses (to the extent available) of all such beneficial owners to the Claims Administrator, who then would promptly email or mail the Postcard Notice to such beneficial owners.

9.     Additionally, on December 16, 2025, A.B. Data received a data file provided by counsel to Defendants containing the names and addresses of 368 unique persons or entities who were identified as record holders of Snap Securities during the Settlement Class Period.  A.B. Data caused Postcard Notices to be disseminated by First-Class Mail to the potential Settlement Class Members identified in the data file.

10.     As of March 12, 2026, A.B. Data has received an additional 38,076 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data also received requests from brokers and other nominee holders for 200,950 Postcard Notices to be forwarded by the nominees to their customers. All such requests have been, and will continue to be, complied with and addressed in a timely manner.

11.     As of March 12, 2026, a total of 244,286 Postcard and Email Notices have been disseminated to potential Settlement Class Members and nominees. Of the 244,286 Postcard Notices sent, 768 were returned as undeliverable.  A.B. Data has since re-mailed 80 Postcard Notices to persons and entities whose original mailings were returned by the U.S. Postal Service ("USPS"), and for whom updated addresses were provided to A.B. Data by the USPS or ascertained through a third-party information provider.

## II.     PUBLICATION OF THE SUMMARY NOTICE

12.     In accordance with the Preliminary Approval Order, A.B. Data caused the Summary Notice to be published in *The Wall Street Journal* and released via *PR Newswire* on January 21, 2026. Copies of proof of publication of the Summary Notice in *The Wall Street Journal* and over *PR Newswire* are attached hereto as Exhibits E and F, respectively.

## III.    ESTABLISHMENT OF SETTLEMENT WEBSITE

13.    A.B. Data designed, implemented, and currently maintains a website dedicated to the Settlement, www.SnapSecuritiesSettlement.com (the "Settlement Website"), to facilitate the notice program and claims filing process set forth in the Preliminary Approval Order, and otherwise assist potential Settlement Class Members. The Settlement Website became operational beginning on January 6, 2026, and is accessible 24 hours a day, 7 days a week. The Settlement Website includes general information regarding the proposed Settlement, including the exclusion, objection, and claim-filing deadlines, as well as the date and time of the Court's Settlement Hearing. In addition, copies of important documents, including, among others, the Stipulation, Preliminary Approval Order, Notice, Claim Form, and Complaint are available on the Settlement Website for downloading.

14.    Moreover, the Settlement Website allows potential Settlement Class Members to file claims online and provides instructions and a claim filing template for institutional investors, as well as individuals or entities filing claims with a large number of transactions (specifically, fifty or more transactions).

15.    The Settlement Website will continue to be updated with relevant case information and Court documents.

## IV.    ESTABLISHMENT OF CALL CENTER SERVICES

16.    On January 6, 2026, A.B. Data established a case-specific, toll-free telephone helpline, (877) 777-9249, with an interactive voice response system and live operators, to respond to potential Settlement Class Members who have questions about the Action and the Settlement, such as requests for a Notice and Claim Form and instructions on how to complete and submit the Claim Form. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option to be transferred to a live operator during business hours. A.B. Data continues to maintain the telephone

BRAUNS DECL. RE NOTICE, WEBSITE, CALL SERVICES, AND
REPORT ON EXCLUSIONS AND OBJECTIONS – 2:21-CV-08892-GW (RAO)                    4

helpline and will update the interactive voice response system as necessary through the administration of the Settlement.

17.    As of March 12, 2026, 664 calls had been received by the toll-free telephone from potential Settlement Class Members.  The total length of these calls was approximately 1,328 minutes.  I understand that all inquiries received through the toll-free telephone helpline were appropriately addressed.

18.    In sum, the notice and claims processing program used in this Settlement uses customary procedures that have been widely adopted in securities class action cases, including those where A.B. Data has successfully implemented the same notice and claims processing program. *See, e.g., Donley v. Live Nation Entertainment, Inc.*, Case No. 2:23-cv-06343-KK, slip op. at 7 (ASx) (C.D. Cal. April 25, 2025) ("The Court (a) approves, as to form and content,… the Postcard Notice"); *Ferraro Family Found., Inc., et al. v. Corcept Therapeutics Inc., et al.*, No. 3:19-cv-01372-JD, slip op. at 5 (N.D. Cal. Jan. 4, 2024) ("The Court preliminarily approves, as to form and content, . . . the Postcard Notice."); *Leventhal v. Chegg, Inc., et al.*, Case No. 5:21-cv-09953, slip op. at 4 (N.D. Cal. December 19, 2024) ("The Court (a) approves, as to form and content,… the Postcard Notice").

## V.    REPORT ON EXCLUSIONS AND OBJECTIONS

19.    Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website inform potential Settlement Class Members that written requests for exclusion are to be sent to the Claims Administrator such that they are received no later than March 26, 2026. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, A.B. Data has received 13 requests for exclusion. Each of these requests were from former individuals and entities that received their Snap shares as consideration when Snap merged with Popwallet, Inc.  Collectively, these requests total 31,077 shares.

20. A.B. Data will submit a supplemental declaration after the March 26, 2026, deadline addressing all requests for exclusion received.

21. Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website informs Settlement Class Members wishing to object to the Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and litigation expenses that they are required to submit their objection in writing such that the request is received or filed with the Court no later than March 26, 2026. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator instead. As of the date of this declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## VI. CLAIMS RECEIVED TO DATE

22. Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than May 6, 2026.  As of the date of this Declaration, A.B. Data has received a total of 5,225 Claims. In my professional experience, it is common for the vast majority of Claims to be received on or near the claim filing deadline. A.B. Data will submit a supplemental declaration prior to the Settlement Hearing with an updated count of claims received.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 12, 2026.

_Kathleen Brauns_
_____
Kathleen Brauns

# EXHIBIT A

*COURT-ORDERED LEGAL NOTICE*
*(Forwarding Service Requested)*

*Black v. Snap Inc., et al.,*
No. 2:21-cv-08892 (C.D. Cal.)

**This notice contains important information about a securities class action settlement.**

**You may be entitled to a payment. This notice may affect your legal rights.**

**Please read this notice carefully.**

**For more information, please visit www.SnapSecuritiesSettlement.com or call toll free 1-877-777-9249.**

Snap Securities Settlement
c/o A.B. Data, Ltd.
P.O. Box 173101
Milwaukee, WI 53217

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
_____, __
PERMIT NO. ___

Postal Service: Please Do Not Mark or Cover Barcode

[NAME1]
[ADDR2]
[CITY] [ST] [ZIP]
[COUNTRY]

**THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.**
CONTACT THE CLAIMS ADMINISTRATOR TOLL-FREE AT (877)-777-9249 FOR MORE INFORMATION.

2:21-cv-08892-CW-RAO   Document 183-2   Filed 03/12/26   Page 11 of 60
ID #:3782

There has been a proposed Settlement of claims in a securities class action lawsuit against Snap Inc., Jeremi Gorman, and Evan Spiegel. In the lawsuit, Plaintiff alleges that Defendants misled investors, in violation of the federal securities laws, by falsely representing the potential impact of Apple Inc.'s privacy changes; and that advertisers that represent a majority of Snap's direct response advertising revenue had successfully implemented SKAdNetwork for their Snap campaigns. Defendants deny any wrongdoing. You received this notice because you, someone in your family, or an investment account for which you serve as a custodian, may be a member of the Settlement Class: all Persons and entities who purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive, and were damaged thereby.

Defendants have agreed to pay a Settlement Amount of $65,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the releases by Settlement Class Members of claims related to this case. For all details of the Settlement, visit the Settlement Website (www.SnapSecuritiesSettlement.com) and review the Stipulation and full Notice.

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Snap Securities. If every eligible Class Member submits a valid Claim Form, the average recovery will be $0.14 per damaged share, $3.82 per damaged call option, and $6.66 per damaged put option before expenses and other Court-ordered deductions. Your award will be determined pro rata based on the number of Claims submitted. This is further explained in the detailed Notice found on the Settlement website.

To qualify for payment, you must submit a Claim Form. The Claim Form can be found on the Settlement Website or will be mailed to you upon request to the Claims Administrator (877-777-9249). Claim Forms must be submitted online or postmarked by May 6, 2026, to: Snap Securities Settlement, c/o A.B. Data, Ltd., P.O. Box 173101, Milwaukee, WI 53217. You will be bound by any Judgment entered in this Action, regardless of whether you submit a Claim Form, unless you submit a request to exclude yourself from the Settlement Class. If you exclude yourself, you cannot receive money from this Settlement. If you want to exclude yourself from the Settlement Class, you must submit a request for exclusion, such that it is received by March 26, 2026, to: Snap Securities Litigation, Exclusions, c/o A.B. Data, Ltd., P.O. Box 173001 Milwaukee, WI 53217. If you want to object to any aspect of the Settlement, you may file an objection by March 26, 2026. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on April 23, 2026 at 8:30 a.m. PT to consider whether to approve the Settlement and a request by Plaintiff's Counsel representing the Settlement Class for up to 30% of the Settlement Fund in attorneys' fees, plus actual expenses up to $715,000 for litigating the case and negotiating the Settlement, and reimbursement of Plaintiff's costs and expenses related to its representation of the Settlement Class in an amount not to exceed $15,000. You may attend the hearing, but you do not have to. Please check the Settlement website or the Court's PACER site to confirm that the date has not been changed. For more information, call toll-free (877-777-9249) or visit the Settlement website, www.SnapSecuritiesSettlement.com and read the detailed Notice.

# EXHIBIT B

Subject Line: Notice of Proposed Settlement: Snap Securities Settlement
From: Snap Securities Settlement Claims Administrator
Reply to: info@SnapSecuritiesSettlement.com

### *COURT-ORDERED LEGAL NOTICE*

*Black v. Snap Inc., et al., No. 2:21-cv-08892 (C.D. Cal.)*

**This notice contains important information about a securities class action settlement. You may be entitled to a payment. This notice may affect your legal rights. Please read this notice carefully.**

**For more information, please visit www.SnapSecuritiesSettlement.com or call toll free 1-877-777-9249.**

**Settlement Class: All Persons and entities who purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive, and were damaged thereby.**

*THIS EMAIL NOTICE PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. VISIT WWW.SNAPSECURITIESSETTLEMENT.COM OR CALL (877) 777-9249 FOR MORE INFORMATION.*

There has been a proposed Settlement of claims in a securities class action lawsuit against Snap Inc., Jeremi Gorman, and Evan Spiegel. In the lawsuit, Plaintiff alleges that Defendants misled investors, in violation of the federal securities laws, by falsely representing the potential impact of Apple Inc.'s privacy changes; and that advertisers that represent a majority of Snap's direct response advertising revenue had successfully implemented SKAdNetwork for their Snap campaigns. Defendants deny any wrongdoing. You received this notice because you, someone in your family, or an investment account for which you serve as a custodian, may be a member of the Settlement Class: all Persons and entities who purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive, and were damaged thereby.

Defendants have agreed to pay a Settlement Amount of $65,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the releases by Settlement Class Members of claims related to this case. For all details of the Settlement, visit the Settlement Website (www.SnapSecuritiesSettlement.com) and review the Stipulation and full Notice.

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Snap Securities. If every eligible Class Member submits a valid Claim Form, the average recovery will be $0.14 per damaged share, $3.82 per damaged call option, and $6.66 per damaged put option before expenses and other Court-ordered deductions. Your award will be determined pro rata based on the number of Claims submitted. This is further explained in the detailed Notice found on the Settlement website.

To qualify for payment, you must submit a Claim Form. The Claim Form can be found on the Settlement Website or will be mailed to you upon request to the Claims Administrator (877-777-9249). Claim Forms must be submitted online or postmarked by May 6, 2026, to: Snap Securities Settlement, c/o A.B. Data, Ltd., P.O. Box 173101, Milwaukee, WI 53217. You will be bound by any Judgment entered in this Action,

regardless of whether you submit a Claim Form, unless you submit a request to exclude yourself from the Settlement Class. If you exclude yourself, you cannot receive money from this Settlement. If you want to exclude yourself from the Settlement Class, you must submit a request for exclusion, such that it is received by March 26, 2026, to: Snap Securities Litigation, Exclusions, c/o A.B. Data, Ltd., P.O. Box 173001 Milwaukee, WI 53217. If you want to object to any aspect of the Settlement, you may file an objection by March 26, 2026. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on April 23, 2026 at 8:30 a.m. PT to consider whether to approve the Settlement and a request by Plaintiff's Counsel representing the Settlement Class for up to 30% of the Settlement Fund in attorneys' fees, plus actual expenses up to $715,000 for litigating the case and negotiating the Settlement, and reimbursement of Plaintiff's costs and expenses related to its representation of the Settlement Class in an amount not to exceed $15,000. You may attend the hearing, but you do not have to. Please check the Settlement website or the Court's PACER site to confirm that the date has not been changed. For more information, call toll-free (877-777-9249) or visit the Settlement website, www.SnapSecuritiesSettlement.com and read the detailed Notice.

# EXHIBIT C

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,<br><br>            Defendants. | )  No. 2:21-cv-08892-GW (RAO)<br>)<br>)  CLASS ACTION<br>)<br>)  NOTICE OF: (i) PENDENCY OF CLASS<br>)  ACTION, CERTIFICATION OF CLASS, AND<br>)  PROPOSED SETTLEMENT AND PLAN OF<br>)  ALLOCATION; (ii) SETTLEMENT FAIRNESS<br>)  HEARING; AND (iii) MOTION FOR AN<br>)  AWARD OF ATTORNEYS' FEES AND<br>)  LITIGATION EXPENSES<br>)<br>)<br>) |

### *Federal Court Authorized This Notice.  This Is Not a Solicitation from a Lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:  Please be advised that your rights may be affected by the above-captioned class action lawsuit pending in this Court (the "Action") if you purchased or otherwise acquired Snap Inc. ("Snap" or the "Company") publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive (the "Class Period" or "Settlement Class Period") and were damaged thereby.**

**NOTICE OF SETTLEMENT:  Please also be advised that lead plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff" or "Plaintiff"), on behalf of the Class (as defined in ¶1 below), has reached a proposed settlement of the Action for a total of $65 million in cash that will resolve all claims in the Action (the "Settlement").**

**This Notice explains important rights you may have, including your possible receipt of cash from the Settlement.  Your legal rights will be affected whether or not you act.  Please read this Notice carefully**.  **If you are a broker or custodian, please immediately review this Notice for instructions on providing timely notification to beneficial owners**.

        1.      **Description of the Action and the Class**:  This Notice relates to a proposed Settlement of a class action lawsuit pending against the following defendants: Snap, Jeremi Gorman, and Evan Spiegel ("Defendants") (collectively, with Lead Plaintiff, the "Settling Parties" or "Parties").  The proposed Settlement, if approved by the Court, will apply to the following class: all Persons or entities who purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive and were damaged thereby (the "Class").  Excluded from the Class are: (1) Defendants, (2) the officers and directors of Snap during the Class Period, (3) the immediate family members of any Defendant or any officer or director of Snap during the Class Period, and (4) any entity that any Defendant owns or controls, or owned or controlled, during the Class Period.  Also excluded from the Class are those Persons and entities who timely and validly request exclusion from the Class pursuant to this Notice.[1]  For the avoidance of doubt, the Settlement Class includes Elias Guerra and those individuals and entities he purports to represent in his capacity as Securityholder Representative in the matter captioned *Guerra v. Snap Inc.*, C.A. No. 2024-1009-JTL (Del. Ch.).

        2.      **Statement of Class Recovery**:  Subject to Court approval, Lead Plaintiff, on behalf of the Class, has agreed to settle all Released Claims (as defined in ¶59 below) against Defendants and other Released Defendants Parties (as defined in ¶61 below) in exchange for a settlement payment of $65 million in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (the Settlement Fund less Taxes and Tax Expenses, Notice and Administration Costs,[2] and

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings provided in the Stipulation of Settlement ("Stipulation" or "Settlement Agreement"), which is available on the website www.SnapSecuritiesSettlement.com.

[2] The estimated cost of notifying the Settlement Class and administering the Settlement is between $665,000 and $750,000, as well as approximately $250,000 in expected fees and expenses charged by brokers and nominees for providing names and addresses of potential Class Members or for forwarding the Postcard Notice to their clients.

attorneys' fees and litigation expenses) will be distributed in accordance with a plan of allocation (the "Plan of Allocation") that will be approved by the Court and will determine how the Net Settlement Fund shall be distributed to Class Members. The Plan of Allocation is a basis for determining the relative positions of Class Members for purposes of allocating the Net Settlement Fund. The proposed Plan of Allocation is included in this Notice, and may be modified by the Court without further notice.

3.    **Statement of Average Distribution Per Share**: The Settlement Fund consists of the $65 million Settlement Amount plus interest earned. Assuming all potential Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and costs as described herein) would be $0.14 per alleged damaged share, $3.82 per damaged call option, and $6.66 per damaged put option. Class Members may recover more or less than this amount depending on, among other factors, the aggregate value of the Recognized Claims represented by valid and acceptable Proof of Claim and Release forms (the "Claim Form" or "Proof of Claim") as explained in the Plan of Allocation; when their securities were purchased and the price at the time of purchase; and whether the securities were sold, and if so, when they were sold and for how much. In addition, the actual recovery of Class Members may be further reduced by the payment of fees and expenses from the Settlement Fund, as approved by the Court.

4.    **Statement of the Parties' Positions on the Merits of the Case**: Defendants deny all claims of wrongdoing, that they engaged in any wrongdoing, that they are liable to Lead Plaintiff and/or the Class, and that Lead Plaintiff or other members of the Class suffered any injury. Moreover, the Parties do not agree on the amount of recoverable damages if Lead Plaintiff and the Class were to prevail on each of the claims. The issues on which the Parties disagree include, but are not limited to, whether: (i) the statements made or facts allegedly omitted were material, false, or misleading; (ii) Defendants are otherwise liable under the securities laws for those statements or omissions; and (iii) all or part of the damages allegedly suffered by members of the Class were caused by economic conditions or factors other than the allegedly false or misleading statements or omissions.

5.    **Statement of Attorneys' Fees and Expenses Sought**: Lead Counsel will apply to the Court for an award of attorneys' fees from the Settlement Fund of no more than 30% of the Settlement Amount, plus interest earned at the same rate and for the same period as earned by the Settlement Fund. In addition, Lead Counsel also will apply to the Court for payment from the Settlement Fund for Lead Counsel's litigation expenses (reasonable expenses or charges of Lead Counsel in connection with commencing and prosecuting the Action), in a total amount not to exceed $715,000, plus interest earned at the same rate and for the same period as earned by the Settlement Fund. If the Court approves Lead Counsel's fee and expense application, the estimated average cost per damaged share is $0.05, per damaged call option is $1.19, and per damaged put option is $2.07. In addition, Lead Plaintiff may seek an award in an amount not to exceed $15,000, pursuant to 15 U.S.C. §78u-4(a)(4), in connection with its representation of the Class.

6.    **Identification of Attorneys' Representatives**: Lead Plaintiff and the Class are represented by Saxena White P.A. ("Lead Counsel"): Lester R. Hooker at Saxena White P.A., 7777 Glades Road, Suite 300, Boca Raton, FL 33434, lhooker@saxenawhite.com.

