# EXHIBIT E

**SAXENA WHITE P.A.**
Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Additional Counsel listed on signature page*

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KELLIE BLACK, individually and on behalf of all others similarly situated,

    Plaintiff,

    vs.

SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:21-cv-08892-GW (RAO)

CLASS ACTION

DECLARATION OF JOHN L. LITTRELL IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

LITTRELL DECL. ISO FEE AND EXPENSE MOTION – 2:21-CV-08892-GW (RAO)

I, John L. Littrell, declare under penalty of perjury as follows:

1.      I am the Managing Partner of Bienert Katzman Littrell Williams LLP ("BKLW").[1]  I submit this Declaration in support of Lead Counsel's motion for an award of attorneys' fees for services rendered in this case, as well as for reimbursement of expenses incurred by my firm in connection with this case.  I have knowledge of the matters set forth herein based on personal knowledge, my review of the firm's records, and consultation with other firm personnel.

2.      My firm serves as local counsel for Lead Plaintiff and the Class.  The information in this Declaration regarding the firm's time, including the schedule attached hereto as Exhibit A, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business.  I oversaw my firm's activities in the Action, and I, together with attorneys working under my direction, reviewed my firm's daily time records to confirm their accuracy.

3.      This review confirmed the accuracy of the time entries as well as the necessity for, and reasonableness of, the time committed to this Action.  Only time that inured to the benefit of Lead Plaintiff and the Class, and that advanced the claims resolved by the Settlement, is reflected in the firm's lodestar calculation.

4.      I believe that the time reflected in my firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of this litigation.  The total number of hours expended on this Action by my firm's attorneys and professional support staff employees was 29.5.  The total resulting lodestar for my firm is $22,232.50.  The schedule attached hereto as Exhibit A is a detailed summary reflecting the amount of time spent by each attorney and professional support staff employee of my firm who was involved in the Action, and the lodestar calculation is based on my firm's current hourly rates.

---

[1] When not defined herein, capitalized terms are defined in the Stipulation of Settlement (ECF No. 183-2, the "Stipulation").

LITTRELL DECL. ISO FEE AND EXPENSE MOTION – 2:21-CV-08892-GW (RAO)                1

5.      The hourly rates shown in Exhibit A are the 2025 rates set by the firm for each individual.  These hourly rates are the same as, or comparable to, the rates accepted by courts in other securities class action litigation, including courts in this District and Circuit.  Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, years in their current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms.

6.      My firm's lodestar figures do not include expense items.  Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates.

7.      My firm has incurred a total of $2,178.55 in unreimbursed Litigation Expenses in connection with the prosecution of this Action.  Those Litigation Expenses are fully categorized and set forth in Exhibit B attached hereto.  The following is additional information regarding certain categories of those expenses:

    a)    **Filing Fees** ($2,000.00).  The only filing fees incurred relate to 4 pro hac vice applications filed with the court:

        i.    PHV application fee for Scott Koren [$500.00].

        ii.    PHV application fee for Sara DiLeo [$500.00].

        iii.    PHV application fee for Kayla Grant [$500.00].

        iv.    PHV application fee for Marisa N. DeMato [$500.00].

    b)    **Courier Fees** ($165.75).  This represents courier service fees relating to chambers copies delivered at the USDC for the Central District of California.

    c)    **Online Legal and Factual Research** ($12.80).  The charges reflected are for out-of-pocket payments to PACER, for research done in connection with this litigation.  This resource was used to obtain access to court filings, and to obtain factual and financial information regarding the claims asserted through access to various financial and news databases and other factual databases. These expenses represent the actual expenses incurred

LITTRELL DECL. ISO FEE AND EXPENSE MOTION – 2:21-CV-08892-GW (RAO)                2

by BKLW for use of this service in connection with this litigation. There are no administrative charges included in these figures.

8. The Litigation Expenses in this Action are reflected in the books and records of BKLW, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from receipts, expense vouchers, reports and other source materials and are an accurate record of the monetary value of the expenses incurred.

9. With respect to the standing of my firm, attached hereto as Exhibit C is BKLW's attorney resumes.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of March, 2026, at San Clemente, California.

