# EXHIBIT F

**JOSEPH HAGE AARONSON LLC**
Rachel M. Cherington
rcherington@jhany.com
Courtney A. Solomon
csolomon@jhany.com
800 Third Avenue, 30th Fl.
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLIE BLACK, individually and on behalf of all others similarly situated, | ) No. 2:21-cv-08892-GW (RAO) |
| | ) |
| Plaintiff, | ) CLASS ACTION |
| | ) |
| vs. | ) DECLARATION OF RACHEL M. CHERINGTON IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES |
| SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Rachel M. Cherington, declare under penalty of perjury as follows:

1.      I am a Partner with the law firm Joseph Hage Aaronson LLC ("JHA").[1] I submit this Declaration in support of Lead Counsel's motion for an award of attorneys' fees in connection with services rendered in the above-captioned securities class action (the "Action"), as well as for reimbursement of Litigation Expenses incurred by my firm in connection with the Action.  Unless otherwise stated, I have knowledge of the matters set forth herein based on personal knowledge, my review of the firm's records, and consultation with other firm personnel.

2.      My firm was retained by Lead Counsel and counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff" or "Plaintiff") to serve as appellate counsel in connection with the appeal from the Court's final ruling dismissing the TAC (ECF 135). My firm was involved in and successfully handled the appeal referenced in the Declaration of Lester R. Hooker in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

3.      The information in this Declaration regarding the firm's time, including the schedule attached hereto as Exhibit A, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business.  I, together with attorneys working under my direction, reviewed my firm's daily time records to confirm their accuracy.

4.      This audit confirmed the accuracy of the time entries as well as the necessity for, and reasonableness of, the time committed to this Action.  Only time that inured to the benefit of Lead Plaintiff and the Class, and that advanced the claims

---

[1] When not defined herein, capitalized terms are defined in the Stipulation and Agreement of Settlement (ECF No. 183-2, the "Stipulation").

Cherington Decl. ISO Motion for Fees and Expenses                                              1
No.: 2:21-cv-08892-GW (RAO)

resolved by the Settlement, is reflected in the firm's lodestar calculation. Accordingly, some reductions were made to time in the exercise of billing judgment. No time expended on the application for attorneys' fees and expenses has been included in this report.

5. I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of this litigation. The total number of hours expended on this Action by my firm's attorneys and professional support staff employees from its inception through March 6, 2026 was 1,336.40. The total resulting lodestar for my firm is $1,793,540.00. The schedule attached hereto as Exhibit A is a detailed summary reflecting the amount of time spent by each attorney and professional support staff employee of my firm who was involved in the Action, and the lodestar calculation is based on my firm's hourly rates at the time the work was performed.

6. The hourly rates shown in Exhibit A are the rates set by the firm for each individual at the time the work was performed in 2023 and 2024. My firm's hourly rates are largely based upon a combination of title, cost to the firm, and the specific years of experience for each attorney and professional support staff employee, as well as market rates for practitioners in the field. These hourly rates are the same as, or comparable to, rates submitted by JHA and accepted by courts in other complex class actions and the rates paid by hourly clients of JHA in 2023 and 2024. These hourly rates are the same as, or comparable to, the rates accepted by courts in other securities class action litigation, including courts in this District and Circuit.

7. My firm's lodestar figures do not include expense items. Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates.

8. My firm has incurred a total of $12,386.15 in unreimbursed Litigation Expenses in connection with the prosecution of this Action from its inception

Cherington Decl. ISO Motion for Fees and Expenses                                    2
No.: 2:21-cv-08892-GW (RAO)

through March 6, 2026.  Those Litigation Expenses are fully categorized and set forth in Exhibit B attached hereto.  The following is additional information regarding certain major categories of those expenses:

a) **Online Legal and Factual Research** ($2,606.48).  The charges reflected are for out-of-pocket payments to legal and factual research services such as Westlaw, Lexis/Nexis, and PACER, for research done in connection with this litigation.  These resources were used to obtain access to court filings, to conduct legal research and cite-checking of briefs, and to obtain factual information regarding the claims asserted.

b) **Travel Expenses** ($797.36).  In connection with the appeal of this Action, my firm has incurred travel expenses for its attorneys to attend the argument on appeal.  The expenses reflected in Exhibit B are the expenses actually incurred by my firm.

c) **Unreimbursed Transcript and Deposition Expenses** ($8,982.31). In connection with the appeal of this Action, my firm incurred the costs related to printing the briefs and records on appeal.

9.    The Litigation Expenses in this Action are reflected in the books and records of JHA, which are regularly prepared and maintained in the ordinary course of business.  These records are prepared from expense vouchers, check records and other source materials and are an accurate record of the monetary value of the expenses incurred.

10.    Information regarding my firm, including biographical information concerning JHA's attorneys, can be found at www.jhany.com.  Representative clients of JHA have included Fox Corporation, Citicorp, Fortress Investment Group, Pershing Square Capital, the Museum of Modern Art, and many distinguished law firms.

Cherington Decl. ISO Motion for Fees and Expenses                                      3
No.: 2:21-cv-08892-GW (RAO)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2026.

_Rachel M. Cherington_
Rachel M. Cherington

Cherington Decl. ISO Motion for Fees and Expenses
No.: 2:21-cv-08892-GW (RAO)

4

**EXHIBIT A**

*Black v. Snap Inc., et al.,* No. 2:21-cv-08892 (C.D. Cal.),

**JOSEPH HAGE AARONSON LLC**

**TIME REPORT**

Inception through March 6, 2026

| NAME | HOURLY RATE | HOURS | LODESTAR |
|---|---|---|---|
| **PARTNERS** | | | |
| Gregory P. Joseph (2024) | $1,800.00 | 21.70 | $39,060.00 |
| Rachel M. Cherington (2023) | $1,300.00 | 99.20 | $128,960.00 |
| Rachel M. Cherington (2024) | $1,400.00 | 519.30 | $727,020.00 |
| Courtney A. Solomon (2023) | $1,300.00 | 205.00 | $266,500.00 |
| Courtney A. Solomon (2024) | $1,400.00 | 429.60 | $601,440.00 |
| **PARALEGALS** | | | |
| Justin L. Bakota (2023) | $400.00 | 2.40 | $960.00 |
| Justin L. Bakota (2024) | $500.00 | 59.20 | $ 29,600.00 |
| | | | |
| **TOTALS:** | | **1,366.40** | **$1,793,540.00** |

**EXHIBIT B**

*Black v. Snap Inc., et al.,* No. 2:21-cv-08892 (C.D. Cal.),

**JOSEPH HAVE AARONSON LLC**

**EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Online Legal Research | $2,606.48 |
| Unreimbursed Transcript and Deposition Expenses (printing of briefs and record on appeal) | $8,982.31 |
| Transportation, Hotels, and Meals | $797.36 |
| **TOTAL EXPENSE REQUEST** | **$12,386.15** |