# EXHIBIT A

**SAXENA WHITE P.A.**
Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Lead Counsel for Lead Plaintiff and the Class*

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
John L. Littrell (221601)
jlittrell@bklwlaw.com
Michael R. Williams (192222)
mwilliams@bklwlaw.com
360 E. 2nd Street, Suite 625
Los Angeles, CA 90012
Telephone: (213) 528-3400
Facsimile: (949) 369-3701

*Liaison Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KELLIE BLACK, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SNAP INC., EVAN SPIEGEL, and JEREMI GORMAN,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:21-cv-08892-GW (RAO)

CLASS ACTION

SUPPLEMENTAL DECLARATION OF KATHLEEN BRAUNS REGARDING: (A) CONTINUED MAILING OF THE POSTCARD NOTICE; (B) UPDATE ON SETTLEMENT WEBSITE AND CALL CENTER SERVICES; (C) REPORT ON EXCLUSIONS AND OBJECTIONS; AND (D) CLAIMS RECEIVED TO DATE

SUPPLEMENTAL BRAUNS DECL. RE NOTICE, WEBSITE, CALL SERVICES, AND
REPORT ON EXCLUSIONS AND OBJECTIONS – 2:21-CV-08892-GW (RAO)

I, Kathleen Brauns, declare as follows:

1. I am a Project Manager of the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the Action. The following statements are based on my personal knowledge and information provided to me by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. On December 4, 2025, the Court entered its Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 190),[1] which granted Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 183); and approved the Notice, Summary Notice, Postcard Notice, and the Claim Form.

3. Pursuant to the Preliminary Approval Order, A.B. Data is authorized to act as the Claims Administrator in connection with the Action. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Kathleen Brauns Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Establishment of Settlement Website and Call Services; and (D) Report on Exclusions and Objections, dated March 12, 2026 (the "Initial Mailing Declaration," ECF No. 193-2).

## I. CONTINUED MAILING OF THE POSTCARD NOTICE

4. As more fully stated in my Initial Mailing Declaration, as of March 12, 2026, A.B. Data had disseminated a total of 244,286 Postcard and Email Notices to potential Settlement Class Members, including approximately 4,892 banks, brokers, and other nominees contained in A.B. Data's proprietary database of the largest and most common banks, brokers, and other nominees (the "Broker Mailing Database"),

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Stipulation of Settlement (ECF No. 183-2).

and all individuals and entities subsequently identified by those banks, brokers, and nominees as potential Settlement Class Members.

5. Since the execution of the Initial Mailing Declaration, A.B. Data has sent an additional 99 Postcard and Email Notices to potential Settlement Class Members and their nominees. Therefore, as of the date of this declaration, an aggregate of 244,385 Postcard and Email Notices have been mailed to potential Settlement Class Members and their nominees. Of the 244,385 Postcard Notices sent, 1,997 were returned as undeliverable. A.B. Data has since re-mailed 784 Postcard Notices to persons and entities whose original mailings were returned by the U.S. Postal Service ("USPS"), and for whom updated addresses were provided to A.B. Data by the USPS or ascertained through a third-party information provider.

## II.   UPDATE ON SETTLEMENT WEBSITE

6. A.B. Data continues to maintain the website designed and implemented for the Settlement, www.SnapSecuritiesSettlement.com (the "Settlement Website"). Following Lead Counsel's filing of their briefing in support of the Settlement on March 12, 2026, A.B. Data posted to the Settlement Website copies of the papers in support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

7. A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website with relevant case information until the conclusion of this administration.

## III.   UPDATE ON CALL CENTER SERVICES

8. A.B. Data continues to maintain the case specific, toll-free telephone helpline, (877) 777-9249, with an interactive voice response system and live operators to respond to potential Settlement Class Members who have questions about the Action and the Settlement. A.B. Data has promptly responded to each

telephone inquiry and will continue to operate and maintain the toll-free telephone helpline until the conclusion of the administration.

9. As of April 9, 2026, 867 calls had been received by the toll-free telephone helpline from potential Settlement Class Members. The total length of these calls was approximately 1,734 minutes. I understand that all inquiries received through the toll-free telephone helpline were appropriately addressed.

## IV. REPORT ON EXCLUSIONS AND OBJECTIONS

10. Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website inform potential Settlement Class Members that written requests for exclusion are to be sent to the Claims Administrator such that they are received no later than March 26, 2026. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, A.B. Data has received 35 valid requests for exclusion, 31 of which were timely and 4 of which were late.[2] 34 of these requests were from former individuals and entities who were former stockholders of Popwallet, Inc. ("Popwallet"), who acquired Snap common stock as partial consideration for their sale of Popwallet to Snap during the Class Period, and which transaction is the subject of pending litigation in Delaware Chancery Court. The remaining request was from an individual who sold 3 call option contracts during the Settlement Class Period. Collectively, the 35 exclusion requests total 132,883 shares and 3 options. Copies of the requests along with a summary are attached hereto as Exhibit A. In the interest of privacy, the requests for exclusion have been redacted to remove the requestor's street address, email address, and telephone numbers.

---

[2] A.B. Data received an additional request for exclusion, but according to the information provided in that request, that individual did not purchase any Snap shares during the Settlement Class Period. Therefore, that individual is not a Settlement Class Member.

11.    Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website informed Settlement Class Members wishing to object to the Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and litigation expenses that they were required to submit their objection in writing such that the request was received or filed with the Court no later than March 26, 2026. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator instead. As of the date of this declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## V.    CLAIMS RECEIVED TO DATE

12.    Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than May 6, 2026. As of the date of this declaration, A.B. Data has received a total of 6,942 Claims.  As is typical in securities cases of this nature, the majority of institutional investors, brokers, and nominees file claims electronically at or near the filing deadline. Accordingly, the response rate to date is consistent with our experience in other securities class action claims administrations.  As part of the claims administration process, A.B. Data will evaluate and process all Claims submitted. Claimants will have the opportunity to address any deficiencies. Once all Claims have been fully processed, quality assurance reviews conducted, and final administrative determinations made, A.B. Data will disburse the *pro rata* share of the Net Settlement Fund to Authorized Claimants, as calculated under the Plan of Allocation, via mail or wire transfer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 9, 2026.

