UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8892-GW-RAOx | Date | April 23, 2026 |
|---|---|---|---|
| Title | *Kellie Black v. Snap, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez/Claudia Garcia-Marquez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lester R. Hooker<br>Joseph E White , III<br>John Lewis Littrell | Kristina A. Bunting |

**PROCEEDINGS:    LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [191] AND LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES [192]**

The Court's Tentative Ruling on Plaintiff's Motion [192] was issued on April 22, 2026 [199]. Court and counsel confer. Based on the Tentative Ruling, and for the reasons stated on the record, Lead Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses is GRANTED, except as to the factual basis set forth on pages 1 through 3 of the Tentative Ruling. Those factual basis are allegations, not the Court's determinations.

Plaintiff shall file revised proposed orders consistent with the Court's ruling.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | JG/CGM | |