7.    **Reasons for the Settlement:** Lead Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action, and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever and maintain that they would in any event have had meritorious defenses to all claims alleged in the Action, are entering into the Settlement to eliminate the uncertainty, burden, and expense of further protracted litigation.

| YOR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| DO NOTHING | Get no payment.  Remain a Class Member.  Give up your rights. |
| REMAIN A CLASS MEMBER AND SUBMIT A CLAIM FORM *POSTMARKED OR SUBMITTED ONLINE* BY MAY 6, 2026 | This is the only way to be *potentially* eligible to receive a payment.  If you wish to obtain a payment as a member of the Class, you will need to file a Claim Form, received by May 6, 2026. |
| EXCLUDE YOURSELF FROM THE CLASS BY SUBMITTING A REQUEST FOR EXCLUSION THAT IS *RECEIVED* BY MARCH 26, 2026 | Get no payment.  This is the only option that potentially allows you to ever be part of any other lawsuit against the Defendants or any other Released Defendants Parties about the legal claims being resolved by this Settlement.<br><br>You cannot object to the proposed Settlement and cannot submit a Claim Form if you exclude yourself. |
| OBJECT TO THE SETTLEMENT SO THAT IT IS *FILED OR RECEIVED* BY MARCH 26, 2026 | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and litigation expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Class Member and do not exclude yourself from the Class.  You do not need to submit a Claim Form to object.  However, if you object, you must still submit a Claim Form to be potentially eligible to receive any money from the Net Settlement Fund.  If you submit a written objection, you may (but do not have to) attend the hearing. |
| GO TO THE HEARING ON APRIL 23, 2026, AT 8:30 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* BY MARCH 26, 2026 | Ask to speak in Court about the fairness of the Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and litigation expenses. |

| WHAT THIS NOTICE CONTAINS | |
|---|---|
| What Is The Purpose Of This Notice? | Page 4 |
| What Is This Case About?  What Has Happened So Far? | Page 4 |
| How Do I Know If I Am Affected By The Settlement? | Page 6 |
| What Are Lead Plaintiff's Reasons For The Settlement? | Page 6 |
| What Might Happen If There Were No Settlement? | Page 7 |
| How Much Will My Payment Be? | Page 7 |
| How are Class Members Affected by the Action and the Settlement? | Page 25 |
| What Payment Are The Attorneys For The Class Seeking? How Will The Lawyers Be Paid? | Page 26 |
| How Do I Participate In The Settlement? What Do I Need To Do? | Page 26 |
| What If I Do Not Want to be a Member of the Class? How Do I Exclude Myself? | Page 26 |
| When And Where Will The Court Decide Whether To Approve The Settlement?  Do I Have To Come To The Hearing? May I Speak At The Hearing If I Do Not Like The Settlement? | Page 27 |
| What If I Bought Shares On Someone Else's Behalf? | Page 28 |
| Can I See The Court File?  Whom Should I Contact If I Have Questions? | Page 29 |

| WHAT IS THE PURPOSE OF THIS NOTICE? |
| --- |

8.     The purpose of this Notice is to inform you about: (i) this Action; (ii) the terms of the proposed Settlement; and (iii) your rights in connection with a hearing to be held before the United States District Court for the Central District of California (the "Court"), on April 23, 2026, at 8:30 a.m. PT, to consider the fairness, reasonableness, and adequacy of the Settlement and related matters.  This Notice also describes the steps to be taken by those who wish to seek to be potentially eligible to share in the distribution of the Net Settlement Fund in the event the Settlement is approved by the Court.

9.     A class action is a type of lawsuit in which the claims of a number of individuals are resolved together, thus providing the class members with both consistency and efficiency.  In a class action lawsuit, one or more people, known as class representatives, sue on behalf of people who have similar claims.  All of the people with similar claims are referred to as a Class or Class Members.  One court resolves the issues for all Class Members, except for those Class Members who exclude themselves from the Class.  In this Action, the Court has preliminarily certified the Class for settlement purposes and appointed Lead Plaintiff Oklahoma Firefighters Pension and Retirement System as the representative of the Class and Lead Counsel as Class Counsel.

10.     The Court in charge of this case is the United States District Court for the Central District of California, and the case is known as *Black v. Snap Inc., et al.*, No. 2:21-cv-08892-GW-RAO (C.D. Cal.).  The judge presiding over this case is the Honorable George H. Wu, United States District Judge.  The entities who are suing are called Lead Plaintiff, and those who are being sued are called Defendants.  In this case, the Defendants are Snap, Jeremi Gorman, and Evan Spiegel.

11.     This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.  The purpose of this Notice is to inform you of this case, that it is a class action, and how you might be affected.  It also informs you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the proposed Settlement, the proposed Plan of Allocation, and the application by Lead Counsel for attorneys' fees and litigation expenses (the "Settlement Hearing").

12.     The Settlement Hearing will be held on April 23, 2026, at 8:30 a.m. PT, before the Honorable George H. Wu, at the United States District Court for the Central District of California, First Street U.S. Courthouse, Courtroom 9D – 9th Floor, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, for the following purposes:

(a)     to determine whether the Class should finally be certified pursuant to Rule 23;

(b)     to determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate and should be approved by the Court;

(c)     to determine whether the Judgment as provided for under the Stipulation should be entered;

(d)     to determine whether the proposed Plan of Allocation for the net proceeds of the Settlement is fair and reasonable and should be approved by the Court;

(e)     to determine whether the application by Lead Counsel for an award of attorneys' fees and litigation expenses and award to Lead Plaintiff should be approved; and

(f)     to rule upon such other matters as the Court may deem appropriate.

13.     This Notice does not express any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement, payments to Authorized Claimants will be made after any appeals are resolved, and after the completion of all claims processing.  This process takes time.  Please be patient.

| WHAT IS THIS CASE ABOUT?  WHAT HAS HAPPENED SO FAR? |
| --- |

14.     Lead Plaintiff alleges that during the Class Period, Defendants purportedly made materially false or misleading statements in violation of §10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, which caused the price of Snap securities to trade at allegedly inflated prices.  Specifically, Lead Plaintiff alleges that Defendants purportedly made material misrepresentations, with scienter, in connection with the Company's statements about the potential impact of Apple Inc.'s privacy changes on Snap's business and statements that a majority of Snap's direct response advertising revenue had successfully implemented SKAdNetwork for their Snap campaigns. Lead Plaintiff alleges that persons and entities who purchased Snap Securities during the Class Period allegedly suffered economic losses when the price of Snap securities declined when the alleged truth regarding Defendants' alleged

misrepresentations was revealed.  Defendants have denied and continue to deny each and all of the claims alleged by Lead Plaintiff in the Action and have denied and continued to deny that they engaged in any wrongdoing whatsoever or that persons who purchased Snap Securities during the Class Period suffered any economic losses as a result of any purported wrongdoing by Defendants.

15.    The original securities class action complaint in the Action was filed in this District on November 11, 2021.  ECF No. 1.  On January 10, 2022, Plaintiff moved for an order appointing Oklahoma Firefighters Pension and Retirement System as lead plaintiff in the case and approving its selection of lead counsel for the class.  ECF No. 28.  On January 31, 2022, the Court granted Plaintiff's motion, appointing Oklahoma Firefighters Pension and Retirement System as Lead Plaintiff and Saxena White P.A. as Lead Counsel.  ECF Nos. 54-55.

16.    On March 18, 2022, Plaintiff filed its consolidated complaint.  ECF No. 65.  Defendants moved to dismiss on May 3, 2022.  ECF No. 78.  After the filing of Defendants' motion to dismiss, Plaintiff informed Defendants that it intended to amend the consolidated complaint and Plaintiff thereafter filed a second amended complaint ("SAC") on August 3, 2022. ECF Nos. 90, 92, 94, 95. After full briefing on Defendants' motion to dismiss, on March 13, 2023, the Court granted Defendants' motion to dismiss, with leave to amend. ECF No. 115. The Court held that all but one alleged misstatement was not adequately pleaded to be an actionable misstatement but that "Plaintiff ha[d] plausibly alleged a material misrepresentation" as to the April 22, 2021 statement that "[a]dvertisers that represent a majority of [Snap's] direct response advertising revenue have successfully implemented SKAdNetwork for their Snap campaigns."  *Id.*  The Court found that Plaintiff failed to adequately allege scienter as to that statement.  *Id*.

17.    On April 21, 2023, Plaintiff filed the third amended complaint ("TAC").  ECF No. 120.  Defendants moved to dismiss on June 9, 2023.  ECF No. 121.  Plaintiff filed its corrected opposition to Defendants' motion to dismiss on August 1, 2023, and Defendants replied on August 25, 2023. ECF Nos. 125-26.    On September 26, 2023, the Court dismissed the TAC.  ECF No. 135.

18.    On November 28, 2023, Plaintiff filed a notice of appeal.  ECF No. 139.  After full briefing, oral argument was held on December 5, 2024. *Oklahoma Firefighters Pension & Ret. Sys. v. Snap Inc., et al.,* No. 23-3932, ECF No. 53 (9th Cir. Dec. 5, 2024).  On December 20, 2024, the Ninth Circuit reversed the District Court's dismissal of the Action. *See Oklahoma Firefighters Pension & Ret. Sys. v. Snap Inc.*, No. 23-3932, 2024 WL 5182634 (9th Cir. Dec. 20, 2024).

19.    Following the Ninth Circuit's reversal, discovery commenced.   Plaintiff served Defendants with interrogatories and numerous requests for production.  Defendants produced over 5,000 documents (comprising more than 27,000 pages) to Plaintiff in response to Plaintiff's requests for production, including documents concerning the origin of and basis for the April 22 statement, and responded to Plaintiff's interrogatories.  Plaintiff commenced reviewing and analyzing those materials.  Defendants also served requests for production and interrogatories and Plaintiff and its expert produced over 1,300 documents (comprising about 17,000 pages) in response to Defendants' discovery requests. Plaintiff also served seven (7) non-party subpoenas.  Defendants served non-party subpoenas on Plaintiff's external investment manager, investment consultant, and confidential witnesses cited in the TAC.  These third parties collectively produced more than 3,500 documents.

20.    On May 16, 2025, Plaintiff moved for class certification.  ECF No. 167.  Defendants took the depositions of Plaintiff, Plaintiff's expert, investment consultant, investment manager, and a confidential witness cited in the complaint on July 31, 2025, June 18, 2025, August 18, 2025, August 26, and August 5, 2025, respectively.

21.    During the course of the Action, the Parties engaged neutral, third-party mediators, the Honorable Layn R. Phillips and Seth Aronson of Phillips ADR Enterprises, P.C. Judge Phillips and Mr. Aronson have extensive experience mediating complex class action litigations such as this Action. The Parties engaged in an in-person mediation session and teleconferences with Judge Phillips and Mr. Aronson in an effort to resolve the Action in August and September 2025.  The Parties also exchanged opening and reply mediation briefs ahead of their in-person mediation session, setting forth their respective arguments concerning their respective views of the merits of the Action.  At the conclusion of the Parties' mediation session on September 3, 2025, Judge Phillips issued a mediator's recommendation to resolve the Action for $65,000,000, which the Settling Parties subsequently accepted as an agreement in principle, subject to the negotiation of the terms of a term sheet and a stipulation of settlement and subsequent approval by the Court.

22.    On December 5, 2025 the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Class Members, provisionally certified the Class, and scheduled the Settlement Hearing to consider, among other things, whether to grant final approval of the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?

23.     If you are a member of the Class, you are subject to the Settlement unless you timely request to be excluded. The Class consists of all Persons or entities who purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive and were damaged thereby. Excluded from the Class are: (1) Defendants, (2) the officers and directors of Snap during the Class Period, (3) the immediate family members of any Defendant or any officer or director of Snap during the Class Period, and (4) any entity that any Defendant owns or controls, or owned or controlled, during the Class Period.  Also excluded from the Class are those Persons and entities who timely and validly request exclusion from the Class pursuant to the Notice and where such exclusion is accepted by the Court.  Also excluded from the Class are those Persons and entities who timely and validly request exclusion from the Class pursuant to this Notice.

RECEIPT OF THIS NOTICE OR THE POSTCARD NOTICE DOES NOT NECESSARILY MEAN THAT YOU ARE A CLASS MEMBER OR THAT YOU ARE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU WISH TO BE POTENTIALLY ELIGIBLE TO RECEIVE A DISTRIBUTION OF THE SETTLEMENT PROCEEDS, YOU MUST COMPLETE, SIGN, AND SUBMIT THE CLAIM FORM TO BE RECEIVED BY MAY 6, 2026.   YOU MAY ALSO SUBMIT A CLAIM FORM ONLINE AT WWW.SNAPSECURITIESSETTLEMENT.COM BY MAY 6, 2026.

## WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT?

24.     Lead Plaintiff and Lead Counsel believe that the claims asserted against Defendants have merit.  Lead Plaintiff and Lead Counsel recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through trial and appeals, as well as the difficulties in establishing liability and damages.  Lead Plaintiff and Lead Counsel have considered the amount of the Settlement, as well as the uncertain outcome and risk in complex lawsuits like this one.  Such risks include, in particular, the risk that class certification could be denied, the anticipated motion(s) for summary judgment and challenges to Lead Plaintiff's experts could be granted and the risk, among others, that Lead Plaintiff could be unsuccessful in proving that Defendants' alleged misstatements were materially false and misleading, made with scienter (that is, the requisite state of mind), or caused compensable damages to the Class.

25.     In light of the amount of the Settlement and the immediacy of recovery to the Class, Lead Plaintiff and Lead Counsel believe that the proposed Settlement is fair, reasonable, adequate, and in the best interests of the Class.  Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit now, namely $65 million in cash (less the various deductions described in this Notice), as compared to the risk that the claims would produce a smaller recovery, or no recovery after resolution of Plaintiff's motion for class certification, Defendants' anticipated summary judgment motion(s), trial and appeals, possibly years in the future.  Moreover, Lead Plaintiff and Lead Counsel considered Snap's finite available directors' and officers' liability insurance policies.  Further litigation, given its likely length and intensity, would have rapidly depleted these insurance policies and Lead Plaintiff and Lead Counsel believe there was a very real risk (if not a virtual certainty) that the Class would have recovered less than the $65 million settlement amount, or nothing at all.

26.     Defendants have denied and continue to deny each and all of the claims alleged by Lead Plaintiff in the Action.  Defendants expressly have denied and continue to deny all charges of wrongdoing or liability against them arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in the Action.  Defendants also have denied and continue to deny, among other things, the allegations that Lead Plaintiff or the Class have suffered any damage, and that Lead Plaintiff or the Class were harmed by the conduct alleged in the Action.  Defendants have asserted, and continue to assert, that their conduct was at all times proper and in compliance with all applicable provisions of law, and believe the evidence developed to date supports their position that they acted properly at all times, and that the Action is without merit.  Defendants maintained, and continue to maintain, that they have meritorious defenses to all claims alleged in the Action.

**WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?**

27.     If there were no Settlement and Lead Plaintiff failed to establish any essential legal or factual element of the alleged claims, neither Lead Plaintiff nor the Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, the Class likely would recover substantially less than the amount provided in the Settlement, or nothing at all.  Furthermore, even if Lead Plaintiff successfully continued litigation (including at class certification, summary judgment, at trial, or on appeal), given Snap's limited available insurance to fund any such recovery, there was a significant risk that the Action would produce a smaller, or no, recovery.

**HOW MUCH WILL MY PAYMENT BE?**

28.     Defendants have agreed to cause to be paid $65,000,000.00 in cash into escrow for the benefit of the Class.  At this time, it is not possible to make any determination as to how much individual Class Members may receive from the Settlement.  Lead Plaintiff has proposed a plan for allocating the Net Settlement Fund to those Class Members who timely submit valid Proofs of Claim.  The Plan of Allocation proposed by Lead Plaintiff is set forth below, and additional information is available on the case-specific website, www.SnapSecuritiesSettlement.com.

29.     The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the claim of any Class Member.

30.     The Plan of Allocation set forth below is the proposed plan submitted by Lead Plaintiff and Lead Counsel for the Court's approval.  The Court may approve this plan as proposed or it may modify it without further notice to the Class.

31.     Each claimant shall be deemed to have submitted to the jurisdiction of the United States District Court for the Central District of California, with respect to their, his, her, or its Claim Form.

32.     Persons and entities that request to exclude themselves from the Class will not be eligible to receive a distribution from the Net Settlement Fund and shall not submit a Claim Form.

**PLAN OF ALLOCATION**

33.     The objective of the proposed Plan of Allocation is to equitably distribute the Net Settlement Fund to those Settlement Class Members who suffered economic losses as a result of the alleged violations of the federal securities laws. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations made pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Claimants against one another for the purposes of making pro rata allocations of the Net Settlement Fund.

34.     The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that Defendants' alleged false and misleading statements proximately caused the price of Snap common stock and Snap call options to be artificially inflated and Snap put options to be artificially deflated throughout the Settlement Class Period, February 5, 2021 through October 21, 2021, inclusive.  In calculating the estimated artificial inflation (deflation) allegedly caused by Defendants' alleged misrepresentations, Lead Plaintiff's damages expert considered price changes in Snap common stock and Snap call and put options (collectively, "Snap Securities") in reaction to a public announcement allegedly revealing the truth concerning Defendants' alleged misrepresentations, adjusting for price changes that were attributable to market or industry forces.

35.     In order to have recoverable damages, the disclosure of the allegedly misrepresented information must have been the cause of the adverse change in the price of Snap Securities. In this case, Plaintiff alleged that Defendants made false and misleading statements during the Settlement Class Period, which had the effect of artificially inflating the price of Snap common stock and call options and artificially deflating the price of Snap put options.  Plaintiff further alleged that corrective information was released to the market on October 21, 2021 (after the close of trading) which removed the artificial inflation from the prices of Snap common stock and call options and the artificial deflation from the prices of Snap put options on October 22, 2021.

36.     Based on the formulas stated below, a "Recognized Loss Amount" will be calculated for each purchase or acquisition of Snap common stock and call option and each sale (writing) of Snap put options during the Settlement Class Period

that is listed on the Claim Form and for which adequate documentation is provided. If a Recognized Loss Amount calculates to a negative number or zero under the formulas below, that number will be zero.

37.    Recognized Loss Amounts are based primarily on the difference in the amount of alleged artificial inflation or deflation in the price of Snap Securities at the time of purchase and at the time of sale, or the difference between the actual purchase price and sale price. Accordingly, in order to have a Recognized Loss Amount pursuant to the Plan of Allocation, a Settlement Class Member must have held Snap common stock or call options purchased or acquired during the Class Period over October 21, 2021, after the close of trading, when corrective information was released to the market and removed the artificial inflation from the price of Snap common stock or call options, and with respect to Snap put options, a Settlement Class Member must have sold (written) those options during the Class Period and such option(s) must have remained open through the corrective information being released to the market and removed the artificial deflation from the price of Snap put options.

Snap Common Stock

38.    For each share of Snap common stock purchased or otherwise acquired during the period from February 5, 2021 through the close of trading on October 21, 2021, and:

A.    Sold before October 22, 2021, the Recognized Loss Amount will be $0.00;

B.    Sold from October 22, 2021 through the close of trading on January 19, 2022, the Recognized Loss Amount will be the least of: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below; (ii) the purchase/acquisition price minus the average closing price from October 22, 2021 through the date of sale as stated in Table B below; or (iii) the purchase/acquisition price minus the sale price; or

C.    Held as of the close of trading on January 19, 2022, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A; or (ii) the purchase/acquisition price minus $48.63.

Snap Call and Put Options

39.    Exchange-traded options are traded in units called "contracts" which entitle the holder to buy (in the case of a call option) or sell (in the case of a put option) 100 shares of the underlying security, which in this case is Snap common stock. Throughout this Plan of Allocation, all price quotations are per share of the underlying security (i.e., 1/100 of a contract).

40.    Each option contract specifies a strike price and an expiration date. Contracts with the same strike price and expiration date are referred to as a "series" and each series represents a different security that trades in the market and has its own market price (and thus its own artificial inflation or deflation). Under the Plan of Allocation, the dollar artificial inflation per share (i.e., 1/100 of a contract) for each series of Snap call options and the dollar artificial deflation per share (i.e., 1/100 of a contract) for each series of Snap put options has been calculated by Plaintiff's damages expert.

41.    Table C below sets forth the dollar artificial inflation per share in Snap call options during the Class Period. Table D below sets forth the dollar artificial deflation per share in Snap put options during the Class Period. Tables C and D list only series of exchange-traded Snap options that expired on or after October 22, 2021—the date of the alleged corrective disclosure. Any Snap options traded during the Class Period that are not found on Tables C and D have a Recognized Loss Amount of zero under the Plan of Allocation.