*/s/ John L. Littrell*
John L. Littrell

LITTRELL DECL. ISO FEE AND EXPENSE MOTION – 2:21-CV-08892-GW (RAO)          3

**EXHIBIT A**

*Black v. Snap Inc., et al.,* No. 2:21-cv-08892 (C.D. Cal.),

**Bienert Katzman Littrell Williams LLP**

**TIME REPORT**

2022 through March 4, 2026

| NAME | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|
| **EQUITY PARTNERS** | | | |
| John Littrell | $1,075.00 | 12.6 | $13,545.00 |
| Michael Williams | $1,075.00 | 3.9 | $4,192.50 |
| **PARTNERS** | | | |
| Daniel Goldman | $1,000.00 | 0.4 | $400.00 |
| **PARALEGALS** | | | |
| Elizabeth Garcia | $325.00 | 12.0 | $3.900.00 |
| Garrison Giali | $325.00 | 0.6 | $195.00 |
| | | | |
| **TOTALS:** | | **29.5** | **$22,232.50** |

**EXHIBIT B**

*Black v. Snap Inc., et al.,* No. 2:21-cv-08892 (C.D. Cal.),

**Bienert Katzman Littrell Williams LLP**

**EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $2,000.00 |
| Courier Fees | $165.75 |
| Online Legal Research | $12.80 |
| | |
| **TOTAL EXPENSE REQUEST** | **$2,178.55** |

**EXHIBIT C**

*Black v. Snap Inc., et al.,* No. 2:21-cv-08892 (C.D. Cal.),

**Bienert Katzman Littrell Williams LLP**

**ATTORNEY RÉSUMÉS**



Bienert Katzman
Littrell Williams LLP



# John L. Littrell

Managing Partner

John is an accomplished trial lawyer who specializes in complex criminal cases and civil litigation.

jlittrell@bklwlaw.com

## Overview

John represents individuals and businesses in high-stakes disputes.

A specialist in white collar defense and investigations, John has handled all types of fraud cases as well as public corruption and bribery offenses, violations of international trade and export laws, anti-kickback statutes and regulatory offenses.  He also represents both relators and defendants in cases brought under federal and state False Claims Acts.  John's clients often work in highly regulated industries, including health care, government contracts, and finance.  He has represented clients from all over the world, including elected officials, professional athletes, health care providers, lawyers, and financial advisors.

John has two decades of experience negotiating with the United States Department of Justice and state and local prosecuting agencies. He has persuaded prosecutors to narrow or dismiss potential charges, and he has convinced judges to dismiss indictments based on obscure and novel constitutional challenges. If a case is prosecuted, John dissects the charging document with creative, original motions. John has successfully challenged illegal searches and interrogations, resulting in the suppression of evidence and leading to complete dismissals.  At trial, John applies sophisticated techniques to identify jurors who will treat his clients fairly and presents them with a compelling narrative, supported by cutting edge technology, to support a verdict of not guilty.  John has prevailed at every level in the trial and appellate courts in California and elsewhere, including significant victories in both federal and state courts, the Ninth Circuit Court of Appeals, the California

### Education
- UCLA School of Law, J.D.
  - Order of the Coif
  - Best Oral Advocate, Moot Court
- U.C. Santa Cruz, B.A
  - Honors in College and Major (Politics)

### Admissions
- California
- Supreme Court of the United States
- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court for the Central District of California
- US. District Court for the Eastern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the District of Columbia



Courts of Appeal, and the United States Supreme Court. John has also had considerable success in getting wrongful convictions reversed based on prosecutorial misconduct and ineffective assistance of counsel.  He has obtained reversals of two death sentences, multiple life sentences, and decades of prison terms.

On the civil side, John brings his considerable trial experience to bear when handling civil litigation and business disputes.  Having tried more than twenty cases to verdict, John prepares every case, big or small, as if it is going to trial.  This approach quickly exposes the pressure points that make either a favorable verdict or a favorable settlement possible.

John graduated 7th in his class at UCLA School of Law.  After law school, John was an Associate at Morrison & Foerster, LLP in San Francisco.  He was a law clerk for the Honorable A. Wallace Tashima in the Ninth Circuit Court of Appeals. John went on to serve as a Deputy Federal Public Defender in the Central District of California, where he handled hundreds of challenging and unique cases and ultimately served as the Chief of the Los Angeles Trial Unit. John supervised 30 lawyers, led training in trial advocacy, and coordinated district-wide challenges to federal prosecutions.  He co-authored the Motions Practice chapter of the 2010 treatise Defending a Federal Criminal Case.  He was also an Adjunct Professor at Loyola Law School, where he taught Evidence for Trial Lawyers.