_____
Kathleen Brauns

SUPPLEMENTAL BRAUNS DECL. RE NOTICE, WEBSITE, CALL SERVICES, AND REPORT ON EXCLUSIONS AND OBJECTIONS – 2:21-CV-08892-GW (RAO)          4

# EXHIBIT A

*Black v. Snap Inc., et al.*

Case No. 2:21-cv-08892-GW-RAO (C.D. Cal.)

**Eligible Requests for Exclusion Received**

| Exclusion Number | Name | Received | Number of Shares |
|---|---|---|---|
| 1 | Cultivation Twain Seed Fund I GP, LLC | 02/13/2026 | 9,722.00 |
| 2 | SixThirty Manager 2.0, LLC | 02/18/2026 | 12,075.00 |
| 3 | Tyler Fitch | 02/24/2026 | 1,743.00 |
| 4 | Patrick (Pat) Kiernan | 02/25/2026 | 838.00 |
| 5 | Daniel A. Kashman | 02/25/2026 | 828.00 |
| 6 | Roopak Gupta | 03/03/2026 | 905.00 |
| 7 | Ari Paparo | 03/04/2026 | 543.00 |
| 8 | Lindsay Lustberg | 03/04/2026 | 670.00 |
| 9 | Nikhil Dixit | 03/05/2026 | 838.00 |
| 10 | NYWinter LLC | 03/05/2026 | 905.00 |
| 11 | Gregory March | 03/05/2026 | 670.00 |
| 12 | Joy Baer | 03/06/2026 | 502.00 |
| 13 | Michelle Quicho Duncan | 03/11/2026 | 838.00 |
| 14 | Robert Fontanella | 03/13/2026 | 2,580.00 |
| 15 | Charles A. Whittingham | 03/17/2026 | 1,979.00 |
| 16 | Lim Yeow Ting | 03/18/2026 | 3.00 |
| 17 | Ryan Maynard | 03/20/2026 | 905.00 |
| 18 | Benjamin Lewis Kartzman | 03/20/2026 | 224.00 |
| 19 | MATH Venture Partners II, L.P. | 03/25/2026 | 2,681.00 |
| 20 | Slojo Investments, LLC | 03/25/2026 | 905.00 |
| 21 | 3Lines Rocket Fund, L.P | 03/25/2026 | N/A |
| 22 | Toby Gabriner | 03/25/2026 | 3,492.00 |
| 23 | ERA Investors Fund 6, LLC | 03/25/2026 | 10,144.00 |
| 24 | IA Popwallet, LLC | 03/25/2026 | 11,926.00 |
| 25 | Matthew Day | 03/25/2026 | 670.00 |
| 26 | Michael A. Sussman | 03/25/2026 | 543.00 |
| 27 | Christopher Craig | 03/25/2026 | 335.00 |
| 28 | Joseph Mulcahy | 03/26/2026 | 502.00 |
| 29 | Loeb Primary Investment Vehicle LLC | 03/26/2026 | 7,981.00 |
| 30 | James Goin | 03/26/2026 | N/A |
| 31 | Louise Brigitte Doorn | 03/26/2026 | 20,824.00 |
| 32 | Douglas Wilber | 03/31/2026 | 224.00 |

| Exclusion Number | Name | Received | Number of Shares |
|---|---|---|---|
| 33 | Hackett Family Trust | 04/01/2026 | N/A |
| 34 | Joe Lyons | 04/02/2026 | 3,338.00 |
| 35 | Wes Biggs | 04/03/2026 | 32,553.00 |

# Exclusion 1
# Received: February 13, 2026

**Snap -** 70056
**955159600**

FEB 1 3 2026



To:      Snap Securities Litigation
         c/o A.B. Data, Ltd.
         Claims Administrator
         EXCLUSIONS
         P.O. Box 173001
         Milwaukee, WI 53217

From:    Cultivation Capital
         Caleb Eidem, General Counsel
         ███████████████████████
         ███████████████████████

Date:    January 28, 2026
Re:      Request for Exclusion from the Class in the Snap Securities Litigation

Cultivation Twain Seed Fund I GP, LLC, the manager of Cultivation Twain Seed Fund I, LP, requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Cultivation Twain Seed Fund I, LP received 9,722 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. Cultivation Twain Seed Fund I, LP did not own any Snap shares at the beginning of the Class Period, and we did not sell any shares during the Class Period. We received the 9,722 shares of Snap stock on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which Cultivation Twain Seed Fund I owned shares.

Please confirm receipt of this letter by contacting Caleb Eidem at ████████████████████████

**Cultivation Twain Seed Fund I, LP**

By: Cultivation Twain Seed Fund I GP, LLC, its general partner

By: _Brian Matthews_

Name: Brian Matthews

Title: Manager



Brian Matthews

9589 0710 5270 3445 3786 63

Retail

CERTIFIED MAIL.

RDC 99

UNITED STATES
POSTAL SERVICE

53217

U.S. POSTAGE PAID
FCM LETTER

FEB 09, 2026

S2324H502738-7

Snap Securities Litigation
c/o A.B. Data, Ltd
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 2
# Received: February 18, 2026

Snap - 70056

955159601

FEB 18 2026

Docusign Envelope ID:



To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   SixThirty Ventures
        Atul Kamra, Managing Partner



Date:   February 3, 2026
Re:     Request for Exclusion from the Class in the Snap Securities Litigation

---

SixThirty Manager 2.0, LLC, the manager of SixThirty 2.0, LLC, requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. SixThirty 2.0, LLC received 12,075 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. SixThirty 2.0, LLC did not own any Snap shares at the beginning of the Class Period, and we did not sell any shares during the Class Period. We received the 12,075 shares of Snap stock on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which SixThirty 2.0, LLC owned shares.

Please confirm receipt of this letter.