42.    For each exchange-traded Snap call option purchased or otherwise acquired during the Class Period (i.e., from February 5, 2021 through the close of trading on October 21, 2021), in a domestic transaction or on a U.S. exchange, and:

A.    Closed (through sale, exercise, or expiration) before October 22, 2021, the Recognized Loss Amount will be $0.00.

B.    Open as of October 22, 2021, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table C below; or (ii) the purchase/acquisition price minus the closing price of that option on October 22, 2021 (i.e., the "Holding Price") as stated in Table C.

43.    For each exchange-traded Snap put option sold (written) during the Class Period (i.e., from February 5, 2021 through the close of trading on October 21, 2021), in a domestic transaction or on a U.S. exchange, and:

A.    Closed (through purchase, exercise, or expiration) before October 22, 2021, the Recognized Loss Amount will be $0.00.

B.    Open as of October 22, 2021, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial deflation per share on the date of sale (writing) as stated in Table D below; or (ii) the closing price on October 22, 2021 (i.e., the "Holding Price") as stated in Table D below minus the sale price.

## ADDITIONAL PROVISIONS

44.    Recognized Claim: A Claimant's "Recognized Claim" will be the sum of his, her, or its Recognized Loss Amounts.

45.    FIFO Matching: If a Settlement Class Member made more than one purchase/acquisition or sale of Snap Securities during the Class Period, all purchases/acquisitions and sales of the like security will be matched on a First In, First Out ("FIFO") basis. With respect to Snap common stock and call options, sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period. For Snap put options, purchases/acquisitions will be matched first to close out positions open at the beginning of the Class Period, and then against Snap put options sold (written) during the Settlement Class Period in chronological order.

46.    "Purchase/Sale" Prices: For the purposes of calculations under this Plan of Allocation, "purchase/acquisition price" means the actual price paid, excluding all fees, taxes, and commissions, and "sale price" means the actual amount received, not deducting any fees, taxes, and commissions.

47.    "Purchase/Sale" Dates: Purchases or acquisitions and sales of Snap Securities will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance, or operation of law of Snap Securities during the Class Period shall not be deemed a purchase, acquisition, or sale of such Snap Securities for the calculation of a Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition/sale of Snap Securities unless (i) the donor or decedent purchased or otherwise acquired or sold such Snap Securities during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such shares of Snap Securities.

48.    Short Sales: With respect to Snap common stock, the date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Snap common stock. The date of a "short sale" is deemed to be the date of sale of the Snap common stock. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "short sales" and the purchases covering "short sales" is zero.  In the event that a Claimant has an opening short position in Snap common stock, the earliest purchases or acquisitions of Snap common stock during the Class Period will be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

49.    If a Settlement Class Member has "written" Snap call options, thereby having a short position in the call options, the date of covering such a written position is deemed to be the date of purchase or acquisition of the call option. The date on which the call option was written is deemed to be the date of sale of the call option. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "written" Snap call options is zero. In the event that a Claimant has an opening written position in Snap call options, the earliest purchases or acquisitions of like call options during the Class Period will be matched against such opening written position, and not be entitled to a recovery, until that written position is fully covered.

50.    If a Settlement Class Member has purchased or acquired Snap put options, thereby having a long position in the put options, the date of purchase/acquisition is deemed to be the date of purchase/acquisition of the put option. The date on which the put option was sold, exercised, or expired is deemed to be the date of sale of the put option. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on purchased/acquired Snap put options is zero. In the event that a Claimant has an opening long position in Snap put options, the earliest sales or dispositions of like put options during the Class Period will be matched against such opening position, and not be entitled to a recovery, until that long position is fully covered.

51.    Common Stock Purchased/Sold Through the Exercise of Options: With respect to Snap common stock purchased or sold through the exercise of an option, the purchase/sale date of the security is the exercise date of the option and the purchase/sale price is the exercise price of the option.

52.    Determination of Distribution Amount: If the sum total of Recognized Claims of all Authorized Claimants who are entitled to receive payment out of the Net Settlement Fund is greater than the Net Settlement Fund, each Authorized Claimant shall receive his, her, or its pro rata share of the Net Settlement Fund. The pro rata share will be the Authorized Claimant's Recognized Claim divided by the total of Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

53.    If the Net Settlement Fund exceeds the sum total amount of the Recognized Claims of all Authorized Claimants entitled to receive payment out of the Net Settlement Fund, the excess amount in the Net Settlement Fund will be distributed pro rata to all Authorized Claimants entitled to receive payment.

54.    If an Authorized Claimant's Distribution Amount calculates to less than $10.00, no distribution will be made to that Authorized Claimant.

55.    After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator, no less than four (4) months after the initial distribution, will conduct another distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such distribution. Additional distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional distributions after the deduction of any additional fees and expenses incurred in administering the Settlement would be cost-effective. At such time as it is determined that further distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to non-sectarian, not-for-profit, 501(c)(3) organization(s), to be recommended by Lead Counsel and approved by the Court.

56.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Authorized Claimants. No person shall have any claim against Plaintiff, Plaintiff's Counsel, Plaintiff's damages or consulting experts, Defendants, Defendants' Counsel, or any of the other Released Plaintiffs Parties or Released Defendants Parties, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Plaintiff, Defendants, and their respective counsel, and all other Released Defendants Parties, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

57.    The Plan of Allocation stated herein is the plan that is being proposed to the Court for its approval by Plaintiff after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the Settlement website.

**TABLE A**
**Estimated Artificial Inflation in Snap Common Stock**
**from February 5, 2021 through and including October 21, 2021**

| Transaction Date | Artificial Inflation Per Share |
|---|---|
| February 5, 2021 - July 22, 2021 | $4.44 |
| July 23, 2021 - October 21, 2021 | $18.38 |

**TABLE B**
**90-Day Look-Back Table for Snap Common Stock**
**(Closing Price and Average Closing Price:**
**October 22, 2021 – January 19, 2022)**

| Date | Closing Price | Average Closing Price Between October 22, 2021 and Date Shown | | Date | Closing Price | Average Closing Price Between October 22, 2021 and Date Shown |
|---|---|---|---|---|---|---|
| 10/22/2021 | $55.14 | $55.14 | | 12/7/2021 | $50.40 | $52.01 |
| 10/25/2021 | $54.50 | $54.82 | | 12/8/2021 | $53.42 | $52.05 |
| 10/26/2021 | $55.39 | $55.01 | | 12/9/2021 | $52.36 | $52.06 |
| 10/27/2021 | $52.02 | $54.26 | | 12/10/2021 | $50.82 | $52.02 |
| 10/28/2021 | $54.39 | $54.29 | | 12/13/2021 | $48.14 | $51.92 |
| 10/29/2021 | $52.58 | $54.00 | | 12/14/2021 | $46.85 | $51.78 |
| 11/1/2021 | $53.98 | $54.00 | | 12/15/2021 | $46.41 | $51.64 |
| 11/2/2021 | $52.20 | $53.78 | | 12/16/2021 | $44.70 | $51.46 |
| 11/3/2021 | $52.94 | $53.68 | | 12/17/2021 | $45.29 | $51.31 |
| 11/4/2021 | $52.26 | $53.54 | | 12/20/2021 | $44.42 | $51.14 |
| 11/5/2021 | $53.17 | $53.51 | | 12/21/2021 | $46.10 | $51.02 |
| 11/8/2021 | $54.90 | $53.62 | | 12/22/2021 | $46.77 | $50.92 |
| 11/9/2021 | $54.82 | $53.71 | | 12/23/2021 | $48.68 | $50.87 |
| 11/10/2021 | $52.88 | $53.66 | | 12/27/2021 | $48.64 | $50.82 |
| 11/11/2021 | $53.29 | $53.63 | | 12/28/2021 | $47.71 | $50.75 |
| 11/12/2021 | $53.70 | $53.64 | | 12/29/2021 | $47.06 | $50.67 |
| 11/15/2021 | $55.53 | $53.75 | | 12/30/2021 | $48.03 | $50.62 |
| 11/16/2021 | $55.11 | $53.82 | | 12/31/2021 | $47.03 | $50.54 |
| 11/17/2021 | $54.56 | $53.86 | | 1/3/2022 | $46.59 | $50.47 |
| 11/18/2021 | $53.47 | $53.84 | | 1/4/2022 | $44.03 | $50.34 |
| 11/19/2021 | $51.32 | $53.72 | | 1/5/2022 | $41.33 | $50.17 |
| 11/22/2021 | $49.26 | $53.52 | | 1/6/2022 | $41.68 | $50.01 |
| 11/23/2021 | $50.67 | $53.39 | | 1/7/2022 | $41.36 | $49.85 |
| 11/24/2021 | $49.66 | $53.24 | | 1/10/2022 | $41.71 | $49.70 |
| 11/26/2021 | $49.76 | $53.10 | | 1/11/2022 | $43.31 | $49.58 |
| 11/29/2021 | $48.85 | $52.94 | | 1/12/2022 | $42.73 | $49.46 |
| 11/30/2021 | $47.61 | $52.74 | | 1/13/2022 | $38.38 | $49.27 |
| 12/1/2021 | $47.26 | $52.54 | | 1/14/2022 | $38.04 | $49.08 |
| 12/2/2021 | $47.91 | $52.38 | | 1/18/2022 | $35.70 | $48.86 |
| 12/3/2021 | $46.79 | $52.20 | | 1/19/2022 | $35.05 | $48.63 |
| 12/6/2021 | $47.92 | $52.06 | | | | |

**TABLE C**
**Estimated Artificial Inflation in Snap Call Options (per share)**
**from February 5, 2021 through and including October 21, 2021, and October 22, 2021 Holding Prices**