John's advocacy skills and strong courtroom  track record earned him recognition as a leading White Collar & Regulatory Defense attorney by Chambers USA 2025. He was named Orange County's "Lawyer of the Year" for Criminal Defense: White Collar by Best Lawyers® in 2021 and 2023, and has been selected to the Best Lawyers® list since 2019. He was named as a Super Lawyers® "Rising Star" in 2009 and was selected to the Southern California Super Lawyers® since 2021.  He has also been recognized as one of the National Trial Lawyers "Top 100 Trial Lawyers."

## Representative Matters

- Represented grocery wholesaler accused of international product diversion in multi-week federal trial in the Southern District of California, earned complete acquittal of all money laundering and mail fraud counts.

- Represented a member of Congress charged in the Central District of California with concealing illegal campaign donations and making false statements to the FBI.  The conviction was reversed in a published decision based on John's motion to dismiss for improper venue.

- Represented professional athlete in parallel investigations by police and sports league, resulting in no charges and no league discipline.

- Represented dozens of health care providers, entrepreneurs, and medical device companies under investigation for health care fraud, mail fraud, and violations of the Anti-Kickback Statute, resulting in no charges against the majority of John's clients.



- Represented a physician falsely charged with conspiracy to violate the Federal Anti-Kickback Statute in the Central District of California.  After more than a year of contested litigation, the prosecution dismissed all charges against BKLW's client.

- Represented parent charged with conspiracy to commit honest services fraud and money laundering as part of the novel "Varsity Blues" case in the District of Massachusetts.

- Represented NBA All-Star James Harden in a civil suit filed by a paparazzo alleging assault and battery.  Following a jury trial in Los Angeles Superior Court, John and his team obtained a complete defense verdict.

- Represented celebrity lawyer and presidential candidate Michael Avenatti in connection with fraud and tax evasion charges.

- Represented a physician charged in the District of Alaska with five felony counts of tax evasion and obstruction; John and his team exposed serious prosecutorial misconduct which led to the removal and discipline of the entire prosecution team and IRS Investigators.  All five felonies were dismissed in exchange for a plea to a single misdemeanor and a fine of $25.

- Represented scientists and professors under investigation by federal grant agencies and the Department of Justice as part of the National Security Division's China Initiative.  None of John's clients were charged with an offense.

- Represented the executive director of a network of alcohol and drug treatment centers in one of the nation's first federal prosecutions alleging illegal patient-brokering and kickbacks under the 2018 Eliminating Kickbacks in Recovery Act ("EKRA").

- Represented an electrical engineer charged with economic espionage based on allegations that he exported advanced semiconductor technology to China; John negotiated the dismissal of all five felony counts in exchange for a plea to a single regulatory offense.

- Litigated a novel constitutional challenge to the National Firearms Act; John challenged Congress' power to regulate intrastate possession of unregistered machine guns.  After  nearly five years of post-trial litigation, the Supreme Court vacated the conviction.

- Represented a physician accused in a 50-count indictment of over-prescribing opiates and other controlled substances; John's client was facing a maximum sentence of more than 700 years, but John negotiated a plea to a single count and no jail time.

- Represented a young man accused of capital murder for killing a TSA Officer at the Los Angeles International Airport; John persuaded the U.S. Department of Justice to abandon its effort to seek the death penalty in exchange to a plea to life without parole.



- Led an international investigation on behalf of a Philippine national accused of smuggling firearms and explosives to the United States; John's investigation exposed government misconduct leading to a formal investigation of the FBI by the Office of the Inspector General.

- Tried one of the first federal prosecutions of a medical marijuana dispensary in Los Angeles; John defeated the prosecutor's effort to seek a five-year prison term and after over fourteen years of creative litigation, all charges were dismissed.

- Obtained reversal of a capital murder conviction in the Ninth Circuit Court of Appeals and a published decision vindicating the constitutional right to present a defense.  John also defeated the government's attempt to seek review in the United States Supreme Court.