**SixThirty 2.0, LLC**

By: SixThirty Manager 2.0, LLC, its general partner

By: _Atul Kamra_

Name: Atul Kamra

Title: Managing Partner



SixThirty Ventures

53217  $5.30

RDC 99  S2324K502670-80

630

11 FEB 2026  PM 9  L

USPS/FOREVER/USA

Snap Securities Litigation
c/o A.B. Data Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

2 GW-RAO   Document 197-1   Filed 04/09/26   Pag
ID #:3975

# Exclusion 3
# Received: February 24, 2026

**Snap -** 70056

**955159602**

FEB 24 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  Tyler Fitch



Date:   February 20, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation
_____

Tyler Fitch requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc.,
Evan Spiegel, and Jeremi Gorman.  Tyler Fitch received 1,743 shares of SNAP Class A Non-Voting
Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own any Snap shares
at the beginning of the Class Period and did not sell any shares during the class period.   We received the
shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we
owned shares.

Signed:



Snap Securities Litigation
c/o A.B. Data, LTD
Claims Administrator Exclusions
P.O. Box 173001
Milwaukee, WI 53217

CERTIFIED MAIL

RDC 99

Retail

53217

U.S. POSTAGE PAID
FCM LETTER
FEB 20, 2026
R2305K137938-08

53217-801201

# Exclusion 4
# Received: February 25, 2026

Snap - 70056

955159604

FEB 25 2026

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Patrick Kiernan

████████████████████

Date:   February 19, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Patrick (Pat) Kiernan requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. I have recently become aware of a separate lawsuit and wish to withdraw previous instructions to include me in the class.

I received 838 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. I received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which I owned shares.

Please contact me at the above address or by email at ██████████ if you require any clarification of these instructions to EXCLUDE my claim from the class.

Sincerely,

Pat Kiernan

 **AST**

**DIRECT REGISTRATION TRANSACTION CONFIRMATION**



**COMPANY NAME:**

| SNAP INC - CL A COMMON NON-VOTING | CUSIP | COMPANY # | TRANSACTION |
|---|---|---|---|
| | 83304A106 | 21363 | TRANSFER TO BROKER |

**ACCOUNT REGISTRATION:**

00000037 - 231214_0002
**PAT KIERNAN**

| TRANSACTION INFORMATION | |
|---|---|
| TRANSACTION DATE | 12 - 14 - 2023 |
| SHARE QUANTITY | 838.000 |
| TRANSACTION NUM. | |

| TRANSFER AGENT INFORMATION | |
|---|---|
| ACCOUNT NUMBER | |

| FINANCIAL INSTITUTION INFORMATION | |
|---|---|
| NAME | AEIS INC. |
| ACCT # | |

The shares indicated on this Transaction Confirmation have been withdrawn from your account on the books of the Company and transferred to the financial institution account listed at left. The shares were transferred via Depository Trust Company's Direct Registration Profile system. If you have any questions regarding this transaction, please contact your financial institution.



I AM WITHDRAWING PREVIOUS INSTRUCTIONS AND WISH TO BE EXCLUDED FROM THE CLASS.



0605

DRPROFILE.1.0

KIERNAN

20 FEB 2026 PM 4 L

PEACE *ROSE*

FOREVER USA

SNAP SECURITIES LITIGATION
c/o AB DATA LTD.
CLAIMS ADMINISTRATOR
PO BOX 173001
MILWAUKEE, WI 53217

53217-801201

# Exclusion 5
# Received: February 25, 2026

**Snap -** 70056
**955159603**

FEB 25 2026

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Daniel A. Kashman

████████████████████████████

Date:   February 20, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Daniel A. Kashman requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Daniel A. Kashman] received 828 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Sincerely,

*[signature]*

Daniel A. Kashman

████████████████████



Krishnan

20 FEB 2026  PM 4  L

BLACK HERITAGE
PHILLIS WHEATLEY

Snap Securities Litigation
c/o A.B. DATA, Ltd.
CLAIMS ADMINISTRATOR
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 6
# Received: March 3, 2026

955159605

MAR 03 2026

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Roopak Gupta

Date:  02/26/2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Roopak Gupta requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Roopak Gupta received 905 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Roopak Gupta

Roopak Gupta



27 FEB 2026  PM 7  L

Snap Securities Litigation
c/o  A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI  53217

53217-801201

# Exclusion 7
# Received: March 4, 2026

Step 70056
955159606

MAR 0 4 2026

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Ari Paparo



Date:   February 20, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Ari Paparo requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Ari Paparo received 543 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Please note that at the time of the transaction I had a different mailing address which is likely the one you have on file:

Ari Paparo

27 FEB 2026   PM 10 L

SNAP Securities Litigation
c/o A.B. Data, Ltd
Claims Administration
Exclusions
P.O. Box 173001
Milwaukee, WI 5321T

# Exclusion 8
# Received: March 4, 2026

955159607

MAR 0 4 2026

955159607

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Lindsay Lustberg

███████████████████████████

Date:   February 20th, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Lindsay Lustberg requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Lindsay Lustberg received 670 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Lindsay Lustberg

*[signature]* 2/20/26



Noble People



**CERTIFIED MAIL**



Retail



U.S. POSTAGE PAID
FCM LG ENV

FEB 24, 2026

53217

RDC 99

S2324E500398-15

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

# Exclusion 9
# Received: March 5, 2026

955159608

MAR 05 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From:  Nikhil Dixit



Date:  February 20, 2026

Re:   Request for Exclusion from the Class in the Snap Securities Litigation

Nikhil Dixit requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.  Nikhil Dixit received 838 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021.  The Snap shares were valued at $75.29.  I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period.   We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares. Please confirm receipt of this letter if possible.