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/22/2021 | $44.00 | | $18.38 | $11.15 | 11/19/2021 | $55.00 | | $15.46 | $3.80 |
| 10/22/2021 | $45.00 | | $18.38 | $10.13 | 11/19/2021 | $60.00 | | $12.82 | $2.02 |
| 10/22/2021 | $48.00 | | $18.41 | $7.13 | 11/19/2021 | $65.00 | | $9.84 | $1.06 |
| 10/22/2021 | $49.00 | | $18.38 | $6.13 | 11/19/2021 | $66.00 | | $9.24 | $0.94 |
| 10/22/2021 | $50.00 | | $18.31 | $5.20 | 11/19/2021 | $67.00 | | $8.63 | $0.83 |
| 10/22/2021 | $51.00 | | $18.36 | $4.15 | 11/19/2021 | $68.00 | | $8.14 | $0.73 |
| 10/22/2021 | $52.00 | | $18.45 | $3.13 | 11/19/2021 | $69.00 | | $7.57 | $0.65 |
| 10/22/2021 | $53.00 | | $18.46 | $2.19 | 11/19/2021 | $70.00 | | $7.08 | $0.58 |
| 10/22/2021 | $54.00 | | $18.15 | $1.25 | 11/19/2021 | $71.00 | | $6.56 | $0.52 |
| 10/22/2021 | $55.00 | | $18.36 | $0.15 | 11/19/2021 | $71.50 | | $6.31 | $0.49 |
| 10/22/2021 | $56.00 | | $17.50 | $0.01 | 11/19/2021 | $72.00 | | $6.06 | $0.46 |
| 10/22/2021 | $57.00 | | $16.58 | $0.01 | 11/19/2021 | $72.50 | | $5.81 | $0.44 |
| 10/22/2021 | $58.00 | | $15.92 | $0.01 | 11/19/2021 | $73.00 | | $5.60 | $0.42 |
| 10/22/2021 | $59.00 | | $14.77 | $0.01 | 11/19/2021 | $73.50 | | $5.37 | $0.39 |
| 10/22/2021 | $60.00 | | $13.85 | $0.01 | 11/19/2021 | $74.00 | | $5.14 | $0.37 |
| 10/22/2021 | $62.00 | | $12.24 | $0.01 | 11/19/2021 | $74.50 | | $4.95 | $0.35 |
| 10/22/2021 | $63.00 | | $11.29 | $0.01 | 11/19/2021 | $75.00 | | $4.73 | $0.34 |
| 10/22/2021 | $64.00 | | $10.65 | $0.01 | 11/19/2021 | $75.50 | | $4.58 | $0.32 |
| 10/22/2021 | $65.00 | | $9.89 | $0.01 | 11/19/2021 | $76.00 | | $4.34 | $0.31 |
| 10/22/2021 | $66.00 | | $9.01 | $0.01 | 11/19/2021 | $76.50 | | $4.10 | $0.29 |
| 10/22/2021 | $67.00 | | $8.19 | $0.01 | 11/19/2021 | $77.00 | | $3.95 | $0.28 |
| 10/22/2021 | $68.00 | | $7.47 | $0.01 | 11/19/2021 | $77.50 | | $3.72 | $0.26 |
| 10/22/2021 | $69.00 | | $6.90 | $0.01 | 11/19/2021 | $78.00 | | $3.61 | $0.25 |
| 10/22/2021 | $70.00 | | $6.23 | $0.01 | 11/19/2021 | $78.50 | | $3.46 | $0.24 |
| 10/22/2021 | $70.50 | | $5.91 | $0.01 | 11/19/2021 | $79.00 | | $3.26 | $0.23 |
| 10/22/2021 | $71.00 | | $5.63 | $0.01 | 11/19/2021 | $79.50 | | $3.11 | $0.22 |
| 10/22/2021 | $71.50 | | $5.33 | $0.01 | 11/19/2021 | $80.00 | | $2.94 | $0.21 |
| 10/22/2021 | $72.00 | | $5.06 | $0.01 | 11/19/2021 | $81.00 | | $2.70 | $0.19 |
| 10/22/2021 | $72.50 | | $4.80 | $0.01 | 11/19/2021 | $82.00 | | $2.44 | $0.18 |
| 10/22/2021 | $73.00 | | $4.57 | $0.01 | 11/19/2021 | $83.00 | | $2.19 | $0.17 |
| 10/22/2021 | $73.50 | | $4.32 | $0.01 | 11/19/2021 | $84.00 | | $1.96 | $0.15 |
| 10/22/2021 | $74.00 | | $4.11 | $0.01 | 11/19/2021 | $85.00 | | $1.75 | $0.14 |
| 10/22/2021 | $74.50 | | $3.88 | $0.01 | 11/19/2021 | $86.00 | | $1.59 | $0.13 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/22/2021 | $75.00 | | $3.65 | $0.01 | 11/19/2021 | $87.00 | | $1.43 | $0.13 |
| 10/22/2021 | $75.50 | | $3.45 | $0.01 | 11/19/2021 | $88.00 | | $1.27 | $0.12 |
| 10/22/2021 | $76.00 | | $3.26 | $0.01 | 11/19/2021 | $89.00 | | $1.13 | $0.11 |
| 10/22/2021 | $76.50 | | $3.01 | $0.01 | 11/19/2021 | $90.00 | | $1.01 | $0.11 |
| 10/22/2021 | $77.00 | | $2.83 | $0.01 | 11/19/2021 | $95.00 | | $0.60 | $0.09 |
| 10/22/2021 | $77.50 | | $2.65 | $0.01 | 11/19/2021 | $100.00 | | $0.34 | $0.07 |
| 10/22/2021 | $78.00 | | $2.43 | $0.01 | 11/19/2021 | $105.00 | | $0.21 | $0.07 |
| 10/22/2021 | $78.50 | | $2.28 | $0.01 | 11/19/2021 | $110.00 | | $0.14 | $0.04 |
| 10/22/2021 | $79.00 | | $2.09 | $0.01 | 11/19/2021 | $115.00 | | $0.10 | $0.04 |
| 10/22/2021 | $79.50 | | $1.95 | $0.01 | 11/26/2021 | $40.00 | | $18.22 | $15.43 |
| 10/22/2021 | $80.00 | | $1.83 | $0.01 | 11/26/2021 | $45.00 | | $17.83 | $10.95 |
| 10/22/2021 | $81.00 | | $1.51 | $0.01 | 11/26/2021 | $50.00 | | $17.00 | $6.88 |
| 10/22/2021 | $82.00 | | $1.33 | $0.01 | 11/26/2021 | $55.00 | | $15.23 | $4.08 |
| 10/22/2021 | $83.00 | | $1.11 | $0.01 | 11/26/2021 | $60.00 | | $12.72 | $2.23 |
| 10/22/2021 | $84.00 | | $0.91 | $0.01 | 11/26/2021 | $65.00 | | $9.87 | $1.20 |
| 10/22/2021 | $85.00 | | $0.78 | $0.01 | 11/26/2021 | $67.00 | | $8.62 | $1.01 |
| 10/22/2021 | $86.00 | | $0.69 | $0.01 | 11/26/2021 | $68.00 | | $8.09 | $0.89 |
| 10/22/2021 | $87.00 | | $0.54 | $0.01 | 11/26/2021 | $69.00 | | $7.62 | $0.77 |
| 10/22/2021 | $88.00 | | $0.47 | $0.01 | 11/26/2021 | $70.00 | | $7.10 | $0.67 |
| 10/22/2021 | $89.00 | | $0.39 | $0.01 | 11/26/2021 | $71.00 | | $6.58 | $0.63 |
| 10/22/2021 | $90.00 | | $0.34 | $0.01 | 11/26/2021 | $72.00 | | $6.16 | $0.54 |
| 10/22/2021 | $91.00 | | $0.28 | $0.01 | 11/26/2021 | $73.00 | | $5.71 | $0.52 |
| 10/22/2021 | $92.00 | | $0.24 | $0.01 | 11/26/2021 | $74.00 | | $5.17 | $0.46 |
| 10/22/2021 | $93.00 | | $0.19 | $0.01 | 11/26/2021 | $75.00 | | $4.83 | $0.41 |
| 10/22/2021 | $94.00 | | $0.18 | $0.01 | 11/26/2021 | $76.00 | | $4.51 | $0.38 |
| 10/22/2021 | $95.00 | | $0.14 | $0.01 | 11/26/2021 | $77.00 | | $4.04 | $0.34 |
| 10/22/2021 | $96.00 | | $0.14 | $0.01 | 11/26/2021 | $78.00 | | $3.67 | $0.34 |
| 10/22/2021 | $97.00 | | $0.11 | $0.01 | 11/26/2021 | $79.00 | | $3.35 | $0.31 |
| 10/22/2021 | $98.00 | | $0.08 | $0.01 | 11/26/2021 | $80.00 | | $3.07 | $0.29 |
| 10/22/2021 | $99.00 | | $0.06 | $0.01 | 11/26/2021 | $81.00 | | $2.79 | $0.25 |
| 10/22/2021 | $100.00 | | $0.07 | $0.01 | 11/26/2021 | $82.00 | | $2.51 | $0.23 |
| 10/22/2021 | $101.00 | | $0.06 | $0.01 | 11/26/2021 | $83.00 | | $2.28 | $0.21 |
| 10/22/2021 | $102.00 | | $0.05 | $0.01 | 11/26/2021 | $84.00 | | $2.08 | $0.20 |
| 10/22/2021 | $103.00 | | $0.04 | $0.01 | 11/26/2021 | $85.00 | | $1.84 | $0.19 |
| 10/22/2021 | $104.00 | | $0.03 | $0.01 | 11/26/2021 | $86.00 | | $1.78 | $0.17 |
| 10/22/2021 | $105.00 | | $0.02 | $0.01 | 11/26/2021 | $90.00 | | $1.10 | $0.15 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/22/2021 | $106.00 | | $0.04 | $0.01 | 11/26/2021 | $95.00 | | $0.64 | $0.12 |
| 10/22/2021 | $108.00 | | $0.01 | $0.01 | 11/26/2021 | $100.00 | | $0.37 | $0.09 |
| 10/29/2021 | $40.00 | | $18.15 | $15.40 | 11/26/2021 | $105.00 | | $0.22 | $0.09 |
| 10/29/2021 | $42.00 | | $18.20 | $13.35 | 11/26/2021 | $110.00 | | $0.16 | $0.08 |
| 10/29/2021 | $44.00 | | $18.15 | $11.40 | 11/26/2021 | $115.00 | | $0.07 | $0.07 |
| 10/29/2021 | $45.00 | | $18.43 | $10.23 | 12/3/2021 | $70.00 | | $7.28 | $0.79 |
| 10/29/2021 | $46.00 | | $18.25 | $9.43 | 12/3/2021 | $73.00 | | $5.64 | $0.62 |
| 10/29/2021 | $50.00 | | $18.06 | $5.65 | 12/3/2021 | $75.00 | | $4.84 | $0.52 |
| 10/29/2021 | $53.00 | | $17.35 | $3.50 | 12/3/2021 | $76.00 | | $4.59 | $0.47 |
| 10/29/2021 | $54.00 | | $16.98 | $2.93 | 12/3/2021 | $77.00 | | $4.22 | $0.40 |
| 10/29/2021 | $55.00 | | $16.39 | $2.44 | 12/3/2021 | $78.00 | | $3.75 | $0.38 |
| 10/29/2021 | $59.00 | | $14.05 | $1.18 | 12/3/2021 | $80.00 | | $3.27 | $0.28 |
| 10/29/2021 | $60.00 | | $13.30 | $0.97 | 12/3/2021 | $81.00 | | $2.89 | $0.27 |
| 10/29/2021 | $61.00 | | $12.60 | $0.83 | 12/17/2021 | $40.00 | | $18.18 | $15.55 |
| 10/29/2021 | $62.00 | | $11.88 | $0.70 | 12/17/2021 | $45.00 | | $17.51 | $11.35 |
| 10/29/2021 | $63.00 | | $11.17 | $0.59 | 12/17/2021 | $50.00 | | $16.50 | $7.68 |
| 10/29/2021 | $64.00 | | $10.40 | $0.50 | 12/17/2021 | $55.00 | | $14.72 | $4.90 |
| 10/29/2021 | $65.00 | | $9.70 | $0.44 | 12/17/2021 | $60.00 | | $12.48 | $2.96 |
| 10/29/2021 | $66.00 | | $9.01 | $0.36 | 12/17/2021 | $65.00 | | $10.04 | $1.75 |
| 10/29/2021 | $67.00 | | $8.34 | $0.32 | 12/17/2021 | $70.00 | | $7.68 | $1.06 |
| 10/29/2021 | $68.00 | | $7.74 | $0.27 | 12/17/2021 | $75.00 | | $5.53 | $0.64 |
| 10/29/2021 | $69.00 | | $7.12 | $0.24 | 12/17/2021 | $80.00 | | $3.75 | $0.42 |
| 10/29/2021 | $70.00 | | $6.54 | $0.20 | 12/17/2021 | $85.00 | | $2.59 | $0.29 |
| 10/29/2021 | $70.50 | | $6.28 | $0.18 | 12/17/2021 | $90.00 | | $1.66 | $0.21 |
| 10/29/2021 | $71.00 | | $5.94 | $0.17 | 12/17/2021 | $95.00 | | $1.06 | $0.16 |
| 10/29/2021 | $71.50 | | $5.67 | $0.16 | 12/17/2021 | $100.00 | | $0.69 | $0.13 |
| 10/29/2021 | $72.00 | | $5.41 | $0.15 | 12/17/2021 | $105.00 | | $0.43 | $0.10 |
| 10/29/2021 | $72.50 | | $5.14 | $0.14 | 12/17/2021 | $110.00 | | $0.35 | $0.09 |
| 10/29/2021 | $73.00 | | $4.97 | $0.13 | 12/17/2021 | $115.00 | | $0.21 | $0.08 |
| 10/29/2021 | $73.50 | | $4.68 | $0.12 | 1/21/2022 | $3.00 | $4.63 | $18.48 | $52.30 |
| 10/29/2021 | $74.00 | | $4.47 | $0.12 | 1/21/2022 | $5.00 | $4.93 | $18.68 | $50.08 |
| 10/29/2021 | $74.50 | | $4.21 | $0.10 | 1/21/2022 | $8.00 | $4.70 | $18.45 | $47.30 |
| 10/29/2021 | $75.00 | | $4.02 | $0.11 | 1/21/2022 | $10.00 | $4.86 | $18.68 | $45.08 |
| 10/29/2021 | $75.50 | | $3.79 | $0.09 | 1/21/2022 | $13.00 | $4.77 | $18.52 | $42.20 |
| 10/29/2021 | $76.00 | | $3.63 | $0.08 | 1/21/2022 | $15.00 | $4.68 | $18.41 | $40.30 |
| 10/29/2021 | $76.50 | | $3.43 | $0.08 | 1/21/2022 | $17.00 | $4.70 | $18.50 | $38.25 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/29/2021 | $77.00 | | $3.23 | $0.06 | 1/21/2022 | $20.00 | $4.77 | $18.64 | $35.08 |
| 10/29/2021 | $77.50 | | $3.02 | $0.07 | 1/21/2022 | $22.00 | $4.66 | $18.41 | $33.13 |
| 10/29/2021 | $78.00 | | $2.82 | $0.06 | 1/21/2022 | $25.00 | $4.86 | $18.54 | $30.28 |
| 10/29/2021 | $78.50 | | $2.72 | $0.06 | 1/21/2022 | $27.00 | $4.88 | $18.59 | $28.10 |
| 10/29/2021 | $79.00 | | $2.51 | $0.05 | 1/21/2022 | $30.00 | $4.84 | $18.41 | $25.38 |
| 10/29/2021 | $79.50 | | $2.42 | $0.05 | 1/21/2022 | $35.00 | $4.61 | $18.20 | $20.63 |
| 10/29/2021 | $80.00 | | $2.25 | $0.05 | 1/21/2022 | $37.00 | $4.78 | $18.18 | $18.78 |
| 10/29/2021 | $81.00 | | $2.00 | $0.04 | 1/21/2022 | $40.00 | $4.59 | $17.97 | $16.10 |
| 10/29/2021 | $82.00 | | $1.78 | $0.04 | 1/21/2022 | $42.00 | $4.53 | $17.72 | $14.38 |
| 10/29/2021 | $83.00 | | $1.52 | $0.04 | 1/21/2022 | $45.00 | $4.38 | $17.16 | $11.98 |
| 10/29/2021 | $84.00 | | $1.29 | $0.03 | 1/21/2022 | $47.00 | $4.19 | $16.73 | $10.58 |
| 10/29/2021 | $85.00 | | $1.16 | $0.02 | 1/21/2022 | $50.00 | $3.75 | $15.92 | $8.55 |
| 10/29/2021 | $86.00 | | $1.02 | $0.03 | 1/21/2022 | $55.00 | $2.93 | $14.24 | $5.85 |
| 10/29/2021 | $87.00 | | $0.89 | $0.03 | 1/21/2022 | $60.00 | $2.04 | $12.26 | $3.85 |
| 10/29/2021 | $88.00 | | $0.75 | $0.02 | 1/21/2022 | $65.00 | $1.14 | $10.20 | $2.52 |
| 10/29/2021 | $89.00 | | $0.67 | $0.02 | 1/21/2022 | $70.00 | $0.08 | $8.02 | $1.64 |
| 10/29/2021 | $90.00 | | $0.61 | $0.02 | 1/21/2022 | $75.00 | | $6.16 | $1.11 |
| 10/29/2021 | $91.00 | | $0.52 | $0.02 | 1/21/2022 | $80.00 | | $4.60 | $0.75 |
| 10/29/2021 | $92.00 | | $0.43 | $0.03 | 1/21/2022 | $85.00 | | $3.36 | $0.52 |
| 10/29/2021 | $93.00 | | $0.40 | $0.03 | 1/21/2022 | $90.00 | | $2.35 | $0.40 |
| 10/29/2021 | $94.00 | | $0.32 | $0.02 | 1/21/2022 | $95.00 | | $1.67 | $0.29 |
| 10/29/2021 | $95.00 | | $0.32 | $0.02 | 1/21/2022 | $100.00 | | $1.16 | $0.23 |
| 10/29/2021 | $96.00 | | $0.29 | $0.02 | 1/21/2022 | $105.00 | | $0.73 | $0.21 |
| 10/29/2021 | $97.00 | | $0.26 | $0.02 | 1/21/2022 | $110.00 | | $0.53 | $0.16 |
| 10/29/2021 | $98.00 | | $0.19 | $0.03 | 1/21/2022 | $115.00 | | $0.42 | $0.13 |
| 10/29/2021 | $99.00 | | $0.21 | $0.01 | 2/18/2022 | $40.00 | | $17.32 | $16.73 |
| 10/29/2021 | $100.00 | | $0.18 | $0.02 | 2/18/2022 | $45.00 | | $16.27 | $13.25 |
| 10/29/2021 | $101.00 | | $0.12 | $0.02 | 2/18/2022 | $50.00 | | $15.25 | $9.85 |
| 10/29/2021 | $102.00 | | $0.12 | $0.02 | 2/18/2022 | $55.00 | | $13.67 | $7.30 |
| 10/29/2021 | $103.00 | | $0.09 | $0.01 | 2/18/2022 | $60.00 | | $11.92 | $5.28 |
| 10/29/2021 | $104.00 | | $0.09 | $0.02 | 2/18/2022 | $65.00 | | $10.17 | $3.78 |
| 10/29/2021 | $105.00 | | $0.11 | $0.01 | 2/18/2022 | $70.00 | | $8.26 | $2.72 |
| 10/29/2021 | $106.00 | | $0.06 | $0.02 | 2/18/2022 | $75.00 | | $6.80 | $1.94 |
| 10/29/2021 | $107.00 | | $0.09 | $0.02 | 2/18/2022 | $80.00 | | $5.40 | $1.41 |
| 10/29/2021 | $108.00 | | $0.12 | $0.02 | 2/18/2022 | $85.00 | | $4.24 | $1.02 |
| 10/29/2021 | $109.00 | | $0.11 | $0.02 | 2/18/2022 | $90.00 | | $3.22 | $0.78 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/29/2021 | $110.00 | | $0.03 | $0.02 | 2/18/2022 | $95.00 | | $2.42 | $0.60 |
| 10/29/2021 | $111.00 | | $0.03 | $0.01 | 2/18/2022 | $100.00 | | $1.87 | $0.45 |
| 10/29/2021 | $112.00 | | $0.04 | $0.02 | 2/18/2022 | $105.00 | | $1.41 | $0.37 |
| 10/29/2021 | $115.00 | | $0.01 | $0.01 | 2/18/2022 | $110.00 | | $0.89 | $0.29 |
| 11/5/2021 | $50.00 | | $17.60 | $6.13 | 4/14/2022 | $40.00 | | $16.98 | $17.38 |
| 11/5/2021 | $55.00 | | $15.94 | $3.03 | 4/14/2022 | $45.00 | | $16.22 | $13.78 |
| 11/5/2021 | $60.00 | | $13.07 | $1.38 | 4/14/2022 | $50.00 | | $14.68 | $10.68 |
| 11/5/2021 | $62.00 | | $11.74 | $1.02 | 4/14/2022 | $55.00 | | $13.18 | $8.23 |
| 11/5/2021 | $63.00 | | $11.09 | $0.88 | 4/14/2022 | $60.00 | | $11.69 | $6.23 |
| 11/5/2021 | $64.00 | | $10.36 | $0.77 | 4/14/2022 | $65.00 | | $10.17 | $4.68 |
| 11/5/2021 | $65.00 | | $9.76 | $0.65 | 4/14/2022 | $70.00 | | $8.81 | $3.48 |
| 11/5/2021 | $66.00 | | $9.05 | $0.57 | 4/14/2022 | $75.00 | | $7.32 | $2.63 |
| 11/5/2021 | $67.00 | | $8.44 | $0.50 | 4/14/2022 | $80.00 | | $6.05 | $1.96 |
| 11/5/2021 | $68.00 | | $7.79 | $0.44 | 4/14/2022 | $85.00 | | $4.88 | $1.50 |
| 11/5/2021 | $69.00 | | $7.22 | $0.39 | 4/14/2022 | $90.00 | | $3.97 | $1.16 |
| 11/5/2021 | $70.00 | | $6.68 | $0.34 | 4/14/2022 | $95.00 | | $3.09 | $0.92 |
| 11/5/2021 | $71.00 | | $6.07 | $0.30 | 4/14/2022 | $100.00 | | $2.44 | $0.75 |
| 11/5/2021 | $71.50 | | $5.93 | $0.28 | 4/14/2022 | $105.00 | | $1.81 | $0.63 |
| 11/5/2021 | $72.00 | | $5.60 | $0.26 | 4/14/2022 | $110.00 | | $1.33 | $0.50 |
| 11/5/2021 | $72.50 | | $5.36 | $0.25 | 4/14/2022 | $115.00 | | $0.97 | $0.55 |
| 11/5/2021 | $73.00 | | $5.21 | $0.24 | 6/17/2022 | $25.00 | $4.45 | $18.18 | $30.65 |
| 11/5/2021 | $73.50 | | $4.92 | $0.23 | 6/17/2022 | $30.00 | $4.29 | $17.83 | $26.18 |
| 11/5/2021 | $74.00 | | $4.68 | $0.21 | 6/17/2022 | $35.00 | $4.31 | $17.32 | $21.93 |
| 11/5/2021 | $74.50 | | $4.46 | $0.20 | 6/17/2022 | $40.00 | $3.96 | $16.04 | $18.13 |
| 11/5/2021 | $75.00 | | $4.29 | $0.19 | 6/17/2022 | $45.00 | $3.08 | $15.37 | $14.75 |
| 11/5/2021 | $75.50 | | $4.10 | $0.18 | 6/17/2022 | $50.00 | $1.98 | $14.01 | $11.88 |
| 11/5/2021 | $76.00 | | $3.82 | $0.17 | 6/17/2022 | $55.00 | $2.20 | $12.86 | $9.53 |
| 11/5/2021 | $76.50 | | $3.72 | $0.16 | 6/17/2022 | $60.00 | $1.95 | $11.99 | $7.48 |
| 11/5/2021 | $77.00 | | $3.49 | $0.16 | 6/17/2022 | $65.00 | $1.31 | $10.72 | $5.85 |
| 11/5/2021 | $77.50 | | $3.29 | $0.15 | 6/17/2022 | $70.00 | $0.82 | $9.18 | $4.58 |
| 11/5/2021 | $78.00 | | $3.16 | $0.14 | 6/17/2022 | $75.00 | $0.30 | $8.01 | $3.60 |
| 11/5/2021 | $78.50 | | $2.96 | $0.13 | 6/17/2022 | $80.00 | $0.03 | $6.88 | $2.82 |
| 11/5/2021 | $79.00 | | $2.83 | $0.13 | 6/17/2022 | $85.00 | | $5.77 | $2.21 |
| 11/5/2021 | $79.50 | | $2.66 | $0.12 | 6/17/2022 | $90.00 | | $4.84 | $1.77 |
| 11/5/2021 | $80.00 | | $2.49 | $0.13 | 6/17/2022 | $95.00 | | $4.10 | $1.42 |
| 11/5/2021 | $81.00 | | $2.25 | $0.10 | 6/17/2022 | $100.00 | | $3.39 | $1.17 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 11/5/2021 | $82.00 | | $2.00 | $0.09 |
| 11/5/2021 | $83.00 | | $1.77 | $0.07 |
| 11/5/2021 | $84.00 | | $1.57 | $0.08 |
| 11/5/2021 | $85.00 | | $1.39 | $0.07 |
| 11/5/2021 | $86.00 | | $1.20 | $0.08 |
| 11/5/2021 | $87.00 | | $1.09 | $0.06 |
| 11/5/2021 | $88.00 | | $0.93 | $0.08 |
| 11/5/2021 | $89.00 | | $0.86 | $0.03 |
| 11/5/2021 | $90.00 | | $0.77 | $0.05 |
| 11/5/2021 | $95.00 | | $0.38 | $0.05 |
| 11/5/2021 | $100.00 | | $0.24 | $0.03 |
| 11/5/2021 | $105.00 | | $0.13 | $0.02 |
| 11/5/2021 | $110.00 | | $0.09 | $0.02 |
| 11/5/2021 | $115.00 | | $0.06 | $0.02 |
| 11/12/2021 | $50.00 | | $17.32 | $6.53 |
| 11/12/2021 | $55.00 | | $15.60 | $3.48 |
| 11/12/2021 | $60.00 | | $12.87 | $1.75 |
| 11/12/2021 | $65.00 | | $9.73 | $0.88 |
| 11/12/2021 | $67.00 | | $8.58 | $0.68 |
| 11/12/2021 | $68.00 | | $7.91 | $0.60 |
| 11/12/2021 | $69.00 | | $7.36 | $0.53 |
| 11/12/2021 | $70.00 | | $6.89 | $0.46 |
| 11/12/2021 | $71.00 | | $6.31 | $0.42 |
| 11/12/2021 | $72.00 | | $5.85 | $0.37 |
| 11/12/2021 | $73.00 | | $5.41 | $0.35 |
| 11/12/2021 | $74.00 | | $4.99 | $0.31 |
| 11/12/2021 | $75.00 | | $4.46 | $0.28 |
| 11/12/2021 | $76.00 | | $4.11 | $0.24 |
| 11/12/2021 | $77.00 | | $3.71 | $0.22 |
| 11/12/2021 | $78.00 | | $3.28 | $0.22 |
| 11/12/2021 | $79.00 | | $3.01 | $0.18 |
| 11/12/2021 | $80.00 | | $2.73 | $0.16 |
| 11/12/2021 | $81.00 | | $2.42 | $0.16 |
| 11/12/2021 | $82.00 | | $2.23 | $0.14 |
| 11/12/2021 | $83.00 | | $1.98 | $0.14 |
| 11/12/2021 | $84.00 | | $1.83 | $0.12 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 6/17/2022 | $105.00 | | $2.87 | $0.91 |
| 6/17/2022 | $110.00 | | $2.20 | $0.79 |
| 6/17/2022 | $115.00 | | $1.94 | $0.65 |
| 1/20/2023 | $13.00 | $4.52 | $17.76 | $42.35 |
| 1/20/2023 | $15.00 | $5.53 | $18.54 | $40.30 |
| 1/20/2023 | $18.00 | $5.56 | $18.52 | $37.28 |
| 1/20/2023 | $20.00 | $4.77 | $18.27 | $35.65 |
| 1/20/2023 | $22.00 | $4.19 | $18.08 | $34.10 |
| 1/20/2023 | $25.00 | $4.03 | $17.76 | $31.48 |
| 1/20/2023 | $27.00 | $4.77 | $17.76 | $29.70 |
| 1/20/2023 | $30.00 | $4.22 | $17.32 | $27.38 |
| 1/20/2023 | $32.00 | $4.49 | $16.80 | $25.78 |
| 1/20/2023 | $35.00 | $4.05 | $16.11 | $23.58 |
| 1/20/2023 | $37.00 | $3.87 | $16.27 | $22.15 |
| 1/20/2023 | $40.00 | $3.87 | $15.62 | $20.25 |
| 1/20/2023 | $42.00 | $4.49 | $15.71 | $18.93 |
| 1/20/2023 | $45.00 | $2.88 | $14.47 | $17.23 |
| 1/20/2023 | $47.00 | $2.72 | $13.80 | $16.25 |
| 1/20/2023 | $50.00 | $2.79 | $14.24 | $14.68 |
| 1/20/2023 | $55.00 | $2.43 | $13.00 | $12.43 |
| 1/20/2023 | $60.00 | $2.32 | $12.22 | $10.50 |
| 1/20/2023 | $65.00 | $1.94 | $11.23 | $8.88 |
| 1/20/2023 | $70.00 | $1.36 | $10.19 | $7.53 |
| 1/20/2023 | $75.00 | $0.68 | $9.07 | $6.35 |
| 1/20/2023 | $80.00 | $0.62 | $8.24 | $5.40 |
| 1/20/2023 | $85.00 | $0.32 | $7.27 | $4.55 |
| 1/20/2023 | $90.00 | $0.08 | $6.49 | $3.93 |
| 1/20/2023 | $95.00 | $0.89 | $6.56 | $3.33 |
| 1/20/2023 | $100.00 | | $5.26 | $2.86 |
| 1/20/2023 | $105.00 | | $4.68 | $2.46 |
| 1/20/2023 | $110.00 | | $5.06 | $2.16 |
| 1/20/2023 | $115.00 | | $3.40 | $1.89 |
| 1/19/2024 | $40.00 | | $14.91 | $24.05 |
| 1/19/2024 | $45.00 | | $14.22 | $21.80 |
| 1/19/2024 | $50.00 | | $13.55 | $19.03 |
| 1/19/2024 | $55.00 | | $12.70 | $17.20 |

| Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price | Expiration Date | Strike Price | Call Options Artificial Inflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 11/12/2021 | $85.00 | | $1.53 | $0.12 | 1/19/2024 | $60.00 | | $11.85 | $15.38 |
| 11/12/2021 | $86.00 | | $1.38 | $0.11 | 1/19/2024 | $65.00 | | $11.16 | $13.63 |
| 11/12/2021 | $90.00 | | $0.85 | $0.10 | 1/19/2024 | $70.00 | | $10.51 | $12.33 |
| 11/12/2021 | $95.00 | | $0.50 | $0.07 | 1/19/2024 | $75.00 | | $10.31 | $11.05 |
| 11/12/2021 | $100.00 | | $0.29 | $0.05 | 1/19/2024 | $80.00 | | $9.04 | $9.93 |
| 11/12/2021 | $105.00 | | $0.16 | $0.05 | 1/19/2024 | $85.00 | | $8.65 | $8.85 |
| 11/12/2021 | $110.00 | | $0.13 | $0.05 | 1/19/2024 | $90.00 | | $8.60 | $8.15 |
| 11/12/2021 | $115.00 | | $0.04 | $0.04 | 1/19/2024 | $95.00 | | $7.50 | $7.35 |
| 11/19/2021 | $35.00 | | $18.52 | $20.23 | 1/19/2024 | $100.00 | | $7.55 | $6.55 |
| 11/19/2021 | $40.00 | | $18.38 | $15.28 | 1/19/2024 | $105.00 | | $6.76 | $5.65 |
| 11/19/2021 | $45.00 | | $18.06 | $10.75 | 1/19/2024 | $110.00 | | $6.65 | $5.33 |
| 11/19/2021 | $50.00 | | $17.16 | $6.75 | 1/19/2024 | $115.00 | | $6.58 | $4.85 |