# Professional Highlights

## Recognition

- Chambers USA ranking 2025
- Best Lawyers in America® 2019-2026
- Best Lawyers in America® Orange County White-Collar Lawyer of the Year 2021 and 2023
- Super Lawyers® 2021-2026
- Lawyer Delegate to the Ninth Circuit Judicial Conference 2017-2021
- National Trial Lawyers TOP 100 list 2021

## Speaking Engagements

- *Jury (de)Selection: How to Win Friends and Influence People*, March 5, 2025, National Institute on White Collar Crime, Miami

- *Brady Evidence*, March 2, 2023, National Institute on White Collar Crime, Miami

- *On the Record: Representing a Notorious Client in the Age of Social Media*, April 13, 2021, Federal Bar Council American Inn of Court, New York

- *China, Economic Espionage, and National Security:  Government & Defense Perspectives*, November 19, 2019, UC Irvine School of Law

- *Advancing Justice: The Legacy and Jurisprudence of the Honorable A. Wallace Tashima*, January 25, 2019, UCLA School of Law

**BKLW** Bienert Katzman
Littrell Williams LLP

## Judicial Clerkships

- U.S. Court of Appeals for the Ninth Circuit (Hon. A. Wallace Tashima)

## Activities

- Ninth Circuit Judicial Conference, Attorney Delegate, 2017-2025
- Orange County Bar Association
- Federal Bar Association, Los Angeles Chapter
- National Association of Criminal Defense Lawyers

**Bienert Katzman
Littrell Williams LLP**



# Michael R. Williams

Partner/General Counsel

Michael is a trial lawyer with more than 25 years of experience in all aspects of complex business litigation.

mwilliams@bklwlaw.com

## Overview

Michael R. Williams is a trial lawyer with more than twenty-five years of experience in all aspects of complex business litigation.  Mike heads BKLW's highly regarded commercial litigation practice.  His practice areas include qui tam suits under state and federal False Claims Acts, class action defense, corporate governance and partnership disputes, contract and business tort claims, trade secret misappropriation, insurance coverage and bad faith, and employment litigation. He represents both plaintiffs and defendants in trials, arbitrations, and appeals.

### Education
- University of California Davis School of Law, J.D.
  - Order of the Coif
  - Executive Editor, UC Davis Law Review
- California State University Northridge, B.A. in Political Science

### Admissions
- California
- U.S. District Court for the Central District of California

Mike's clients include Fortune 500 companies, technology start-ups, closely held businesses, and high net-worth individuals.  Mike regularly represents clients in high-profile or otherwise sensitive matters and is proud to serve as the lawyer of choice for many of his colleagues in the legal profession, who rely on his judgment and experience when they find themselves embroiled in legal disputes.

Beyond his courtroom success, Mike's best results often occur behind the scenes, where his strategic advice and counsel allow his clients to avoid litigation altogether or settle on favorable terms before a lawsuit is filed.

Mike's outstanding results for his clients have earned him recognition as one of Orange County's top attorneys in OC Metro Magazine and a perfect 10 out of 10 rating from Avvo.com.  He has been selected to the Southern California Super Lawyers® list every year since 2019 and has also repeatedly been recognized by Best Lawyers® for Commercial Litigation.

**Bienert Katzman
Littrell Williams LLP**

Throughout his career, Mike has played key leadership roles in the Orange County legal community, including serving as President of the Public Law Center's Board of Directors in 2012 and 2013 and Chair of the Orange County Bar Association's Business Litigation Section in 2007.  Mike previously served as a member of the boards of Project Youth OCBF and the UC Davis School of Law Alumni Association.

Mike graduated in the top 5% of his class from the University of California, Davis School of Law, where he was an Executive Editor of the UC Davis Law Review.  Mike received his undergraduate degree from California State University Northridge.

## Representative Matters

- Prosecution of a qui tam action under the federal and state false claims act statutes arising from off-label label pharmaceutical marketing. After defeating the defendant's summary judgment motion, the case settled on the eve of trial for $280 million, which at the time was the second largest settlement ever in a non-intervened FCA case.

- Defense of a medical device sales representative against Civil RICO claims premised on the alleged theft of placental biologics technology and confidential customer information.  Mike obtained a complete and unanimous defense verdict for his client at trial and then obtained a more than $500,000 attorneys' fee award against the plaintiffs.