Thank you,

Nikhil Dixit

27 FEB 2026   PM 5   L

LOV

SNAP SECURITIES LITIGATION
c/o A.B. DATA, LTD.
CLAIMS ADMINISTRATOR
   EXCLUSIONS
P.O. BOX 173001
MILWAUKEE, WI 53217

53217-801201

# Exclusion 10
# Received: March 5, 2026

Snap - 70056
955159609

MAR 05 2026

To:  Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  NYWinter LLC



Date:  February 19 __, 2026

Re:  Request for Exclusion from the Class in the Snap Securities Litigation

NYWinter LLC requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.NYWinter LLC received 905 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

ADD signature block + ADD signature of Snap shareholder

2/19/26

Member
NY Winter LLC

**Neil Fried**



Snap Securities Litigation
c/o A.B. Data Ltd.
Exclusions
PO Box 173001
Milwaukee, WI 53217

Retail

RDC 99

53217

U.S. PO
FCM LE

FEB 25,

S2324E

# Exclusion 11
# Received: March 5, 2026

955159610

MAR 05 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From: Gregory March

Date: February 25th, 2026

Re:   Request for Exclusion from the Class in the Snap Securities Litigation

Gregory March requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.  Gregory March received  670 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period.   We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Gregory March



Noble People

**CERTIFIED MAIL**

Retail

U.S. POSTAGE PAID
FCM LG ENV

FEB 27, 2026

53217

RDC 99

S2324E500398-32

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

# Exclusion 12
# Received: March 6, 2026

955159611

MAR 0 6 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From:  Joy Baer

Date:   March 3, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

Dear Claims Administrator:

I hereby request exclusion from the Class in the Snap Securities Litigation, *Kellie Black v. Snap, Inc., et al.* In support of this request, I provide the following information:

- I received 502 shares of Snap Inc. Class A Non-Voting Common Stock on October 1, 2021.
- The shares were valued at $75.29 per share at the time of acquisition.
- I did not own any Snap securities at the beginning of the Class Period.
- I did not sell any Snap securities during the Class Period.

The shares were received on October 1, 2021 as consideration in connection with Snap Inc.'s merger with PopWallet, Inc., in which I was a shareholder.

Please confirm receipt of this Request for Exclusion.

Sincerely,


Joy W Baer



Retail

U.S. POSTAGE P
FCM LETTER

MAR 02, 2026

RDC 99

53217

S2324M503211-

SNAP Securities Litigation
c/o A.B. Data, Ltd.
Claims Adminstrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI  53217

53217-801201

# Exclusion 13
# Received: March 11, 2026

Snap - 70056
955159613

MAR 11 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217


From:  Michelle Quicho Duncan ( Snap shareholder )




Date:  March 4, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

**Michelle Quicho Duncan** requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. **Michelle Quicho Duncan** received **838** shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Please provide a receipt of confirmation to be excluded from the Class in the SNAP Securities Litigation either in writing via email or mail. My contact information is provided above.


Michelle Quicho Duncan

m. Duncan





4 MAR 2026 PM 5 L



Snap Securities Litigation
C/o A.B. Data Ltd
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 14
# Received: March 13, 2026

Snap-780058

955159614

MAR 13 2026

To:    Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Robert M. Fontanella



Date:   March 7, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Robert Fontanella requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Robert Fontanella received 2,580 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Please confirm receipt of this letter.
Thank you.

Sincerely,

Robert M. Fontanella



Snap Securities Litigation
c/o A.B. Data Ltd.
Claims Administrator
EXCLUSIONS
P.o. Box 173001
Milwaukee WI 53217
53217-8012011

9 MAR 2026 PM 4 L

Retail

RDC 99

53217

U.S. POSTAGE PAID
FCM LETTER

S2324N506284-77

# Exclusion 15
## Received: March 17, 2026

**Snap -** 70056

**955159615**

MAR **17** 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From:   Charles A. Whittingham

Date:   February 24, 2026

Re:   Request for Exclusion from the Class in the Snap Securities Litigation

Charles A. Whittingham requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Charles A. Whittingham received 1,979 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Charles A. Whittingham

SNAP SECURITIES LITIGATION
c/o A.B. DATA, LTD.
CLAIMS ADMINISTRATOR
EXCLUSIONS
P.O. BOX 173001
MILWAUKEE, WI 53217

ΕΛΛΗΝΙΚΗ ΔΗΜΟΚΡΑΤΙΑ
HELLAS 200€

# Exclusion 16
# Received: March 18, 2026

**Snap -** 70056
**955159616**

MAR **1** 8 2026

**Lim Yeow Ting**



04 Mar 2026

**Snap Securities Litigation**
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

### Re: Request for Exclusion from the Class in the Snap Securities Litigation

To Whom It May Concern:

I hereby request exclusion from the Class in the Snap Securities Litigation.

I did not own any share/option contract at the beginning of the Class Period.

During the Class Period, my transactions in Snap Securities are as follows:

**Purchases/Acquisitions during the Class Period:**

| Date | Type of Option Contract | Description | Price per Contract | Qty |
|------|------------------------|-------------|--------------------|-----|
| 28-Jul-21 | Call | SNAP 20 Jan 23 65.0C | $ 23.00 | 3 |

**Sales during the Class Period:**

| Date | Type of Option Contract | Description | Price per Contract | Qty |
|------|------------------------|-------------|--------------------|-----|
| 21-Sept-21 | Call | SNAP 20 Jan 23 65.0C | $ 20.35 | -3 |

Please confirm that I am excluded from the Class. If you require any additional information, please contact me at the telephone number listed above.

Sincerely,

**Lim Yeow Ting**





AIR MAIL
PAR AVION

TO:

Snap Securities Litigation

c/o A.B. Data, Ltd.

Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217,
USA

# Exclusion 17
# Received: March 20, 2026

955159617

MAR 20 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  Ryan Maynard

Date:  March 8, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Ryan Maynard requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Ryan Maynard received 905 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Thank you,

Ryan Maynard

Signature

3/8/26
Date Signed

endicia
EXP 10/26

US POSTAGE
FIRST-CLASS IMI
Mar 10 2026
Mailed from ZIP 11231
1 OZ FIRST-CLASS MAILLETTER
RATE
ZONE 1
063S0014949881

PS FIRST-CLASS

10 MA  2026PM

B050

RYAN MAYNARD

SHIP   C/O A.B. DATA, LTD. CLAIMS ADMINISTRATOR
TO:    SNAP SECURITIES LITIGATION
       PO BOX 173001
       MILWAUKEE WI 53217-8012

UNITED STATES POSTAL SERVICE®

CERTIFIED MAIL

FOR USE ONLY WITH IMpb SHIPPING LABEL

Label 3800-N  January 2014

Part # 156148-434 RRDW2

USPS CERTIFIED MAIL

# Exclusion 18
# Received: March 20, 2026

**955159618**

MAR 20 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  Benjamin Lewis Kartzman

███████████████████████

Date:  March, 13, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Benjamin Kartzman requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v.
Snap, Inc., Evan Spiegel, and Jeremi Gorman.  Benjamin Kartzman received  224 shares of SNAP Class A
Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own any
Snap shares at the beginning of the Class Period and did not sell any shares during the class period.   We
received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a
company in which we owned shares.


Best Regards,


Benjamin Kartzman

Bengamin Lewis Hartsman

14 MAR 2026 PM 6 L



Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. BOX 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 19
# Received: March 25, 2026

955159619

MAR 25 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  MATH Venture Partners II, L.P.

       ███████████████████

Date:  March 10th, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

MATH Venture Partners II, L.P. requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. MATH Venture Partners II, L.P. received 2,681 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. We did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.


MATH Venture Partners II, L.P.
By: MATH Venture Partners GP II, LLC
Its General Partner

By: _Dana Wright_____
Name: Dana Wright
Title: Managing Director

RETURN RECEIPT REQUESTED

...ATH Venture Partners II LP

CERTIFIED MAIL

Snap Securities Litigation
c/o A.B. Data, Ltd
Claims Administrator
EXCLUSIONS
PO Box 173001
Milwaukee, WI 53217

5321730012 B050

# Exclusion 20
# Received: March 25, 2026

955159620

MAR 25 2026



## SLOJO
I N V E S T M E N T S

March 19, 2026

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

**SENT VIA CERTIFIED MAIL**

Re: Request for Exclusion from the Class in the Snap Securities Litigation

Dear Claims Administrator:

Slojo Investments, LLC requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Slojo Investments, LLC received 905 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  We did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Please let us know if we can be of further assistance in this matter.

Sincerely,

John Crosson
Managing Member

_____
Shari Gamer, Registered Agent

**CERTIFIED MAIL**

Retail

**U.S. POSTAGE PAID**
**ECM LETTER**

MAR 19, 2026

RDC 99

53217

S2324H501857-02

B.C

SNAP SECURITIES LITIGATION
C/o AB DATA LTD
CLAIMS ADMINISTRATOR
EXCLUSIONS
PO BOX 173001
MILWAUKEE WI 53217

53217-801201

# Exclusion 21
# Received: March 25, 2026

955159621

MAR 25 2026

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   3Lines Rocket Fund, L.P

        

Date:   February, 20, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

3Lines Rocket Fund, L.P requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. ███████████ received ███ shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

                        3Lines Rocket Fund, L.P

                        By: _Krishna kunapuli_____
                        Name: Krishna Kunapuli
                        Title: General Partner
                        Address: ███████████

                        E-mail ███████████

To

Snap Securities Litigation
c/. A.B. Data, Ltd
Claims Administrator
EXCLUSIONS
P.O. Box 173001
MILWAUKEE, WI 53217



RESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY®
# MAIL

ected delivery date specified for domestic use.

estic shipments include $100 of insurance (restrictions apply).*

S Tracking® service included for domestic and many international destinations.

ed international insurance.**

n used internationally, a customs declaration form is required.

ce does not cover certain items. For details regarding claims exclusions see the
c Mail Manual at http://pe.usps.com.

ternational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## AT RATE ENVELOPE
RATE ■ ANY WEIGHT

## ACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**P**

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Mar 20 2026

PRIORITY MAIL
ZONE 5 FLAT – RATE ENV
18945588
Commercial

0638001093743 9

USPS PRIORITY MAIL ®

KRISHNA KUNAPULI
3 LINES ROCKET FUND L P

B050

SHIP
TO:
SNAP SECURITIES LITIGATION
C/O A.B.DATA ,LTD
PO BOX 173001
CLAIMS ADMINISTRATOR,EXCLUSIONS
Milwaukee WI 53217

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

USPS TRACKING #

# Exclusion 22
# Received: March 25, 2026

Snap - 70056

955159622

MAR 25 2026

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   Toby Gabriner

        ██████████████████████████

Date:   March 16, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

Toby Gabriner requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Toby Gabriner received 3,492 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Signed:

Toby Gabriner

_____March 16, 2026_____
Date

Case 2:21-cv-0889... Document 197-11  Filed 04/09/26  ...RAO  ID #:4057  Page 99 of 56   Page



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FSC
MIX
FSC® C118816

w2recycle.info
PAPER
POUCH

UNITED STATES
POSTAL SERVICE.

Retail

UNITE
POSTA

P

US POSTAGE PAID

Origin: 94132
03/18/26
0568190034-92

PRIORITY MAIL®

ected delivery date
estic shipments in
S Tracking® servic
ted international in
n used internationa
ce does not cover cert
c Mail Manual at http://
ternational Mail Manua

0 Lb 1.60 Oz

RDC 03

EXPECTED  DELIVERY  DAY:  03/21/26

SHIP
TO:          PO BOX 173001
             MILWAUKEE WI 53217-8012

B050

Pickup,

AT RATE
RATE ■ ANY WEI

ACKED ■

USPS TRACKING® #

PS00001000014

OD: 12 1/2 x 9 1/2

POUCH info

FROM:
ToBy  GABRINER

TO:

SNAP  SECURITIES  LITIGATION
c/o  A.B. DATA, LTD.
CLAIMS  ADMIN
EXCLUSIONS
P.O. BOX 173001
MILWAUKEE, WI 53217

# Exclusion 23
# Received: March 25, 2026

**Snap -** 70056

**955159623**

MAR 2 5 2026

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   ERA Investors Fund 6, LLC

Date:   March, 16th, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

ERA Investors Fund 6, LLC requests exclusion from the Class in the Snap Securities Litigation, Kellie Black
v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. ERA Investors Fund 6, LLC received 10,144 shares of
SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I
did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class
period.   We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet,
Inc., a company in which we owned shares.