**TABLE D**
**Estimated Artificial Deflation in Snap Put Options (per share)**
**from February 5, 2021 through and including October 21, 2021, and October 22, 2021 Holding Prices**

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price | Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/22/2021 | $58.00 | | $2.63 | $2.91 | 11/19/2021 | $55.00 | | $3.03 | $3.65 |
| 10/22/2021 | $59.00 | | $3.51 | $3.88 | 11/19/2021 | $60.00 | | $5.61 | $6.85 |
| 10/22/2021 | $60.00 | | $4.41 | $4.90 | 11/19/2021 | $65.00 | | $8.57 | $10.88 |
| 10/22/2021 | $61.00 | | $5.31 | $5.90 | 11/19/2021 | $66.00 | | $9.19 | $11.78 |
| 10/22/2021 | $62.00 | | $6.16 | $6.88 | 11/19/2021 | $67.00 | | $9.74 | $12.65 |
| 10/22/2021 | $63.00 | | $7.04 | $7.90 | 11/19/2021 | $68.00 | | $10.26 | $13.55 |
| 10/22/2021 | $64.00 | | $7.87 | $8.88 | 11/19/2021 | $69.00 | | $10.91 | $14.50 |
| 10/22/2021 | $65.00 | | $8.69 | $9.88 | 11/19/2021 | $70.00 | | $11.36 | $15.38 |
| 10/22/2021 | $66.00 | | $9.43 | $10.85 | 11/19/2021 | $71.00 | | $11.92 | $16.33 |
| 10/22/2021 | $67.00 | | $10.20 | $11.85 | 11/19/2021 | $71.50 | | $12.22 | $16.83 |
| 10/22/2021 | $68.00 | | $10.97 | $12.90 | 11/19/2021 | $72.00 | | $12.45 | $17.30 |
| 10/22/2021 | $69.00 | | $11.57 | $13.83 | 11/19/2021 | $72.50 | | $12.68 | $17.75 |
| 10/22/2021 | $70.00 | | $12.24 | $14.88 | 11/19/2021 | $73.00 | | $12.93 | $18.25 |
| 10/22/2021 | $70.50 | | $12.55 | $15.38 | 11/19/2021 | $73.50 | | $13.11 | $18.73 |
| 10/22/2021 | $71.00 | | $12.85 | $15.88 | 11/19/2021 | $74.00 | | $13.32 | $19.18 |
| 10/22/2021 | $71.50 | | $13.05 | $16.35 | 11/19/2021 | $74.50 | | $13.51 | $19.65 |
| 10/22/2021 | $72.00 | | $13.36 | $16.85 | 11/19/2021 | $75.00 | | $13.76 | $20.15 |
| 10/22/2021 | $72.50 | | $13.65 | $17.38 | 11/19/2021 | $75.50 | | $13.97 | $20.65 |
| 10/22/2021 | $73.00 | | $13.87 | $17.85 | 11/19/2021 | $76.00 | | $14.13 | $21.10 |
| 10/22/2021 | $73.50 | | $14.16 | $18.38 | 11/19/2021 | $76.50 | | $14.36 | $21.60 |
| 10/22/2021 | $74.00 | | $14.33 | $18.85 | 11/19/2021 | $77.00 | | $14.52 | $22.10 |
| 10/22/2021 | $74.50 | | $14.54 | $19.35 | 11/19/2021 | $77.50 | | $14.72 | $22.60 |
| 10/22/2021 | $75.00 | | $14.84 | $19.85 | 11/19/2021 | $78.00 | | $14.91 | $23.08 |
| 10/22/2021 | $75.50 | | $15.02 | $20.35 | 11/19/2021 | $78.50 | | $15.05 | $23.58 |
| 10/22/2021 | $76.00 | | $15.25 | $20.88 | 11/19/2021 | $79.00 | | $15.23 | $24.08 |
| 10/22/2021 | $76.50 | | $15.39 | $21.35 | 11/19/2021 | $79.50 | | $15.28 | $24.53 |
| 10/22/2021 | $77.00 | | $15.62 | $21.90 | 11/19/2021 | $80.00 | | $15.51 | $25.03 |
| 10/22/2021 | $77.50 | | $15.76 | $22.33 | 11/19/2021 | $81.00 | | $15.78 | $26.00 |
| 10/22/2021 | $78.00 | | $15.99 | $22.85 | 11/19/2021 | $82.00 | | $16.08 | $27.00 |
| 10/22/2021 | $78.50 | | $16.22 | $23.43 | 11/19/2021 | $83.00 | | $16.24 | $27.98 |
| 10/22/2021 | $79.00 | | $16.34 | $23.85 | 11/19/2021 | $84.00 | | $16.52 | $29.03 |
| 10/22/2021 | $79.50 | | $16.50 | $24.35 | 11/19/2021 | $85.00 | | $16.61 | $29.93 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price | Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/22/2021 | $80.00 | | $16.66 | $24.88 | 11/19/2021 | $86.00 | | $16.93 | $31.08 |
| 10/22/2021 | $81.00 | | $16.93 | $25.88 | 11/19/2021 | $87.00 | | $16.86 | $31.83 |
| 10/22/2021 | $82.00 | | $17.37 | $27.05 | 11/19/2021 | $88.00 | | $17.26 | $33.00 |
| 10/22/2021 | $83.00 | | $17.42 | $27.90 | 11/19/2021 | $89.00 | | $17.30 | $33.95 |
| 10/22/2021 | $84.00 | | $17.39 | $28.85 | 11/19/2021 | $90.00 | | $17.49 | $35.00 |
| 10/22/2021 | $85.00 | | $17.72 | $29.85 | 11/19/2021 | $95.00 | | $17.88 | $40.00 |
| 10/22/2021 | $86.00 | | $17.67 | $30.85 | 11/19/2021 | $100.00 | | $18.15 | $44.90 |
| 10/22/2021 | $87.00 | | $17.78 | $31.88 | 11/19/2021 | $105.00 | | $18.27 | $49.88 |
| 10/22/2021 | $88.00 | | $18.06 | $33.10 | 11/19/2021 | $110.00 | | $18.27 | $54.88 |
| 10/22/2021 | $89.00 | | $18.13 | $34.00 | 11/19/2021 | $115.00 | | $18.36 | $59.83 |
| 10/22/2021 | $90.00 | | $18.02 | $34.90 | 11/26/2021 | $45.00 | | $0.52 | $0.68 |
| 10/22/2021 | $91.00 | | $17.83 | $35.85 | 11/26/2021 | $50.00 | | $1.43 | $1.76 |
| 10/22/2021 | $92.00 | | $17.92 | $36.85 | 11/26/2021 | $55.00 | | $3.22 | $3.90 |
| 10/22/2021 | $93.00 | | $18.36 | $38.15 | 11/26/2021 | $60.00 | | $5.76 | $7.05 |
| 10/22/2021 | $95.00 | | $18.13 | $39.85 | 11/26/2021 | $65.00 | | $8.67 | $11.13 |
| 10/22/2021 | $97.00 | | $18.22 | $41.93 | 11/26/2021 | $67.00 | | $9.67 | $12.78 |
| 10/22/2021 | $98.00 | | $18.43 | $43.13 | 11/26/2021 | $68.00 | | $10.19 | $13.63 |
| 10/22/2021 | $99.00 | | $18.27 | $43.80 | 11/26/2021 | $69.00 | | $10.83 | $14.58 |
| 10/22/2021 | $100.00 | | $18.11 | $44.80 | 11/26/2021 | $70.00 | | $11.32 | $15.50 |
| 10/22/2021 | $101.00 | | $18.02 | $45.68 | 11/26/2021 | $71.00 | | $11.78 | $16.45 |
| 10/22/2021 | $103.00 | | $18.18 | $47.83 | 11/26/2021 | $72.00 | | $12.22 | $17.35 |
| 10/22/2021 | $104.00 | | $18.25 | $48.93 | 11/26/2021 | $73.00 | | $12.72 | $18.33 |
| 10/22/2021 | $105.00 | | $18.15 | $49.83 | 11/26/2021 | $74.00 | | $13.09 | $19.18 |
| 10/22/2021 | $106.00 | | $18.41 | $51.03 | 11/26/2021 | $75.00 | | $13.53 | $20.15 |
| 10/22/2021 | $107.00 | | $18.18 | $51.80 | 11/26/2021 | $76.00 | | $13.90 | $21.13 |
| 10/22/2021 | $108.00 | | $18.13 | $52.75 | 11/26/2021 | $77.00 | | $14.33 | $22.10 |
| 10/22/2021 | $110.00 | | $18.11 | $54.70 | 11/26/2021 | $78.00 | | $14.52 | $22.98 |
| 10/22/2021 | $111.00 | | $18.50 | $56.13 | 11/26/2021 | $79.00 | | $14.89 | $23.95 |
| 10/22/2021 | $112.00 | | $18.31 | $56.88 | 11/26/2021 | $80.00 | | $15.16 | $24.88 |
| 10/22/2021 | $114.00 | | $18.54 | $58.88 | 11/26/2021 | $81.00 | | $15.48 | $25.88 |
| 10/22/2021 | $115.00 | | $18.45 | $59.93 | 11/26/2021 | $82.00 | | $15.85 | $26.98 |
| 10/29/2021 | $45.00 | | $0.06 | $0.08 | 11/26/2021 | $84.00 | | $16.43 | $29.05 |
| 10/29/2021 | $48.00 | | $0.17 | $0.25 | 11/26/2021 | $85.00 | | $16.43 | $29.90 |
| 10/29/2021 | $49.00 | | $0.25 | $0.36 | 12/3/2021 | $70.00 | | $11.07 | $15.60 |
| 10/29/2021 | $50.00 | | $0.44 | $0.52 | 12/3/2021 | $71.00 | | $11.66 | $16.53 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price | Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/29/2021 | $51.00 | | $0.64 | $0.74 | 12/3/2021 | $72.00 | | $12.10 | $17.55 |
| 10/29/2021 | $52.00 | | $0.89 | $1.01 | 12/3/2021 | $73.00 | | $12.54 | $18.48 |
| 10/29/2021 | $53.00 | | $1.18 | $1.35 | 12/3/2021 | $74.00 | | $12.93 | $19.33 |
| 10/29/2021 | $54.00 | | $1.57 | $1.78 | 12/3/2021 | $75.00 | | $13.28 | $20.28 |
| 10/29/2021 | $55.00 | | $1.94 | $2.28 | 12/17/2021 | $40.00 | | $0.33 | $0.47 |
| 10/29/2021 | $56.00 | | $2.53 | $2.87 | 12/17/2021 | $45.00 | | $0.87 | $1.15 |
| 10/29/2021 | $57.00 | | $3.11 | $3.53 | 12/17/2021 | $50.00 | | $1.93 | $2.49 |
| 10/29/2021 | $58.00 | | $3.75 | $4.25 | 12/17/2021 | $55.00 | | $3.72 | $4.70 |
| 10/29/2021 | $59.00 | | $4.40 | $5.03 | 12/17/2021 | $60.00 | | $5.93 | $7.75 |
| 10/29/2021 | $60.00 | | $5.10 | $5.83 | 12/17/2021 | $65.00 | | $8.38 | $11.55 |
| 10/29/2021 | $61.00 | | $5.85 | $6.70 | 12/17/2021 | $70.00 | | $10.81 | $15.85 |
| 10/29/2021 | $62.00 | | $6.53 | $7.53 | 12/17/2021 | $75.00 | | $12.98 | $20.43 |
| 10/29/2021 | $63.00 | | $7.29 | $8.45 | 12/17/2021 | $80.00 | | $14.54 | $25.08 |
| 10/29/2021 | $64.00 | | $8.01 | $9.35 | 12/17/2021 | $85.00 | | $15.90 | $30.08 |
| 10/29/2021 | $65.00 | | $8.74 | $10.30 | 12/17/2021 | $90.00 | | $16.84 | $35.00 |
| 10/29/2021 | $66.00 | | $9.41 | $11.20 | 12/17/2021 | $95.00 | | $17.39 | $39.98 |
| 10/29/2021 | $67.00 | | $10.13 | $12.20 | 12/17/2021 | $100.00 | | $17.83 | $44.93 |
| 10/29/2021 | $68.00 | | $10.82 | $13.15 | 12/17/2021 | $105.00 | | $18.04 | $49.93 |
| 10/29/2021 | $69.00 | | $11.43 | $14.13 | 12/17/2021 | $110.00 | | $18.25 | $54.98 |
| 10/29/2021 | $70.00 | | $12.00 | $15.10 | 12/17/2021 | $115.00 | | $18.22 | $59.88 |
| 10/29/2021 | $70.50 | | $12.32 | $15.60 | 1/21/2022 | $8.00 | $0.01 | $0.01 | $0.02 |
| 10/29/2021 | $71.00 | | $12.58 | $16.08 | 1/21/2022 | $10.00 | $0.01 | $0.01 | $0.02 |
| 10/29/2021 | $71.50 | | $12.89 | $16.60 | 1/21/2022 | $27.00 | | $0.01 | $0.10 |
| 10/29/2021 | $72.00 | | $13.13 | $17.10 | 1/21/2022 | $30.00 | | $0.12 | $0.17 |
| 10/29/2021 | $72.50 | | $13.43 | $17.58 | 1/21/2022 | $35.00 | $0.02 | $0.20 | $0.38 |
| 10/29/2021 | $73.00 | | $13.71 | $18.13 | 1/21/2022 | $37.00 | | $0.35 | $0.53 |
| 10/29/2021 | $73.50 | | $13.87 | $18.55 | 1/21/2022 | $40.00 | $0.03 | $0.58 | $0.84 |
| 10/29/2021 | $74.00 | | $14.29 | $19.23 | 1/21/2022 | $42.00 | $0.10 | $0.81 | $1.15 |
| 10/29/2021 | $74.50 | | $14.38 | $19.65 | 1/21/2022 | $45.00 | $0.23 | $1.27 | $1.76 |
| 10/29/2021 | $75.00 | | $14.52 | $20.08 | 1/21/2022 | $47.00 | $0.43 | $1.67 | $2.29 |
| 10/29/2021 | $75.50 | | $14.89 | $20.68 | 1/21/2022 | $50.00 | $0.77 | $2.45 | $3.30 |
| 10/29/2021 | $76.00 | | $15.09 | $21.15 | 1/21/2022 | $55.00 | $1.52 | $4.07 | $5.58 |
| 10/29/2021 | $76.50 | | $15.30 | $21.70 | 1/21/2022 | $60.00 | $2.54 | $6.07 | $8.60 |
| 10/29/2021 | $77.00 | | $15.44 | $22.18 | 1/21/2022 | $65.00 | $3.61 | $8.28 | $12.30 |
| 10/29/2021 | $77.50 | | $15.62 | $22.65 | 1/21/2022 | $70.00 | $4.61 | $10.35 | $16.40 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price | Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 10/29/2021 | $78.00 | | $15.88 | $23.18 | 1/21/2022 | $75.00 | $5.44 | $12.36 | $20.88 |
| 10/29/2021 | $78.50 | | $15.94 | $23.60 | 1/21/2022 | $80.00 | $6.02 | $13.94 | $25.55 |
| 10/29/2021 | $79.00 | | $16.17 | $24.15 | 1/21/2022 | $85.00 | $6.26 | $15.16 | $30.30 |
| 10/29/2021 | $79.50 | | $16.31 | $24.63 | 1/21/2022 | $90.00 | $6.49 | $16.13 | $35.18 |
| 10/29/2021 | $80.00 | | $16.43 | $25.13 | 1/21/2022 | $95.00 | $6.32 | $16.82 | $40.10 |
| 10/29/2021 | $81.00 | | $16.75 | $26.15 | 1/21/2022 | $100.00 | $6.29 | $17.30 | $45.03 |
| 10/29/2021 | $82.00 | | $16.91 | $27.15 | 1/21/2022 | $105.00 | $6.03 | $17.65 | $50.00 |
| 10/29/2021 | $83.00 | | $17.09 | $28.05 | 1/21/2022 | $110.00 | | $17.81 | $54.95 |
| 10/29/2021 | $84.00 | | $17.23 | $29.00 | 1/21/2022 | $115.00 | | $18.06 | $59.95 |
| 10/29/2021 | $85.00 | | $17.37 | $29.95 | 2/18/2022 | $45.00 | | $1.96 | $2.79 |
| 10/29/2021 | $86.00 | | $17.51 | $31.00 | 2/18/2022 | $50.00 | | $3.11 | $4.55 |
| 10/29/2021 | $87.00 | | $17.76 | $32.10 | 2/18/2022 | $55.00 | | $4.73 | $7.05 |
| 10/29/2021 | $88.00 | | $17.85 | $33.08 | 2/18/2022 | $60.00 | | $6.29 | $9.98 |
| 10/29/2021 | $89.00 | | $17.88 | $34.05 | 2/18/2022 | $65.00 | | $8.28 | $13.50 |
| 10/29/2021 | $90.00 | | $17.99 | $35.08 | 2/18/2022 | $70.00 | | $10.03 | $17.40 |
| 10/29/2021 | $92.00 | | $18.02 | $36.98 | 2/18/2022 | $75.00 | | $11.55 | $21.63 |
| 10/29/2021 | $93.00 | | $18.20 | $38.08 | 2/18/2022 | $80.00 | | $13.07 | $26.13 |
| 10/29/2021 | $95.00 | | $18.15 | $39.95 | 2/18/2022 | $85.00 | | $14.13 | $30.75 |
| 10/29/2021 | $97.00 | | $18.34 | $42.03 | 2/18/2022 | $90.00 | | $15.16 | $35.50 |
| 10/29/2021 | $100.00 | | $18.41 | $45.10 | 2/18/2022 | $95.00 | | $15.90 | $40.30 |
| 10/29/2021 | $104.00 | | $18.50 | $49.08 | 2/18/2022 | $100.00 | | $16.66 | $45.18 |
| 10/29/2021 | $105.00 | | $18.57 | $50.10 | 2/18/2022 | $105.00 | | $16.96 | $50.08 |
| 10/29/2021 | $110.00 | | $18.48 | $54.93 | 2/18/2022 | $110.00 | | $17.23 | $54.98 |
| 10/29/2021 | $115.00 | | $18.52 | $60.10 | 4/14/2022 | $40.00 | | $1.35 | $2.12 |
| 11/5/2021 | $45.00 | | $0.18 | $0.22 | 4/14/2022 | $45.00 | | $2.41 | $3.48 |
| 11/5/2021 | $50.00 | | $0.82 | $0.96 | 4/14/2022 | $50.00 | | $3.50 | $5.43 |
| 11/5/2021 | $55.00 | | $2.54 | $2.89 | 4/14/2022 | $55.00 | | $4.91 | $7.88 |
| 11/5/2021 | $60.00 | | $5.36 | $6.23 | 4/14/2022 | $60.00 | | $6.47 | $10.88 |
| 11/5/2021 | $61.00 | | $5.98 | $7.00 | 4/14/2022 | $65.00 | | $8.10 | $14.30 |
| 11/5/2021 | $62.00 | | $6.71 | $7.90 | 4/14/2022 | $70.00 | | $9.57 | $18.10 |
| 11/5/2021 | $63.00 | | $7.43 | $8.80 | 4/14/2022 | $75.00 | | $11.07 | $22.18 |
| 11/5/2021 | $64.00 | | $8.00 | $9.58 | 4/14/2022 | $80.00 | | $12.47 | $26.63 |
| 11/5/2021 | $65.00 | | $8.72 | $10.50 | 4/14/2022 | $85.00 | | $13.51 | $31.18 |
| 11/5/2021 | $66.00 | | $9.34 | $11.40 | 4/14/2022 | $90.00 | | $14.49 | $35.85 |
| 11/5/2021 | $67.00 | | $10.05 | $12.40 | 4/14/2022 | $95.00 | | $15.28 | $40.55 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 11/5/2021 | $68.00 | | $10.60 | $13.28 |
| 11/5/2021 | $69.00 | | $11.16 | $14.20 |
| 11/5/2021 | $70.00 | | $11.78 | $15.20 |
| 11/5/2021 | $71.00 | | $12.35 | $16.15 |
| 11/5/2021 | $71.50 | | $12.62 | $16.63 |
| 11/5/2021 | $72.00 | | $12.85 | $17.10 |
| 11/5/2021 | $72.50 | | $13.11 | $17.60 |
| 11/5/2021 | $73.00 | | $13.32 | $18.08 |
| 11/5/2021 | $73.50 | | $13.53 | $18.58 |
| 11/5/2021 | $74.00 | | $13.78 | $19.05 |
| 11/5/2021 | $74.50 | | $13.97 | $19.55 |
| 11/5/2021 | $75.00 | | $14.17 | $20.00 |
| 11/5/2021 | $75.50 | | $14.40 | $20.50 |
| 11/5/2021 | $76.00 | | $14.72 | $21.13 |
| 11/5/2021 | $76.50 | | $14.77 | $21.50 |
| 11/5/2021 | $77.00 | | $14.93 | $21.90 |
| 11/5/2021 | $77.50 | | $15.14 | $22.48 |
| 11/5/2021 | $78.00 | | $15.30 | $22.98 |
| 11/5/2021 | $78.50 | | $15.65 | $23.60 |
| 11/5/2021 | $79.00 | | $15.60 | $23.95 |
| 11/5/2021 | $79.50 | | $15.71 | $24.38 |
| 11/5/2021 | $80.00 | | $15.99 | $24.95 |
| 11/5/2021 | $81.00 | | $16.15 | $25.88 |
| 11/5/2021 | $82.00 | | $16.61 | $26.98 |
| 11/5/2021 | $83.00 | | $16.80 | $27.98 |
| 11/5/2021 | $84.00 | | $17.21 | $29.20 |
| 11/5/2021 | $85.00 | | $17.07 | $29.85 |
| 11/5/2021 | $86.00 | | $17.26 | $30.95 |
| 11/5/2021 | $87.00 | | $17.49 | $31.98 |
| 11/5/2021 | $88.00 | | $17.44 | $32.83 |
| 11/5/2021 | $89.00 | | $17.62 | $33.88 |
| 11/5/2021 | $95.00 | | $18.04 | $39.85 |
| 11/5/2021 | $105.00 | | $18.31 | $49.93 |
| 11/5/2021 | $110.00 | | $18.41 | $54.95 |
| 11/5/2021 | $115.00 | | $18.38 | $59.93 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
|---|---|---|---|---|
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 4/14/2022 | $100.00 | | $15.99 | $45.33 |
| 4/14/2022 | $105.00 | | $16.57 | $50.23 |
| 4/14/2022 | $110.00 | | $17.00 | $55.10 |
| 4/14/2022 | $115.00 | | $16.98 | $59.93 |
| 6/17/2022 | $25.00 | $0.13 | $0.26 | $0.46 |
| 6/17/2022 | $30.00 | $0.16 | $0.43 | $0.84 |
| 6/17/2022 | $35.00 | $0.20 | $0.92 | $1.61 |
| 6/17/2022 | $40.00 | $0.47 | $1.65 | $2.71 |
| 6/17/2022 | $45.00 | $0.77 | $2.48 | $4.38 |
| 6/17/2022 | $50.00 | $1.46 | $3.78 | $6.50 |
| 6/17/2022 | $55.00 | $2.02 | $5.11 | $9.03 |
| 6/17/2022 | $60.00 | $2.59 | $6.42 | $12.08 |
| 6/17/2022 | $65.00 | $3.27 | $7.82 | $15.40 |
| 6/17/2022 | $70.00 | $3.79 | $9.02 | $19.10 |
| 6/17/2022 | $75.00 | $4.11 | $10.24 | $23.13 |
| 6/17/2022 | $80.00 | $4.37 | $11.34 | $27.28 |
| 6/17/2022 | $85.00 | $5.15 | $12.68 | $31.70 |
| 6/17/2022 | $90.00 | $5.12 | $13.44 | $36.35 |
| 6/17/2022 | $95.00 | $5.42 | $14.36 | $40.93 |
| 6/17/2022 | $100.00 | $5.18 | $14.75 | $45.73 |
| 6/17/2022 | $105.00 | | $15.65 | $50.53 |
| 6/17/2022 | $110.00 | | $16.04 | $55.25 |
| 6/17/2022 | $115.00 | | $16.29 | $60.23 |
| 1/20/2023 | $13.00 | $0.03 | $0.03 | $0.18 |
| 1/20/2023 | $15.00 | | $0.01 | $0.26 |
| 1/20/2023 | $20.00 | | $0.16 | $0.59 |
| 1/20/2023 | $22.00 | | $0.05 | $0.60 |
| 1/20/2023 | $25.00 | | $0.42 | $1.09 |
| 1/20/2023 | $27.00 | $0.11 | $0.58 | $1.40 |
| 1/20/2023 | $30.00 | $0.59 | $0.83 | $2.00 |
| 1/20/2023 | $32.00 | $0.44 | $1.11 | $2.40 |
| 1/20/2023 | $35.00 | $0.39 | $1.40 | $3.15 |
| 1/20/2023 | $37.00 | $0.50 | $1.70 | $3.70 |
| 1/20/2023 | $40.00 | $0.63 | $2.14 | $4.73 |
| 1/20/2023 | $42.00 | $1.08 | $2.75 | $5.45 |

| Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price | Expiration Date | Strike Price | Put Options Artificial Deflation Per Share | | Holding Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | | | | 2/5/2021 through 7/22/2021 | 7/23/2021 through 10/21/2021 | |
| 11/12/2021 | $40.00 | | $0.07 | $0.10 | 1/20/2023 | $45.00 | $0.90 | $2.97 | $6.73 |
| 11/12/2021 | $45.00 | | $0.26 | $0.39 | 1/20/2023 | $47.00 | $1.19 | $3.47 | $7.75 |
| 11/12/2021 | $50.00 | | $1.08 | $1.30 | 1/20/2023 | $50.00 | $1.33 | $3.98 | $9.15 |
| 11/12/2021 | $55.00 | | $2.73 | $3.28 | 1/20/2023 | $55.00 | $1.64 | $4.92 | $11.85 |
| 11/12/2021 | $60.00 | | $5.52 | $6.60 | 1/20/2023 | $60.00 | $1.96 | $5.84 | $14.80 |
| 11/12/2021 | $65.00 | | $8.62 | $10.68 | 1/20/2023 | $65.00 | $1.98 | $6.44 | $18.20 |
| 11/12/2021 | $67.00 | | $9.87 | $12.53 | 1/20/2023 | $70.00 | $2.65 | $7.71 | $21.80 |
| 11/12/2021 | $68.00 | | $10.49 | $13.40 | 1/20/2023 | $75.00 | $3.00 | $8.60 | $25.63 |
| 11/12/2021 | $69.00 | | $11.03 | $14.33 | 1/20/2023 | $80.00 | $4.11 | $9.96 | $29.70 |
| 11/12/2021 | $70.00 | | $11.60 | $15.33 | 1/20/2023 | $85.00 | $3.98 | $10.58 | $33.88 |
| 11/12/2021 | $71.00 | | $12.07 | $16.20 | 1/20/2023 | $90.00 | $4.16 | $11.57 | $38.13 |
| 11/12/2021 | $72.00 | | $12.63 | $17.18 | 1/20/2023 | $95.00 | $4.32 | $11.96 | $42.65 |
| 11/12/2021 | $73.00 | | $13.11 | $18.13 | 1/20/2023 | $100.00 | $4.38 | $12.98 | $47.10 |
| 11/12/2021 | $74.00 | | $13.51 | $19.08 | 1/20/2023 | $105.00 | $4.84 | $13.76 | $51.73 |
| 11/12/2021 | $75.00 | | $13.92 | $20.13 | 1/20/2023 | $115.00 | | $14.66 | $61.15 |
| 11/12/2021 | $76.00 | | $14.31 | $21.03 | 1/19/2024 | $40.00 | | $2.55 | $7.28 |
| 11/12/2021 | $77.00 | | $14.72 | $22.05 | 1/19/2024 | $45.00 | | $3.13 | $9.40 |
| 11/12/2021 | $78.00 | | $15.00 | $22.98 | 1/19/2024 | $50.00 | | $4.21 | $12.33 |
| 11/12/2021 | $79.00 | | $15.42 | $24.00 | 1/19/2024 | $55.00 | | $3.98 | $15.33 |
| 11/12/2021 | $80.00 | | $15.67 | $24.95 | 1/19/2024 | $60.00 | | $6.07 | $17.55 |
| 11/12/2021 | $82.00 | | $16.40 | $27.13 | 1/19/2024 | $65.00 | | $5.61 | $20.85 |
| 11/12/2021 | $83.00 | | $16.61 | $28.05 | 1/19/2024 | $70.00 | | $7.27 | $25.15 |
| 11/12/2021 | $84.00 | | $16.61 | $28.88 | 1/19/2024 | $75.00 | | $8.05 | $29.00 |
| 11/12/2021 | $85.00 | | $16.77 | $29.85 | 1/19/2024 | $80.00 | | $8.47 | $32.95 |
| 11/12/2021 | $90.00 | | $17.53 | $34.88 | 1/19/2024 | $85.00 | | $9.04 | $36.85 |
| 11/19/2021 | $40.00 | | $0.13 | $0.17 | 1/19/2024 | $95.00 | | $10.61 | $45.28 |
| 11/19/2021 | $45.00 | | $0.40 | $0.56 | 1/19/2024 | $105.00 | | $11.96 | $54.25 |
| 11/19/2021 | $50.00 | | $1.25 | $1.57 | 1/19/2024 | $115.00 | | $12.63 | $63.23 |

## HOW ARE CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

58.    If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that Lead Plaintiff, and all other Released Plaintiffs Parties (as defined in ¶62 below) shall have waived, released, discharged, and relinquished each and every one of the Released Claims (as defined in ¶59 below), including Unknown Claims (as defined in ¶63 below), against each and every one of the Released Defendants Parties (as defined in ¶61 below) and shall be barred and enjoined from prosecuting any of the Released Claims against any of the Released Defendants Parties, whether or not they execute and deliver the Claim Form or share in the Net Settlement Fund.  Claims to enforce the terms of the Settlement are not released.

59.    "Released Claims" means all claims (including, but not limited to, Unknown Claims), demands, losses, rights, and causes of action of any nature and description, that have been or could have been asserted in the Action or could in the future be asserted in any forum, whether foreign or domestic, whether arising under federal, state, common or foreign law, which arise out of or relate to, directly or indirectly: (i) any of the allegations, transactions, facts, matters, occurrences, representations or omissions involved, set forth, or referred to, in the Complaints; and (ii) the purchase, acquisition, holding, sale, or disposition of Snap common stock or options by any member of the Settlement Class during the Settlement Class Period.  This release does not cover, include, or release (i) any claims relating to the enforcement of the Settlement, or (ii) any Excluded Claims.

60.    "Released Defendants' Claims" means all claims (including, but not limited to, Unknown Claims), demands, losses, rights, and causes of action of any nature whatsoever, which arise out or relate in any way to the institution, prosecution, assertion, settlement, or resolution of the Action.  This release does not cover, include, or release (i) any claims relating to the enforcement of the Settlement, or (ii) any Excluded Claims.

61.    "Released Defendants Parties" means each and all Defendants, Defendants' Counsel, the D&O Insurers, and their respective Related Persons.

62.    "Released Plaintiffs Parties" means: Lead Plaintiff, all other named plaintiffs in the Action, Plaintiff's Counsel, and all other Settlement Class Members, as well as each of their respective current and former employers, officers, directors, employees, agents, servants, representatives, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, advisors, attorneys, underwriters, and insurers, and each of their respective heirs, executors, administrators, successors and assigns.

63.    "Unknown Claims" means any and all Released Claims that Lead Plaintiff or any other Class Members do not know or suspect to exist in his, her, her, or its favor at the time of the release of the Released Defendants Parties, and any and all Released Defendants' Claims that any Defendant does not know or do not suspect to exist in his, her, or its favor at the time of the release of the Released Plaintiff Parties, which if known by him, her, or it, might have affected his, her, or its decision(s) to enter into this Settlement, execute this Stipulation, and agree to all the releases set forth herein, or might have affected his, her, or its decision(s) not to object to this Settlement or not exclude himself, herself, or itself from the Class.  Unknown Claims include, without limitation, those claims in which some or all of the facts composing the claim may be unsuspected, undisclosed, concealed, or hidden.  With respect to any and all Released Claims and Released Defendants' Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff and Class Members (as regards the Released Claims) and the Defendants (as regards the Released Defendants' Claims) shall expressly waive and relinquish, and each Class Member shall be deemed to have and by operation of law and of the Judgment shall have, expressly waived and relinquished, to the fullest extent permitted by law, any and all provisions, rights, and benefits conferred by California Civil Code §1542, or any law of any state or territory of the United States, or principle of common law or of international or foreign law, which is similar, comparable, or equivalent to Cal. Civ. Code §1542, which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

The Released Parties may hereafter discover facts in addition to or different from those which he, she, or it now knows or believes to be true with respect to the subject matter of the Released Claims or Released Defendants' Claims, but such person or entity shall expressly settle and release, and each member of the Class, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Claims and Released Defendants' Claims, known or unknown, suspected or unsuspected, contingent or non- contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now

existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiff and Defendants acknowledge and the members of the Class by operation of the Judgment shall be deemed to have acknowledged that the waivers contained in this paragraph, and the inclusion of "Unknown Claims" in the definition of Released Claims and Released Defendants' Claims, were separately bargained for and are material elements of the Settlement.

---

### WHAT PAYMENT ARE THE ATTORNEYS FOR THE CLASS SEEKING?

### HOW WILL THE LAWYERS BE PAID?

64.     Plaintiff's Counsel has not received any payment for its services in pursuing claims against Defendants on behalf of the Class, nor has Plaintiff's Counsel been paid for its expenses. Before final approval of the Settlement, Lead Counsel intends to apply to the Court for an award of attorneys' fees from the Settlement Fund of no more than 30% of the Settlement Amount, plus interest. At the same time, Lead Counsel also intends to apply for payment from the Settlement Fund for Lead Counsel's litigation expenses in a total amount not to exceed $715,000, plus interest. The Court will determine the amount of the award of fees and expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Class Members are not personally liable for any such fees or expenses.

---

### HOW DO I PARTICIPATE IN THE SETTLEMENT?
### WHAT DO I NEED TO DO?

65.     To be eligible for a payment from the proceeds of the Settlement, you must be a Class Member, and you must timely complete and return the Claim Form with adequate supporting documentation postmarked or submitted online by May 6, 2026. You may go to the website maintained by the Claims Administrator for the Settlement to download a Claim Form. The website is www.SnapSecuritiesSettlement.com. You may also request a Claim Form by calling toll-free 1-877-777-9249. Those who submit a valid and timely request to exclude themselves from the Class, and those who do not submit timely and valid Claim Forms with adequate supporting documentation, will not be entitled to share in the proceeds of the Settlement unless otherwise ordered by the Court. Please retain all original records of your ownership of, or transactions in the shares, as they may be needed to document your claim.

---

### WHAT IF I DO NOT WANT TO BE A MEMBER OF THE CLASS? HOW DO I EXCLUDE MYSELF?

66.     To exclude yourself from the Class, you must send a letter by First-Class Mail stating that you "request exclusion from the Class in the *Snap Securities Litigation*." To be valid, your letter must also include the number of shares of Snap Securities purchased/acquired and sold during the Class Period and the dates and prices of each such purchase/acquisition and sale, and the number of shares held at the beginning of the Class Period. In addition, you must include your name, address, telephone number, and your signature. You must submit your exclusion request so that it is **received by March 26, 2026** to:

*Snap Securities Litigation*
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

67.     A request for exclusion shall not be effective unless it provides all the information called for in this Notice and is received within the time stated above, or is otherwise accepted by the Court. If you ask to be excluded, you will not get any payment from the Settlement, and you cannot object to the Settlement. If you exclude yourself, you may not send in a Claim Form to ask for any money. You will not be legally bound by anything that happens in this lawsuit, and you may be able to sue the Defendants and the other Released Defendants Parties about the Released Claims in the future.

68.     Unless you exclude yourself, you give up any rights you may potentially have to sue the Defendants and the other Released Defendants Parties for any and all Released Claims. If you have a pending lawsuit against the Released Defendants Parties, speak to your lawyer in that case immediately. You must exclude yourself from the Class in this Action to continue your own lawsuit. Remember, the exclusion deadline is March 26, 2026.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**
**DO I HAVE TO COME TO THE HEARING?**
**MAY I SPEAK AT THE HEARING IF I DO NOT LIKE THE SETTLEMENT?**

69.     **If you do not wish to object in person to the proposed Settlement, the proposed Plan of Allocation, and/or the application for attorneys' fees and litigation expenses, you do not need to attend the Settlement Hearing. You can object to or participate in the Settlement without attending the Settlement Hearing.**

70.     The Settlement Hearing will be held on April 23, 2026, at 8:30 a.m. PT, before the Honorable George H. Wu, at the United States District Court for the Central District of California, First Street U.S. Courthouse, Courtroom 9D – 9th Floor, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565.  The Court reserves the right to approve the Settlement or the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Class.

71.     Any Class Member who has not submitted a request for exclusion may object to the Settlement, the Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and litigation expenses.[3]  You can ask the Court to deny approval by filing an objection.  You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement.  If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.  If that is what you want to happen, you must object.

72.     Any objection to the proposed Settlement must be in writing.  If you file a timely written objection, you may, but are not required to, appear at the Settlement Hearing, either in person or through your own attorney.  If you appear through your own attorney, you are responsible for hiring and paying that attorney.  All written objections and supporting papers must: (i) clearly identify the case name and number (*Black v. Snap Inc., et al.*, No. 2:21-cv-08892-GW-RAO (C.D. Cal.)); (ii) be submitted to the Court either by mailing them to the Clerk of the Court, United States District Court for the Central District of California, 350 W 1st Street, Los Angeles, CA 90012, or by filing them electronically or in person at any location of the United States District Court for the Central District of California; and (iii) be filed or received by March 26, 2026.