- Defense and favorable resolution, including through dispositive motions and nuisance settlements, of class actions alleging claims arising under California's unfair competition and false advertising laws, federal and state anti-trust statutes, and state nuisance laws.

- Defense of a prominent estate planning attorney against breach of malpractice, fiduciary duty, fraud, and civil RICO claims brought by members of a wealthy and well-known Southern California family. The case involved numerous defendants, with the plaintiffs seeking nearly $600 million in damages.  After Mike took the lead among co-defense counsel in jury selection and other pretrial matters, the plaintiffs agreed to dismiss Mike's client from the case in exchange for a nuisance settlement.  Earlier in his career, Mike defended multiple international law firms against complex legal malpractice claims.

- Representation of a technology company in a fee dispute with an international law firm that had withheld part of the client's settlement in an underlying case for allegedly unpaid fees. After filing suit against the defendant law firm and exposing several improper billing practices, Mike recovered more than $6.5 million of the client's money.

- Representation of a group of physicians in settling a $9 million arbitration award that had been entered against them before Mike's involvement and then successful prosecution of legal malpractice claims against the national law firm that represented them in the arbitration.



Bienert Katzman
Littrell Williams LLP

- Prosecution of a series of insurance coverage and bad faith actions on behalf of multiple public companies in the semiconductor industry. In each case, Mike and his team obtained summary adjudication on key coverage issues and then negotiated settlements totaling over $10 million. Mike also has successfully litigated insurance coverage cases for clients in the software, property management, apparel, food products, manufacturing, and real estate development industries.

- Defense of a high-profile Orange County technology entrepreneur against a multi-million-dollar breach of contract claim. After obtaining a dismissal of all claims against his client, Mike then obtained an attorneys' fee award of nearly $1 million against the plaintiff.

- Prosecution of direct and derivative claims on behalf of an LLC member against the LLC's managers, who had engaged in transactions that unfairly enriched the managers to the tune of millions of dollars. Immediately after filing suit, Mike obtained a temporary restraining order preventing the defendants from completing imminent transactions, crippling their unlawful scheme. Within days, the defendants agreed to pay Mike's client a settlement equal to 100% of his multi-million-dollar damage claim.

- Representation of a federal agency asserting claims against a title insurance company arising out of the 2008 financial crisis. The court granted pre-trial summary judgment in favor of Mike's client, awarding nearly $6 million in damages.

- Prosecution of breach of contract and fraud claims on behalf of a group of entrepreneurs and privately held companies in the automotive accessories business. Mike's clients won a $55 million judgment following a six-week trial.

- Defense of a private equity firm and its principals in a series of arbitration and litigation proceedings in which Mike's clients were alleged to have misappropriated trade secrets and breached fiduciary duties in connection with a $200 million portfolio investment. After defeating the plaintiff's request for a preliminary injunction and obtaining a series of favorable rulings on key issues, Mike's clients entered into a highly favorable settlement.

- Defense of one of California's fastest-growing franchise restaurant chains against trade secret misappropriation claims by its largest competitor. After obtaining highly damaging admissions during the deposition of the plaintiff's key witness, Mike negotiated a settlement under which his clients made no out-of-pocket payment and no changes to their business operations.

## Professional Highlights

### Recognition

- Selected to Best Lawyers® 2023-2026
- Selected to the Super Lawyers® 2019-2026



- Named as a Super Lawyers® "Rising Star" for the years 2005, 2006, and 2011
- Named one of Orange County's top attorneys in OC Metro Magazine
- Perfect 10 out of 10 rating from Avvo.com

## In the News

- Quoted in the National Whistleblower Center's 2023 Whistleblower Forecast
- Featured in "Strength in Numbers: When Partnering Up May Be Best in Whistleblower Litigation," Best Lawyers

## Activities

- Board of Directors of the Orange County Bar Foundation
- Orange County Bar Association
- Public Law Center, President, 2012-13



**Bienert Katzman Littrell Williams** LLP



# Daniel Z. Goldman

Partner

Dan is an experienced trial lawyer with a broad-based practice focused on white collar criminal and regulatory defense and complex commercial litigation.

dgoldman@bklwlaw.com

## Overview

Dan has significant experience representing individuals and entities in high-stakes cases and investigations involving financial and securities fraud, market manipulation, tax offenses, Foreign Corrupt Practices Act violations, antitrust violations, RICO charges, sanctions violations, allegations of public corruption, and healthcare offenses.  In his civil practice, Dan has represented both plaintiffs and defendants in multi-million dollar disputes, and has handled matters involving securities and derivative litigation, contract disputes, business torts, and other commercial matters.