ERA Investors Fund 6, LLC
By: ERA Capital Fund 6 GP, LLC
Its: General Partner

By: Jonathan Axelrod

Name: Jonathan Axelrod
Title: Managing Member
Address:

ERA Investors Fund 6, LLC



CERTIFIED MAIL NEW YORK NY 100

Snap Securites Litigation
c/o A.B. Data Ltd.
Claims Administrator
EXCLUSIONS
PO Box 173001
Milwaukee WI, 53217
53217-801201



RDC 99

53217



S2324E502018-7
$10.48
MAR 16, 2026
FCM LETTER
U.S. POSTAGE PAID

Retail

# Exclusion 24
# Received: March 25, 2026

Snap - 70056

955159624

MAR 2 5 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  IA Popwallet, LLC



Date:  March 23, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

IA Popwallet, LLC requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. IA Popwallet, LLC received 11,926 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

By: _____

Name: Caroline Gash
Title: President



Irish Angels
1A Popwallet, LLC

RETURN RECEIPT
REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

Retail

23 M    26PM
UNITED STATES
POSTAL SERVICE®

53217

RDC 99

U.S. POSTAGE PAID
FCM LETTER

MAR 23, 2026

$10.48

S2324H503789-51

Snap Securities Litigation
c/o AB Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
53217-Milwaukee, WI 53217        RETURN RECEIPT
                                  REQUESTED

# Exclusion 25
# Received: March 25, 2026

Snap - 70056

955159625

MAR 25 2026

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From:  Matthew Day
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date:  March, 21, 2026

Re:   Request for Exclusion from the Class in the Snap Securities Litigation

Matthew Day requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc.,
Evan Spiegel, and Jeremi Gorman.  Matthew Day received 670 shares of SNAP Class A Non-Voting
Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own any Snap shares
at the beginning of the Class Period and did not sell any shares during the class period.   We received the 670
SNAP shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in
which we owned shares.  Matthew Day sold 669 SNAP shares on 02/20/2024 at $10.9143 per share, for a
total of $7,301.50. Matthew Day sold 1 SNAP share on 02/12/2024 at $11.695 per share, for a total of
$11.70.  In total between 02/12/24 and 02/20/24 Matthew Day sold all 670 of SNAP shares, as a result of his
PopWallet, Inc investment, for a total of $7,313.20

I am requesting a confirmation and receipt of this letter.

Matthew Day
▮▮▮▮▮▮▮▮▮▮▮▮▮

*Docusigned by:*
*Matthew Day*        3/21/26












# Exclusion 26
# Received: March 25, 2026

Snap - 70056

955159626

MAR 2 5 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:  Michael A. Sussman



Date:  March 23, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

---

**Michael A. Sussman** requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v.
Snap, Inc., Evan Spiegel, and Jeremi Gorman. **Michael A. Sussman** received 543 shares of SNAP Class A
Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any
Snap shares at the beginning of the Class Period and did not sell any shares during the class period. We
received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a
company in which we owned shares.

Please provide confirmation of receipt of this letter via mail to the above address or electronically to
[redacted] at your earliest convenience. Thank you for your assistance with this matter.

Best regards,

Michael A. Sussman

Case 2:21-cv-08892-GW-RAO  Document 197-1  Filed 04/09/26  Page 115 of 156  Page ID #:4873

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

E RATE ■ ANY WEIGHT

o schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

FOR DOM
PLA

■ Guarante
■ Guarante
■ USPS Tr
  and man
■ Pick up a
■ Domestic
  (restrictic
■ Signature

\* Money Back
  select Interna
  See DMM and

\*\*Insurance doe
  claims exclusi
  http://pe.usps

+Money Back (

WHEN USED INTERN



**UNITED STATES POSTAL SERVICE.**   *Retail*



| E | US POSTAGE PAID |
|---|---|
| | **$33.25**  Origin: 80246  03/23/26  0723360030-11 |

## PRIORITY MAIL EXPRESS®

MICHAEL SUSSMAN          0 Lb 1.60 Oz

**RDC 07**

SCHEDULED DELIVERY DAY: 03/25/26 08:00 PM

B050

SHIP
TO:


(201) 259-6548
SNAP SECURITIES LITIGATION
PO BOX 173001
MILWAUKEE WI 53217-8012

**USPS TRACKING® #**






ED STATES
IL SERVICE.

# Exclusion 27
# Received: March 25, 2026

Snap - 70056

955159627

MAR 25 2026

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   CHRIS CRAIG



Date:   March 24, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

Christopher Craig requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.  This supersedes any other communication or acceptance in connection with this Litigation.

I, Chris Craig, received 335.0 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were assigned a value at the time of merger of $75.29.  I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period.   I received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which I owned shares.

I specifically rescind my submission as a claimant to the Class submitted January 22, 2026.

Sincerely,

Christopher M Craig

# AST

**DIRECT REGISTRATION BOOK-ENTRY ADVICE**

AST
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219
Phone: 800-937-5449
www.astfinancial.com

**SNAP INC - CL A COMMON NON-VOTING**

վֈ|||||ֈ|∙|||∙|ֈֈ|∙|||∙|ֈ|ֈֈ||∙∙||ֈ|||∙|∙|∙ֈ|||||||||ֈֈ|∙ֈֈֈ||||

211015.0005.0010.01.01
**CHRIS CRAIG**

| | |
|---|---|
| STATEMENT DATE: | **10/15/2021** |
| COMPANY NUMBER: | |
| COMPANY NAME: | **SNAP INC - CL A COMMON NON-VOTING** |
| CUSIP NUMBER: | **83304A106** |
| SHAREHOLDER ACCOUNT NUMBER: | |

## DIRECT REGISTRATION TRANSACTION INFORMATION

| | | |
|---|---|---|
| TRANSACTION TYPE: | **BOOK SHARES CREDITED** | BROKER/DEALER PARTICIPANT NUMBER ON FILE: |
| NUMBER OF SHARES: | **335.000** | BROKER/DEALER ACCOUNT NUMBER ON FILE: |
| TRANSACTION NUMBER: | **BK*0004382** | BROKER/DEALER PARTICIPANT NAME ON FILE: |

## ACCOUNT SUMMARY

**CURRENT BALANCES**

| | |
|---|---|
| DRS BOOK-ENTRY SHARES: | 335.000 |
| CERTIFICATED SHARES: | 0.000 |
| DIVIDEND REINVESTMENT SHARES: | 0.000 |
| TOTAL SHARES: | 335.000 |

This statement is your record of shares that have been credited to your account in book-entry form with American Stock Transfer & Trust Company, LLC ("AST"), the transfer agent for this issue.