73.     The notice of objection must include documentation establishing the objecting Person's membership in the Class, including the number of shares of Snap Securities that the objecting Person: (i) owned as of the opening of trading on February 5, 2021; and (ii) purchased and/or sold during the Class Period, as well as the dates and prices for each such purchase and sale, and contain a statement of reasons for the objection, copies of any papers, briefs, or other documents upon which the objection is based, a statement of whether the objector intends to appear at the Settlement Hearing, and the objector's signature, even if represented by counsel.  The objection must state whether it applies only to the objector, to a specific subset of the Class, or to the entire Class.  In addition, the objector must identify all class action settlements to which the objector and his, her, or its counsel have previously objected.  Documentation establishing membership in the Class must consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from the objector's broker containing the transactional and holding information found in a broker confirmation slip or account statement. Objectors who desire to present evidence at the Settlement Hearing in support of their objection must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the hearing.

74.     You may not object to the Settlement or any aspect of it, if you exclude yourself from the Class.

75.     You may file a written objection without having to appear at the Settlement Hearing.  You may not appear at the Settlement Hearing to present your objection, however, unless you have first filed a written objection in accordance with the procedures described above, unless the Court orders otherwise.

76.     You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  If you decide to hire an attorney, which will be at your own expense, he or she must file a notice of appearance with the Court so that the notice is received by March 26, 2026.

77.     The Settlement Hearing may be adjourned by the Court without further written notice to the Class.  Class Members should check the Court's PACER site or the Settlement website, www.SnapSecuritiesSettlement.com.  Any

---

[3] Lead Plaintiff's initial motion papers in support of these matters will be filed with the Court on March 12, 2026.

updates regarding the Settlement Hearing, including any changes to the date or time of the hearing, or updates regarding in-person, telephonic, or video conference appearances at the hearing, will be posted to the Settlement website.

**Unless the Court orders otherwise, any Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and litigation expenses. Class Members do not need to appear at the hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

78.     If you purchased or otherwise acquired Snap Securities during the Class Period for the beneficial interest of persons or organizations other than yourself, you must either: (i) request within seven (7) calendar days of receipt of the Postcard Notice sufficient copies of the Postcard Notice from the Claims Administrator to forward to all such beneficial owners; or (ii) send a list of the names and addresses (including email addresses if available) of such beneficial owners to the Claims Administrator within seven (7) calendar days after receipt of the Postcard Notice. If a nominee elects to send the Postcard Notice to beneficial owners, such nominee is directed to email or mail (where an email is unavailable) the Postcard Notice within seven (7) calendar days of receipt of those documents from the Claims Administrator, and upon such emailing or mailing, the nominee shall send a statement to the Claims Administrator confirming that the emailing or mailing was made as directed, and the nominee shall retain the list of names and addresses for use in connection with any possible future notice to the Class. Upon full compliance with these instructions, including the timely emailing or mailing of the Postcard Notice to beneficial owners, such nominees may seek reimbursement of their reasonable expenses actually incurred in complying with these instructions by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought and reflecting compliance with these instructions, including timely emailing or mailing of the Postcard Notice, if the nominee elected or elects to do so. Reasonable out-of-pocket expenses actually incurred in connection with the foregoing includes up to $0.03 for providing names, addresses, and email addresses to the Claims Administrator per record; up to a maximum of $0.03 per Postcard Notice mailed by you, plus postage at the rate used by the Claims Administrator; or $0.03 per notice sent by email. Such properly documented expenses incurred by nominees in compliance with the terms of these instructions will be paid from the Settlement Fund. Copies of this Notice may also be obtained by calling toll-free 1-877-777-9249, and may be downloaded from the Settlement website, www.SnapSecuritiesSettlement.com.

| CAN I SEE THE COURT FILE? |
| :---: |
| **WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?** |

79.     This Notice contains only a summary of the terms of the proposed Settlement.  More detailed information about the matters involved in the Action is available at www.SnapSecuritiesSettlement.com, including, among other documents, copies of the Stipulation and Claim Form.  This Notice summarizes the proposed Settlement.  For the precise terms and conditions of the Settlement, please see the Stipulation available at the Settlement website, www.SnapSecuritiesSettlement.com, or by contacting the Claims Administrator at 1-877-777-9249.  You may also access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cacd.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Central District of California, 350 W 1st Street, Los Angeles, CA 90012, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.  All inquiries concerning this Notice or the Claim Form should be directed to:

*Snap Securities Litigation*
c/o A.B. Data, Ltd.
Claims Administrator
P.O. Box 173101
Milwaukee, WI
Email: info@SnapSecuritiesSettlement.com
1-877-777-9249

**-or-**

Lester R. Hooker
Saxena White P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
*Lead Counsel*

**DO NOT CALL OR WRITE THE COURT, DEFENDANTS, DEFENDANTS' COUNSEL, OR THE OFFICE OF THE CLERK OF COURT REGARDING THIS NOTICE.**

Dated: January 6, 2026                                     By Order of the Court
                                                          United States District Court
                                                          Central District of California

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated, | ) No. 2:21-cv-08892-GW-RAO |
| | ) |
| | ) CLASS ACTION |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PROOF OF CLAIM AND RELEASE**

**I.   GENERAL INSTRUCTIONS**

1.   To recover as a member of the Settlement Class based on your claim in the action entitled *Black v. Snap Inc., et al.,* No. 2:21-cv-08892-GW-RAO (C.D. Cal.) (the "Action"), you must complete and, on page 7 below, sign this Proof of Claim and Release form ("Claim Form").[1]  If you fail to submit a timely and properly addressed (as explained in paragraph 3 of this section) Claim Form, your claim may be rejected, and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.   Submission of this Claim Form, however, does not ensure that you will share in the proceeds of the Settlement of the Action.

3.   **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.SNAPSECURITIESSETTLEMENT.COM BY MAY 6, 2026, OR, IF MAILED, BE POSTMARKED BY MAY 6, 2026, ADDRESSED AS FOLLOWS**:

Snap Securities Settlement
c/o A.B. Data, Ltd.
P.O. Box 173101
Milwaukee, WI 53217
www.SnapSecuritiesSettlement.com

4.   Do not mail or deliver your Claim Form to the Court, the Parties to this Action, or their counsel.  Submit your Claim Form only to the Claims Administrator.

5.   If you are a member of the Settlement Class, you are bound by the terms of any judgment entered in the Action, including the releases provided for therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

**II.   CLAIMANT IDENTIFICATION**

1.   If you purchased or otherwise acquired Snap publicly traded securities or call options, or sold Snap put options, between February 5, 2021 and October 21, 2021, inclusive[2] (the "Class"), and were allegedly damaged thereby, and held the common stock and/or options in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired Snap common stock and/or call options or sold Snap put options during the Settlement

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation of Settlement ("Stipulation" or "Settlement Agreement").

[2] For the avoidance of doubt, the Settlement Class includes Elias Guerra and those individuals and entities he purports to represent in his capacity as Securityholder Representative in the matter captioned *Guerra v. Snap Inc.*, C.A. No. 2024-1009-JTL (Del. Ch.).

Class Period through a third party, such as a brokerage firm, you are the beneficial owner, and the third party is the record owner.

2.    Use **Part I** of this form entitled "Claimant Information" to identify each beneficial owner of Snap common stock, Snap call options, and Snap put options that forms the basis of this claim, as well as the owner of record if different.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.    All joint owners must sign this claim.  Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons they represent and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or Taxpayer Identification) Number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III.  IDENTIFICATION OF TRANSACTIONS

1.    Use **Part II** of this form entitled "Schedule of Transactions in Snap Common Stock" to supply all required details of your transaction(s) in Snap common stock.  If you need more space or additional schedules, attach separate sheets giving all the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.    Use **Part III** of this form entitled "Schedule of Transactions in Snap Call Options" to supply all required details of your transaction(s) in Snap call options.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

3.    Use **Part IV** of this form entitled "Schedule of Transactions in Snap Put Options" to supply all required details of your transaction(s) in Snap put options.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet

4.    On the schedules, provide all the requested information with respect to *all of* your holdings, purchases, acquisitions, and sales of Snap common stock, call options, and put options during the period from February 5, 2021 through and including October 21, 2021, whether or not the transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

5.    The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the Snap common stock.  The date of a "short sale" is deemed to be the date of sale of the Snap common stock.

6.    Copies of broker confirmations or other documentation of your transactions must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN SNAP SECURITIES.**

7.    NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All claimants with large numbers of transactions using the electronic filing format MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to file your claim electronically, you must contact the Claims Administrator at (877) 777-9249 to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

**PART I:  <u>CLAIMANT INFORMATION</u>**

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name:

Co-Beneficial Owner's Name:

Record Owner/Entity Name (if claimant is not an individual):

Representative or Custodian Name (if different from Benefical Owner(s) listed above):

Address 1 (street name and number):

Address 2 (apartment, unit, or box number):

| City | State | Zip Code/Province Code | Country |
|------|-------|------------------------|---------|
|      |       |                        |         |

Social Security Number (Last four digits only) or Taxpayer Identification Number (last four digits only):

| Telephone Number (Home): | Telephone Number (Cell): |
|--------------------------|--------------------------|
|                          |                          |

Email Address:

Account Number (if filing for multiple accounts, file a separate Claim Form for each account):

Claimant Account Type (check appropriate box):
Individual (includes joint owner accounts) ☐    Pension Plan ☐
Corporation                               ☐    Estate       ☐
IRA/401k                                  ☐    Trust        ☐

Other_____ (please specify)

QUESTIONS?  CALL (877) 777-9249 OR VISIT <u>WWW.SNAPSECURITIESSETTLEMENT.COM</u>.  PAGE 3 OF 8

## PART II: <u>SCHEDULE OF TRANSACTIONS IN SNAP COMMON STOCK</u>

**1. HOLDINGS AS OF FEBRUARY 5, 2021** – State the total number of Publicly-Traded Snap Inc. common stock held as of the opening of trading on February 5, 2021.  (Must be documented.)  If none, write "zero" or "0."

**2. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list every purchase/acquisition of publicly-traded Snap Inc. common stock from after the opening of trading February 5, 2021 through and including October 21, 2021.

(Must be documented.)

| Date of Purchase/Acquisition (Chronologically) (Month/Day/Year) | Number of Shares Purchased | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |

**3. PURCHASES/ACQUISITIONS DURING 90-DAY LOOKBACK PERIOD** – State the total number of shares of publicly-traded Snap Inc. common stock purchased/acquired between October 22, 2021 through the close of trading on January 19, 2022, inclusive.  (Must be documented.)

**4. SALES DURING THE SETTLEMENT CLASS PERIOD AND DURING THE 90-DAY LOOKBACK PERIOD** – Separately list each sale/disposition of publicly-traded Snap Inc. common stock from after the opening of trading on February 5, 2021, through and including the close of trading on January 19, 2022.  (Must be documented.)

| Date of Sale (Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |
| / / | | $ | $ |

**5. END HOLDINGS –** State the total number of shares of publicly-traded Snap Inc. common stock held as of the close of trading on January 19, 2022.  If none, write "zero" or "0." (Must be documented.)

## PART III: <u>SCHEDULE OF TRANSACTIONS IN SNAP CALL OPTIONS</u>

| 1. **BEGINNING HOLDINGS** - Separately list all positions in Snap Call Option contracts in which you had an open interest as of the opening of trading on February 5, 2021. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

**2. PURCHASES/ACQUISITIONS OF SNAP CALL OPTIONS** - Separately list each price/acquisition (including free receipts) of Snap Call Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021. (Must be documented.)

| Date of Purchase/Acquisition (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contracts Purchased or Acquired (Month/Day/Year) | Number of Call Option Contracts Purchased or Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commission, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |

| 3. **SALE OF SNAP CALL OPTIONS** - Separately list each sale/disposition (including free deliveries) of Snap Call Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021 (Must be documented.) | | | | | | **IF NONE, CHECK HERE** ○ | |
|---|---|---|---|---|---|---|---|
| Date of Sale (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "A" if Assigned Insert an "X" if Expired | Assignment Date (Month/Day/Year) |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |

| 4. **ENDING HOLDINGS** - Separately list all positions in Snap Call Option contract that you had as of the close of trading on October 21, 2021, in which you had an open interest as of the expiration date. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

**PART IV: <u>SCHEDULE OF TRANSACTIONS IN SNAP PUT OPTIONS</u>**

| 1. **BEGINNING HOLDINGS** - Separately list all positions in Snap Put Option contracts in which you had an open interest as of the opening of trading on February 5, 2021. | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

2. **SALES (WRITING) OF SNAP PUT OPTIONS** - Separately list each sale (writing) of Snap Put Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021.  (Must be documented.)

| Date of Sale (Writing) (Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contracts Sold or Wrote | Number of Put Options Contracts Sold (Wrote) | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "A" if Assigned Insert an "X" if Expired | Assign Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |

| 3. **PURCHASES/ACQUISITIONS OF SNAP PUT OPTIONS** - Separately list each re-purchase of Snap Put Option contracts from after the opening of trading on February 5, 2021 through and including the close of trading on October 21, 2021.  (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|

| Date of Re-Purchase (Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts Sold | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /  / | $ | /  / | | $ | $ | | |
| /  / | $ | /  / | | $ | $ | | |
| /  / | $ | /  / | | $ | $ | | |
| /  / | $ | /  / | | $ | $ | | |

| 4. **ENDING HOLDINGS** - Separately list all positions in Snap Put Option contracts that you had as of the close of trading on October 21, 2021, in which you had an open interest as of the expiration date.  (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

## V.   SUBMISSION TO JURISDICTION OF THE COURT AND ACKNOWLEDGMENTS

By signing and submitting this Claim Form, the claimant(s), or the person(s) acting on behalf of the claimant(s), certify(ies) that: I (We) submit this Claim Form under the terms of the Plan of Allocation of the Net Settlement Fund described in the Stipulation or any other plan of allocation approved by the Court. I (We) also submit to the jurisdiction of the United States District Court for the Central District of California (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein and in the Stipulation. I (We) further acknowledge that I (we) will be bound by the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein. I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible Snap Securities, if required to do so. I (We) have not submitted any other claim covering the same transactions in Snap Securities during the Settlement Class Period and know of no other person having done so on my (our) behalf.

## VI. RELEASES, WARRANTIES, AND CERTIFICATION

1.   I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Stipulation, that I am (we are) not excluded from the Settlement Class, and that I am (we are) not one of the "Released Defendants Parties" as defined in the Stipulation.

2.   As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge with prejudice the Released Claims as to all the Released Defendant Parties (as these terms are defined in the Stipulation). This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.   I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.   I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation.

5.   I (We) hereby warrant and represent that I (we) have included information about all my (our) purchases, acquisitions, and sales of Snap Securities that occurred during the Settlement Class Period and the number of shares held by me (us), to the extent requested.

6.   I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

7.   I (We) acknowledge that I (We) will be bound by and subject to the term of any Judgment that may be entered in the Action; and

8.   I (We) waive the right to trial by jury, to the extent it exists, and agree to any determination made by the Court regarding the validity or amount of this claim, and waive any right of appeal or review with respect to such determination.

I declare under penalty of perjury under the laws of the United States of America that all the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____ in _____, _____.
                        (Month / Year)                          (City)                      (State/Country)

_____   _____
Signature of Claimant                                                    Signature of Joint Claimant, if any

_____   _____
Print Name of Claimant                                                   Print Name of Joint Claimant, if any

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser, Executor, or Administrator)

ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.  THANK YOU FOR YOUR PATIENCE.

**REMINDER CHECKLIST:**

1.    Please sign this Claim Form.

2.    DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.

3.    Attach only copies of supporting documentation as these documents will not be returned to you.

4.    Keep a copy of your Claim Form for your records.

5.    If you change addresses after submitting this Claim Form, please notify the Claims Administrator of the change in your address; otherwise, you may not receive additional notices or payment.

# EXHIBIT E

**B8** | Wednesday, January 21, 2026     * *     **THE WALL STREET JOURNAL.**

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

Footnotes:
i-New 52-week high; ↑-New 52-week low; dd-Indicates loss in the most recent four quarters.

Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from about 4 p.m. ET the previous day.

*[Stock tables — Biggest 1,000 Stocks listings across multiple columns, showing Stock, Sym, Close, Net Chg for sections A–B–C, D–E–F, G–H–I, etc. Numerical detail not individually transcribed.]*

Continued on Page B11

---

## BANKRATE.COM® MMA, Savings and CDs

### Average Yields of Major Banks

Tuesday, January 20, 2026

| Type | MMA | 1-MO | 2-MO | 3-MO | 6-MO | 1-YR | 2-YR | 2.5YR | 5YR |
|---|---|---|---|---|---|---|---|---|---|
| **National average** | | | | | | | | | |
| Savings | 0.41 | 0.87 | 1.04 | 1.43 | 1.89 | 1.91 | 1.70 | 1.52 | 1.68 |
| Jumbo | 1.12 | 0.44 | 0.46 | 1.56 | 1.82 | 1.90 | 1.68 | 1.48 | 1.67 |
| **Weekly change** | | | | | | | | | |
| Savings | 0.00 | 0.01 | 0.00 | 0.01 | −0.01 | 0.01 | −0.01 | 0.00 | 0.00 |
| Jumbo | −0.01 | −0.03 | −0.01 | −0.06 | −0.01 | −0.01 | −0.01 | −0.01 | 0.00 |

### Consumer Savings Rates

Below are the top federally insured offers available nationwide according to Bankrate.com's weekly survey of highest yields. For latest offers and reviews of these financial institutions, please visit bankrate.com/banking/reviews. Information is believed to be accurate, but not guaranteed.