Dan has a strong track record of achieving outstanding results for his clients, ranging from securing favorable settlements in civil actions, to successfully persuading the government not to file charges or an enforcement action in the first place, to winning for his clients at trial.  Dan has experience representing clients from a variety of industries, including accounting, advertising, banking and financial services, cryptocurrency, non-profits, pharmaceutical and healthcare, rating agency services, and real estate.

Most recently, Dan's client, a former executive at JPMorgan, was fully acquitted of fraud, market manipulation, racketeering, and spoofing after a highly publicized, five-week trial in federal court in Chicago. Dan represented a former President and COO of a publicly traded REIT in a multi-year securities class action and derivative litigation that settled on highly favorable terms to his client, and was part of a team that represented several institutional

### Education
- New York University School of Law, J.D.
  - *Cum Laude*, Robert McKay Scholar
  - 1st Place in Oral Advocacy Competition
- Duke University, B.A.
  - *Cum Laude*

### Admissions
- California
- New York
- New Jersey
- U.C. Court of Appeals for the Second Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Southern District of New York



investors who collectively lost billions of dollars in investments in the Structured Alpha hedge funds managed by Allianz Global Investors U.S.

Dan graduated cum laude from New York University School of Law where he was a Robert McKay Scholar, and graduated cum laude from Duke University.  Prior to joining Bienert Katzman Littrell Williams LLP, Dan was a partner at Petrillo Klein & Boxer LLP, a New York City-based litigation boutique.

## Representative Matters

- Represented grocery wholesaler accused of international product diversion in multi-week federal trial in the Southern District of California, earned complete acquittal of all money laundering and mail fraud counts.

- Achieved a jury acquittal on behalf of a former executive at JPMorgan charged with RICO conspiracy and conspiracy to commit wire fraud, commodities fraud, price manipulation, and spoofing.

- Defended a former executive at a credit rating agency in a multi-week trial against the SEC that resulted in dismissal of all fraud charges and no bar on continued industry service.

- Represented an advertising executive in a tax prosecution who received a sentence of probation despite the Government's recommendation that the executive should be incarcerated for between 24-30 months.

- Represented the Miami Tribe of Oklahoma and tribal entities in connection with a Department of Justice investigation into payday lending, resulting in a non-prosecution agreement and a forfeiture payment of $48,000,000.

- Represented a national broker-dealer in connection with an SEC investigation into the sale of structured products.

- Represented former President and COO of VEREIT, Inc. (f/k/a American Realty Capital Properties, Inc.), in multi-year securities class action and opt-out litigations.

- Represented former CFO of Lehman Brothers in connection with opt-out actions alleging securities fraud.

- Represented cryptocurrency developer in connection with a dispute with a former consultant.

- Represented executive at a commodities trading firm in connection with an investigation into allegations of Foreign Corrupt Practices Act violations.

- Represented traders at different financial institutions in connection with domestic and international investigations relating to the manipulation of LIBOR.



- Represented executives at different financial institutions in connection with investigations by federal and state authorities into alleged fraud in relation to the sale of Residential Mortgage-Backed Securities.

- Represented legal and compliance and medical professionals in connection with a Department of Justice investigation into opioid marketing and distribution and related MDL and individual state litigations.

- Represented a senior executive of BP in parallel investigations in connection with the Deepwater Horizon oil spill.

- Conducted an investigation on behalf of an independent director of a private manufacturing company into the alleged usurpation of over $400 million in corporate opportunities.

- Conducted an investigation on behalf of a special committee of the board of directors of a publicly traded pharmaceutical company concerning conduct of certain consultants outside of the United States.

# Professional Highlights

## Recognition

- Selected to Best Lawyers® 2024-2026

## In the News

- Featured in "Whistleblower Legislation Opens the Doors for More International Claims," *All Rise*, Best Lawyers