You may request a physical certificate at any time, although it is generally easier and more efficient to maintain your holdings in non-certificated form.

To learn more about other available transactions that you may request, including the sale of shares, please visit www.astfinancial.com.

If you currently have a brokerage account and wish to transfer your book-entry shares to that account, the following options are available to you:

- If your broker is a participant in the DRS Profile system, your broker may request your shares from AST utilizing the automated Profile system. You must provide your broker with the Company's CUSIP number, your shareholder account number, your taxpayer identification number, and the name in which the shares are registered. You must also provide your broker with the number of shares that you wish to transfer. Please be advised that your broker may request that you send him/her a copy of this Direct Registration Statement.

- If your broker is not a participant in the DRS Profile system, please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP or MSP. It would speed processing if you would include a copy of this Direct Registration Statement. Please coordinate with your broker to ensure that they will accept share delivery via the Direct Registration system.

The Issuer will furnish, without charge, to each holder who so requests, the powers, designations, preferences and relative participating optional or other special rights of each class of security or series thereof, and the qualifications, limitations or restrictions of such preferences and/or rights.

**A portion or all of the shares represented by this Advice are subject to either an Issuer restriction or a regulatory restriction under the Securities Act of 1933 and cannot be transferred without the approval of the Issuer or Legal Counsel for the Issuer.**

INTW

PRESS FIRMLY TO SEAL

# PRIORITY
## MAIL
# EXPRESS®

FLAT RATE
ENVELOPE

ONE RATE ■ ANY WEIGHT

FOR





To schedule free Package Pickup,
scan the QR code.





USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

WHEN

* Mo
se
Se
** Ins
cla
htt
+ Mo

■ Si

■ D
(r

■ Pi
ar
■ U

■ G
■ G

---



USPS TRACKING #



SNAP SECURITIES LITIGATION CO A.B. DATA,
CLAIMS ADMINISTRATOR EXCLUSIONS
PO BOX 173001
MILWAUKEE WI 53217-8012

SIGNATURE REQUIRED

CHRISTOPHER M CRAIG

**E**

## PRIORITY MAIL EXPRESS®

Created 2026-03-24
Flat Rate Envelope
RDC 07

B050

03/24/2026
1 lb 0 oz

usps.com
$28.80
US POSTAGE

Mailed from 10011    9926983340953982

9481 7301 0935 5001 0415 08 0288 0001 0005 3217

U.S. POSTAGE PAID
Click-N-Ship

UNITED STATES
POSTAL SERVICE®

Click-N-Ship®

FSC
MIX
FSC™ C116916

PAPER
POUCH
how2recycle.info

# Exclusion 28
# Received: March 26, 2026

Snap - 70056
955159628

Joseph Mulcahy

March 25, 2026

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

**Re: Request for Exclusion from the Class in the Snap Securities Litigation**

Dear Sir or Madam:

I hereby request exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.

I received 502 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period. These shares were received on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which I owned shares.

Please confirm that I am excluded from the Class.

Sincerely,

Joseph Mulcahy

Joseph Mulcahy

Snap Securities Logistics
c/o A.B. Data Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI, 53217

USPS-NORTH SHORE
MAR 26 2026
53217

# Exclusion 29
# Received: March 26, 2026

**Snap -** 70056
**955159629**



Loeb Enterprises
Loeb Primary Investment Vehicle

███████████████

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   Loeb Primary Investment Vehicle LLC

        ██████████████████

Date:   March 22, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

Loeb Primary Investment Vehicle LLC requests exclusion from the Class in the Snap
Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.  Loeb
Primary Investment Vehicle LLC received 7,981 shares of SNAP Class A Non-Voting
Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own
any Snap shares at the beginning of the Class Period and did not sell any shares during the
class period.   We received the shares on October 1, 2021, as consideration when Snap
merged with PopWallet, Inc., a company in which we owned shares.

Signature:   _Bul W_

Name: Richard Vogel
Position: Managing Member
Shareholder: Loeb Primary Investment Vehicle LLC
Date: March 22, 2026



23 MAR 2026PM

US POSTAGE PITNEY BOWES

ZIP 10019
02 7H
0001312795

$ 000.74

MAR 23 2026

SNAP SECURITIES LITIGATION
c/o A.B. DATA, Ltd.
Claims Administrator
EXCLUSIONS
PO BOX 173001
Milwaukee, WI  53217

53217-801201

# Exclusion 30
# Received: March 26, 2026

James Goin



Date: March 20, 2026

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator – EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

Re: Request for Exclusion from the Class in the Snap Securities Litigation

To Whom It May Concern:

I hereby request exclusion from the Settlement Class in the Snap Securities Litigation.

My information is as follows:

Name: James Goin
Address:
Telephone:

During the class period, I acquired Snap Inc. securities as merger consideration in connection
with Snap Inc.'s acquisition of Popwallet, Inc., which closed on October 1, 2021. The merger
consideration was calculated using a Snap reference price of $75.38 per share. My consideration
was ultimately distributed to me in cash derived from the Snap stock portion of the merger.

Number of Snap shares held at the beginning of the class period (February 5, 2021): 0.

Please confirm receipt of this request for exclusion.