#### High yield savings

| Bank / Phone number | Minimum | Yield (%) |
|---|---|---|
| **Money market account** | | |
| PiBank / 877-678-0888 | $0 | 4.60 |
| Newtek Bank / 888-681-7238 | $0 | 4.35 |
| Openbank / 833-833-8305 | $500 | 4.20 |
| **One-month CD** | | |
| State Bank of India California / 877-707-1995 | $1,000 | 3.75 |
| EagleBank / 301-986-1800 | $1,000 | 4.02 |
| Lone Star Bank / 713-358-9400 | $1,000 | 0.20 |
| **Two-month CD** | | |
| State Bank of India California / 877-707-1995 | $1,000 | 3.75 |
| Lone Star Bank / 713-358-9400 | $1,000 | 0.20 |
| Presidential Bank, FSB / 800-383-6266 | $1,000 | 0.10 |
| **Three-month CD** | | |
| State Bank of India California / 877-707-1995 | $1,000 | 3.95 |
| Popular Direct / 800-274-5696 | $10,000 | 3.90 |
| America First FCU / 801-627-0900 | $500 | 3.80 |

| Bank / Phone number | Minimum | Yield (%) |
|---|---|---|
| **Six-month CD** | | |
| Northern Bank Direct / 844-348-8996 | $500 | 4.15 |
| Newtek Bank / 888-681-7238 | $2,500 | 4.10 |
| Morgan Stanley Private Bank / 800-387-2331 | $0 | 4.05 |
| **One-year CD** | | |
| Morgan Stanley Private Bank / 800-387-2331 | $0 | 4.10 |
| GTE Financial Credit Union / 888-871-2690 | | 4.02 |
| Limelight Bank, a division of Capital Community Bank / 800-639-6015 | $1,000 | 4.00 |
| **Two-year CD** | | |
| America First FCU / 801-627-0900 | $500 | 4.20 |
| Marcus by Goldman Sachs / 855-730-7283 | | 3.95 |
| Newtek Bank / 888-681-7238 | $2,500 | 3.90 |
| **Five-year CD** | | |
| America First FCU / 801-627-0900 | $500 | 4.20 |
| Sallie Mae Bank / 877-346-2756 | | 3.90 |
| Marcus by Goldman Sachs / 855-730-7283 | | |

#### High yield jumbos - Minimum is $100,000

| Bank / Phone number | Minimum | Yield (%) |
|---|---|---|
| **Money market account** | | |
| Credit One Bank, NA / 877-825-3242 | $100,000 | 4.00 |
| BankFive / 508-679-8551 | $100,000 | 3.85 |
| EverBank / 888-882-EVER | $100,000 | 3.80 |
| **One-month CD** | | |
| Bank of Hope / 855-325-2226 | $100,000 | 0.20 |
| Lone Star Bank / 713-358-9400 | $100,000 | 0.20 |
| USAA Federal Savings Bank / 800-531-8722 | $100,000 | 0.05 |
| **Two-month CD** | | |
| Lone Star Bank / 713-358-9400 | $100,000 | 0.20 |
| Applied Bank / 888-839-7952 | $100,000 | 0.05 |
| Citizens Trust Bank / 888-214-3099 | $100,000 | 0.01 |
| **Three-month CD** | | |
| EverBank / 888-882-EVER | $100,000 | 3.70 |
| Luana Savings Bank / 800-666-2012 | $100,000 | 3.65 |
| Washington Savings Bank / 978-458-7999 | $100,000 | 3.60 |

| Bank / Phone number | Minimum | Yield (%) |
|---|---|---|
| **Six-month CD** | | |
| Credit One Bank, NA / 877-825-3242 | $100,000 | 4.10 |
| Morgan Stanley Private Bank / 800-387-2331 | $100,000 | 4.05 |
| Luana Savings Bank / 800-666-2012 | $100,000 | 3.94 |
| **One-year CD** | | |
| Credit One Bank, NA / 877-825-3242 | $100,000 | 4.10 |
| Morgan Stanley Private Bank / 800-387-2331 | $100,000 | 4.05 |
| Luana Savings Bank / 800-666-2012 | $100,000 | 3.96 |
| **Two-year CD** | | |
| Luana Savings Bank / 800-666-2012 | $100,000 | 3.84 |
| GTE Financial Credit Union / 888-871-2690 | $100,000 | 3.82 |
| Discover Bank / 800-347-7000 | $100,000 | 3.80 |
| **Five-year CD** | | |
| GTE Financial Credit Union / 888-871-2690 | $100,000 | 4.07 |
| Credit One Bank, NA / 877-825-3242 | $100,000 | 3.90 |
| Luana Savings Bank / 800-666-2012 | $100,000 | 3.79 |

Notes: Accounts are federally insured up to $250,000 per person. Yields are based on method of compounding and rate stated for the lowest required opening deposit to earn interest. CD figures are for fixed rates only. MMA: Allows six (6) third-party transfers per month, three (3) of which may be checks. Rates are subject to change.

Source: Bankrate.com, a publication of Bankrate, Inc., Palm Beach Gardens, FL 33410
Internet: www.bankrate.com

---

## Key Interest Rates

Data are annualized on a 360-day basis. Treasury yields are per annum, on actively traded noninflation and inflation-indexed issues that are adjusted to constant maturities. Data are from weekly Federal Reserve release H.15.

| | Week Ended | | 52-Week | | | Week Ended | | 52-Week | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 16 | Jan 9 | High | Low | | Jan 16 | Jan 9 | High | Low |
| **Federal funds (effective)** | | | | | 6-month | 3.59 | 3.56 | 4.36 | 3.56 |
| | 3.64 | 4.33 | 3.64 | | 1-year | 3.53 | 3.49 | 4.26 | 3.48 |
| **Commercial paper** | | | | | 2-year | 3.55 | 3.49 | 4.31 | 3.65 |
| **Nonfinancial** | | | | | 3-year | 3.60 | 3.53 | 4.38 | 3.47 |
| 1-month | 3.62 | 3.62 | 4.40 | 3.62 | 5-year | 3.77 | 3.72 | 4.49 | 3.58 |
| 2-month | 3.58 | 3.62 | 4.40 | 3.58 | 7-year | 3.96 | 3.93 | 4.60 | 3.77 |
| 3-month | n.a. | n.a. | 4.38 | 3.65 | 10-year | 4.19 | 4.17 | 4.69 | 4.00 |
| **Financial** | | | | | 20-year | 4.76 | 4.78 | 5.02 | 4.54 |
| 1-month | 3.62 | 3.63 | 4.35 | 3.62 | | | | | |
| 2-month | 3.62 | n.a. | 4.36 | 3.62 | **Treasury yields** (secondary market) | | | | |
| 3-month | 3.63 | 3.65 | 4.39 | 3.63 | 1-month | 3.58 | 3.56 | 4.29 | 3.55 |
| **Discount window primary credit** | | | | | 3-month | 3.57 | 3.53 | 4.28 | 3.53 |
| | 3.75 | 3.75 | 4.50 | 3.75 | 6-month | 3.51 | 3.48 | 4.21 | 3.48 |
| **Treasury yields at constant maturities** | | | | | **TIPS** | | | | |
| 1-month | 3.73 | 3.70 | 4.48 | 3.70 | 5-year | 1.40 | 1.42 | 1.96 | 1.18 |
| 3-month | 3.67 | 3.63 | 4.45 | 3.63 | 7-year | 1.64 | 1.65 | 2.13 | 1.43 |
| | | | | | 10-year | 1.89 | 1.90 | 2.26 | 1.70 |
| | | | | | 20-year | 2.34 | 2.37 | 2.52 | 2.14 |
| | | | | | Long-term avg | 2.49 | 2.52 | 2.64 | 2.22 |

Notes on data:
**Federal-funds rate** is an average for the seven days ended Wednesday, weighted according to rates on broker trades; **Commercial paper rates** are discounted offer rates interpolated from sales by discounted averages of dealer bid rates on nationally traded certificates of deposit; **Discount window primary credit rate** is charged for discounts made and advances extended under the Federal Reserve's primary credit (discount window) program; **rate** is average for seven days ended Wednesday; **Inflation-indexed long-term TIPS average** is indexed and is based on the unweighted average bid yields for all TIPS with remaining terms to maturity of 10 years or more;

Sources: Federal Reserve; for additional information on these rate data and their derivation, please see, https://www.federalreserve.gov/datadownload/Build.aspx?rel=H15

---

### ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

KELLIE BLACK, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,

Defendants.

No. 2:21-cv-08892-GW (RAO)

CLASS ACTION

SUMMARY NOTICE

**IF YOU PURCHASED OR OTHERWISE ACQUIRED SNAP INC. ("SNAP" OR THE "COMPANY") PUBLICLY TRADED SECURITIES OR CALL OPTIONS, OR SOLD SNAP PUT OPTIONS, BETWEEN FEBRUARY 3, 2021 AND OCTOBER 21, 2021, INCLUSIVE, (THE "SETTLEMENT CLASS PERIOD"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE SETTLEMENT CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.** [1]

THIS NOTICE HAS BEEN AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Central District of California, that in the above-captioned litigation (the "Action"), a settlement has been proposed for $65,000,000 in cash (the "Settlement"). A hearing will be held on April 23, 2026, at 8:30 a.m., before the Honorable George H. Wu, at the United States District Court, Central District of California, First Street U.S. Courthouse, Courtroom 9D – 9th Floor, 350 W. 1st Street, Los Angeles, CA 90012-4565, for the purpose of determining whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; (iii) the application of Plaintiff's Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, and award to Lead Plaintiff should be granted; and (iv) the judgment as provided under the Stipulation should be entered dismissing the Action with prejudice (the "Settlement Hearing").

The Court may adjourn the Settlement Hearing without further written notice of any kind to the Settlement Class. Settlement Class Members should check the Court's PACER site or the Settlement Website, www.SnapSecuritiesSettlement.com. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person, telephonic, or video conference appearances at the hearing, will be posted to the Settlement Website.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.** You may obtain a copy of the Stipulation, the long form Notice, and the Proof of Claim and Release form at www.SnapSecuritiesSettlement.com or by contacting the Claims Administrator: *Snap Securities Litigation Settlement*, c/o A.B. Data, Ltd., P.O. Box 173101, Milwaukee, WI 53217; (877) 777-9249.

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release **online or by mail postmarked by May 6, 2026.** If you are a Settlement Class Member and do not submit a valid Proof of Claim and Release, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any Judgment entered by the Court in this Action (including the releases provided for therein).

To exclude yourself from the Settlement Class, you must submit a written request for exclusion such that it is **received by March 26, 2026**, in the manner and form explained in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any Judgment or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation, or the Fee and Expense Application must be filed with the Court **by March 26, 2026**, in accordance with the instructions set forth in the Notice. [2]

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions concerning the Settlement, or your eligibility to participate in the Settlement, you may contact the Claims Administrator or Lead Counsel at the following addresses or by calling (877) 777-9249:

| | |
|---|---|
| *Snap Securities Litigation Settlement* c/o A.B. Data, Ltd. P.O. Box 173101 Milwaukee, WI 53217 www.SnapSecuritiesSettlement.com info@SnapSecuritiesSettlement.com | SAXENA WHITE P.A. c/o LESTER R. HOOKER 7777 Glades Road Suite 300 Boca Raton, FL 33434 lhooker@saxenawhite.com |

DATED: JANUARY 21, 2026

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

[1] The capitalized terms not otherwise defined herein shall have the same meaning as they have in the Stipulation of Settlement ("Stipulation"). The Stipulation can be viewed and/or obtained at www.SnapSecuritiesSettlement.com (the "Settlement Website"), the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cacd.uscourts.gov, visiting the office of the Clerk of the Court, or by contacting the Claims Administrator as described herein. For the precise terms of the Settlement, please see the Stipulation and/or the Notice.

[2] You can ask the Court to deny approval by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or deny the Settlement and cannot change the terms. If you file a timely written objection, you may, but are not required to, appear at the Settlement Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must clearly identify the case name and number (*Black v. Snap Inc., et al.*, No. 2:21-cv-08892 (C.D. Cal.)), and include all information required by the Court as detailed in the long form Notice.

---

### PUBLIC NOTICES

**NOTICE OF MERGER AND TITLE INSURANCE POLICY MODIFICATION**

Notice is hereby given to all policyholders of Doma Title Insurance, Inc.:

Effective December 31, 2025, Doma Title Insurance, Inc., a South Carolina domestic title insurer, has merged with and into its affiliate, Title Resources Guaranty Company, a Texas domestic title insurer.

As a result of this merger:
- All references to "Doma Title Insurance, Inc." in your policy are changed to "Title Resources Guaranty Company."
- The new home office address is: 8111 LBJ Freeway, Suite 1200, Dallas, TX 75251

All other terms, conditions, or benefits of your policy remain unchanged. Title Resources Guaranty Company has assumed all liabilities and obligations of Doma Title Insurance, Inc. and is responsible for all benefits payable under your policy. Your rights under the policy are not affected.

For inquiries regarding this merger endorsement, please contact us at our home office address, email Merger@trguw.com, or call 800-526-8018.

Published on January 21, January 28, February 4, and February 11, 2026

---

**THE WALL STREET JOURNAL.**

## THE MARKETPLACE

### ADVERTISE TODAY

### PUBLIC NOTICES

**NOTICE OF BANK MERGER APPLICATION AND INTERIM CHARTER APPLICATION**

Notice is given that application has been made to the Office of the Comptroller of the Currency, 400 7th Street, S.W., Washington, DC 20219, on January 16, 2026, for consent to merge Enova Interim Bank, National Association, a temporary interim bank with its main office in South Jordan, Utah, that will be newly chartered to facilitate the transaction, into Grasshopper Bank, National Association, with its main office in New York, New York 10016, (the "Bank Merger").

Upon consummation of the Bank Merger, the resulting bank will be renamed. Following the Bank Merger, it is contemplated that the resulting bank's main office will be in South Jordan, Utah. It is contemplated that the main office of Grasshopper Bank, National Association, 261 5th Ave Ste 610, New York, NY 10016 will be closed in connection with the Bank Merger.

Notice is given that application has been made to the Office of the Comptroller of the Currency, 400 7th Street, S.W., Washington, DC 20219 to form Enova Interim Bank, National Association for the purpose of facilitating the Bank Merger described above.

These transactions are also contingent upon obtaining all necessary approvals from the Board of Governors of the Federal Reserve System for Enova International, Inc. to acquire Grasshopper Bancorp, Inc. and Grasshopper Bank, National Association and become a bank holding company.

This notice is published pursuant to 12 USC 1828(c) and 12 CFR 5. Anyone may submit written comments on this application by February 20, 2026 to: Carolina Ledesma, Director for Licensing, Office of the Comptroller of the Currency, 400 7th Street, S.W., Washington, DC 20219 or by email to Licensing Public Comments@occ.treas.gov. The public may find information regarding these applications, including the date of the end of the public comment period, in the OCC Weekly Bulletin at www.occ.gov. Requests for a copy of the public file on the application should be made to Carolina Ledesma, Director for Licensing, Office of the Comptroller of the Currency, 400 7th Street, S.W., Washington, DC 20219 or by emailing Licensing@occ.treas.gov.

Date: January 21, 2026
Grasshopper Bank, National Association, New York, New York
Enova Interim Bank, South Jordan, Utah

**NOTICE OF APPLICATION FOR FORMATION OF BANK HOLDING COMPANY**

Enova International, Inc., Chicago, Illinois, has applied to the Federal Reserve Board for permission to become a bank holding company by acquiring Grasshopper Bancorp, Inc., New York, New York, 10016, and thereby indirectly acquiring Grasshopper Bank, National Association, with its main office in New York, New York, New York 10016 and acquiring control of Enova Interim Bank, National Association, a temporary interim bank with its main office in South Jordan, Utah, Grasshopper Bank will merge into Enova Interim Bank until Grasshopper Bank continuing as the resulting bank. The resulting bank's main office will be in South Jordan, Utah. The Federal Reserve considers a number of factors in deciding whether to approve the application including the record of performance of banks we own in helping to meet local credit needs.

You are invited to submit comments in writing on this application to Colette A. Fried, Assistant Vice President, Federal Reserve Bank of Chicago, 230 South LaSalle Street, Chicago, IL 60604. The comment period will not end before February 20, 2026, and may be somewhat longer. The Board's procedures for processing applications/notices may be found at 12 C.F.R. Part 262. Procedures for processing protested applications/notices may be found at 12 C.F.R. 262.25. To obtain a copy of the Federal Reserve Board's procedures, or if you need more information about how to submit your comments on the application, contact Such Saxena, Community Affairs Officer and Vice President, Community Development, at (312) 322-4357; to request a copy of the Enova application, contact A. Fried at (312) 322-6846. The Federal Reserve will consider your comments and any request for a public meeting or formal hearing on the application if they are received in writing by the Reserve Bank on or before the last day of the comment period.

### BUSINESS OPPORTUNITIES

# 1ST TRUST DEED
## 10% RETURN
### 54% L.T.V. •18 MONTHS
### SAN FRANCISCO, CA
### MULTI FAMILY
# 866-700-0600
ALLIANCE PORTFOLIO
120 Vantis Dr., Suite 480 Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE #02066955 Broker License ID

### (800) 366-3975
For more information visit:
**wsj.com/classifieds**

### COMMERCIAL REAL ESTATE

# FLORIDA RENTAL PROPERTY
**4 Apt. Investment Opportunity**
## No Rent Controls...
## No State Income Tax
On beautiful white sands Siesta Key Beach in Sarasota Florida. Historical platted neighborhood with vintage old Florida charms. Potential to convert to Seasonal or restore to single family home Possible multigenerational use or lastly, simply teardown & rebuild.
## Sieze the Moment at only
## $1,580,000
## CASH DISCOUNT...Let's Talk!
Call Lisa, Blakeley & Assoc. Realty
Sarasota, Florida • 941-809-1647



© 2026 Dow Jones & Company, Inc. All Rights Reserved.

# EXHIBIT F

# Saxena White P.A. Announces a Proposed Settlement in the Snap Inc. Securities Litigation

NEWS PROVIDED BY
**Saxena White P.A.**
Jan 21, 2026, 10:00 ET

BOCA RATON, Fla., Jan. 21, 2026 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN, <br><br> Defendants. | No. 2:21-cv-08892-GW (RAO) <br><br> CLASS ACTION <br><br> SUMMARY NOTICE |

*IF YOU PURCHASED OR OTHERWISE ACQUIRED SNAP INC. ("SNAP" OR THE "COMPANY") PUBLICLY TRADED SECURITIES OR CALL OPTIONS, OR SOLD SNAP PUT OPTIONS, BETWEEN FEBRUARY 5, 2021 AND OCTOBER 21, 2021, INCLUSIVE, (THE "SETTLEMENT CLASS PERIOD"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.  CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE SETTLEMENT CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.[1]*

THIS NOTICE WAS AUTHORIZED BY THE COURT.  IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Central District of California, that in the above-captioned litigation (the "Action"), a settlement has been proposed for $65,000,000 in cash (the "Settlement").  A hearing will be held on April 23, 2026, at 8:30 a.m., before the Honorable George H. Wu, at the United States District Court, Central District of California, First Street U.S. Courthouse, Courtroom 9D – 9th Floor, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565, for the purpose of determining whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; (iii) the application of Plaintiff's Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, and award to Lead Plaintiff should be granted; and (iv) the judgment as provided under the Stipulation should be entered dismissing the Action with prejudice (the "Settlement Hearing").

The Court may adjourn the Settlement Hearing without further written notice of any kind to the Settlement Class.  Settlement Class Members should check the Court's PACER site or the Settlement Website, **www.SnapSecuritiesSettlement.com**.  Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person, telephonic, or video conference appearances at the hearing, will be posted to the Settlement Website.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND**.  You may obtain a copy of the Stipulation, the long form Notice, and the Proof of Claim and Release form at **www.SnapSecuritiesSettlement.com** or by contacting the Claims Administrator: *Snap Securities Litigation Settlement*, c/o A.B. Data, Ltd., P.O. Box 173101, Milwaukee, WI 53217; (877) 777-9249.

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release **online or by mail postmarked by May 6, 2026**.  If you are a Settlement Class Member and do not submit a valid Proof of Claim and Release, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any Judgment entered by the Court in this Action (including the releases provided for therein).

To exclude yourself from the Settlement Class, you must submit a written request for exclusion such that it is **received by March 26, 2026**, in the manner and form explained in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any Judgment or orders entered

the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation, or the Fee and Expense Application must be filed with the Court **by March 26, 2026,** in accordance with the instructions set forth in the Notice.[2]

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**  If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact the Claims Administrator or Lead Counsel at the following addresses or by calling (877) 777-9249:

| | |
|---|---|
| *Snap Securities Litigation Settlement* <br> c/o A.B. Data, Ltd. <br> P.O. Box 173101 <br> Milwaukee, WI 53217 <br><br> www.SnapSecuritiesSettlement.com <br> info@SnapSecuritiesSettlement.com | SAXENA WHITE P.A. <br> c/o LESTER R. HOOKER <br> 7777 Glades Road <br> Suite 300 <br> Boca Raton, FL 33434 <br> lhooker@saxenawhite.com |

DATED: JANUARY 21, 2026                BY ORDER OF THE COURT
                                       UNITED STATES DISTRICT COURT
                                       CENTRAL DISTRICT OF CALIFORNIA

[1] The capitalized terms not otherwise defined herein shall have the same meaning as they have in the Stipulation of Settlement ("Stipulation").  The Stipulation can be viewed and/or obtained at **www.SnapSecuritiesSettlement.com** (the "Settlement Website"), the Court's Public Access to Court Electronic Records (PACER) system at **https://ecf.cacd.uscourts.gov**, visiting the office of the Clerk of the Court, or by contacting the Claims Administrator as described herein.  For the precise terms of the Settlement, please see the Stipulation and/or the Notice.

[2] You can ask the Court to deny approval by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or deny the Settlement and cannot change the terms.  If you file a timely written objection, you may, but are not required to, appear at the Settlement Hearing, either in person or through your own attorney.  If you appear through your own attorney, you are responsible for hiring and paying that attorney.  All written objections and supporting papers must clearly identify the case name and number (*Black* v. *Snap Inc., et al.*, No. 2:21-cv-08892 (C.D. Cal.)), and include all information required by the Court as detailed in the long form Notice.

SOURCE Saxena White P.A.