Sincerely,

James Goin

James Goia

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator - Exclusions
P.O. Box 173001
Milwaukee, WI 53217

PRIORITY MAIL®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 03/23/26

USPS TRACKING® #

EP14H November 2025 Outer Dimension: 10 x 5

Retail

RDC 03

0 Lb 0.30 Oz

53217

MAR 20, 2026
PM

U.S. POSTAGE PAID

S2324K502242-12

# Exclusion 31
# Received: March 26, 2026

1005967319

To:   Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

From:  Louise Brigitte Doorn



Date:   February 23,  2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Louise Brigitte Doorn requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Louise Brigitte Doorn received  20,824 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29.  I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period.  We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Please provide a confirmation of receipt via email at

Regards,

Louise Brigitte Doorn

Louise Brigitte Doorn

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
PO Box 173001
Milwaukee, WI 53217

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

For international shipments, the maximum weight is 4 lbs.

*Retail*

UNITED STATES POSTAL SERVICE®

RDC 03

53217

0 Lb 0.60 Oz

U.S. POSTAGE PAID
PM
MAR 23, 2026

S2324N502904-38

EP14H February 2024 Outer Dimension: 12-1/2 x 9-1/2

USPS TRACKING® #

# Exclusion 32
# Received: March 31, 2026

1005967320

Case 2:21-cv-08892-GW-RAO    Document 197-1    Filed 04/09/26    Snap 700164    Page 140 of 156
Page ID #:4098
1005967320

Douglas Wilber



February 3, 2026

Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

**Re: Request for Exclusion from the Class in the Snap Securities Litigation**

To Whom It May Concern:

I, Douglas Wilber, hereby request exclusion from the Class in the Snap Securities Litigation, *Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman.*

I received **224 shares** of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period, and I did not sell any shares during the Class Period. I received the 224 shares of Snap stock on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which I owned shares.

Please confirm receipt of this letter.

Sincerely,

Douglas Wilber

CERTIFIED MAIL

Retail

RDC 99

SAI 25

53217

U.S. POSTAGE PAID
FCM LETTER
MAR 25, 2026

S2323Y501476-21

Snap Securities Litigation
c/o AB Data Ltd
Claims Administrator
PO Box 173001
Milwaukee, WI 53217

53217-601201

# Exclusion 33
# Received: April 1, 2026

Snap7005
1005967322

APR 0 1 2026

To:    Snap Securities Litigation
       c/o A.B. Data, Ltd.
       Claims Administrator
       EXCLUSIONS
       P.O. Box 173001
       Milwaukee, WI 53217

From:   *EVA HACKETT, TRUSTEE*



Date:

   *3-23-2026*

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

[Insert name of Snap shareholder] requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. [Insert name of Snap shareholder] received XXX shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and *did not sell any shares during the class period.* We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

ADD signature block + ADD signature of Snap shareholder

*Eva Hackett, Trustee*
*HACKETT FAMILY TRUST.*

Ms. Eva Hackett

SNAP Securitas Litigation
% A.B. Data Ltd
Claims Administrator
EXCLUSIONS
P.O. Box 173001
MILWAUKEE, WI 53217

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.

ORIGIN ID:BURA (818) 846-1400

SHIP DATE: 23MAR26
ACTWGT: 0.10 LB
CAD: 261897672/FAPI22C0
DIMS: 12x9x1 IN
BILL SENDER

C/O AB DATA LTD
SNAP SECURITES LITIGATION CLAIMS AD
PO BOX 173001

MILWAUKEE WI 53217

(818) 626-8926
INVT PKG ID: 143815
REF: EVA HACKETT
DEPT:

FedEx
Express

TRK# 8899 0657 2311
0201

THU – 26 MAR
EXPRESS SAVER

RS MKEA

53217
WI–US MKE

FedEx URGENT

Name AB Data
Company 600 AB Data Dr.
Address
City, State ZIP Milwaukee 53217
Telephone

FedEx
TRK# 8899 0657 2311
0201

THU – 26 MAR AA
EXPRESS SAVER

56 MKEA

53217
WI–US
MKE

4533 THU 03/26 07:20

430737 30Mar2026 MKEA 58KG2/1172/484B

# Exclusion 34
# Received: April 2, 2026

Snap 90096
1005967323

APR 0 2 2026

Snap 90096
1005967323

To:   Snap Securities Litigation
      c/o A.B. Data, Ltd.
      Claims Administrator
      EXCLUSIONS
      P.O. Box 173001
      Milwaukee, WI 53217

From:  Joe Lyons



Date:   March 20th, 2026

Re:    Request for Exclusion from the Class in the Snap Securities Litigation

Joe Lyons requests exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. Joe Lyons received 3,338 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the class period.  We received the shares on October 1, 2021, as consideration when Snap merged with PopWallet, Inc., a company in which we owned shares.

Signature of Snap shareholder

Joe Lyons





Snap Securities Litigation
c/o A.B. Data, Ltd.
Claims Administrator
PO Box 173001
Milwaukee, WI 53217

Lyons

# Exclusion 35
# Received: April 3, 2026

1005967324

APR 03 2026

1005967324

To:     Snap Securities Litigation
        c/o A.B. Data, Ltd.
        Claims Administrator
        EXCLUSIONS
        P.O. Box 173001
        Milwaukee, WI 53217

From:   Wes Biggs



Date:   March 16, 2026

Re:     Request for Exclusion from the Class in the Snap Securities Litigation

I, Wes Biggs, request exclusion from the Class in the Snap Securities Litigation, Kellie Black v. Snap, Inc., Evan Spiegel, and Jeremi Gorman. I received 32,553 shares of SNAP Class A Non-Voting Common Stock on October 1, 2021. The Snap shares were valued at $75.29. I did not own any Snap shares at the beginning of the Class Period and did not sell any shares during the Class Period. I received the shares on October 1, 2021, as consideration when Snap merged with Popwallet, Inc., a company in which I owned shares.

Signed: _____

Date: _3/16/2026_



POSTAGE PAID

2W501163-78